**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____     Chapter     **7**

☐ Check if this an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **DORKSIDETOYS INC** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-4150794** |

**4.  Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **Suite E** <br> **3325 Mayoral Court** <br> **Murfreesboro, TN 37127-2900** <br> Number, Street, City, State & ZIP Code | **170 E. Main St.** <br> **Suite D #107** <br> **Hendersonville, TN 37075** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Rutherford** <br> County | **Location of principal assets, if different from principal place of business** <br> **Go Store It** <br> **393 E. Main St., Suite 19 Hendersonville, TN 37075** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://dorksidetoys.com/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy
                                    Document    Page 2 of 439                          page 2

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor _____ | Relationship _____ |
| District _____ When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

          Contact name _____

          Phone _____

---

███   **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ■ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion

---

| **Request for Relief, Declaration, and Signatures** |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 7, 2023**
               MM / DD / YYYY

**X** **/s/ Eddie Campbell** _____          **Eddie Campbell** _____
      Signature of authorized representative of debtor              Printed name

Title    **Manager** _____

---

**18. Signature of attorney**

**X** **/s/ Eric K. Fox** _____          Date    **April 7, 2023** _____
      Signature of attorney for debtor                                MM / DD / YYYY

**Eric K. Fox 022087** _____
Printed name

**Law Office of Eric K. Fox** _____
Firm name

**103 Hazel Path Court, Whitehall Building**
**Suite 6**
**Hendersonville, TN 37075** _____
Number, Street, City, State & ZIP Code

Contact phone    **615-264-5695** _____    Email address    **eric@ericfoxlegal.com** _____

**022087 TN** _____
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **DORKSIDETOYS INC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF TENNESSEE

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 7, 2023**          X **/s/ Eddie Campbell**
                                        Signature of individual signing on behalf of debtor

                                        **Eddie Campbell**
                                        Printed name

                                        **Manager**
                                        Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | **Summary of Assets** |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................    $      **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................    $      **21,059.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................    $      **21,059.00**

| Part 2: | **Summary of Liabilities** |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $      **0.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $      **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$      **2,821,528.69**

4.   **Total liabilities** .......................................................................................................................
    Lines 2 + 3a + 3b            $      **2,821,528.69**

Case 3:23-bk-01270    Doc 1    Filed 04/07/23    Entered 04/07/23 10:46:55    Desc Main
Document     Page 7 of 439

Fill in this information to identify the case:

Debtor name **DORKSIDETOYS INC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

19.     **Raw materials**

20. **Work in progress**

21. **Finished goods, including goods held for resale**
**See Attached Inventory.**
**Located at Go Store It,**
**393 E. Main St., Suite 19,**
**Hendersonville, TN**
**37075**          December 2022          $21,059.00    Recent cost          $21,059.00

22. **Other inventory or supplies**

23. **Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.                    | $21,059.00 |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value  _____  Valuation method  _____  Current Value  _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Item Description | qty | unit cost | total |
|---|---|---|---|
| Gundam Markers | 10 | 18 | 180 |
| Star War Black Series Action Figures | 358 | 17 | 6086 |
| One 12 Action Figure | 40 | 5 | 200 |
| Marvel Legends Action Figures | 104 | 17 | 1768 |
| Marvel Infinity Legends | 5 | 18 | 90 |
| Marvel Legends Modak | 3 | 40 | 120 |
| Marvel Rescue Pack | 2 | 25 | 50 |
| Marvel Spidey/Ned Pack | 4 | 35 | 140 |
| Fantastic Four Action Figures | 10 | 15 | 150 |
| Black Series Deluxe Action Figures Ass | 42 | 20 | 840 |
| Funko POPS | 329 | 4 | 1316 |
| Funko POP Deluxe | 47 | 8 | 376 |
| Hiya Action Figures | 11 | 9 | 99 |
| GI Joe Action Figures | 17 | 18 | 306 |
| Ghost busters Action Figures | 11 | 15 | 165 |
| Transformers Action Figures | 55 | 10 | 550 |
| Marvel Legends Action FIgures | 74 | 18 | 1332 |
| Marvel Legends Retro | 6 | 15 | 90 |
| DC Action FIgures | 3 | 15 | 45 |
| Marvel Select Action Figures | 32 | 15 | 480 |
| Marvel Hulk Action Figure | 4 | 20 | 80 |
| Beyblades toy | 24 | 2 | 48 |
| Marvel Legends Retro | 12 | 5 | 60 |
| Marvel Comic Legends | 23 | 15 | 180 |
| Marvel 3.75 Retro | 37 | 5 | 185 |
| Spider-Man Miles Statue | 6 | 30 | 180 |
| Marvel Psylocke Statue PVC | 4 | 25 | 100 |
| Iron Studios Statue | 2 | 80 | 80 |
| Revoltech Superman Action Figure | 1 | 60 | 60 |
| Mafex Superman Action Figures | 4 | 50 | 200 |
| DC Batman Who Laughs | 1 | 15 | 15 |
| Beast kingdom Batman/Robin | 1 | 75 | 75 |
| DC Statues | 3 | 40 | 120 |
| Joker Statue Death Family | 2 | 60 | 120 |
| Superman/Flash Statue | 1 | 150 | 150 |
| Muppets Action Figures | 3 | 14 | 42 |
| Neca Toony Action Figures | 4 | 6 | 24 |
| Neca Horror Figures | 19 | 15 | 285 |
| Gundam Packs | 9 | 4 | 45 |
| Power Rangers Action Figures | 17 | 17 | 289 |
| Power Rangers Deluxe Figures | 3 | 22 | 66 |
| BST Turtles Figures | 2 | 10 | 20 |
| Batmobile diecast | 2 | 25 | 50 |
| McFarlane DC Action Figures | 36 | 15 | 540 |
| Witcher Figures McFarlane | 8 | 15 | 120 |
| Disney Mirrorverse | 12 | 10 | 120 |

| | | | |
|---|---|---|---|
| GI Joe Models | 10 | 12 | 120 |
| GI Joe Statues | 4 | 20 | 80 |
| Star Wars Vintage Figures | 71 | 10 | 710 |
| Star Wars Statues Diamond | 19 | 40 | 760 |
| Star Wars Yoda Statue | 1 | 150 | 150 |
| Star Wars Mando Statue | 2 | 150 | 300 |
| Key chains assorted | 26 | 5 | 130 |
| Star Wars Action Figures | 34 | 17 | 578 |
| Star Wars Mission Fleet | 54 | 11 | 594 |
| | | | 21059 |

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No. Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor **DORKSIDETOYS INC** _____ Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $21,059.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $21,059.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $21,059.00 |

**Fill in this information to identify the case:**

Debtor name    **DORKSIDETOYS INC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

    ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☐ Yes. Fill in all of the information below.

Fill in this information to identify the case:

Debtor name      **DORKSIDETOYS INC**

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF TENNESSEE

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$63.00** |
|---|---|---|---|

**A Nelson**
**1524 Charter Circle Unit A**
**Anchorage, AK 99508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40.00** |
|---|---|---|---|

**Aaron Barnum**
**14 Turnberry Court**
**Cartersville, GA 30120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$81.00** |
|---|---|---|---|

**Aaron Barnum**
**1937 Tomlinson Ave.**
**Bronx, NY 10461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
|---|---|---|---|

**Aaron Cantu**
**307 Fetick Ave**
**Taft, TX 78390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

30621

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document      Page 15 of 439

| Debtor | **DORKSIDETOYS INC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $121.00 |
|---|---|---|---|

**Aaron Carrico**
**368B Glenrose Ave**
**Nashville, TN 37210**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $37.00 |
|---|---|---|---|

**Aaron Jones**
**1000 North 1st Street, Apt. #1**
**Alhambra, CA 91801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $37.00 |
|---|---|---|---|

**Aaron Kawakami**
**73 North Orem Blvd**
**B-201**
**Orem, UT 84057**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $140.00 |
|---|---|---|---|

**Aaron Miller**
**3622 Monticello Commons**
**Norcross, GA 30092**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $192.00 |
|---|---|---|---|

**Aaron Morales**
**15803 S Avenue 2 1/2 East**
**Yuma, AZ 85365**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $31.00 |
|---|---|---|---|

**Aaron Morse**
**110 Grove Street**
**Lincoln, RI 02865-1946**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $51.00 |
|---|---|---|---|

**Aaron Peck**
**111 Englewood Rd**
**Springfield, OH 45504**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:23-bk-01270   Doc 1    Filed 04/07/23   Entered 04/07/23 10:46:55    Desc Main
Document      Page 16 of 439

| Debtor | DORKSIDETOYS INC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27.00**

Aaron Speed Jr
1313 Holland Rd
Suffolk, VA 23434

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40.00**

Aaron Woody
1937 Tomlinson Avenue
Bronx, NY 10461

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00**

Aaron Woody
1937 Tomlinson Avenue
Bronx, NY 10461

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$115.00**

Aaron Woznak
304 Carlisle Ave
Pittsburgh, PA 15229

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80.00**

Aaron Woznak
304 Carlisle Ave
Pittsburgh, PA 15229

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40.00**

Aaron Woznak
304 Carlisle Ave
Pittsburgh, PA 15229

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31.00**

Aaron Woznak
304 Carlisle Ave
Pittsburgh, PA 15229

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $81.00 |
|------|--------------------------------------------------|------------------------------------------------------------------------|--------|

**3.19**

Nonpriority creditor's name and mailing address

**Aaron Woznak**
**304 Carlisle Ave**
**Pittsburgh, PA 15229**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$81.00**

---

**3.20**

Nonpriority creditor's name and mailing address

**Aaron Woznak**
**304 Carlisle Ave.**
**Pittsburgh, PA 15229**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$81.00**

---

**3.21**

Nonpriority creditor's name and mailing address

**Aaron Woznak**
**304 Carlisle Ave**
**Pittsburgh, PA 15229**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$43.00**

---

**3.22**

Nonpriority creditor's name and mailing address

**Aaron Woznak**
**304 Carlisle Ave**
**Pittsburgh, PA 15229**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$45.00**

---

**3.23**

Nonpriority creditor's name and mailing address

**Adam Bazini**
**902 Hamilton Place Lane**
**Lakeland, FL 33813**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$56.00**

---

**3.24**

Nonpriority creditor's name and mailing address

**Adam Bromberek**
**3510 S 111th St**
**Milwaukee, WI 53228-1104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

**3.25**

Nonpriority creditor's name and mailing address

**Adam Bromberek**
**3510 S 111th St**
**Milwaukee, WI 53228-1104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$56.00**

---

---

**3.26**  Nonpriority creditor's name and mailing address

**Adam Bukacek**
**PO Box 435**
**Lahoma, OK 73754**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$48.00**

---

**3.27**  Nonpriority creditor's name and mailing address

**Adam Carll**
**77 Walnut St**
**Braintree, MA 02184**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$110.00**

---

**3.28**  Nonpriority creditor's name and mailing address

**Adam Coste**
**137 NW 93rd Ave**
**Hollywood, FL 33024**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$31.00**

---

**3.29**  Nonpriority creditor's name and mailing address

**Adam Coste**
**137 NW 93rd Ave**
**Hollywood, FL 33024**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$57.00**

---

**3.30**  Nonpriority creditor's name and mailing address

**Adam Fargo**
**33 High St**
**Moira, NY 12957**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.31**  Nonpriority creditor's name and mailing address

**Adam Freeman**
**605 Waymarket Dr.**
**Ann Arbor, MI 48103**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$40.00**

---

**3.32**  Nonpriority creditor's name and mailing address

**Adam Freeman**
**605 Waymarket Dr.**
**Ann Arbor, MI 48103**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$125.00**

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118.00 |

**Adam Freeman**
**605 Waymarket Dr.**
**Ann Arbor, MI 48103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |

**Adam Holly**
**18906 South Lane**
**Minnetonka, MN 55345**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56.00 |

**Adam Howard**
**389 Cherry Street NW**
**Hartselle, AL 35640**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.97 |

**Adam Joslin**
**1802 HUMMINGBIRD ST**
**Princeton, TX 75407**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82.00 |

**Adam Saunders**
**1421 E Redwood Drive**
**Chandler, AZ 85286**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $148.00 |

**Adam Schumacher**
**2 Wander Lane**
**Wantagh, NY 11793-1303**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69.00 |

**Adam Valdivia**
**845 Cambon Ave**
**Walnut, CA 91789**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document      Page 20 of 439

| | | |
|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$36.00** |

**Adams Fargo**
**33 High St.**
**Moira, NY 12957**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.41 | **Nonpriority creditor's name and mailing address** | **$200.00** |

**Adrian Ancona**
**65 Edinburgh Ave**
**Hamilton, ON, CA L8H 2C6**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.42 | **Nonpriority creditor's name and mailing address** | **$74.00** |

**Adrian Brizuela**
**1107 Fair Oaks Ave., #889**
**South Pasadena, CA 91030**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.43 | **Nonpriority creditor's name and mailing address** | **$44.00** |

**Adrian Lopez**
**330 Buckskin Ranch**
**Imperial, CA 92251**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.44 | **Nonpriority creditor's name and mailing address** | **$48.00** |

**Adrian Lopez**
**330 Buckskin Ranch**
**Imperial, CA 92251**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.45 | **Nonpriority creditor's name and mailing address** | **$27.00** |

**Adrian Marin**
**1625 Southwest 122nd Avenue, Unit 5**
**Miami, FL 33175**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.46 | **Nonpriority creditor's name and mailing address** | **$57.00** |

**Adrian Mendoza**
**2221 Orange Ave**
**Fresno, CA 93725-1011**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number (*if known*) | |
|--------|----------------------|--------------------------|--|
| | Name | | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32.00** |
|------|-----------------------------------------------------|---------------------------------------------------------------------|------------|

**Adrian Mendoza**
**2221 Orange Ave**
**Fresno, CA 93725-1011**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41.00** |
|------|-----------------------------------------------------|---------------------------------------------------------------------|------------|

**Adrian Treto**
**16820 Chatsworth Street**
**Granada Hills, CA 91344**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$82.00** |
|------|-----------------------------------------------------|---------------------------------------------------------------------|------------|

**Adrian Treto**
**16820 Chatsworth Street**
**117**
**Granada Hills, CA 91344**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$190.00** |
|------|-----------------------------------------------------|---------------------------------------------------------------------|-------------|

**Adrianna Redhair**
**521 Seminary Row, Apt 43**
**New York, NY 10027**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41.00** |
|------|-----------------------------------------------------|---------------------------------------------------------------------|------------|

**Agustin Rios**
**1368 Helen Dr.**
**Los Angeles, CA 90063**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |
|------|-----------------------------------------------------|---------------------------------------------------------------------|------------|

**Ahmed Abdulmalek**
**2410 Cruzen St, Suite W435**
**Nashville, TN 37211**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36.00** |
|------|-----------------------------------------------------|---------------------------------------------------------------------|------------|

**Al Franzen**
**8694 Kincaid Ln**
**Frisco, TX 75036**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |

**Alayna Ruggiero**
**4916 Keeneland Cir**
**Orlando, FL 32819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $264.00 |

**Albert Buensalida**
**2928 Inspiration Drive**
**Fairfield, CA 94533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |

**Alden Barnard**
**2005 Calhoun Street**
**Bellevue, NE 68005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $127.00 |

**Aldo Borrero**
**4283 Express Lane, Suite 5433-823**
**Sarasota, FL 34249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106.00 |

**Alejandro Martinez**
**7827 Canal St.**
**Houston, TX 77012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.00 |

**Alejandro Ortega**
**701 N International Blvd, Ste 123-576**
**Hidalgo, TX 78557**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $227.00 |

**Alex Branch**
**2375 55th Street**
**Valley, AL 36854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document      Page 23 of 439

| Debtor | **DORKSIDETOYS INC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
| | **Alex Churchward** | ☐ Contingent | |
| | **44 I Street** | ☐ Unliquidated | |
| | **Salt Lake City, UT 84103** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$56.00** |
| | **Alex Huffman** | ☐ Contingent | |
| | **221 Oakland Ave.** | ☐ Unliquidated | |
| | **Findlay, OH 45840** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$41.00** |
| | **Alex Langenfield** | ☐ Contingent | |
| | **1244 S Dunsmuir Ave** | ☐ Unliquidated | |
| | **Apt 2** | ☐ Disputed | |
| | **Los Angeles, CA 90019** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28.00** |
| | **Alex Schlarmann** | ☐ Contingent | |
| | **2053 Mather Way, Apt B** | ☐ Unliquidated | |
| | **Elkins Park, PA 19027** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$81.00** |
| | **Alex Thorne** | ☐ Contingent | |
| | **1841 SW Sage Canyon** | ☐ Unliquidated | |
| | **Lees Summit, MO 64082** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40.00** |
| | **Alex Trammell** | ☐ Contingent | |
| | **4836 Lake Park Terrace** | ☐ Unliquidated | |
| | **Acworth, GA 30101** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34.00** |
| | **Alex Weems** | ☐ Contingent | |
| | **2 Bluegrass Ct** | ☐ Unliquidated | |
| | **Jonesborough, TN 37659** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89.00 |
|---|---|---|---|

**Alex Weems**
**2 Bluegrass Ct**
**Jonesborough, TN 37659**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Alexa French**
**2896 Lee Lynn Ct**
**Poland, OH 44514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $158.00 |
|---|---|---|---|

**Alexander Bermudez**
**12811 Brittany Rd**
**Desert Hot Springs, CA 92240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.00 |
|---|---|---|---|

**Alexander Hankins**
**2143 E Poppy Street**
**Long Beach, CA 90805-3222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34.00 |
|---|---|---|---|

**Alexander Kays**
**6518 Creek Bay Drive, Apt. B**
**Indianapolis, IN 46217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62.00 |
|---|---|---|---|

**Alexander W Collery**
**14507 Governor Sprigg Place**
**Upper Marlboro, MD 20772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118.00 |
|---|---|---|---|

**Alfonso R Tapia**
**24945 Calle El Rosario**
**Salinas, CA 93908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |

**Alfonso R Tapia**
**24945 Calle El Rosario**
**Salinas, CA 93908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $116.00 |

**Alfonso Tapia**
**24945 Calle el Rosario**
**Salinas, CA 93908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $83.00 |

**Alfred Coyle**
**1309 Clinch View Circle**
**Jefferson City, TN 37760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31.00 |

**Alfred Gallardo**
**2823 Salado Street**
**Austin, TX 78705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54.00 |

**Alison Yusi**
**127 Starburst Street**
**Stephenson, VA 22656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $136.00 |

**Allan Grant**
**9 Vintners Ct**
**Mount Cotton, AU 4165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $241.00 |

**Allen Amyerich**
**2128 E Virginia Ave**
**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
                        Document      Page 26 of 439

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.00 |

**Allen Hansard**
4043 Eula Circle
Doraville, GA 30360

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |

**Alvaro Sauza**
8011 Meraz Ave.
El Paso, TX 79907

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112.00 |

**Alvin Brandt**
212 West Virginia Blvd
Browns Mills, NJ 08015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.00 |

**Alyssa Pence**
1436 Burnley Sq N
Columbus, OH 43229

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81.00 |

**Amanda Ackley**
21 Sam Chikan Rd.
Jewett City, CT 06351

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.00 |

**Amanda Hornsby**
8412 Stansbury Lake Drive
Dundalk, MD 21222

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34.00 |

**Amanda Long**
294 Melrose Rd, RR1
Shannonville, ON, CA K0K3A0

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60.00 |
|---|---|---|---|

**Amanda Slovak**
**1412 Imogene Street**
**Philadelphia, PA 19124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60.00 |
|---|---|---|---|

**Amanda Slovak**
**1412 Imogene Street**
**Philadelphia, PA 19124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**American Coradius International LLC**
**2420 Sweet Home Road, Ste 150**
**Buffalo, NY 14228-2244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only**

Last 4 digits of account number  **0319**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $194,343.00 |
|---|---|---|---|

**American Express**
**World Financial Center**
**200 Vesey St**
**New York, NY 10285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **business loan**

Last 4 digits of account number  **2000**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $81.00 |
|---|---|---|---|

**Amir Barak**
**Gruenbaum 8**
**Holon, IL 5837636**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $99.00 |
|---|---|---|---|

**Amr Gamal Eldin**
**12402 Jersey Meadow Dr**
**Stafford, TX 77477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.00 |
|---|---|---|---|

**Amy Carter**
**8623 Baring Ave**
**Munster, IN 46321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **DORKSIDETOYS INC** | Case number (*if known*) | |
|--------|---------------------|--------------------------|--|
| | Name | | |

| | | | |
|--|--|--|--|
| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40.00** |
| | **Andre Bell** | ☐ Contingent | |
| | **1735 Lathers St.** | ☐ Unliquidated | |
| | **Garden City, MI 48135** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|--|--|--|--|
| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$94.00** |
| | **Andre Ferreira** | ☐ Contingent | |
| | **9 Stuart St, Unit 4** | ☐ Unliquidated | |
| | **Collaroy, AU 2097** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|--|--|--|--|
| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31.00** |
| | **Andre Shell** | ☐ Contingent | |
| | **400 E Randolph Ave** | ☐ Unliquidated | |
| | **Unit 31** | ☐ Disputed | |
| | **Mine Hill, NJ 07803** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|--|--|--|--|
| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |
| | **Andre Smith** | ☐ Contingent | |
| | **36 Bramblewood Ln** | ☐ Unliquidated | |
| | **Pueblo, CO 81005** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|--|--|--|--|
| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$213.00** |
| | **Andres Felipe Sanchez** | ☐ Contingent | |
| | **13365 SW 42nd St** | ☐ Unliquidated | |
| | **Miami, FL 33175** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|--|--|--|--|
| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00** |
| | **Andrew Ashbrook** | ☐ Contingent | |
| | **12730 E Birchwood Dr** | ☐ Unliquidated | |
| | **Wichita, KS 67206-3619** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|--|--|--|--|
| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41.00** |
| | **Andrew Bernstein** | ☐ Contingent | |
| | **21 Wayne Place** | ☐ Unliquidated | |
| | **Commack, NY 11725** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $112.00 |

**Andrew Chamberlain**
**203 McKinley Ct**
**Mahomet, IL 61853**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66.00 |

**Andrew Chepil**
**11825 S KI Rd**
**Phoenix, AZ 85044-2326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41.00 |

**Andrew Chepil**
**11825 S KI Rd**
**Phoenix, AZ 85044-2326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47.00 |

**Andrew Chepil**
**11825 S KI Rd**
**Phoenix, AZ 85044-2326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $181.00 |

**Andrew Chepil**
**11825 S KI Rd**
**Phoenix, AZ 85044-2326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $275.00 |

**Andrew Forbes IV**
**3959 Monroe St.**
**Williamstown, NJ 08094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.00 |

**Andrew Forbes IV**
**3959 Monroe St.**
**Williamstown, NJ 08094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document   Page 30 of 439

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $96.00 |
|---|---|---|---|

**Andrew Gay**
**1615 Pine Valley Rd**
**Milledgeville, GA 31061-2456**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66.00 |
|---|---|---|---|

**Andrew Gedeon**
**1599 Trafalgar Ln**
**C**
**Naples, FL 34116**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $97.00 |
|---|---|---|---|

**Andrew Grabowski**
**1243 W Seascape Drive**
**Gilbert, AZ 85233-5629**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56.00 |
|---|---|---|---|

**Andrew Herndon**
**734 Overlook Park Lane**
**Lawrenceville, GA 30043**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $96.00 |
|---|---|---|---|

**Andrew James**
**120 Boylston St**
**Boston, MA 02116**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68.00 |
|---|---|---|---|

**Andrew Louie**
**6856 Ruthlee Ave.**
**San Gabriel, CA 91775**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Andrew Louie**
**6856 Ruthlee Ave.**
**San Gabriel, CA 91775**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**3.117** Nonpriority creditor's name and mailing address

**Andrew Louie**
**6856 Ruthlee Ave**
**San Gabriel, CA 91775-1012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$118.00**

---

**3.118** Nonpriority creditor's name and mailing address

**Andrew Louie**
**6856 Ruthlee Ave.**
**San Gabriel, CA 91775**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.119** Nonpriority creditor's name and mailing address

**Andrew Plouff**
**1890 Princeton Road**
**Berkley, MI 48072**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$31.00**

---

**3.120** Nonpriority creditor's name and mailing address

**Andrew Ponce**
**11345 Gertrude Drive**
**Lynwood, CA 90262**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$41.00**

---

**3.121** Nonpriority creditor's name and mailing address

**Andrew Rivera**
**4 Dartmouth Street**
**Worcester, MA 01604**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$36.00**

---

**3.122** Nonpriority creditor's name and mailing address

**Andrew Ross**
**1965 Kimberly Drive**
**Charlotte, MI 48813**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.123** Nonpriority creditor's name and mailing address

**Andrew Vaughan**
**11020 Thompson Ave.**
**Reisterstown, MD 21136**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$80.00**

---

| Debtor | **DORKSIDETOYS INC** | Case number (*if known*) | |
|--------|----------------------|--------------------------|--|
| | Name | | |

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$85.00** |
|-------|---------|---------|---------|

**Andrew Yeo**
**540 Darrell Rd**
**Hillsborough, CA 94010-6712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$40.00** |
|-------|---------|---------|---------|

**Andy Isom**
**1015 S. Donaghey Ave.**
**Conway, AR 72034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$83.00** |
|-------|---------|---------|---------|

**Andy Isom**
**1015 S. Donaghey Ave.**
**Conway, AR 72034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$45.00** |
|-------|---------|---------|---------|

**Andy Soroka**
**1323 South St, Apt 3**
**Utica, NY 13501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$139.00** |
|-------|---------|---------|---------|

**Angel Aguilar**
**226 Pulaski Street, Apt 5**
**Brooklyn, NY 11206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$35.00** |
|-------|---------|---------|---------|

**Angel Luna**
**3750 SW 108th Ave, Apt 32**
**Beaverton, OR 97005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$41.00** |
|-------|---------|---------|---------|

**Angelo Acuna**
**143 Chester Street**
**Daly City, CA 94014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case 3:23-bk-01270    Doc 1    Filed 04/07/23    Entered 04/07/23 10:46:55    Desc Main
Document      Page 33 of 439

Name

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44.00 |

**Angelo Zanoto**
**641 Maple Oaks Ct.**
**Saline, MI 48176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210.00 |

**Angelo Zanoto**
**641 Maple Oaks Ct.**
**Saline, MI 48176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112.00 |

**Angie Nueber**
**406 Kay Layne Drive**
**Pawnee, IL 62558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.00 |

**Animesh Saraf**
**17939 Kieth Harrow Blvd, Suite 106**
**Houston, TX 77084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62.00 |

**Anjolie Colon**
**7 Grosvenor Mews**
**Middletown, NY 10940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $116.00 |

**Anthony Alonzo**
**455 Krista Ct**
**Chula Vista, CA 91910-8501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81.00 |

**Anthony Cestaro**
**2629 Beltagh Ave**
**Bellmore, NY 11710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document      Page 34 of 439

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37.00 |

**Anthony Cobo**
**Playa Gongora 22F Palma Real**
**BahÃ-a de Banderas, Nay Mexico 63737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.00 |

**Anthony Conrad**
**1412 S Narcissus Ave**
**Broken Arrow, OK 74012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |

**Anthony Conrad**
**1412 S Narcissus Ave**
**Broken Arrow, OK 74012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61.00 |

**Anthony Damore**
**914 Woodland Pkwy**
**Waynesboro, PA 17268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58.00 |

**Anthony Gonzalez**
**9932 Rose St**
**Bellflower, CA 90706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.00 |

**Anthony Heflin**
**462 Airport Road**
**Oxford, AL 36203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69.00 |

**Anthony Ibarra**
**9338 Malheur Way**
**Elk Grove, CA 95758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **DORKSIDETOYS INC** | Case number *(if known)* | |
|--------|----------------------|--------------------------|--|
| | Name | | |

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$71.00** |
|-------|----------------------------------------------------|---------------------------------------------------------------------|------------|

**Anthony J Farinacci**
**1516 Lyndhurst Rd**
**Lyndhurst, OH 44124**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57.00** |
|-------|----------------------------------------------------|---------------------------------------------------------------------|------------|

**Anthony Johnson**
**2704 Ave G, 507**
**Birmingham, AL 35218**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51.00** |
|-------|----------------------------------------------------|---------------------------------------------------------------------|------------|

**Anthony Juarez**
**2754 Saturn Ave**
**Apt D**
**Huntington Park, CA 90255**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$93.00** |
|-------|----------------------------------------------------|---------------------------------------------------------------------|------------|

**Anthony Juarez**
**2754 Saturn Ave**
**Apt D**
**Huntington Park, CA 90255**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$124,300.00** |
|-------|----------------------------------------------------|---------------------------------------------------------------------|-----------------|

**Anthony Lowe**
**c/o John B. Ingleson, Attorney**
**410 N. Front Street**
**Murfreesboro, TN 37130**

**Date(s) debt was incurred** _
**Last 4 digits of account number** **2455**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **civil warrant/eviction**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$118.00** |
|-------|----------------------------------------------------|---------------------------------------------------------------------|-------------|

**Anthony Maurer**
**12 Lexington Rd**
**Tappan, NY 10983**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$105.00** |
|-------|----------------------------------------------------|---------------------------------------------------------------------|-------------|

**Anthony Maurer**
**12 Lexington Rd**
**Tappan, NY 10983**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number (*if known*) | |
|--------|----------------------|--------------------------|---|
| | Name | | |

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|-------|------------------------------------------------|------------------------------------------------------------------|-------------|

**Anthony Mora**
**844 W Elm Street**
**Ontario, CA 91762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$58.00** |
|-------|------------------------------------------------|------------------------------------------------------------------|-------------|

**Anthony Nowinski**
**1849 Fallowfield Ave.**
**Pittsburgh, PA 15216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$57.00** |
|-------|------------------------------------------------|------------------------------------------------------------------|-------------|

**Anthony Potts**
**10016 S Hoxie**
**Chicago, IL 60617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43.00** |
|-------|------------------------------------------------|------------------------------------------------------------------|-------------|

**Anthony Quarm**
**4219 Oak Mount Dr**
**Carrollton, TX 75010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$68.00** |
|-------|------------------------------------------------|------------------------------------------------------------------|-------------|

**Anthony Snukis**
**7980 Cross Creek Drive**
**Glen Burnie, MD 21061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$41.00** |
|-------|------------------------------------------------|------------------------------------------------------------------|-------------|

**Anthony Tilton**
**3120 44th St S**
**Apt 314**
**Fargo, ND 58104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36.00** |
|-------|------------------------------------------------|------------------------------------------------------------------|-------------|

**Antonio Toribio**
**211 Hoover Rd**
**Yonkers, NY 10710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.159 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.00** |
|---|---|---|---|

**Antwan Travis**
**1202 Cutter Ave.**
**Joliet, IL 60432**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$409.00** |
|---|---|---|---|

**Aomi Iwase**
**2-18-5 Nishirokugo**
**Otaku, JP 13 144-0056**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$385.00** |
|---|---|---|---|

**Aomi Iwase**
**2-18-5, Nishirokugo**
**Ota-ku 144-0056**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$248.00** |
|---|---|---|---|

**Aomi Iwase**
**2-18-5 Nishirokugo**
**Otaku, JP 13 144-0056**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$515.00** |
|---|---|---|---|

**Aomi Iwase**
**2-18-5 Nishirokugo**
**Otaku, JP 13 144-0056**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$120.00** |
|---|---|---|---|

**Apostolos Gekas**
**Bandverksgatan 16**
**Västerås, SE 72479**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$507.00** |
|---|---|---|---|

**April Cobian**
**34402 Brinville Rd**
**Acton, CA 95310-1206**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34.98 |
|---|---|---|---|

**Aresnio Sudaria**
**3075 Telequana Dr Apartment 7**
**Anchorage, AK 99517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**Ariel Cilento**
**7130 Northwest 109th Ct**
**Doral, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.00 |
|---|---|---|---|

**Armando Dardon**
**2200 NW 129 Ave**
**Suite 108**
**Miami, FL 33182-2489**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Armando Dardon**
**2200 NW 129 Ave**
**Suite 108**
**Miami, FL 33182-2489**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|---|

**Armando Dardon**
**2200 NW 129 Ave**
**Suite 108**
**Miami, FL 33182-2489**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**Arturo Medina**
**15118 Western Skies Drive**
**Houston, TX 77086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31.00 |
|---|---|---|---|

**Ashley Desandis**
**139 Broadhead St**
**Old Forge, PA 18518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35.00** |
|---|---|---|---|

**Ashley Greenan**
**7256 Marble Hill Rd**
**Chilliwack, BC, CA V4Z 0A3**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$143.00** |
|---|---|---|---|

**ATC-Mario Bayona**
**3750 NW 114th Avenue- Unidad #4**
**Miami, FL 33178-4341**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33.00** |
|---|---|---|---|

**ATC-Mario Bayona**
**3750 NW 114th Avenue- Unidad #4**
**Miami, FL 33178-4341**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$110.00** |
|---|---|---|---|

**ATC-Mario Bayona**
**3750 NW 114th Avenue- Unidad #4**
**Miami, FL 33178-4341**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$190.00** |
|---|---|---|---|

**Aura Duarte LL**
**105 Westchest Ave**
**Esther Beauty Salon**
**Port Chester, NY 10573**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48.00** |
|---|---|---|---|

**Austin Bell**
**7710 S Sheridan Ct**
**Littleton, CO 80128**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$68.00** |
|---|---|---|---|

**Austin Bell**
**7710 S Sheridan Ct**
**Littleton, CO 80128**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51.00** |
|---|---|---|---|

**Austin Danielson**
**2822 Water View Dr**
**Aberdeen, SD 57401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70.00** |
|---|---|---|---|

**Austin Hall**
**3713 Claredon Drive**
**Lexington, KY 40517**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27.00** |
|---|---|---|---|

**Ayrton Macedo ED 42619**
**5060 E Woodcutter Dr.**
**Boise, ID 83716**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$92.00** |
|---|---|---|---|

**Bailey Brossart**
**PO Box 302**
**Salida, CO 81201-0302**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$258.00** |
|---|---|---|---|

**Barry McCollom**
**1275 Blood River Rd**
**New Concord, KY 42076-9578**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34.00** |
|---|---|---|---|

**Becky Oremus**
**6428 Amundson Rd**
**North Richland Hills, TX 76182**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34.00** |
|---|---|---|---|

**Becky Oremus**
**6428 Amundson Rd**
**North Richland Hills, TX 76182**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Name

---

**3.187** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40.00**

**Bekah Knock**
**23473 163rd St. NW**
**Big Lake, MN 55309**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.188** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$56.00**

**Ben Scott**
**44 Pilot Hill Dr.**
**Saint Peters, MO 63376**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.189** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$84.00**

**Ben Soliz**
**413 Swenson Farms Boulevard, Apt 1113**
**Pflugerville, TX 78660**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.190** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$118.00**

**Ben Soto**
**31702 Trevor Ave**
**Hayward, CA 94544**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.191** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$130.00**

**Ben Sulewski**
**60 Burnham Street**
**Enfield, CT 06082**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.192** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$83.00**

**Benjamin Hallowell**
**26875 Wildflower St**
**Menifee, CA 92584**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.193** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$56.00**

**Benjamin Kohl**
**4148 Janet Dr.**
**Dorr, MI 49323**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$337.00** |

**Benjamin Kohl**
**4148 Janet Dr.**
**Dorr, MI 49323**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$106.00** |

**Benjamin Seto**
**31702 Trevor Ave**
**Hayward, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$40.00** |

**Benjamin Titus**
**5885 Liberty Road**
**Solon, OH 44139**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$248.00** |

**Bettina Magnusen**
**25 Tyler Court**
**Springboro, OH 45066**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$52.00** |

**Bettina Magnusen**
**25 Tyler Court**
**Springboro, OH 45066**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$248.00** |

**Bettina Magnusen**
**25 Tyler Court**
**Springboro, OH 45066**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$204,141.00** |

**Big V Properties**
**2151 Volunteer Parkway**
**Bristol, TN 37620**

Date(s) debt was incurred _

Last 4 digits of account number **1525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **building lease**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document      Page 43 of 439

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112.00 |
|---|---|---|---|

**Bill Franciose**
**207 Lyon Street**
**Cincinnati, OH 45219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81.00 |
|---|---|---|---|

**Bill Friedl**
**1109 Scott Alan Cir.**
**Blacksburg, VA 24060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83.00 |
|---|---|---|---|

**Bill Friedl**
**1109 Scott Alan Cir.**
**Blacksburg, VA 24060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |
|---|---|---|---|

**Bill Rogers**
**29249 Chapel Park Drive**
**Wesley Chapel, FL 33543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34.00 |
|---|---|---|---|

**Billie Gillman**
**175 E Broad Street, 993**
**Pataskala, OH 43062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.00 |
|---|---|---|---|

**BJ Charity**
**1603 Harrison Pond Drive**
**New Albany, OH 43054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Blake McManus**
**611 136 Ln NE**
**Andover, MN 55304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |

**Blake McManus**
**12854 194th Lane NW**
**Elk River, MN 55330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |

**Blake McManus**
**611 136th Ln NE**
**Andover, MN 55304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |

**Blake McManus**
**611 136 Ln NE**
**Ham Lake, MN 55304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.00 |

**Blake McManus**
**611 136 Ln NE**
**Ham Lake, MN 55304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |

**Blake McManus**
**611 136 Ln NE**
**Andover, MN 55304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $123.00 |

**Blake McManus**
**611 136 Ln NE**
**Andover, MN 55304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33.00 |

**Blake Sexton**
**6 Randall Rd**
**Montague, MA 01351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38.00 |

**Bo Dugger**
**2409 E. Lakeview Dr.**
**Johnson City, TN 37601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89.00 |

**Bobby Collins**
**60 Unaka Dr.**
**Mosheim, TN 37818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |

**Bobby Yarbrough**
**600 Barwood Park, Apt. 1938**
**Austin, TX 78753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.00 |

**Bonnie Santos**
**4922 Cedar Glen Dr**
**Durham, NC 27713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27.00 |

**Bowman Woods**
**371 Olgelbay Drive**
**Westerville, OH 43082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $168.00 |

**Brad Bergeson**
**126 Cramer Hollow Road**
**Nelson, MO 65347-2212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $154.00 |

**Brad Bergeson**
**126 Cramer Hollow Road**
**Nelson, MO 65347-2212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $249.00 |
|---|---|---|---|

**Brad Bergeson**
**126 Cramer Hollow Road**
**Nelson, MO 65347-2212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $244.00 |
|---|---|---|---|

**Brad Bergeson**
**126 Cramer Hollow Road**
**Nelson, MO 65347-2212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31.00 |
|---|---|---|---|

**Brad Sasser**
**12062 Veterans Memorial Pkwy**
**Lafayette, AL 36862**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41.00 |
|---|---|---|---|

**Brad Vasil**
**24733 W Dove Peak**
**Buckeye, AZ 85326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57.00 |
|---|---|---|---|

**Brad Vasil**
**24733 W. Dove Peak**
**Buckeye, AZ 85326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57.00 |
|---|---|---|---|

**Bradley Goodwin**
**2119 N Beachwood Drive**
**Apt 8**
**Los Angeles, CA 90068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60.00 |
|---|---|---|---|

**Brady Hales**
**1137 N Central Ave**
**Glendale, CA 91202-3680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **DORKSIDETOYS INC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Brady Laughton**
**5650 S. Huron Rd.**
**Pinconning, MI 48650**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76.00 |
|---|---|---|---|

**Brandon Alexander**
**106-47 96 STREET**
**Ozone Park, NY 11417**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $129.00 |
|---|---|---|---|

**Brandon Borrego**
**935 Chalcedony St.**
**San Diego, CA 92109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.00 |
|---|---|---|---|

**Brandon Carpenter**
**6836 Lagrange Pines Road**
**Cordova, TN 38018**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52.00 |
|---|---|---|---|

**Brandon Carpenter**
**6836 Lagrange Pines Road**
**Cordova, TN 38018**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Brandon Carpenter**
**6836 Lagrange Pines Road**
**Cordova, TN 38018**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47.00 |
|---|---|---|---|

**Brandon Carpenter**
**6836 Lagrange Pines Road**
**Cordova, TN 38018**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $69.00 |
|---|---|---|---|

**Brandon Hartsworm**
161 6th St
Albany, MN 56307

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $34.00 |
|---|---|---|---|

**Brandon Hightower**
1016 N. Montclair Ave.
Dallas, TX 75208

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $27.00 |
|---|---|---|---|

**Brandon Hitt**
3051 Texas Avenue
Simi Valley, CA 93063

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $26.00 |
|---|---|---|---|

**Brandon Hughes**
6141 Kilchurn Dr.
Fort Mill, SC 29707

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $144.00 |
|---|---|---|---|

**Brandon Lewis**
1998 28th Ave S, Apt 3
Grand Forks, ND 58201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $162.00 |
|---|---|---|---|

**Brandon Margicin**
714 E 26th St
Vancouver, WA 98663

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $32.00 |
|---|---|---|---|

**Brandon Mueller**
2113 Thomas Ave
Apt B
Alamosa, CO 81101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.00 |
|---|---|---|---|

**Brandon Mueller**
**2113 Thomas Ave**
**Apt B**
**Alamosa, CO 81101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**Brandon Templeton**
**503 North Hanlon St.**
**Westland, MI 48185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.00 |
|---|---|---|---|

**Brant Spraggins**
**821 Austin Lane**
**McKinney, TX 75071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36.00 |
|---|---|---|---|

**Brant Spraggins**
**821 Austin Lane**
**McKinney, TX 75071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46.00 |
|---|---|---|---|

**Brenda Mease**
**644 North Shore Rd.**
**Absecon, NJ 08201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.00 |
|---|---|---|---|

**Brenda Nelson**
**1633 N Hancock St**
**Fremont, NE 68025-3213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $765.00 |
|---|---|---|---|

**Brent Singleton**
**1919 Magnolia Estates Dr.**
**Spring, TX 77386-2752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **DORKSIDETOYS INC** | Case number (*if known*) | |
|--------|----------------------|--------------------------|--|
| | Name | | |

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$63.00** |
|-------|------------------------------------------------------|--------------------------------------------------------------------|-----------|

**Brett Farley**
**713 Scenic View Ct**
**Modesto, CA 95354-1762**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$201.00** |
|-------|------------------------------------------------------|--------------------------------------------------------------------|-------------|

**Brett Farley**
**713 Scenic View Ct**
**Modesto, CA 95354-1762**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40.00** |
|-------|------------------------------------------------------|--------------------------------------------------------------------|------------|

**Brett Fowler**
**10221 Gloucester Rd**
**Streetsboro, OH 44241**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36.00** |
|-------|------------------------------------------------------|--------------------------------------------------------------------|------------|

**Brett Kurzman**
**615 Willow Ave Apt. 5S**
**Hoboken, NJ 07030**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$176.00** |
|-------|------------------------------------------------------|--------------------------------------------------------------------|-------------|

**Brian Baker**
**5509 Palm Valley Drive N**
**Harlingen, TX 78552**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40.00** |
|-------|------------------------------------------------------|--------------------------------------------------------------------|------------|

**Brian Camp**
**7060 Old Mill Trace**
**Pinson, AL 35126**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$265.00** |
|-------|------------------------------------------------------|--------------------------------------------------------------------|-------------|

**Brian Celleri**
**10 Saint Marys Pl**
**Freeport, NY 11520-4614**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document      Page 51 of 439

| Debtor | **DORKSIDETOYS INC** | Case number *(if known)* | |
|--------|----------------------|--------------------------|--|
| | Name | | |

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$81.00** |
|-------|---|---|---|

**Brian Chiles**
**13506 Heritage Dr.**
**Bonner Springs, KS 66012**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40.00** |
|-------|---|---|---|

**Brian Chiles**
**13506 Heritage Dr.**
**Bonner Springs, KS 66012**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56.00** |
|-------|---|---|---|

**Brian Colomban**
**7714 78th Street**
**Glendale, NY 11385**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56.00** |
|-------|---|---|---|

**Brian Cunningham**
**4174 Jordan Road**
**Greer, SC 29651**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65.00** |
|-------|---|---|---|

**Brian Frey**
**805 Wisdom Ct**
**Norcross, GA 30093**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40.00** |
|-------|---|---|---|

**Brian Gillman**
**175 E Broad Street #933**
**Pataskala, OH 43062**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27.00** |
|-------|---|---|---|

**Brian Hess**
**33 Audie Lane**
**Harpers Ferry, WV 25425**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document    Page 52 of 439

| Debtor | **DORKSIDETOYS INC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Brian Hortsman**
**2726 Renick Street**
**Saint Joseph, MO 64507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40.00** |
|---|---|---|---|

**Brian Jones**
**504 S Main St**
**Jonesboro, IL 62952-1306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27.00** |
|---|---|---|---|

**Brian Kennedy**
**215 University Parkway**
**Johnson City, TN 37604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33.00** |
|---|---|---|---|

**Brian Landers**
**140 Aristocrat Ct**
**Fayetteville, GA 30215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Brian Myers**
**25 Chestnut Street**
**Schuylerville, NY 12871**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |
|---|---|---|---|

**Brian Ortiz**
**90 Johnson Ave**
**1st Floor**
**Hackensack, NJ 07601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$83.00** |
|---|---|---|---|

**Brian Plescia**
**18 Cercado Ct**
**Napa, CA 94559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:23-bk-01270    Doc 1    Filed 04/07/23    Entered 04/07/23 10:46:55    Desc Main
Document        Page 53 of 439

| Debtor | **DORKSIDETOYS INC** | Case number (if known) | |
|--------|----------------------|------------------------|--|
| | Name | | |

| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|-------|------|------|------|

**Brian Puckett**
**14 Redwing Drive**
**Winchester, KY 40391**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33.00** |
|-------|------|------|------|

**Brian Puckett**
**14 Redwing Drive**
**Winchester, KY 40391**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33.00** |
|-------|------|------|------|

**Brian Trlak**
**1210 Brandon Lakes Ave**
**Valrico, FL 33594**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32.00** |
|-------|------|------|------|

**Brian Vrchota**
**2440 Bristol Ct.**
**Aurora, IL 60504**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40.00** |
|-------|------|------|------|

**Brian Vrchota**
**2440 Bristol Ct.**
**Aurora, IL 60504**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35.00** |
|-------|------|------|------|

**Brian Weaver**
**1085 Merritt Drive**
**El Cajon, CA 92020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$92.00** |
|-------|------|------|------|

**Brian Wingler**
**5117 Chippendale Drive**
**Murfreesboro, TN 37129**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83.00 |
|---|---|---|---|

**Briane Simpson**
**3317 Hihannah View**
**West Kelowna BC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $132.00 |
|---|---|---|---|

**Brien Frey**
**805 Wisdom Court**
**Norcross, GA 30093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42.00 |
|---|---|---|---|

**Brigid Masaire**
**2680 SW Pickford St.**
**Corvallis, OR 97333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.00 |
|---|---|---|---|

**Brooks Franciotti**
**16311 Shady Elms Drive**
**Houston, TX 77059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27.00 |
|---|---|---|---|

**Brooks Magnuson**
**3906 Southwest Portland St.**
**Seattle, WA 98136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56.00 |
|---|---|---|---|

**Bryan Cea**
**Unit 1/6 Turbo Rd**
**Kings Park, Austrailia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |
|---|---|---|---|

**Bryan Cook**
**2309 Liberty Bell Ln**
**Lincoln, NE 68521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43.00** |
|---|---|---|---|

**Bryan Coronado**
**802 Minnesota**
**South Houston, TX 77587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Bryan Diehl**
**12809 N 15th Ave**
**Phoenix, AZ 85029-2820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$57.00** |
|---|---|---|---|

**Bryan Diehl**
**12809 N 15th Ave**
**Phoenix, AZ 85029-2820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40.00** |
|---|---|---|---|

**Bryan Keller**
**8528 Hawks Nest Dr.**
**Fort Worth, TX 76131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$232.00** |
|---|---|---|---|

**Bryan Manzey**
**418 5th Street SW**
**Pipestone, MN 56164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$82.00** |
|---|---|---|---|

**Bryan Nicolls**
**373 Nevada Ave**
**Ely, NV 89301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$96.00** |
|---|---|---|---|

**Bryan Oakes**
**89 Southwood St**
**West Fork, AR 72774-2614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.00 |
|---|---|---|---|

**Bryan Oakes**
89 Southwood
West Fork, AR 72774-2614

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107.00 |
|---|---|---|---|

**Bryan Secrest - Tebow**
23314 Sawmill Cross Ln
Spring, TX 77373

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62.00 |
|---|---|---|---|

**Bryan Segal**
750 Beechwood Drive
Lake Zurich, IL 60047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82.00 |
|---|---|---|---|

**Bryan Short**
1113 Valley Trl
Warrior, AL 35180-5215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Bryan Smith**
305 E Poplar St
Shelton, WA 98584

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52.00 |
|---|---|---|---|

**Bryan Smith**
305 E Poplar St
Shelton, WA 98584

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52.00 |
|---|---|---|---|

**Bryan Smith**
305 E Poplar St
Shelton, WA 98584

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $253.00 |

**Bryan Smith**
305 E Poplar St
Shelton, WA 98584

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $111.00 |

**Bryan Theriot**
13935 Cypresswood Crossing Blvd
Houston, TX 77070

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36.00 |

**Bryan Vigil**
601 Peltier St
Marshall, MN 56258

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27.00 |

**Bryant Guerra**
1502 Foothill Blvd.
Ste. 103-429
La Verne, CA 91750

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32.00 |

**Bryce Fowler**
1004 Corr Circle
Waveland, MS 39576

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $240.00 |

**Bryson McHardy**
2708 SE 97th Street
Oklahoma City, OK 73160

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18.00 |

**Byron Ho**
3150 Hartslock Woods Dr
West Bloomfield, MI 48322

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document   Page 58 of 439

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $83.00 |
|---|---|---|---|

**Byron Shaffner**
**1534 Russell Glen Ln**
**Dallas, TX 75232**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120.00 |
|---|---|---|---|

**Caleb Kebede**
**4004 Amick Ave**
**Des Moines, IA 50310**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $145.00 |
|---|---|---|---|

**Caleb Mikenas**
**229 E Prospect St**
**Kewanee, IL 61443**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 |
|---|---|---|---|

**Caleb Rowe**
**1760 Upper Bellbrook Rd**
**Xenia, OH 45385**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.00 |
|---|---|---|---|

**Cameron Hodges**
**307 E Franklin**
**Shawnee, OK 74804**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70.00 |
|---|---|---|---|

**Cameron Lewis**
**7248 Mohawk**
**Westland, MI 48185**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31.00 |
|---|---|---|---|

**Camilo Torrentes**
**17100 NW 42nd Ct**
**Miami Gardens, FL 33055-4413**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document    Page 59 of 439

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190.00 |
|---|---|---|---|

**Carin Miley**
**128 Pinewood Drive**
**West Warwick, RI 02893**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33.00 |
|---|---|---|---|

**Carl Buettgen**
**555 Timber Trail**
**Riverwoods, IL 60015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51.00 |
|---|---|---|---|

**Carlito Flores**
**13627 W Marshall Ave**
**Litchfield Park, AZ 85340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63.00 |
|---|---|---|---|

**Carlo Bruno**
**1601 Argonne Pl NW Apt 111**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $127.00 |
|---|---|---|---|

**Carlo Velazquez**
**14005 SE River Road**
**Portland, OR 97267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.00 |
|---|---|---|---|

**Carlos Chavez**
**320 W. Park Ave.**
**Watseka, IL 60970**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $122.00 |
|---|---|---|---|

**Carlos Gonzalez**
**14038 Glengyle Street**
**Whittier, CA 90604-2433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:23-bk-01270    Doc 1    Filed 04/07/23    Entered 04/07/23 10:46:55    Desc Main
Document      Page 60 of 439

| Debtor | **DORKSIDETOYS INC** | Case number *(if known)* | |
|--------|----------------------|---------------------------|---|
| | Name | | |

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|--------|

**Carlos Ortiz III**
**1290 Providence Blvd**
**Aubrey, TX 76227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|--------|

**Carlos Robinson**
**2010 Castle Royale Drive**
**Lawrenceville, GA 30043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $81.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|--------|

**Casey LeMaire**
**9901 Lewis Rd.**
**Deridder, LA 70634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $187.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Casey LeMaire**
**9901 Lewis Rd.**
**Deridder, LA 70634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|--------|

**Cathy Conway**
**6170 NE 141st Terrace**
**Williston, FL 32696**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|--------|

**Cesar Aliste**
**10150 Debra Ave**
**Los Angeles, CA 91343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|--------|

**Cesar Hernandez**
**819 Maraval Ct**
**Longwood, FL 32750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44.00 |
|---|---|---|---|

**Chad Buck**
**900 Cleveland Avenue SW**
**Apt 2**
**Hutchinson, MN 55350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 |
|---|---|---|---|

**Chad Conner**
**220 Conrad Cir**
**Lewisville, NC 27023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 |
|---|---|---|---|

**Chad Hill**
**2601 Northwest 191st St**
**Edmond, OK 73012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45.00 |
|---|---|---|---|

**Chad Moses**
**9311A Andrew Calhoun Circle**
**Mountain Home A F B, ID 83648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $199.00 |
|---|---|---|---|

**Chan Tern**
**1220 S Stockton St**
**Apt 8**
**Lodi, CA 95240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31.00 |
|---|---|---|---|

**Chandler Minnich**
**10124B Cordoba Ct**
**Waco, TX 76708-5982**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36.00 |
|---|---|---|---|

**Chandler Minnich**
**10124B Cordoba Ct**
**Waco, TX 76708-5982**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.334** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27.00**

**Chandler Parks**
**113 Killian Loop**
**Hutto, TX 78634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.335** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40.00**

**Charles Barnard**
**6946 Shoreview Dr**
**Grand Prairie, TX 75054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.336** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$155.00**

**Charles Thompson**
**11 Goetz Drive**
**Cold Spring, KY 41076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.337** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$131.00**

**Charles Thompson**
**11 Goetz Drive**
**Cold Spring, KY 41076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.338** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$36.00**

**Charles Worstell**
**2227 Derby Dr.**
**Marysville, OH 43040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.339** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$36.00**

**Charles Worstell**
**2227 Derby Dr.**
**Marysville, OH 43040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.340** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31.00**

**Charles Zimmel**
**2060 E Plank Rd**
**Unit 1**
**Appleton, WI 54915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $185.00 |
|---|---|---|---|

**Charles Zimmel**
**2060 E Plank Rd**
**Unit 1**
**Appleton, WI 54915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.00 |
|---|---|---|---|

**Chauncey Porter**
**4607 Meadow Cliff Dr**
**Memphis, TN 38125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74.97 |
|---|---|---|---|

**Cheolho Minale**
**11062 Barman ave**
**Culver City, CA 90230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.00 |
|---|---|---|---|

**Chet Krupowski**
**2 Cornelius Way**
**Cambridge, MA 02141-1438**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56.00 |
|---|---|---|---|

**Chris Boutwell**
**48 Rebecca Ave**
**Hudson, MA 01749-1913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.00 |
|---|---|---|---|

**Chris Boutwell**
**48 Rebecca Ave**
**Hudson, MA 01749-1913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Chris Boutwell**
**48 Rebecca Ave**
**Hudson, MA 01749-1913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $59.00 |
| --- | --- | --- | --- |
| | **Chris Boutwell** <br> **48 Rebecca Ave** <br> **Hudson, MA 01749-1913** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.349 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $109.00 |
| --- | --- | --- | --- |
| | **Chris Boutwell** <br> **48 Rebecca Ave** <br> **Hudson, MA 01749-1913** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.350 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $36.00 |
| --- | --- | --- | --- |
| | **Chris Coleman** <br> **215 Hill St** <br> **Richlands, VA 24641** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.351 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $22.00 |
| --- | --- | --- | --- |
| | **Chris Ennis** <br> **3717 Monterra Way** <br> **Bakersfield, CA 93314** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.352 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $46.00 |
| --- | --- | --- | --- |
| | **Chris Ferrell** <br> **2515 Northeast Expressway** <br> **V-11** <br> **Atlanta, GA 30345-2501** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.353 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
| --- | --- | --- | --- |
| | **Chris Flynn** <br> **15 Winthrop St.** <br> **Malden, MA 02148** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.354 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
| --- | --- | --- | --- |
| | **Chris Humphreys** <br> **1461 South 4th Street** <br> **Louisville, KY 40208** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document   Page 65 of 439

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87.00 |
|---|---|---|---|

**Chris Humphreys**
**1461 South 4th Street**
**Louisville, KY 40208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.00 |
|---|---|---|---|

**Chris Malone**
**1150 Sanford St**
**Coos Bay, OR 97420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54.00 |
|---|---|---|---|

**Chris Morrett**
**1800 S Pacific Coast Hwy 79**
**Redondo Beach, CA 90277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |
|---|---|---|---|

**Chris Nicholson**
**2600 Vestavia Forest Place**
**Birmingham, AL 35216-2722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41.00 |
|---|---|---|---|

**Chris Oliver**
**1713 S. 55th St.**
**Omaha, NE 68106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $148.00 |
|---|---|---|---|

**Chris Pang**
**A304 - 103 Wellman Cres**
**Saskatoon, CA S7T 0C1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.00 |
|---|---|---|---|

**Chris Ramirez**
**6243 E 46th Ln**
**Yuma, AZ 85365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41.00 |
|---|---|---|---|

**Chris Richardson**
**127 Jordan Drive**
**Chattanooga, TN 37421**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27.00 |
|---|---|---|---|

**Chris Seeger**
**2001 Red Bank Rd**
**Lot 510**
**Dover, PA 17315**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Chris Sheridan**
**836 Burntwood Way**
**Westfield, IN 46074**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62.00 |
|---|---|---|---|

**Chris Sherrill**
**419 N River Oaks Drive**
**Burnet, TX 78611-5547**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Chris Stoddard**
**409 Lost Creek Dr**
**Columbia, SC 29212-2464**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87.00 |
|---|---|---|---|

**Chris Thompson**
**61 Country Road 3100**
**Clarksville, TX 75426**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Chris Thornton**
**8835 Salt Grass Dr.**
**Pensacola, FL 32526**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document    Page 67 of 439

Name

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56.00 |

**Chris Thornton**
**8835 Salt Grass Dr.**
**Pensacola, FL 32526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.00 |

**Chris Thornton**
**8835 Salt Grass Dr.**
**Pensacola, FL 32526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $148.00 |

**Christ Thornton**
**8835 Salt Grass Dr**
**Pensacola, FL 32526-3263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.00 |

**Christian Pilhofer**
**4835 W Warner Ave**
**Chicago, IL 60641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.00 |

**Christian Robinson**
**8441 Central St**
**Kansas City, MO 64114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.00 |

**Christian Robinson**
**8441 Central St**
**Kansas City, MO 64114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |

**Christian Robinson**
**8441 Central St**
**Kansas City, MO 64114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60.00 |
|---|---|---|---|

**Christopher Brothers**
**25 Livingston Place**
**Lockport, NY 14094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44.00 |
|---|---|---|---|

**Christopher Budiman**
**Laubenhof 32**
**Braunschweig, DE 38104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47.00 |
|---|---|---|---|

**Christopher Calhoun**
**2518 Campus Way N**
**Bowie, MD 20721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34.00 |
|---|---|---|---|

**Christopher Galvan**
**2726 N. 52nd St.**
**Kansas City, KS 66104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68.00 |
|---|---|---|---|

**Christopher Guecia**
**102 Franklin Drive**
**Mullica Hill, NJ 08062-9314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 |
|---|---|---|---|

**Christopher Hubbard**
**4623 Detroit St.**
**Dearborn Heights, MI 48125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41.00 |
|---|---|---|---|

**Christopher Huckabay**
**3400 E. River Valley St.**
**Apt.**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document   Page 69 of 439

| Debtor | **DORKSIDETOYS INC** | Case number (*if known*) | |
|--------|----------------------|--------------------------|---|
| | Name | | |

---

**3.383** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27.00**

**Christopher Huckabay**
3400 E. River Valley St.
Apt.
Meridian, ID 83646

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.384** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$64.00**

**Christopher Huckabay**
3400 E. River Valley St.
Apt. B405
Meridian, ID 83646

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.385** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$46.00**

**Christopher Ingar Alvarez**
990 N.W. 14th Street
Ste. 110
Doral, FL 33192

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.386** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35.00**

**Christopher King**
1075 Alder St
Quincy, WA 98848-1913

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.387** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21.00**

**Christopher Labb**
1317 Reed St.
Philadelphia, PA 19147

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.388** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49.00**

**Christopher Lyons**
21401 White Oak Drive
Rehoboth Beach, DE 19971

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.389** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19.00**

**Christopher Oblinger**
1429 Westlawn
Mount Clemens, MI 48043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document   Page 70 of 439

---

**3.390** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$56.00**

**Christopher Ribot**
**19 Aspen Pl, Apt 4-C**
**Passaic, NJ 07055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.391** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$159.00**

**Christopher Richard**
**300 Oneil Blvd., Apt. 11**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.392** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$159.00**

**Christopher Richard**
**300 Oneil, Apt. 11**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.393** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$63.00**

**Christopher Sanchez**
**1418 Chestnut St**
**4**
**Everett, WA 98201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.394** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80.00**

**Christopher Swaty**
**23100 Wyldwood Drive**
**Little Rock, AR 72210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.395** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31.00**

**Christopher Thompson**
**6714 Raymond Avenue**
**Saint Louis, MO 63133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.396** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$41.00**

**Christopher Ward**
**7143 Minot Lane**
**Colorado Springs, CO 80916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32.00 |
|---|---|---|---|

**Christopher Ward**
**7143 Minot Lane**
**Colorado Springs, CO 80916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52.00 |
|---|---|---|---|

**Cindy Martinez**
**1434 77th Street**
**Lubbock, TX 79423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $192.00 |
|---|---|---|---|

**Clarence Er**
**4283 Express Lane**
**Suite 7266-666**
**Sarasota, FL 34249-2602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $159.00 |
|---|---|---|---|

**Clint Meacham**
**28 Monterey St**
**Kewarra Beach, Australia 4879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $184.00 |
|---|---|---|---|

**Cody Alidon**
**8105 228th St Ct E**
**Graham, WA 98338-8029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $104.00 |
|---|---|---|---|

**Cody Brown**
**1527 SE Main St, Unit 3**
**Portland, OR 97214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Cody Cameron**
**2317 I St**
**Apt 1**
**Sacramento, CA 95816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31.00** |
|---|---|---|---|

**Cody Edwards**
**2102 Weaver Rd.**
**Herrin, IL 62948**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.405 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |
|---|---|---|---|

**Cody Glaze**
**532 Eaves Road**
**Whitmire, SC 29178**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.406 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46.00** |
|---|---|---|---|

**Cody Nilges**
**114 Weatherman Drive**
**Wentzville, MO 63385**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.407 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$142.00** |
|---|---|---|---|

**Cody Nilges**
**114 Weatherman Drive**
**Wentzville, MO 63385**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.408 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33.00** |
|---|---|---|---|

**Cole Davidheiser**
**131 Bridge Street, Apt 2229**
**Phoenixville, PA 19460**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.409 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57.00** |
|---|---|---|---|

**Cole Watson**
**4277 Rudisill St**
**Montclair, CA 91763**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.410 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$81.00** |
|---|---|---|---|

**Cole Williams**
**116 Fulwood Drive**
**Franklin, TN 37067**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.411 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$275.00** |
|---|---|---|---|

**Colton Combs**
**2887 Kentucky 206**
**Dunnville, KY 42528**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33.00** |
|---|---|---|---|

**Colton Combs**
**2887 Kentucky 206**
**Dunnville, KY 42528**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Conner Johnson**
**615 N 6th St**
**Cambridge, OH 43725-1409**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Connor Young**
**1401 Lake Pointe Way**
**Apt 2**
**Centerville, OH 45459-5825**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$72.00** |
|---|---|---|---|

**Cooper North**
**10814 Lindbrook Drive**
**Los Angeles, CA 90024-3007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56.00** |
|---|---|---|---|

**Corey Garza**
**908 Kent St.**
**Sweeny, TX 77480**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41.00** |
|---|---|---|---|

**Corey Marcourek**
**431 Broadway**
**Tacoma, WA 98402**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document      Page 74 of 439

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.00 |
|---|---|---|---|

**Cortney Wells**
**7571 Elpine Gray Dr**
**Arlington, TN 38002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34.00 |
|---|---|---|---|

**Cory Pruneau**
**4660 Wilcox Ave.**
**Saint Louis, MO 63116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39.98 |
|---|---|---|---|

**Cory Simmons**
**1921 West Fulton ST**
**Chicago, IL 60612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.00 |
|---|---|---|---|

**Coty DeHerrera**
**16294 West Durango Street**
**Goodyear, AZ 85338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Craig Booth**
**1861 San Filippo Dr SE**
**Palm Bay, FL 32909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33.00 |
|---|---|---|---|

**Craig Booth**
**1861 San Filippo Dr SE**
**Palm Bay, FL 32909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55.00 |
|---|---|---|---|

**Craig Brabant**
**2718 Chamberlain Ave**
**Madison, WI 53705-3720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document      Page 75 of 439

| Debtor | **DORKSIDETOYS INC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.425 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $27.00 |
|---|---|---|---|

**Craig Hilton**
**1138 Pembroke St**
**Uniondale, NY 11553**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $122.00 |
|---|---|---|---|

**Craig Russell**
**2060 Waterford**
**Casper, WY 82609**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $36.00 |
|---|---|---|---|

**Cristiane Collazo**
**1103 North 13th Street**
**Reading, PA 19604**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $65.00 |
|---|---|---|---|

**Cristina Zamudio**
**2655 Tarpon Drive**
**Miramar, FL 33023-4570**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**Cristo Silva**
**602 S Mancos Pl**
**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $62.00 |
|---|---|---|---|

**Curt Dehart**
**302 1st St NW**
**Fort Dodge, IA 50501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $43.00 |
|---|---|---|---|

**Curtis Davis**
**601 N Coneflower**
**Athens, IL 62613**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document    Page 76 of 439

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31.00 |
|---|---|---|---|

**Daden Wenzl**
**1115 SW Medford Ave**
**Topeka, KS 66604**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $104.00 |
|---|---|---|---|

**Daden Wenzl**
**1115 SW Medford Ave**
**Topeka, KS 66604**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 |
|---|---|---|---|

**Daiveny Monte**
**7701 NW 15th St.**
**Ste. CW281923**
**Miami, FL 33106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $244.00 |
|---|---|---|---|

**Daiveny Monte**
**7701 NW 15th St.**
**Ste. CW281923**
**Miami, FL 33106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31.00 |
|---|---|---|---|

**Dakota Batchler**
**1937 South 31st Street**
**Terre Haute, IN 47803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38.00 |
|---|---|---|---|

**Dale Jones**
**20 Kelly Cr.**
**Port Hope, Ontario L1A325**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $63.00 |
|---|---|---|---|

**Damaris Bailon Villegas**
**10055 Southwest Garrett Street, Apt. 10**
**Portland, OR 97223**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.439 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |

**Damien Drayton**
**2589 Chalmette Ct**
**Unit 9**
**Rocklin, CA 95677-3722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.440 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$27.00** |

**Damon Chan**
**348A Douglass St 3rd Floor**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.441 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$80.00** |

**Damon Chik**
**14 Prospect Place**
**Bellaire, TX 77401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.442 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$80.00** |

**Damon Chik**
**14 Prospect Place**
**Bellaire, TX 77401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.443 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$132.00** |

**Damon Whitaker**
**4568 Bancroft St**
**San Diego, CA 92116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.444 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$70.00** |

**Dan Grumeretz**
**15806 N. 36th Ave.**
**Phoenix, AZ 85053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.445 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$70.00** |

**Dan Grumeretz**
**15806 N. 36th Ave.**
**Phoenix, AZ 85053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56.00 |
|---|---|---|---|

**Dan King**
**2719 Harvard Drive**
**Janesville, WI 53548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $180.00 |
|---|---|---|---|

**Dan Trujillo Jr.**
**11701 Oxford Ave**
**Hawthorne, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27.00 |
|---|---|---|---|

**Daniel Anguino**
**1360 Marjorie St**
**Hammond, WI 54015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 |
|---|---|---|---|

**Daniel Bein**
**1414 Preintiss Street**
**Cayce, SC 29033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $92.00 |
|---|---|---|---|

**Daniel Bergman**
**3023 S Ridge Rd**
**Newton, KS 67114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 |
|---|---|---|---|

**Daniel Bodon**
**5516 Spillman Ave**
**Sacramento, CA 95819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37.00 |
|---|---|---|---|

**Daniel Coffield**
**5 Mayfield Ave**
**Akron, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Name

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$313.00** |

**Daniel Coffield**
**5 Mayfield Ave**
**Akron, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$51.00** |

**Daniel Coronado**
**34407 Harris Hawk Lane**
**Murrieta, CA 92563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$64.00** |

**Daniel Cottam**
**8811 Colesville Rd. Apt. 8**
**Silver Spring, MD 20910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$220.00** |

**Daniel Fannin**
**8510 S 143rd Ave**
**Omaha, NE 68138-3570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31.00** |

**Daniel France**
**3643 Manchester Drive**
**Bettendorf, IA 52722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$68.00** |

**Daniel France**
**3643 Manchester Drive**
**Bettendorf, IA 52722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31.00** |

**Daniel France**
**3643 Manchester Drive**
**Bettendorf, IA 52722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.460 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90.00** |
|---|---|---|---|

**Daniel France**
**3643 Manchester Drive**
**Bettendorf, IA 52722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.461 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31.00** |
|---|---|---|---|

**Daniel France**
**3643 Manchester Drive**
**Bettendorf, IA 52722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$153.00** |
|---|---|---|---|

**Daniel France**
**3643 Manchester Drive**
**Bettendorf, IA 52722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31.00** |
|---|---|---|---|

**Daniel France**
**3643 Manchester Drive**
**Bettendorf, IA 52722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.464 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31.00** |
|---|---|---|---|

**Daniel France**
**3643 Manchester Drive**
**Bettendorf, IA 52722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56.00** |
|---|---|---|---|

**Daniel France**
**3643 Manchester Drive**
**Bettendorf, IA 52722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31.00** |
|---|---|---|---|

**Daniel France**
**3643 Manchester Drive**
**Bettendorf, IA 52722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51.00 |

**Daniel France**
**3643 Manchester Drive**
**Bettendorf, IA 52722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.00 |

**Daniel France**
**3643 Manchester Drive**
**Bettendorf, IA 52722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.00 |

**Daniel France**
**3643 Manchester Drive**
**Bettendorf, IA 52722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61.00 |

**Daniel France**
**3643 Manchester Drive**
**Bettendorf, IA 52722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61.00 |

**Daniel France**
**3643 Manchester Drive**
**Bettendorf, IA 52722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.00 |

**Daniel Jacobvitz**
**89 Maolis Ave**
**West Bridgewater, MA 02379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66.00 |

**Daniel Jarrous**
**40612 Windsor Road**
**Temecula, CA 92591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.00 |
|---|---|---|---|

**Daniel Jones**
**17147 Grand Valley Court**
**Round Hill, VA 20141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.00 |
|---|---|---|---|

**Daniel Jones**
**17147 Grand Valley Court**
**Round Hill, VA 20141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.00 |
|---|---|---|---|

**Daniel Lomagno**
**8355 Lefferts Blvd, Apt 3A**
**Kew Gardens, NY 11415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52.00 |
|---|---|---|---|

**Daniel McClung**
**508 Hackney Dr**
**Smyrna, TN 37167**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Daniel Nerdal**
**Myrdalsvegen 36, Leil 23 B**
**Nyborg, NO 5031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.00 |
|---|---|---|---|

**Daniel OMalley**
**45 Davis Road**
**Sparta, NJ 07871-3302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $181.00 |
|---|---|---|---|

**Daniel Quintero**
**9103 Burke St**
**Pico Rivera, CA 90660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 |
|---|---|---|---|

**Daniel Reed**
412 Vanhorn Road
Holts Summit, MO 65043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66.00 |
|---|---|---|---|

**Daniel Rodriguez**
3905 Desert Nomad
El Paso, TX 79938

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21.00 |
|---|---|---|---|

**Daniel Rodriguez**
3905 Desert Nomad
El Paso, TX 79938

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $81.00 |
|---|---|---|---|

**Daniel Rubinton**
260 Main Street
unit B
Franklin, MA 02038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $83.00 |
|---|---|---|---|

**Daniel Sokulski**
2498 Heather Ridge Drive
Normal, IL 61761

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $180.00 |
|---|---|---|---|

**Daniel Trujillo**
11701 Oxford Ave
Unit D
Hawthorne, CA 90250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $95.00 |
|---|---|---|---|

**Daniel Trujillo**
11701 Oxford Ave
Unit D
Hawthorne, CA 90250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.00 |
|---|---|---|---|

**Daniel Trujillo**
**11701 Oxford Ave**
**Unit D**
**Hawthorne, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240.00 |
|---|---|---|---|

**Daniel Trujillo**
**11701 Oxford Ave**
**Unit D**
**Hawthorne, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.00 |
|---|---|---|---|

**Daniel Woo**
**195 Tallow Wood Dr**
**Clifton Park, NY 12065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96.00 |
|---|---|---|---|

**Daniela Kim Framil**
**705 E 10th St**
**Newton, KS 67114-2323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.00 |
|---|---|---|---|

**Daniela Rosado**
**2157 Harrison Ave**
**San Diego, CA 92113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37.00 |
|---|---|---|---|

**Danielle Alvarado**
**11830 Bertha Street**
**Cerritos, CA 90703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |
|---|---|---|---|

**Danielle C**
**3918 High Point Ln**
**Houston, TX 77053-1427**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.495 | **Nonpriority creditor's name and mailing address** | **$46.00** |

**Nonpriority creditor's name and mailing address**
**Danielle Johnson**
**203 Scarlet Oak Dr**
**Monroe, OH 45050**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$46.00**

---

3.496 **Nonpriority creditor's name and mailing address**
**Danny Carbajal**
**13424 Ridgeway Meadows Dr**
**Bakersfield, CA 93314-9833**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$163.00**

---

3.497 **Nonpriority creditor's name and mailing address**
**Danny Zimmerman**
**1015 11th Street West**
**West Fargo, ND 58078**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

3.498 **Nonpriority creditor's name and mailing address**
**Darais Prince**
**119-49 Union turnpike , unit 9D**
**Forest Hills, NY 11375**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$66.00**

---

3.499 **Nonpriority creditor's name and mailing address**
**Darby Fricks**
**604 San Salvador Dr**
**North Augusta, SC 29841**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

3.500 **Nonpriority creditor's name and mailing address**
**Darian Kovach**
**8233 Creekstone Lane**
**Blacklick, OH 43004**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$123.00**

---

3.501 **Nonpriority creditor's name and mailing address**
**Darian Kovach**
**8233 Creekstone Lane**
**Blacklick, OH 43004**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$190.00**

---

| Debtor | **DORKSIDETOYS INC** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $31.00 |
|---|---|---|---|

**Darin Greene**
**3120 Old Crow Court**
**Lexington, KY 40502**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $125.00 |
|---|---|---|---|

**Darin Greene**
**3120 Old Crow Court**
**Lexington, KY 40502**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $27.00 |
|---|---|---|---|

**Darrell Armentrout**
**104 Cooper Drive**
**Summerville, SC 29483**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $117.00 |
|---|---|---|---|

**Darrell Wildt**
**4843 Littleton Way**
**Salida, CA 95368**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $330.00 |
|---|---|---|---|

**Darrell Wildt**
**4843 Littleton Way**
**Salida, CA 95368**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $75.00 |
|---|---|---|---|

**Darren Lambert**
**142 N. Church St.**
**Hamden, OH 45634**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $75.00 |
|---|---|---|---|

**Darren Lambert**
**142 N. Church St.**
**Hamden, OH 45634**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document      Page 87 of 439

| Debtor | **DORKSIDETOYS INC** | Case number (*if known*) | |
|--------|----------------------|--------------------------|--|
| | Name | | |

| 3.509 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $114.00 |

**Darren Murnell**
**266 Hartland Rd.**
**Saint Albans, ME 04971**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.510 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $84.00 |

**Darrin Wells**
**29 Sagamore Ave.**
**Winthrop, MA 02152-1031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.511 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49.00 |

**Darrin Wells**
**29 Sagamore Ave.**
**Winthrop, MA 02152-1031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56.00 |

**Darrin Wells**
**29 Sagamore Ave.**
**Winthrop, MA 02152-1031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.513 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $95.00 |

**Darrin Wells**
**29 Sagamore Ave.**
**Winthrop, MA 02152-1031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.514 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $84.00 |

**Dave Teodoro**
**948 Cherry Glen Ter**
**Fremont, CA 94536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.515 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60.00 |

**David Ackels**
**3717 Wayne Ave.**
**Dayton, OH 45420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **DORKSIDETOYS INC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.516 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44.00** |
|---|---|---|---|

**David Arceneaux**
**28 E. Winged Foot Rd**
**Phoenix, AZ 85022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.517 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44.00** |
|---|---|---|---|

**David Arceneaux**
**28 E. Winged Foot Rd**
**Phoenix, AZ 85022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.518 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$66.00** |
|---|---|---|---|

**David Brinkman**
**1036 Oakley Ave**
**Deerfield, IL 60015-2904**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.519 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48.00** |
|---|---|---|---|

**David Castrejon**
**3613 Dovewood St.**
**Bakersfield, CA 93309**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.520 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57.00** |
|---|---|---|---|

**David Castrovinci**
**20222 Chaparral Circle**
**Penn Valley, CA 95946**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.521 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32.00** |
|---|---|---|---|

**David Castrovinci**
**20222 Chaparral Circle**
**Penn Valley, CA 95946**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.522 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40.00** |
|---|---|---|---|

**David Cosgray**
**119 County Road 1078**
**Oxford, MS 38655**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46.00 |
|---|---|---|---|

**David Cosgray**
**119 County Road 1078**
**Oxford, MS 38655**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43.00 |
|---|---|---|---|

**David Cosgray**
**119 County Road 1078**
**Oxford, MS 38655**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44.00 |
|---|---|---|---|

**David Coyne**
**7209 Harbor Blue Place**
**Pickerington, OH 43147**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |
|---|---|---|---|

**David Daniels IV**
**154 E. 29th St., Apt. 17**
**New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62.00 |
|---|---|---|---|

**David Eckard**
**831 1st Street Southeast**
**Hickory, NC 28602**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.00 |
|---|---|---|---|

**David Felix**
**2425 S 17th Street**
**Milwaukee, WI 53215**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106.00 |
|---|---|---|---|

**David Felix**
**2425 S 17th Street**
**Milwaukee, WI 53215**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | DORKSIDETOYS INC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126.00 |
|---|---|---|---|

**David Fernandez**
**6100 Hampton Leas Ln**
**Columbia, SC 29209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.00 |
|---|---|---|---|

**David Haney**
**5501 W 86th Ct**
**Crown Point, IN 46307-1508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.00 |
|---|---|---|---|

**David Joens**
**15418 South 18th Place**
**Phoenix, AZ 85048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |
|---|---|---|---|

**David Lapetino**
**4316 Champion Rd**
**Naperville, IL 60564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $157.00 |
|---|---|---|---|

**David Luo**
**8218 Gold Tree Dr**
**Houston, TX 77036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41.00 |
|---|---|---|---|

**David Miller**
**644 Rural Ave S**
**Salem, OR 97302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117.00 |
|---|---|---|---|

**David Montellano**
**670 NW 85th Place, Apt 108**
**Miami, FL 33126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.537** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$66.00**

**David Quinn**
**236 Johnston Street, 4**
**Annandale, AU 2038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.538** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$66.00**

**David Quinn**
**236 Johnston Street, 4**
**Annandale, AU 2038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.539** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$109.00**

**David Robinson Jr**
**2708 Webster St, Apt 2**
**Mount Rainier, MD 20712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.540** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200.00**

**David Rojas**
**11461 Spicer Dr.**
**Plymouth, MI 48170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.541** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$84.00**

**David Scott**
**308 Maryland Ave**
**Fairmont, WV 26554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.542** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$129.00**

**David Staggs**
**2838 Madison Street Northeast**
**Albuquerque, NM 87110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.543** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$41.00**

**David Timmer**
**1420 Morningside Drive**
**Burbank, CA 91506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.544 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $104.00 |

**David Toy**
800 Oakland Rd NE
Cedar Rapids, IA 52402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38.00 |

**David Valdez**
7199 Quantico Lane N
Osseo, MN 55311

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31.00 |

**David Whitty**
1338 Marengo Avenue
Forest Park, IL 60130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31.00 |

**David Worobec**
8 Mayo St.
Portland, ME 04101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56.00 |

**David Yost**
16907 Thackery Ave
Oak Forest, IL 60452

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $102.00 |

**David Yost**
16907 Thackery Street
Oak Forest, IL 60452

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $219.00 |

**Davidson Abrantes**
2844 South 1030 West
Suite 148978
Salt Lake City, UT 84119

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$168.00** |
|---|---|---|---|

**Dax Torres**
**2768 W. Hayley Ct.**
**Waukegan, IL 60085**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$160.00** |
|---|---|---|---|

**Daymein Gregorio**
**4044 Fort Campbell Blvd #215**
**Hopkinsville, KY 42240**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$19.00** |
|---|---|---|---|

**Delbert Parks**
**3177 Hidden Ridge Terrace**
**Abingdon, MD 21009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200.00** |
|---|---|---|---|

**Dennis Graham**
**72 Audrey Pl**
**Dover, NJ 07801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$34.00** |
|---|---|---|---|

**Dennis Lee**
**317 Scarlet Ct.**
**Toms River, NJ 08753**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.556 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$147.00** |
|---|---|---|---|

**Derek Brodeur**
**14 Goldmine Rd**
**Ashburnham, MA 01430-1070**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$36.00** |
|---|---|---|---|

**Derek Green**
**182 Rosedale St.**
**Lewiston, ME 04240**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |
|---|---|---|---|

**Derek Molina**
**4201 North 20th Street, Unit 125**
**Phoenix, AZ 85016**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42.00 |
|---|---|---|---|

**Derek Schneider**
**11437 South Ki Road**
**Phoenix, AZ 85044**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.00 |
|---|---|---|---|

**Derek Trevino**
**9323 Somerset Road**
**Apt. 9308**
**San Antonio, TX 78211**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 |
|---|---|---|---|

**Derek Trevino**
**9323 Somerset Rd. Apt. 9308 Building 9**
**San Antonio, TX 78211**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.562 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $92.00 |
|---|---|---|---|

**Derek Verlanic**
**2 Pio Pico Way**
**Pacifica, CA 94044**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.00 |
|---|---|---|---|

**Deric Cook**
**6545 N Scottsville St**
**Park City, KS 67219**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Derrick VanWie**
**136 Fuller Road, Unit E**
**Albany, NY 12205**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36.00 |
|---|---|---|---|

**Desmond Washington**
**4145 Union Square Blvd**
**Dublin, OH 43016**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $95.00 |
|---|---|---|---|

**Desvergne Vincent**
**51 Chemin de l'Aoudougue**
**Cestas, FR 33610**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31.00 |
|---|---|---|---|

**Devin Brooks**
**2717B 5th St. NW, Apt. 202**
**Minot, ND 58703**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $152.00 |
|---|---|---|---|

**Dexter Mills**
**9277 Garrett Creek Dr**
**Midland, GA 31820**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $165.00 |
|---|---|---|---|

**Dexter Mills**
**390 17th St NW, Unit 5066**
**Atlanta, GA 30363**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $95.00 |
|---|---|---|---|

**Dexter Mills**
**9277 Garrett Creek Dr**
**Midland, GA 31820**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $63.00 |
|---|---|---|---|

**Deysi Quinones Rolon**
**2633 Griffin Ave.**
**Los Angeles, CA 90031**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$77,544.00** |
|---|---|---|---|

**Diamond**
**10150 York Road**
**Ste 300**
**Hunt Valley, MD 21030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __business loan__

Last 4 digits of account number __4063__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27.00** |
|---|---|---|---|

**Dick Wong**
**42356 Sunnyslope Dr**
**Lancaster, CA 93536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**Dickson Kong**
**9926 Broadway**
**Temple City, CA 91780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$41.00** |
|---|---|---|---|

**Diego Sanchez**
**3132 West Iris Ave**
**Visalia, CA 93277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36.00** |
|---|---|---|---|

**Dino A. Funari**
**17 Hillside Road**
**Hull, MA 02045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35.00** |
|---|---|---|---|

**Dino A. Funari**
**17 Hillside Road**
**Hull, MA 02045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.578 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$44.00** |
|---|---|---|---|

**Dino Funari**
**17 Hillside Road**
**Hull, MA 02045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $280.00 |
|---|---|---|---|

**Dino Funari**
**17 Hillside Road**
**Hull, MA 02045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.580 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |
|---|---|---|---|

**Dion Lewis**
**16 Kathy Ct.**
**Saint Peters, MO 63376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62.00 |
|---|---|---|---|

**Dolf Dodge**
**3953 Pegg Ave**
**Columbus, OH 43214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.582 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65.00 |
|---|---|---|---|

**Dominic Trujillo**
**967 Welch Ct**
**Golden, CO 80401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56.00 |
|---|---|---|---|

**Don Dehamer**
**14302 E Hawthorne St**
**Wichita, KS 67230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69.00 |
|---|---|---|---|

**Don Dermer**
**10320 Spencer Trail Place**
**Ashland, VA 23005-7475**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.00 |
|---|---|---|---|

**Don Houf**
**440 Skyline Lane**
**Pickerington, OH 43147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$62.00** |
|-------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**Don Sawyer**
**441 S Crawford Rd**
**Hummelstown, PA 17103-6000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$165.00** |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**Don Sawyer**
**441 S Crawford Rd**
**Hummelstown, PA 17103-6000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$81.00** |
|-------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**Donald Day**
**200 Hedgecock Ct**
**Satellite Beach, FL 32937**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.589 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36.00** |
|-------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**Donald George**
**155 Oak St.**
**Lilly, PA 15938**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36.00** |
|-------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**Donald George**
**155 Oak St.**
**Lilly, PA 15938**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.591 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$168.00** |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**Donald Keohane**
**16103 85th Street**
**Howard Beach, NY 11414**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$96.00** |
|-------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**Donnie Keene**
**9111 Fox Hill Race Ct**
**Mechanicsville, VA 23116-3179**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document    Page 99 of 439

| Debtor | **DORKSIDETOYS INC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.593 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $53.00 |
|---|---|---|---|

**Donovan Snider**
**3775 Flora Vista Ave**
**Apt 507**
**Santa Clara, CA 95051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $109.00 |
|---|---|---|---|

**Donovan Weaver**
**846 Avery Ave**
**Quesnel, BC, CA V2J 1H1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $88.00 |
|---|---|---|---|

**Dorene Viglione**
**1737 Belmont Cir SW**
**Vero Beach, FL 32968-6714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $61.00 |
|---|---|---|---|

**Doug Dalton**
**620 Glenview Cir**
**Plainwell, MI 49080-1365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 |
|---|---|---|---|

**Doug Maliszewski**
**21756 Green Stable Square, Apt 310**
**Ashburn, VA 20147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $27.00 |
|---|---|---|---|

**Doug McDaniel**
**6160 E Oakwood Dr.**
**Des Moines, IA 50327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $36.00 |
|---|---|---|---|

**Douglas Imhoff Jr.**
**116 Dry Hill Rd**
**Norwalk, CT 06851**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.600 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.99 |
|---|---|---|---|
| | **Dru Tischer**<br>**1509 N Minnesota Ave**<br>**Shawnee, OK 74804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.601 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.00 |
|---|---|---|---|
| | **Dru Tischer**<br>**1509 N Minnesota Ave**<br>**Shawnee, OK 74804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.602 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.00 |
|---|---|---|---|
| | **Dru Tischer**<br>**1509 N Minnesota Ave**<br>**Shawnee, OK 74804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.603 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46.00 |
|---|---|---|---|
| | **Dustin Calamia**<br>**6700 Gamay Circle**<br>**Frisco, TX 75035-8019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.604 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.00 |
|---|---|---|---|
| | **Dustin Collins**<br>**425 Benjamin Place**<br>**Mount Washington, KY 40047** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.605 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65.00 |
|---|---|---|---|
| | **Dustin Downey**<br>**1223 E. Sophomore Cir**<br>**Salt Lake City, UT 84117** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.606 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41.00 |
|---|---|---|---|
| | **Dustin Evans**<br>**6611 Morgan Road**<br>**Everett, WA 98203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document   Page 101 of 439

| Debtor | **DORKSIDETOYS INC** | Case number *(if known)* | |
|--------|----------------------|--------------------------|--|
| | Name | | |

| 3.607 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $31.00 |
|-------|--------------------------------------------------|-----------------------------------------------------------------|--------|

**Dustin Horner**
**1421 S Walnut St**
**Springfield, IL 62704**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.608 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $134.00 |
|-------|--------------------------------------------------|-----------------------------------------------------------------|---------|

**Dustin Lingenfelter**
**250 Holly St., Apt. 102**
**Northern Cambria, PA 15714**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.609 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $32.00 |
|-------|--------------------------------------------------|-----------------------------------------------------------------|--------|

**Dustin Wenger**
**1837 E Tulane Dr**
**Tempe, AZ 85283**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.610 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $66.00 |
|-------|--------------------------------------------------|-----------------------------------------------------------------|--------|

**Dwayne Smallwood**
**353 Campbell St**
**Staunton, VA 24401**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.611 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $35.00 |
|-------|--------------------------------------------------|-----------------------------------------------------------------|--------|

**Dylan Brame**
**50 Woodhaven Drive**
**Odessa, TX 79762**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.612 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $36.00 |
|-------|--------------------------------------------------|-----------------------------------------------------------------|--------|

**Dylan Brame**
**50 Woodhaven Drive**
**Odessa, TX 79762**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.613 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $27.00 |
|-------|--------------------------------------------------|-----------------------------------------------------------------|--------|

**Dylan Brame**
**50 Woodhaven Drive**
**Odessa, TX 79762**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.614 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$126.00** |
|---|---|---|---|

**Dylan Dorn**
**705 NE 116th Ct**
**Portland, OR 97220**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.615 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$82.00** |
|---|---|---|---|

**Dylan Martinusen**
**1550 Springfield Drive**
**Apt 59**
**Chico, CA 95928**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.616 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90.00** |
|---|---|---|---|

**Dylan Mayer**
**4822 S Sandy Ct**
**Brookline, MO 65619**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.617 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Eclipse Strasser**
**3672 NW Talamore Terrace**
**Portland, OR 97229**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.618 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36.00** |
|---|---|---|---|

**Eddy Rojas**
**7000 Water Meadows Dr**
**Fort Worth, TX 76123-2979**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.619 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$167.00** |
|---|---|---|---|

**Edward Agin**
**7400 Dunfield Ave**
**Los Angeles, CA 90045**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.620 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35.00** |
|---|---|---|---|

**Edward Agin**
**7400 Dunfield Ave.**
**Los Angeles, CA 90045**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **DORKSIDETOYS INC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.621 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $57.00 |
|---|---|---|---|

**Edward Agin**
**7400 Dunfield Ave**
**Los Angeles, CA 90045**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.622 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $32.00 |
|---|---|---|---|

**Edward Agin**
**7400 Dunfield Ave**
**Los Angeles, CA 90045**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.623 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $279.00 |
|---|---|---|---|

**Edward Agin**
**7400 Dunfield Ave**
**Los Angeles, CA 90045**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.624 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $197.00 |
|---|---|---|---|

**Edward Agin**
**7400 Dunfield Ave**
**Los Angeles, CA 90045**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.625 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $31.00 |
|---|---|---|---|

**Edward Arent**
**67 Garden Rd.**
**Rocky Point, NY 11778**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.626 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $155.00 |
|---|---|---|---|

**Edward Arent**
**67 Garden Rd.**
**Rocky Point, NY 11778**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.627 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $96.00 |
|---|---|---|---|

**Edward Arent**
**67 Garden Rd.**
**Rocky Point, NY 11778**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.628 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00** |
|---|---|---|---|

**Edward Broussard**
**1008 Larch Lane**
**Denton, TX 76209-1605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.629 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31.00** |
|---|---|---|---|

**Edward Broussard**
**1008 Larch Lane**
**Denton, TX 76209-1605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|---|

**Edward Dinkel**
**929 Lindsay Ln**
**Lancaster, PA 17601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$105.00** |
|---|---|---|---|

**Edward King**
**40 Paerdegat 7th Street**
**Brooklyn, NY 11236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$156.00** |
|---|---|---|---|

**Edward Lian**
**7038 NW 50 Street**
**Miami, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$132.00** |
|---|---|---|---|

**Edward Nepomuceno**
**4273 Yarrow St**
**Wheat Ridge, CO 80033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$93.00** |
|---|---|---|---|

**Edward Raab**
**1408 W. Warner Ave. Apt. 1W**
**Chicago, IL 60613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | DORKSIDETOYS INC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.635 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $230.00 |
|---|---|---|---|

**Edward Ramirez**
**3349 Lexington Ave, Apt 3 Rear cottage**
**Mohegan Lake, NY 10547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |
|---|---|---|---|

**Edward Wellner**
**38355 Burkland Ct.**
**Westland, MI 48185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55.00 |
|---|---|---|---|

**Elaine Frausto**
**6118 W Norwich Ave**
**Fresno, CA 93723-8193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.638 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41.00 |
|---|---|---|---|

**Eli Ward**
**2748 Route 4**
**Staunton, IL 62088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Eliana Chavez**
**8429 NW 68th Street**
**Miami, FL 33166-2658**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $113.00 |
|---|---|---|---|

**Elizabeth Alagiannis**
**540 Wier Rd, Apt 205**
**San Bernardino, CA 92408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |
|---|---|---|---|

**Elizabeth Martinez**
**975 NW 165 Ave.**
**Hollywood, FL 33028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.642 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $137.00 |
|---|---|---|---|

**Ella Carleton**
**4210 Upson Rd**
**Carpinteria, CA 93013**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.643 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56.00 |
|---|---|---|---|

**Elliot Huglen**
**5395 172nd Street W**
**Farmington, MN 55024**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $116.95 |
|---|---|---|---|

**Elliot Nikitin**
**6731 Gate Hill Circle**
**Huntington Beach, CA 92648**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.00 |
|---|---|---|---|

**Elliot Vasquez**
**1505 Broadway Street**
**Apt 1R**
**Brooklyn, NY 11221**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $168.00 |
|---|---|---|---|

**Elliot Vazquez**
**205 Albany Ave, Apt 6E**
**Brooklyn, NY 11213-2122**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.647 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47.00 |
|---|---|---|---|

**Elthon Cruz**
**893 S 2100 W**
**Orem, UT 84059**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112.00 |
|---|---|---|---|

**Elvin Kumar**
**365th Street**
**#8868**
**Blaine, WA 98230**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **DORKSIDETOYS INC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.649 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$82.00** |
|---|---|---|---|

**Elvin Kumar**
**365th Street**
**#8868**
**Blaine, WA 98230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.650 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62.00** |
|---|---|---|---|

**Elvin Kumar**
**5871, 130th St**
**Surrey, BC, CA V3X 0C4**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$146.00** |
|---|---|---|---|

**Elvin Kumar**
**5871, 130th St**
**Surrey, BC, CA V3X 0C4**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.652 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$207.00** |
|---|---|---|---|

**Elvin Kumar**
**5871, 130th St**
**Surrey, BC, CA V3X 0C4**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.653 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$49.00** |
|---|---|---|---|

**Elvin Kumar**
**5871, 130th St**
**Surrey, BC, CA V3X 0C4**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$106.00** |
|---|---|---|---|

**Emi Takashi**
**Otsuka 626-16 , 106 Lunapark-Inoue**
**Hachioji, JP 192-0352**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36.00** |
|---|---|---|---|

**Emilio Lopez**
**2223 Florey Ln**
**Apt E11**
**Abington, PA 19001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.656 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$56.00** |
|---|---|---|---|

**Emma Cummings**
**3684 South Lenox Street**
**Milwaukee, WI 53207**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |
|---|---|---|---|

**Emmanuel Rios**
**396 W Baseline**
**Rupert, ID 83350**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$224.00** |
|---|---|---|---|

**Emmanuelle J Perez**
**365 Peppermill Drive**
**Rock Hill, SC 29732**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$240.00** |
|---|---|---|---|

**Emmanuelle J Perez**
**365 Peppermill Drive**
**Rock Hill, SC 29732**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$146.00** |
|---|---|---|---|

**Emmanuelle J Perez**
**365 Peppermill Drive**
**Rock Hill, SC 29732**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.661 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$105.00** |
|---|---|---|---|

**Eric Baltz**
**6415 Moonglow Dr**
**Las Vegas, NV 89156**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.662 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$90.00** |
|---|---|---|---|

**Eric Bauer**
**902 NW 16th St**
**Guymon, OK 73942**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document    Page 109 of 439

| Debtor | **DORKSIDETOYS INC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.663 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35.00** |
|---|---|---|---|
| | **Eric Blake**<br>**3942F Gardenspot Rd**<br>**Loon Lake, WA 99148** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.664 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$62.00** |
|---|---|---|---|
| | **Eric Bowles**<br>**13722 W 158th St**<br>**Olathe, KS 66062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.665 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$70.00** |
|---|---|---|---|
| | **Eric Bruce**<br>**8 Perimeter Center E #2112**<br>**Atlanta, GA 30346** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.666 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40.00** |
|---|---|---|---|
| | **Eric Eells**<br>**48 Kilbride Lane**<br>**Martinsburg, WV 25403** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.667 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$61.00** |
|---|---|---|---|
| | **Eric Eells**<br>**48 Kilbride Lane**<br>**Martinsburg, WV 25403** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.668 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$70.00** |
|---|---|---|---|
| | **Eric Fisher**<br>**56582 859th Rd.**<br>**Carroll, NE 68723** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.669 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27.00** |
|---|---|---|---|
| | **Eric Goldsby**<br>**3413 Abliene Circle**<br>**Norman, OK 73072** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **DORKSIDETOYS INC** | Case number (*if known*) | |
|--------|----------------------|--------------------------|--|
| | Name | | |

| 3.670 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $72.00 |
|-------|--------------------|--------------------|--------|
| | **Eric Lizarraga** | ☐ Contingent | |
| | **323 Buena Vista St.** | ☐ Unliquidated | |
| | **Grass Valley, CA 95945** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.671 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $136.00 |
|-------|--------------------|--------------------|--------|
| | **Eric Lynnes** | ☐ Contingent | |
| | **1431 West Echo Drive** | ☐ Unliquidated | |
| | **White Cloud, MI 49349** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.672 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $190.00 |
|-------|--------------------|--------------------|--------|
| | **Eric Lynnes** | ☐ Contingent | |
| | **1431 West Echo Drive** | ☐ Unliquidated | |
| | **White Cloud, MI 49349** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.673 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $83.00 |
|-------|--------------------|--------------------|--------|
| | **Eric Mason** | ☐ Contingent | |
| | **3415 Highland Ave** | ☐ Unliquidated | |
| | **Drexel Hill, PA 19026** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.674 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $63.00 |
|-------|--------------------|--------------------|--------|
| | **Eric Mendoza** | ☐ Contingent | |
| | **20 W. Church St. Apt. 10** | ☐ Unliquidated | |
| | **Bergenfield, NJ 07621** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.675 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $57.00 |
|-------|--------------------|--------------------|--------|
| | **Eric Mireles** | ☐ Contingent | |
| | **9036 Millergrove Dr.** | ☐ Unliquidated | |
| | **Santa Fe Springs, CA 90670** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.676 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $73.00 |
|-------|--------------------|--------------------|--------|
| | **Eric Mireles** | ☐ Contingent | |
| | **9036 Millergrove Dr.** | ☐ Unliquidated | |
| | **Santa Fe Springs, CA 90670** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **DORKSIDETOYS INC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.677 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $297.00 |
|---|---|---|---|

**Eric Nauman**
**902 Thompson St**
**Martinsburg, WV 25401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $96.00 |
|---|---|---|---|

**Eric Plummer**
**204 Alta Vista Drive**
**Winchester, VA 22602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105.00 |
|---|---|---|---|

**Eric Ramirez**
**3755 Mount Pisgah Rd**
**Vienna, IL 62995**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.680 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $186.00 |
|---|---|---|---|

**Eric Ton**
**1045 Montecito Drive**
**San Gabriel, CA 91776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 |
|---|---|---|---|

**Eric Velasco**
**849 N 21st St**
**Philadelphia, PA 19130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58.00 |
|---|---|---|---|

**Erick Gomez**
**206 E Raymond St**
**Compton, CA 90220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31.00 |
|---|---|---|---|

**Erik Amelung**
**137 Oxford Rd**
**Lexington, OH 44904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.684 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**Erik Winata**
**PO Box 52692**
**Irvine, CA 92619-2692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.685 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $109.00 |
|---|---|---|---|

**Erik Winata**
**PO Box 52692**
**Irvine, CA 92619-2692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Erik Winata**
**PO Box 52692**
**Irvine, CA 92619-2692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.687 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $130.00 |
|---|---|---|---|

**Erik Winata**
**PO Box 52692**
**Irvine, CA 92619-2692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $57.00 |
|---|---|---|---|

**Ernest Jackson**
**3481 Marcia Louise Drive**
**Southaven, MS 38672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $35.00 |
|---|---|---|---|

**Ernesto Delgado Jr**
**663 Escuela St**
**San Diego, CA 92102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.690 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $37.00 |
|---|---|---|---|

**Esteban Pinales**
**3922 Genine Drive**
**Oceanside, CA 92056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.691 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $192.00 |
|---|---|---|---|

**Estelito Santos**
**P.O. Box 16816**
**Chesapeake, VA 23328**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.692 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Estelito Santos**
**P. O. Box 16816**
**Chesapeake, VA 23328**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.00 |
|---|---|---|---|

**Ethan Shrewsbury**
**28641 Pendleton Road**
**Trabuco Canyon, CA 92679**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.00 |
|---|---|---|---|

**Ethan Southwell**
**225 Elk City Rd.**
**P. O. Box 241**
**Toledo, OR 97391**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |
|---|---|---|---|

**Ethan Southwell**
**225 Elk Cit**
**P. O. Box 241**
**Toledo, OR 97391**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.696 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.00 |
|---|---|---|---|

**Ethan Southwell**
**225 Elk City Rd**
**P. O. Box 241**
**Toledo, OR 97391-9542**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121,586.00 |
|---|---|---|---|

**Euler Hermes Collections North America**
**800 Red Brook Blvd., Ste. 400C**
**Owings Mills, MD 21117**

Date(s) debt was incurred _

Last 4 digits of account number  0311

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  collect on Southern Hobby Distribution

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.698 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121.00 |
|---|---|---|---|

**3.698**

**Nonpriority creditor's name and mailing address**

**Eusebio Chuela**
**439 West Elm St.**
**Compton, CA 90220**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$121.00**

---

**3.699**

**Nonpriority creditor's name and mailing address**

**Eusebio Chuela**
**439 West Elm St.**
**Compton, CA 90220**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.700**

**Nonpriority creditor's name and mailing address**

**Evan Gomez**
**10009 Branwood Drive**
**Riverview, FL 33578**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$62.00**

---

**3.701**

**Nonpriority creditor's name and mailing address**

**Evan Kwak**
**2014 Deerfield Drive**
**Bensalem, PA 19020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$63.00**

---

**3.702**

**Nonpriority creditor's name and mailing address**

**Evin Green**
**803 Hemphill Rd**
**Ypsilanti, MI 48198**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$80.00**

---

**3.703**

**Nonpriority creditor's name and mailing address**

**Ezeguiel Medina**
**228 Willis Ave, 2n**
**Bronx, NY 10454**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$62.00**

---

**3.704**

**Nonpriority creditor's name and mailing address**

**Fausto Matute**
**2 S Gate**
**Springfield, NJ 07081-2448**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$117.00**

---

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document   Page 115 of 439

| Debtor | **DORKSIDETOYS INC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.705 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,634.00** |
|---|---|---|---|

**3.705**

Nonpriority creditor's name and mailing address

FedEx
3965 Airways Blvd.
Module G, 4th Floor
Memphis, TN 38116

Date(s) debt was incurred _

Last 4 digits of account number  **0402**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business svs**

Is the claim subject to offset? ■ No  ☐ Yes

**$40,634.00**

---

**3.706**

Nonpriority creditor's name and mailing address

Felix Sanche de la Vega
45 Ridge Ave.
Passaic, NJ 07055

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$150.00**

---

**3.707**

Nonpriority creditor's name and mailing address

Felix Sanche de la Vega
45 Ridge Ave.
Passaic, NJ 07055

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$113.00**

---

**3.708**

Nonpriority creditor's name and mailing address

Fernando Diaz Cirin
10850 NW 21st St., Ste. 100
ICC22987
Miami, FL 33172

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$21.00**

---

**3.709**

Nonpriority creditor's name and mailing address

Fernando Diaz Cirin
10850 NW/ICC22987
Miami, FL 33172

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$21.00**

---

**3.710**

Nonpriority creditor's name and mailing address

Fernando Ruiz
168 DeGray St
Haledon, NJ 07508

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$56.00**

---

**3.711**

Nonpriority creditor's name and mailing address

Fernando Ruiz
168 DeGray Street
Haledon, NJ 07508

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$34.00**

---

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document    Page 116 of 439

| 3.712 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $122.00 |
|---|---|---|---|

**Fernando Ruiz**
**168 DeGray St**
**Haledon, NJ 07508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.713 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64,055.00 |
|---|---|---|---|

**First Horizon LOC**
**808 S Church St**
**Murfreesboro, TN 37130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  business line of credit

Last 4 digits of account number  0372

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41.00 |
|---|---|---|---|

**Francis Larsen**
**8079 Clay Street**
**Westminster, CO 80031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.715 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.00 |
|---|---|---|---|

**Francois Bacon (Spoutnik)**
**1425 Boul St - Joseph (Suite 3)**
**Drummond, QC, CA J2C 2E5**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35.00 |
|---|---|---|---|

**Frank Clark**
**805 Reynolds Road**
**Statesville, NC 28677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.717 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34.00 |
|---|---|---|---|

**Frank Gagliano**
**10410 S 111th Ave**
**Papillion, NE 68046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.718 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41.00 |
|---|---|---|---|

**Frank Llantada**
**8255 Barnwood Lane**
**Riverside, CA 95208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:23-bk-01270    Doc 1    Filed 04/07/23    Entered 04/07/23 10:46:55    Desc Main
Document      Page 117 of 439

| Debtor | DORKSIDETOYS INC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.719 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59.00 |
|---|---|---|---|
| | **Frank Oswald**<br>**3015 Ingleside Dr.**<br>**Cleveland, OH 44134** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.720 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35.00 |
|---|---|---|---|
| | **Frank Scandariato**<br>**2056 Arsdale Road**<br>**Waxhaw, NC 28173** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.721 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48.00 |
|---|---|---|---|
| | **Frank Scandariato**<br>**2056 Arsdale Road**<br>**Waxhaw, NC 28173** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.722 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37.00 |
|---|---|---|---|
| | **Fred Rabanal**<br>**340 W Teague Ave**<br>**Fresno, CA 93711** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.723 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37.00 |
|---|---|---|---|
| | **Fred Saulo**<br>**577 Cottage Park Dr**<br>**Hayward, CA 94544-3508** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.724 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|
| | **Freddy Castillo**<br>**215-23 Lorraine Drive**<br>**North York, ON, CA M2N 6Z6** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.725 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48.00 |
|---|---|---|---|
| | **Freddy Martinez Jr.**<br>**15943  Bromar St.**<br>**La Puente, CA 91744** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.726 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69.00** |
|---|---|---|---|

**Frederic Bailly**
**60 Ave Europe**
**Pont a Mousson, FR 54700**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.727 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$465,795.00** |
|---|---|---|---|

**Funding Circle**
**707 17th Street**
**Suite 2200**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5406**

Basis for the claim:  **business loan**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.728 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41.00** |
|---|---|---|---|

**Gabriel Cervantes**
**1159 Prusso Street**
**Livingston, CA 95334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.729 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$113.00** |
|---|---|---|---|

**Gabriel Cervantes**
**1159 Prusso Street**
**Livingston, CA 95334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.730 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32.00** |
|---|---|---|---|

**Gabriel Cervantes**
**1159 Prusso Street**
**Livingston, CA 95334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.731 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$63.00** |
|---|---|---|---|

**Gabriel Cervantes**
**1159 Prusso Street**
**Livingston, CA 95334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.732 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35.00** |
|---|---|---|---|

**Gabriel Cervantes**
**1159 Prusso Street**
**Livingston, CA 95334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **DORKSIDETOYS INC** | Case number (if known) | |
|--------|----------------------|------------------------|--|
| | Name | | |

---

| 3.733 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.00 |
|-------|--|--|--|

**Gabriel Martin**
**20628 Chase St**
**Lowell, IN 46356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.734 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.00 |
|-------|--|--|--|

**Gabriel McCrea**
**407 Snow Crest Trail, Apt. 407**
**Durham, NC 27707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.735 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.00 |
|-------|--|--|--|

**Gabriel Osinaga**
**8013 Sleepy View Ln**
**Springfield, VA 22153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.736 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.00 |
|-------|--|--|--|

**Gabriel Tone**
**4395 70th Street**
**#27**
**La Mesa, CA 91942**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.737 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $123.00 |
|-------|--|--|--|

**Gabriel Villanueva**
**5816 S Austin Ave**
**Chicago, IL 60638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.738 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29.00 |
|-------|--|--|--|

**Gabriella Tedrow**
**1541 S 13th Street**
**Nebraska City, NE 68410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27.00 |
|-------|--|--|--|

**Gary Gultz**
**10780 Estuary Dr.**
**Pompano Beach, FL 33076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document      Page 120 of 439

| 3.740 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $63.00 |
|---|---|---|---|

**Gary Lynn**
**8399 Alton Street**
**Canton, MI 48187**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $90.00 |
|---|---|---|---|

**Gavin Elkins**
**12502 Coldwater Drive**
**Evansville, IN 47725**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $57.00 |
|---|---|---|---|

**Geoff Navaja**
**517 N 170th Ct**
**Shoreline, WA 98133**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.743 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $108.00 |
|---|---|---|---|

**Geoffrey Motluck**
**11 Cooper TER**
**Sicklerville, NJ 08081**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.744 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $40.00 |
|---|---|---|---|

**George Alexander**
**8981 Raymond Street**
**Detroit, MI 48213**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $63.00 |
|---|---|---|---|

**George Alexander**
**8981 Raymond Street**
**Detroit, MI 48213**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $196.00 |
|---|---|---|---|

**George Alexander**
**8981 Raymond Street**
**Detroit, MI 48213**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.747** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$279.00**

**George Hernandez**
**993 Adams Ave**
**Franklin Square, NY 11010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.748** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39.98**

**George O'Connor**
**441 Putnam Avenue**
**Brooklyn, NY 11221**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.749** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41.00**

**George Rivera**
**6916 Coral Reef Way 2**
**Arverne, NY 11692**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.750** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56.00**

**George Rivera**
**6916 Coral Reef Way #2**
**Arverne, NY 11692**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.751** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56.00**

**George Rivera**
**6916 Coral Reef Way 2**
**Arverne, NY 11692**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.752** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27.00**

**George Thorne**
**6245 Goodwin Dr.**
**Columbus, GA 31909**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.753** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65.00**

**Georgia Brooke Guina**
**81 Fort Van Tyle Rd**
**Port Jervis, NY 12771-3542**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document    Page 122 of 439

| 3.754 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46.00 |

**Georgia Brooke Guina**
**81 Fort Van Tyle Rd**
**Port Jervis, NY 12771-3542**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $123.00 |

**Giamarco Rojas Moreno**
**1800 NW 133rd Ave, Ste 100, Door 2**
**Miami, FL 33182-2292**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.756 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35.00 |

**Gianni Tabigne**
**91-1841 Keaunui Drive**
**Unit 607**
**Ewa Beach, HI 96706**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.757 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $69.00 |

**Gianni Tabigne**
**91-1841 Keaunui Drive**
**Unit 607**
**Ewa Beach, HI 96706**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |

**Giles Gifford**
**41 Academy St.**
**Hallowell, ME 04347**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.759 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70.00 |

**Giles Gifford**
**41 Academy St.**
**Hallowell, ME 04347**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.760 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62.00 |

**Gill Wichi**
**1102 Coyote Rd**
**San Jose, CA 95111-1824**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.761** | Nonpriority creditor's name and mailing address

**Glen Gonzales**
**24035 Farm Hill Rd**
**Spring, TX 77373**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$194.00**

---

**3.762** | Nonpriority creditor's name and mailing address

**Glendon Bill**
**54 Clay Lucas Drive**
**London, KY 40744**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$62.00**

---

**3.763** | Nonpriority creditor's name and mailing address

**Glenn Almanzan**
**7961 Pebble Brook Ct.**
**Springfield, VA 22153**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$70.00**

---

**3.764** | Nonpriority creditor's name and mailing address

**Glenn Slocum**
**14 Fifth Ave**
**Toms River, NJ 08757**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$519.00**

---

**3.765** | Nonpriority creditor's name and mailing address

**Glenn Slocum**
**14 Fifth Ave**
**Toms River, NJ 08757**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$191.00**

---

**3.766** | Nonpriority creditor's name and mailing address

**Glenn Winkler**
**5100 Old Birmingham Hwy, Apt 201**
**Tuscaloosa, AL 35404**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$95.00**

---

**3.767** | Nonpriority creditor's name and mailing address

**Grace Combs**
**87 Botany Drive**
**Asheville, NC 28805**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$34.00**

---

| | |
|---|---|
| 3.768 | **Nonpriority creditor's name and mailing address** |

**Graham Blackhurst**
**227 Briarcliff Drive**
**Saint Charles, MO 63301**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$238.00

---

| | |
|---|---|
| 3.769 | **Nonpriority creditor's name and mailing address** |

**Greg Bayless**
**7400 Brunswick**
**Saint Louis, MO 63119**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$62.00

---

| | |
|---|---|
| 3.770 | **Nonpriority creditor's name and mailing address** |

**Greg Slavik**
**11921 Xeon St NW**
**Minneapolis, MN 55448**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$34.00

---

| | |
|---|---|
| 3.771 | **Nonpriority creditor's name and mailing address** |

**Gregory Caldwell**
**696 Laurel Ave**
**Des Plaines, IL 60016**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$57.00

---

| | |
|---|---|
| 3.772 | **Nonpriority creditor's name and mailing address** |

**Gregory Swank**
**932 W. Macarthur Ave.**
**Bloomington, IL 61701**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$40.00

---

| | |
|---|---|
| 3.773 | **Nonpriority creditor's name and mailing address** |

**Greig Fallon**
**4 Dana Drive**
**Sewell, NJ 08080**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$127.00

---

| | |
|---|---|
| 3.774 | **Nonpriority creditor's name and mailing address** |

**Greig Fallon**
**4 Dana Drive**
**Sewell, NJ 08080**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$132.00

---

Name

---

| 3.775 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$52.00** |

**Grey Damon**
**4311 Beeman Ave**
**Studio City, CA 91604**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$96.00** |

**Guillermo de alba**
**5802 Bob Bullock C1-6101**
**Laredo, TX 78041**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$130.00** |

**Guillermo de alba**
**5802 Bob Bullock C1-6101**
**Laredo, TX 78041**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.778 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$32.00** |

**Guillermo Gorrio**
**1815 Gross Lane**
**Concord, CA 94519**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$40.00** |

**Gustavo Freitas**
**653 Raintree Ct.**
**Buffalo Grove, IL 60089**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$72.00** |

**Haddath Gomez**
**3700 Beacon Ave, Apt 134**
**Fremont, CA 94538**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$82.00** |

**Hamlet Orloski**
**3135 Larchmont Lane**
**San Pablo, CA 94806**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number (if known) | |
|--------|----------------------|------------------------|--|
| | Name | | |

---

**3.782** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$46.00**

**Hansryan Hiltl**
**509 Longfellow Drive**
**O Fallon, IL 62269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.783** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$56.00**

**Hansryan Hiltl**
**509 Longfellow Drive**
**O Fallon, IL 62269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.784** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$174.00**

**Hansryan Hiltl**
**509 Longfellow Drive**
**O Fallon, IL 62269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.785** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$844,147.00**

**Hasbro**
**One Hasbro Pl**
**Providence, RI 02903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **9243**

Basis for the claim: **business inventory**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.786** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31.00**

**Heather Loudenslager**
**168 Meadow Ridge Court**
**Powell, OH 43065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.787** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37.00**

**Hector Lomeli**
**7111 Almeria Ave**
**Fontana, CA 92336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.788** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$63.00**

**Henry Thang**
**5721 Immersion Loop**
**San Jose, CA 95119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number (if known) | |
|--------|----------------------|------------------------|---|
| | Name | | |

| 3.789 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Hermes Quezada**
**1637 S. Candlestick Way**
**Waukegan, IL 60085**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.790 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $239.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Hermes Quezada**
**1637 S. Candlestick Way**
**Waukegan, IL 60085**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|--------|

**Herminie Goudeau**
**2 rue Paul Vaillant Couturier, Webedia**
**Levallois-Perret, FR 92300**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.792 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|--------|

**Holly Dahm**
**1729 34th St SW**
**Wyoming, MI 49519**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.793 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|--------|

**Howard Storie**
**14941 Sunnycrest Lane**
**Huntington Beach, CA 92647**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|--------|

**Hugo Villalobos**
**207 S. Westcott Ave**
**Los Angeles, CA 90022**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|--------|

**Hugo Villalobos**
**207 S. Westcott Ave**
**Los Angeles, CA 90022**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |

**Humberto Cortes**
**4793 Falconview Ct.**
**Fontana, CA 92336**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$130.00** |

**Hunter Gregory**
**238 Pheasant Run Dr.**
**Blacksburg, VA 24060**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32.00** |

**Ian Keusink**
**436 S. Wynooski St.**
**`, OR 97132**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.799 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35.00** |

**Ian Manzano**
**68 Scotts Vly**
**Hercules, CA 94547**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.800 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$701.00** |

**Ian O'Reilly**
**43774 Dorisa Ct**
**Northville, MI 48167**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.801 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$56.00** |

**Ian Roberts**
**111 Twinflower Drive**
**Taylors, SC 29687**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.802 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$63.00** |

**Ian Tudor**
**1121 North La Cienega Boulevard, 207**
**West Hollywood, CA 90069**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **DORKSIDETOYS INC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.803 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Isa Gooden**
**1172 Whitehall Hill Rd**
**York, SC 29745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.804 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47.00 |
|---|---|---|---|

**Isha Wright**
**4000 Watonga Blvd, Apt 1809**
**Houston, TX 77092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.805 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $144.00 |
|---|---|---|---|

**Ishwar Hassamal**
**2709 Glassman Ln**
**Raleigh, NC 27606-8805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.806 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41.00 |
|---|---|---|---|

**Israel Matias**
**1102 15th St. SW**
**Zones Inc. Ste. 102**
**Auburn, WA 98001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.807 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34.00 |
|---|---|---|---|

**Israel Tonche**
**9635 Coahuila St.**
**Houston, TX 77013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.808 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.00 |
|---|---|---|---|

**J Miller**
**73 Buffalo Ave**
**East Atlantic Beach, NY 11561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.00 |
|---|---|---|---|

**J Tamas**
**139 N Sunset Dr**
**Ithaca, NY 14850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.810 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$72.00** |
| | **J Van Dyke**<br>**2246 Calvert**<br>**Detroit, MI 48206** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.811 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62.00** |
| | **Jack Duplessis**<br>**6 Greenbrier Courts**<br>**New Orleans, LA 70131** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.812 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27.00** |
| | **Jacob Iacobucci**<br>**33 Danya Dr.**<br>**West Greenwich, RI 02817** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.813 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52.00** |
| | **Jacob Murray**<br>**5749 Corentine Cir**<br>**Keanrs, UT 84118** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.814 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34.00** |
| | **Jacob Nixon**<br>**2134 Madison Ave**<br>**Kansas City, MO 64108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.815 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40.00** |
| | **Jacob Nunn**<br>**432 Sutter Hollow Rd.**<br>**Goodman, MO 64843** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.816 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$82.00** |
| | **Jacqueline Cardena**<br>**3736 Hunters Isle Drive**<br>**Orlando, FL 32837** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Name

| 3.817 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36.00 |
|---|---|---|---|

**3.817**

**Nonpriority creditor's name and mailing address**
Jacson Millard
1915 6th Street Southwest
Altoona, IA 50009

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$36.00**

---

**3.818**

**Nonpriority creditor's name and mailing address**
Jake Cox
303 S Park St
Saint Augustine, FL 32092

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$27.00**

---

**3.819**

**Nonpriority creditor's name and mailing address**
Jake Price
5706 Catskill Ct.
Durham, NC 27713

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$112.00**

---

**3.820**

**Nonpriority creditor's name and mailing address**
James Berbert
20504 Anndyke Way
Germantown, MD 20874

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$29.00**

---

**3.821**

**Nonpriority creditor's name and mailing address**
James Burton
17922 S Miller Rd
Belton, MO 64012

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$71.00**

---

**3.822**

**Nonpriority creditor's name and mailing address**
James Cheuvront
4491 Veto Rd
Vincent, OH 45784-5127

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$61.00**

---

**3.823**

**Nonpriority creditor's name and mailing address**
James Dalton
177 Shadow Lake Dr.
Mason, OH 45040

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$40.00**

---

| Debtor | **DORKSIDETOYS INC** | Case number (*if known*) | |
|--------|----------------------|--------------------------|---|
| | Name | | |

| 3.824 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $174.00 |
|-------|---|---|---|

**James Dalton**
**177 Shadow Lake Dr.**
**Mason, OH 45040**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.825 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $262.00 |
|-------|---|---|---|

**James Daly**
**3719 W El Camino Dr**
**Phoenix, AZ 85051**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.826 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $35.00 |
|-------|---|---|---|

**James Diaz**
**582 Avenue E**
**Bayonne, NJ 07002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.827 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|-------|---|---|---|

**James Frazier**
**117 Derby Ln**
**West Palm Beach, FL 33411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.828 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $63.00 |
|-------|---|---|---|

**James Geisdorf**
**777 S Camino Real**
**Apt. 5**
**Palm Springs, CA 92264**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.829 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $31.00 |
|-------|---|---|---|

**James Geisdorf**
**777 S Camino Real**
**Apt. 5**
**Palm Springs, CA 92264**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $81.00 |
|-------|---|---|---|

**James Geisdorf**
**777 S. Camino Real, Apt. 5**
**Palm Springs, CA 92264**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.831** | Nonpriority creditor's name and mailing address
**James Kaiser II**
**6355 Badnur Drive**
**Jacksonville, FL 32210-3873**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

**3.832** | Nonpriority creditor's name and mailing address
**James Kidd**
**41365 Holiday Ct**
**Leonardtown, MD 20650**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$155.00**

---

**3.833** | Nonpriority creditor's name and mailing address
**James Kidd**
**41365 Holiday Ct**
**Leonardtown, MD 20650**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$187.00**

---

**3.834** | Nonpriority creditor's name and mailing address
**James Leonhard**
**103 S Peters Ave**
**Fond Du Lac, WI 54935**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$96.00**

---

**3.835** | Nonpriority creditor's name and mailing address
**James Leonhard**
**103 S Peters Ave**
**Fond Du Lac, WI 54935**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$179.00**

---

**3.836** | Nonpriority creditor's name and mailing address
**James Myers**
**502 South Park Lane**
**Dexter, MO 63841**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$21.00**

---

**3.837** | Nonpriority creditor's name and mailing address
**James Myers**
**502 South Park Lane**
**Dexter, MO 63841**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$21.00**

---

| Debtor | **DORKSIDETOYS INC** | Case number (*if known*) | |
|--------|----------------------|--------------------------|--|
| | Name | | |

---

| 3.838 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53.00** |
|-------|---|---|---|

**James Newsome**
**2607 Bent Oaks Dr**
**Colonial Heights, VA 23834-1702**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.839 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$205.00** |
|-------|---|---|---|

**James O Norman**
**2209 Old Unionville Rd**
**Shelbyville, TN 37160**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.840 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$84.00** |
|-------|---|---|---|

**James Parkinson**
**1920 W Russet Ct**
**Apt 7**
**Appleton, WI 54914**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.841 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62.00** |
|-------|---|---|---|

**James Russell**
**8018 Briggle Ave SW**
**East Sparta, OH 44626**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.842 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41.00** |
|-------|---|---|---|

**James Ryan**
**16645 Sunset Blvd**
**Pacific Palisades, CA 90272**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.843 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$81.00** |
|-------|---|---|---|

**James Solbakken**
**6622 Pine Ridge Drive**
**Denver, NC 28037**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69.00** |
|-------|---|---|---|

**James Tramel**
**506 Miller Road**
**Smithville, TN 37166**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56.00 |
|---|---|---|---|

**James Wilson**
**968 Davis Hill Rd.**
**Ironton, OH 45638**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |
|---|---|---|---|

**Jamison Parker**
**3845 E Whippoorwill Lane**
**Byron, IL 61010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.847 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |
|---|---|---|---|

**Jan Yuen**
**7003 15th Ave, 1st Floor**
**Brooklyn, NY 11228**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.848 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.00 |
|---|---|---|---|

**Jared Hughes**
**407 Pontiac Street**
**Joliet, IL 60432**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.849 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112.00 |
|---|---|---|---|

**Jared Hughes**
**407 Pontiac Street**
**Joliet, IL 60432**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.850 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33.00 |
|---|---|---|---|

**Jared Hughes**
**407 Pontiac Street**
**Joliet, IL 60432**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.851 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.00 |
|---|---|---|---|

**Jared Lashley**
**2915 Saint Regis Rd**
**Greensboro, NC 27408**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:23-bk-01270    Doc 1    Filed 04/07/23    Entered 04/07/23 10:46:55    Desc Main
Document      Page 136 of 439

| Debtor | **DORKSIDETOYS INC** | Case number (*if known*) | |
|--------|----------------------|--------------------------|---|
| | Name | | |

| 3.852 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$84.00** |
|-------|---------------------------------------------------|-------------------------------------------------------------------|------------|

**Jared Lashley**
**2915 Saint Regis Rd**
**Greensboro, NC 27408**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.853 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
|-------|---------------------------------------------------|-------------------------------------------------------------------|------------|

**Jared Meza**
**7414 Luxor Street**
**Downey, CA 90241**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.854 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90.00** |
|-------|---------------------------------------------------|-------------------------------------------------------------------|------------|

**Jared Pace**
**814 North B Street**
**Oskaloosa, IA 52577**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.855 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27.00** |
|-------|---------------------------------------------------|-------------------------------------------------------------------|------------|

**Jarod Payne**
**13560 E Bakerville Rd**
**Mount Vernon, IL 62864-6448**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.856 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46.00** |
|-------|---------------------------------------------------|-------------------------------------------------------------------|------------|

**Jarrett Holder**
**470 Thrasher Ct**
**Wilmington, NC 28403**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.857 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40.00** |
|-------|---------------------------------------------------|-------------------------------------------------------------------|------------|

**Jarrod Humphries**
**2065 Saragossa Road**
**Nauvoo, AL 35578**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.858 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$61.00** |
|-------|---------------------------------------------------|-------------------------------------------------------------------|------------|

**Jarvis Wright**
**28 Chalmers Street**
**Manchester, CT 06040-6421**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.859 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32.00** |
|---|---|---|---|

**3.859**
**Nonpriority creditor's name and mailing address**
**Jaryd Zapatka**
**19025 129 St. E**
**Bonney Lake, WA 98391**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$32.00**

---

**3.860**
**Nonpriority creditor's name and mailing address**
**Jason Boyd**
**74 Misty Pine Rd**
**Fairport, NY 14450**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$43.00**

---

**3.861**
**Nonpriority creditor's name and mailing address**
**Jason Earl**
**32 Sequoia Drive**
**Huntington, WV 25705**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$260.00**

---

**3.862**
**Nonpriority creditor's name and mailing address**
**Jason Fasenmyer**
**2208 Boulevard Rd SE**
**Olympia, WA 98501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$130.00**

---

**3.863**
**Nonpriority creditor's name and mailing address**
**Jason Gaber**
**28102 142nd Pl SE**
**Kent, WA 98042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$69.00**

---

**3.864**
**Nonpriority creditor's name and mailing address**
**Jason Gaber**
**28102 142nd Pl SE**
**Kent, WA 98042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$87.00**

---

**3.865**
**Nonpriority creditor's name and mailing address**
**Jason Geyer**
**1604 Marshad Drive**
**Allen, TX 75002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$43.00**

---

| Debtor | **DORKSIDETOYS INC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.866** | Nonpriority creditor's name and mailing address

**Jason Green**
**111 Balsam Ln**
**Tobyhanna, PA 18466**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$57.00**

---

**3.867** | Nonpriority creditor's name and mailing address

**Jason Housianitis**
**2461 Hunting Horn Way**
**Virginia Beach, VA 23456**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$74.00**

---

**3.868** | Nonpriority creditor's name and mailing address

**Jason King**
**PO Box 645**
**East Wareham, MA 02538**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

**3.869** | Nonpriority creditor's name and mailing address

**Jason Lajter**
**6014 Union Ridge Dr.**
**Hokah, MN 55941**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.870** | Nonpriority creditor's name and mailing address

**Jason Leiba**
**9174 Pristine Cir**
**Orlando, FL 32818**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$66.00**

---

**3.871** | Nonpriority creditor's name and mailing address

**Jason Nazarof**
**6941 N Kenneth Ave**
**Lincolnwood, IL 60712**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$31.00**

---

**3.872** | Nonpriority creditor's name and mailing address

**Jason Nazarof**
**6941 N Kenneth Ave**
**Lincolnwood, IL 60712**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$76.00**

---

| Debtor | **DORKSIDETOYS INC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.873 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$77.00** |
|---|---|---|---|

**3.873**

**Nonpriority creditor's name and mailing address**

**Jason Payne**
**8612 S Fork Ct**
**Fredericksburg, VA 22407**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$77.00**

---

**3.874**

**Nonpriority creditor's name and mailing address**

**Jason Porter**
**6781 North Shore Trail**
**Forest Lake, MN 55025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

**3.875**

**Nonpriority creditor's name and mailing address**

**Jason Poulin**
**2177 White Pine Circle, Apt B**
**West Palm Beach, FL 33415**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$57.00**

---

**3.876**

**Nonpriority creditor's name and mailing address**

**Jason Regina**
**6042 Kennedy Ave**
**Export, PA 15632**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$36.00**

---

**3.877**

**Nonpriority creditor's name and mailing address**

**Jason Regina**
**6042 Kennedy Ave**
**Export, PA 15632**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$57.00**

---

**3.878**

**Nonpriority creditor's name and mailing address**

**Jason Reyes**
**8737 Milbanke Dr SE**
**Olympia, WA 98513**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$246.00**

---

**3.879**

**Nonpriority creditor's name and mailing address**

**Jason Salinas**
**11402 Comanche Trail**
**San Antonio, TX 78245**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$27.00**

---

| Debtor | **DORKSIDETOYS INC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.880 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
| | **Jason Slaughter** | ☐ Contingent | |
| | **2308 London Lane** | ☐ Unliquidated | |
| | **Cedar Park, TX 78613** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.881 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
| | **Jason Slaughter** | ☐ Contingent | |
| | **2308 London Lane** | ☐ Unliquidated | |
| | **Cedar Park, TX 78613** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.882 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
| | **Jason Solomon** | ☐ Contingent | |
| | **1953 North Rd.** | ☐ Unliquidated | |
| | **Cornish, ME 04020** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.883 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$343.00** |
| | **Jason Solomon** | ☐ Contingent | |
| | **1953 North Rd.** | ☐ Unliquidated | |
| | **Cornish, ME 04020** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.884 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48.00** |
| | **Jason Sullivan** | ☐ Contingent | |
| | **16 Elm Street** | ☐ Unliquidated | |
| | **Aragon, GA 30104** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.885 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40.00** |
| | **Jason Sullivan** | ☐ Contingent | |
| | **16 Elm Street** | ☐ Unliquidated | |
| | **Aragon, GA 30104** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.886 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46.00** |
| | **Jason Tornin** | ☐ Contingent | |
| | **2 Hazen Plaza #10F** | ☐ Unliquidated | |
| | **New York, NY 10009** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.887 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.00 |
|---|---|---|---|

**Jason Tran**
**22810 Cypress Dr.**
**Carson, CA 90745**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.888 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96.00 |
|---|---|---|---|

**Jason Wardell**
**449 Delle Dr 3206**
**Crestline, CA 92325-9617**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.889 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47.00 |
|---|---|---|---|

**Jason Wardell**
**449 Delle Dr 3206**
**Crestline, CA 92325-9617**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.890 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Jason Watts**
**313 Autumnwood Lane**
**Rainbow City, AL 35906**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.891 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Javier Aguirre**
**Cerre el Plomo 6000, piso 6**
**7560623**
**Las Condes, CL**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.892 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37.00 |
|---|---|---|---|

**Javier Gonzalez**
**2517 Strivens Ave**
**Modesto, CA 95350**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.893 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.00 |
|---|---|---|---|

**Jayce Garcia**
**503 South Tremont Street**
**Kewanee, IL 61443**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.894 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$31.00** |
|---|---|---|---|

**Jean Bonilla**
**1810 Marlandwood Road**
**Apt 6201**
**Temple, TX 76502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.895 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$41.00** |
|---|---|---|---|

**Jeff Daw**
**15631 Ash Way Apt B503**
**Lynnwood, WA 98087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.896 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$66.00** |
|---|---|---|---|

**Jeff Johnson**
**1989 Quill Ct**
**Kannapolis, NC 28083-6999**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.897 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$66.00** |
|---|---|---|---|

**Jeff Lassiter**
**2608 West 34th St**
**Davenport, IA 52806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.898 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$65.00** |
|---|---|---|---|

**Jeff Lassiter**
**2608 West 34th St**
**Davenport, IA 52806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.899 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$148.00** |
|---|---|---|---|

**Jeff Marshe**
**135 Bremer Street**
**Manchester, NH 03102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.900 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$34.00** |
|---|---|---|---|

**Jeff Winters**
**1110 Whirlwind Road**
**Greeneville, TN 37743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.901 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |
|---|---|---|---|

**Jefferson Lopez**
**6203 Perma Drive**
**Louisville, KY 40218**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.902 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |
|---|---|---|---|

**Jefferson Lopez**
**6203 Perma Drive**
**Louisville, KY 40218**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.903 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$62.00** |
|---|---|---|---|

**Jeffrey E. Daniel**
**6120 Deansboro Dr.**
**Westerville, OH 43081**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.904 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$62.00** |
|---|---|---|---|

**Jeffrey E. Daniel**
**6120 Deansboro Dr.**
**Westerville, OH 43081**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.905 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$177.00** |
|---|---|---|---|

**Jeffrey Fair**
**4212 74th Ave Ct NW**
**Gig Harbor, WA 98335**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.906 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31.00** |
|---|---|---|---|

**Jeffrey Laslett**
**16848 Brady**
**Redford, MI 48240**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.907 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$202.00** |
|---|---|---|---|

**Jeffrey Mauer**
**672 Jefferson Heights Ave.**
**New Orleans, LA 70121**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document     Page 144 of 439

| Debtor | **DORKSIDETOYS INC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.908** Nonpriority creditor's name and mailing address

**Jeffrey Pineda-Hernandez**
**4605 S. Priest Dr.**
**Lot 273**
**Tempe, AZ 85282**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.909** Nonpriority creditor's name and mailing address

**Jeffrey Reyes**
**2 Elmwood Pk Drive, 313**
**Staten Island, NY 10314**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$45.00**

---

**3.910** Nonpriority creditor's name and mailing address

**Jeffrey Weaver**
**4520 Sherwood  Forest Blvd Box 140**
**Suite 104**
**Baton Rouge, LA 70816**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$95.00**

---

**3.911** Nonpriority creditor's name and mailing address

**Jeffrey Winn**
**68300 Rodeo Rd**
**Cathedral City, CA 92234**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$63.00**

---

**3.912** Nonpriority creditor's name and mailing address

**Jena Skarda**
**1912 Suzanne Drive**
**Weatherford, OK 73096-2327**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$31.00**

---

**3.913** Nonpriority creditor's name and mailing address

**Jennifer McDonough**
**81 Juniper Dr**
**Norwood, MA 02062**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$31.00**

---

**3.914** Nonpriority creditor's name and mailing address

**Jeremiah Binning**
**714 NW 3rd St.**
**Minot, ND 58703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$179.00**

---

| Debtor | **DORKSIDETOYS INC** | Case number (*if known*) | |
|--------|----------------------|--------------------------|--|
| | Name | | |

| 3.915 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$56.00** |
|-------|---|---|---|

**Jeremiah Nester**
**522 Huntington Rd.**
**Athens, GA 30606**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.916 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$31.00** |
|-------|---|---|---|

**Jeremy Bivins**
**184 Pine St.**
**Dunmor, KY 42339**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.917 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$110.00** |
|-------|---|---|---|

**Jeremy Collins**
**1426 Parish Rd.**
**Kawkawlin, MI 48631**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.918 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$40.00** |
|-------|---|---|---|

**Jeremy Curneal**
**6117 Topher Trail**
**Mulberry, FL 33860**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.919 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$56.00** |
|-------|---|---|---|

**Jeremy Curneal**
**6117 Topher Trail**
**Mulberry, FL 33860**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.920 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$81.00** |
|-------|---|---|---|

**Jeremy Curneal**
**6117 Topher Trail**
**Mulberry, FL 33860**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.921 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$62.00** |
|-------|---|---|---|

**Jeremy Curneal**
**6117 Topher Trail**
**Mulberry, FL 33860**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.922 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57.00 |
|---|---|---|---|

**Jeremy Curneal**
**6117 Topher Trail**
**Mulberry, FL 33860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.923 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|---|

**Jeremy Huck**
**4246 S 84th St**
**Greenfield, WI 53228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.924 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $96.00 |
|---|---|---|---|

**Jeremy McMillion**
**3221 W Raleigh HI**
**Peoria, IL 61604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.925 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31.00 |
|---|---|---|---|

**Jeremy Olivera**
**129 White Oak Drive**
**Lake Jackson, TX 77566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.926 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $132.00 |
|---|---|---|---|

**Jeremy Racicot**
**1468 Aletha Drive**
**Jacksonville, FL 32211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.927 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $269.00 |
|---|---|---|---|

**Jeremy Sheeley**
**903 S Lynn Street**
**Champaign, IL 61820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.928 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $86.00 |
|---|---|---|---|

**Jeremy Smith**
**330 Yellow Creek Road**
**Jamestown, TN 38556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case 3:23-bk-01270    Doc 1    Filed 04/07/23    Entered 04/07/23 10:46:55    Desc Main
Document    Page 147 of 439

| Debtor | **DORKSIDETOYS INC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.929 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$105.00** |

**Jeremy Zeringue**
**701 Broadmoor Ave**
**Houma, LA 70364**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.930 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$102.00** |

**Jerett Price**
**13004 23rd Ave NE**
**Seattle, WA 98125**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.931 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$96.00** |

**Jerome Grady**
**105 Church St**
**Brooklyn, MD 21225**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.932 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$27.00** |

**Jerell Ray**
**1326 Rescue St**
**Pittsburgh, PA 15212**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.933 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$81.00** |

**Jerry Capito**
**4202 Curliff Dr.**
**Louisville, KY 40218**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.934 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$132.00** |

**Jerry Stephens**
**6034 Tyler Point Drive**
**Hamilton, OH 45011**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.935 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$128.00** |

**Jerry Stephens**
**6034 Tyler Point Dr.**
**Hamilton, OH 45011**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **DORKSIDETOYS INC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.936 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |

**Jesse Bridges**
**190 Clearview Rd.**
**Travelers Rest, SC 29690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.937 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$174.00** |

**Jesse Bridges**
**190 Clearview Rd.**
**Travelers Rest, SC 29690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.938 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$62.00** |

**Jesse Mersier**
**2501 Veterans Memorial Pkw., 821, 821**
**Tuscaloosa, AL 35404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.939 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$204.00** |

**Jesse Mersier**
**2501 Veterans Memorial Pkw., 821, 821**
**Tuscaloosa, AL 35404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.940 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |

**Jesse Noriega**
**3522 Creekside Ct.**
**Bedford, TX 76021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.941 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43.00** |

**Jesse Singer**
**4863 Cypress St**
**Allentown, PA 18106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.942 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$47.00** |

**Jesus Juarez**
**2052 N Redda Rd**
**Fresno, CA 93737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number (if known) | |
|--------|----------------------|------------------------|---|
| | Name | | |

---

**3.943** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**Jesus Marin**
**511 E. Cliff Dr.**
**El Paso, TX 79902**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.944** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78.00**

**Jesus Mercado**
**14437 McNair St.**
**Houston, TX 77015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.945** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

**Jesus Rodriguez**
**855 North Cicero Ave.**
**Chicago, IL 60651**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.946** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$84.00**

**Jhensen Santiago**
**223 Ryan Way**
**Goldsboro, NC 27534**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.947** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$123.00**

**Jill Eastlund**
**1491 Crest Drive**
**Chaska, MN 55318**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.948** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46.00**

**Jim Gurka**
**111 Troxell Valley Rd**
**Andreas, PA 18211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.949** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46.00**

**Jim Heston**
**724 Fieldstone Dr**
**Hewitt, TX 76643-3989**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.950 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35.00** |
|---|---|---|---|

**Jim Long**
**8423 NW 68TH St**
**G106158**
**Miami, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.951 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$84.00** |
|---|---|---|---|

**Jim Long**
**8423 NW 68th St. G106158**
**Miami, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.952 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$275.00** |
|---|---|---|---|

**Jimmy Felix**
**1142 W 14th St**
**Los Angeles, CA 90044**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.953 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37.00** |
|---|---|---|---|

**Joe Denton**
**159 Green St**
**Hudson, NY 12534-2330**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.954 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$101.00** |
|---|---|---|---|

**Joe DePasquale**
**7618 Grassy Bank Street**
**Las Vegas, NV 89139**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.955 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40.00** |
|---|---|---|---|

**Joe Gilk**
**149 Country Green Dr.**
**Youngstown, OH 44515**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.956 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$81.00** |
|---|---|---|---|

**Joe Kauffman**
**3015 W. Hoyem Lane**
**Eau Claire, WI 54703**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.957 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $134.00 |
|---|---|---|---|

Joe Murphy
6230 Belmore St. SW
Olympia, WA 98512

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.958 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $163.00 |
|---|---|---|---|

Joe Ponce
11601 W. HWY 290
STE A101-348
Austin, TX 78737

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.959 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $99.00 |
|---|---|---|---|

Joe Sellers
105 Lakewood Drive
Moneta, VA 24121-2904

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.960 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $31.00 |
|---|---|---|---|

Joel Acklen
1807 Baylor Drive
Arlington, TX 76010

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.961 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $48.00 |
|---|---|---|---|

Joel Corcino
440 Calle Viento
Morgan Hill, CA 95037

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.962 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $85.00 |
|---|---|---|---|

Joel Corcino
440 Calle Viento
Morgan Hill, CA 95037

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.963 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $47.00 |
|---|---|---|---|

Joel Davis
115 Harvard Drive
Spartanburg, SC 29306

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.964 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $45.00 |

**Joel Davis**
**115 Harvard Drive**
**Spartanburg, SC 29306**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.965 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $35.00 |

**Joel Diaz**
**640 Marion Place**
**Glendora, CA 91740**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.966 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $48.00 |

**Joel Thompson**
**7676 Stow Acres Pl**
**Pickerington, OH 43147**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.967 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $165.00 |

**Joel Thompson**
**7676 Stow Acres Pl**
**Pickerington, OH 43147**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.968 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $72.00 |

**Joel Thompson**
**7676 Stow Acres Pl**
**Pickerington, OH 43147**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.969 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $51.00 |

**Joey Pinto**
**64 Talcott Road**
**Port Chester, NY 10573**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.970 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $279.00 |

**Joey Pinto**
**64 Talcott Rd.**
**Port Chester, NY 10573**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.971 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.00 |
|---|---|---|---|

**Joey Pinto**
**64 Talcott Road**
**Port Chester, NY 10573**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.972 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44.00 |
|---|---|---|---|

**Joey Pinto**
**64 Talcott Road**
**Port Chester, NY 10573**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.973 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |
|---|---|---|---|

**Joey Pinto**
**64 Talcott Road**
**Port Chester, NY 10573**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.974 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.00 |
|---|---|---|---|

**Joey Pinto**
**64 Talcott Road**
**Port Chester, NY 10573**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.975 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56.00 |
|---|---|---|---|

**Johan Jean**
**28 Burdette Street**
**Greenville, SC 29611-4749**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.976 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $124.00 |
|---|---|---|---|

**Johan Martinez**
**4724 Goya Parkway**
**Sacramento, CA 95823**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.977 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63.00 |
|---|---|---|---|

**Johan Martinez**
**4724 Goya Parkway**
**Sacramento, CA 95823**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | DORKSIDETOYS INC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.978 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44.00 |
|---|---|---|---|

**John Bambauer**
**1 S Park Ln**
**Nanuet, NY 10954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.979 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $182.00 |
|---|---|---|---|

**John Bambauer**
**1 S Park Ln**
**Nanuet, NY 10954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.980 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190.00 |
|---|---|---|---|

**John Bambauer**
**1 S Park Ln**
**Nanuet, NY 10954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.981 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $239.00 |
|---|---|---|---|

**John Bambauer**
**1 S Park Ln**
**Nanuet, NY 10954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.982 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78.00 |
|---|---|---|---|

**John Bergstrom**
**1019 Brynhill Drive**
**Oregon, WI 53575-3895**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.983 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37.00 |
|---|---|---|---|

**John Bergstrom**
**1019 Brynhill Drive**
**Oregon, WI 53575-3895**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.984 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**John Bernardini**
**8643 Read Rd**
**PO Box 233**
**East Pembroke, NY 14056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **DORKSIDETOYS INC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.985 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $134.00 |
|---|---|---|---|

**John Bogley**
**1104 Riverboat Ct**
**Annapolis, MD 21409**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.986 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $121.00 |
|---|---|---|---|

**John Bogley**
**1104 Riverboat Ct**
**Annapolis, MD 21409**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.987 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**John Bogley**
**1104 Riverboat Ct.**
**Annapolis, MD 21409**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.988 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $346.00 |
|---|---|---|---|

**John Bogley**
**1104 Riverboat Ct**
**Annapolis, MD 21409**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.989 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $81.00 |
|---|---|---|---|

**John Bogley**
**1104 Riverboat Ct**
**Annapolis, MD 21409**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.990 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $227.00 |
|---|---|---|---|

**John Bogley**
**1104 Riverboat Ct**
**Annapolis, MD 21409**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.991 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $96.00 |
|---|---|---|---|

**John Bogley**
**1104 Riverboat Ct**
**Annapolis, MD 21409**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **DORKSIDETOYS INC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.992 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**John Chavez**
**14417 Horst Ave**
**Norwalk, CA 90650**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.993 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$101.00** |
|---|---|---|---|

**John Chavez**
**14417 Horst Ave**
**Norwalk, CA 90650**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.994 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78.00** |
|---|---|---|---|

**John Cubito**
**20 Brighton Dr**
**Unit 2303**
**Newburgh, NY 12550**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.995 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$337.00** |
|---|---|---|---|

**John Fountain Jr.**
**1115 Kennesaw Ridge Rd, #203**
**Columbia, MO 65202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.996 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31.00** |
|---|---|---|---|

**John Garzillo**
**235 Darlington Ave.**
**Ramsey, NJ 07446**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.997 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$168.00** |
|---|---|---|---|

**John Germany**
**5406 Mandel Street**
**Sacramento, CA 95835**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.998 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41.00** |
|---|---|---|---|

**John Gomez**
**346 Cady Mountain Rd.**
**P. O. Box 2692**
**Friday Harbor, WA 98250**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.999 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $173.00 |
|---|---|---|---|

**John Kere Lamphear**
**4748 Old Bent Tree Ln, #401**
**Dallas, TX 75287**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69.00 |
|---|---|---|---|

**John Kere Lamphear**
**4748 Old Bent Tree Ln, #401**
**Dallas, TX 75287**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36.00 |
|---|---|---|---|

**John Kroposky**
**214 Vosburg Rd**
**Tunkhannock, PA 18567-6714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |
|---|---|---|---|

**John Lobo**
**55 Dickinson Ave.**
**Providence, RI 02904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27.00 |
|---|---|---|---|

**John Lopez**
**1115 Evergreen Oakway**
**Dacula, GA 30019-3137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.00 |
|---|---|---|---|

**John Mafi**
**4281 Express Lane, Suite L8168**
**Sarasota, FL 34239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82.00 |
|---|---|---|---|

**John Mata**
**7308 Capistrano Ave**
**West Hills, CA 91307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.100 6**

**Nonpriority creditor's name and mailing address**

**John Mata**
**7308 Capistrano Ave**
**West Hills, CA 91307**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$193.00**

---

**3.100 7**

**Nonpriority creditor's name and mailing address**

**John Miller**
**114 Commercial Blvd**
**Martinez, GA 30907**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

**3.100 8**

**Nonpriority creditor's name and mailing address**

**John Morris**
**5713 Whitman Terrace**
**Merchantville, NJ 08109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

**3.100 9**

**Nonpriority creditor's name and mailing address**

**John Perdue**
**6509 Windmill Dr.**
**College Grove, TN 37046**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.101 0**

**Nonpriority creditor's name and mailing address**

**John Perdue**
**6509 Windmill Dr.**
**College Grove, TN 37046**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.101 1**

**Nonpriority creditor's name and mailing address**

**John Perdue**
**6509 Windmill Dr.**
**College Grove, TN 37046**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.101 2**

**Nonpriority creditor's name and mailing address**

**John Petroski**
**184 Ferguson Ave**
**Shavertown, PA 18708-1115**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$196.00**

---

| 3.101 3 | Nonpriority creditor's name and mailing address<br>**John Petroski**<br>**184 Ferguson Ave**<br>**Shavertown, PA 18708-1115**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$299.00** |
|---|---|---|---|

| 3.101 4 | Nonpriority creditor's name and mailing address<br>**John Petroski**<br>**184 Ferguson Ave**<br>**Shavertown, PA 18708-1115**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$125.00** |
|---|---|---|---|

| 3.101 5 | Nonpriority creditor's name and mailing address<br>**John Santora**<br>**39 Wolverine Street**<br>**Staten Island, NY 10306**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$196.00** |
|---|---|---|---|

| 3.101 6 | Nonpriority creditor's name and mailing address<br>**John Simonson**<br>**265 Jones Road**<br>**Mathis, TX 78368**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$35.00** |
|---|---|---|---|

| 3.101 7 | Nonpriority creditor's name and mailing address<br>**John Simonson**<br>**265 Jones Road**<br>**Mathis, TX 78368**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$75.00** |
|---|---|---|---|

| 3.101 8 | Nonpriority creditor's name and mailing address<br>**John Smart**<br>**1071 Reckinger Rd**<br>**Aurora, IL 60505**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$31.00** |
|---|---|---|---|

| 3.101 9 | Nonpriority creditor's name and mailing address<br>**John Sparks**<br>**320 Everett St**<br>**Caldwell, ID 83605**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$32.00** |
|---|---|---|---|

| 3.102 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$225.00** |
|---|---|---|---|

**John Strand**
**69 Grand Ave**
**Hartford, WI 53027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$36.00** |
|---|---|---|---|

**John Vaughn**
**911 george ave**
**Essex, MD 21221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$40.00** |
|---|---|---|---|

**John Wheeler**
**2712 Creekstone Circle**
**La Grange, KY 40031-9301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**John Wilkerson**
**5716 Maple Brook Drive**
**Midlothian, VA 23112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150.00** |
|---|---|---|---|

**John Williams**
**754 N Groveton Ave**
**San Dimas, CA 91773-1716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$39.00** |
|---|---|---|---|

**John-Patrick Gillespie**
**50 Don Avenue, Wharncliffe Side**
**Sheffield, ENG S35 OBZ**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$40.00** |
|---|---|---|---|

**Johnny and Kim Smith**
**138 Maple Hill Rd.**
**Penrose, NC 28766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document     Page 161 of 439

| Debtor | **DORKSIDETOYS INC** | Case number *(if known)* | |
|--------|----------------------|--------------------------|--|
| | Name | | |

---

**3.102 7**

**Nonpriority creditor's name and mailing address**

**Johnny Brull**
**24722 San Vincent Lane**
**Mission Viejo, CA 92691**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$32.00

---

**3.102 8**

**Nonpriority creditor's name and mailing address**

**Johnny Brull**
**24722 San Vincent Lane**
**Mission Viejo, CA 92691**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$59.00

---

**3.102 9**

**Nonpriority creditor's name and mailing address**

**Johnny Reynolds**
**11523 Exeter Ave. Northeast**
**Seattle, WA 98125**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.103 0**

**Nonpriority creditor's name and mailing address**

**Johnson Kwok**
**2322 Tulip Rd.**
**San Jose, CA 95128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$140.00

---

**3.103 1**

**Nonpriority creditor's name and mailing address**

**Jon Kinnaird**
**420 South Arlington Ave**
**Springfield, OH 45505**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$46.00

---

**3.103 2**

**Nonpriority creditor's name and mailing address**

**Jon Lahti**
**28 Tremont Ave.**
**Buffalo, NY 14217**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$56.00

---

**3.103 3**

**Nonpriority creditor's name and mailing address**

**Jon Newman**
**220 Greenbrier**
**Cape Girardeau, MO 63701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$60.00

---

| | |
|---|---|
| Debtor **DORKSIDETOYS INC** | Case number *(if known)* _____ |
| Name | |

| | | |
|---|---|---|
| 3.103 4 | **Nonpriority creditor's name and mailing address**<br>**Jon Westerinen**<br>**6405 Old Oaken Pl.**<br>**Orangevale, CA 95662**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$41.00** |

| | | |
|---|---|---|
| 3.103 5 | **Nonpriority creditor's name and mailing address**<br>**Jonah Harris**<br>**106 Arcade Street**<br>**Gadsden, AL 35903**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$40.00** |

| | | |
|---|---|---|
| 3.103 6 | **Nonpriority creditor's name and mailing address**<br>**Jonathan Armitage**<br>**49 Salisbury St.**<br>**Rehoboth, MA 02769**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$289.00** |

| | | |
|---|---|---|
| 3.103 7 | **Nonpriority creditor's name and mailing address**<br>**Jonathan Cardoso**<br>**4283 Express Lane, Suite 6460-360**<br>**Sarasota, FL 34249**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$39.00** |

| | | |
|---|---|---|
| 3.103 8 | **Nonpriority creditor's name and mailing address**<br>**Jonathan Crews**<br>**7425 Corporate Blvd.**<br>**Ste. 800**<br>**Baton Rouge, LA 70809**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$40.00** |

| | | |
|---|---|---|
| 3.103 9 | **Nonpriority creditor's name and mailing address**<br>**Jonathan Crews**<br>**7425 Corporate Blvd.**<br>**Ste. 800**<br>**Baton Rouge, LA 70809**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$40.00** |

| | | |
|---|---|---|
| 3.104 0 | **Nonpriority creditor's name and mailing address**<br>**Jonathan Eckel**<br>**12454 Marva Ave**<br>**Granada Hills, CA 91344**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$82.00** |

| Debtor | **DORKSIDETOYS INC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.104 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $111.00 |
|---|---|---|---|

**Jonathan Humiston**
**75 Rue Du Chateau**
**Aliso Viejo, CA 92656**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $27.00 |
|---|---|---|---|

**Jonathan Porotosky**
**1435 Amberwood Ln**
**Painesville, OH 44077**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $95.00 |
|---|---|---|---|

**Jonathan Sellers**
**192 N. 6th St. #3**
**Brooklyn, NY 11211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $69.00 |
|---|---|---|---|

**Jonathan Thomas**
**999 Fox Trace Ct**
**Port Orange, FL 32127**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $48.00 |
|---|---|---|---|

**Jonathan Wigal**
**1555 Coalesway Dr.**
**Mobile, AL 36693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $70.00 |
|---|---|---|---|

**Jonathan Zaragoza**
**8121 Allengrove St.**
**Downey, CA 90240**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $41.00 |
|---|---|---|---|

**Jonathon Nordyke**
**208 Olive Mill Lane**
**Ojai, CA 93023-3363**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $31.00 |
|---|---|---|---|

**Jordan Dean**
**1200 College Pkwy**
**Apt 213**
**Lewisville, TX 75077-4101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $134.00 |
|---|---|---|---|

**Jordan Fraser**
**5638 Chippenham Ct SW**
**Lilburn, GA 30047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $31.00 |
|---|---|---|---|

**Jordan Haun**
**704 Trinity Cir**
**Apt 1002**
**Arlington, TX 76006-2182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $61.00 |
|---|---|---|---|

**Jordan Haun**
**704 Trinity Cir**
**Apt 1002**
**Arlington, TX 76006-2182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $43.00 |
|---|---|---|---|

**Jorge L Ortiz**
**11751 SW 254th St**
**Homestead, FL 33032-5775**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $287.00 |
|---|---|---|---|

**Jorge Perez**
**4201 Collins Ave., Apt. 1203**
**Miami Beach, FL 33140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $63.00 |
|---|---|---|---|

**Jorge Suarez**
**8510 Costa Verde Blvd, Apt 2432**
**San Diego, CA 92122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | Debtor | **DORKSIDETOYS INC** | Case number (if known) |
|---|---|---|---|

| | | |
|---|---|---|

**3.105 5**

Nonpriority creditor's name and mailing address

**Jose Almonte**
**25A Irving Place**
**Danbury, CT 06810**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$31.00

---

**3.105 6**

Nonpriority creditor's name and mailing address

**Jose Amaya**
**2255 Cottage Way**
**Vista, CA 92081**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$85.00

---

**3.105 7**

Nonpriority creditor's name and mailing address

**Jose Amaya**
**2255 Cottage Way**
**Vista, CA 92081**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$85.00

---

**3.105 8**

Nonpriority creditor's name and mailing address

**Jose Corretjer**
**6060 Tower Court, 1006**
**Alexandria, VA 22304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$47.00

---

**3.105 9**

Nonpriority creditor's name and mailing address

**Jose Garcia**
**1015 Cabana Ave.**
**La Puente, CA 91744**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$85.00

---

**3.106 0**

Nonpriority creditor's name and mailing address

**Jose Garcia**
**1015 Cabana Ave.**
**La Puente, CA 91744**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$82.00

---

**3.106 1**

Nonpriority creditor's name and mailing address

**Jose Hernandez**
**5247 SW 92nd Ave**
**Miami, FL 33165**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$61.00

---

| 3.106 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $236.00 |
|---|---|---|---|

**Jose Rocha**
**5009 S Leclaire Ave**
**Chicago, IL 60638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.96 |
|---|---|---|---|

**Joseph Aston**
**7401 Sungold Meadow Ct**
**Apollo Beach, FL 33572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $66.00 |
|---|---|---|---|

**Joseph Aston**
**7401 Sungold Meadow Ct**
**Apollo Beach, FL 33572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $67.00 |
|---|---|---|---|

**Joseph Aston**
**7401 Sungold Meadow Ct**
**Apollo Beach, FL 33572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $112.00 |
|---|---|---|---|

**Joseph Bradford**
**1208 Glenn Ave.**
**Lewisburg, TN 37091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $56.00 |
|---|---|---|---|

**Joseph Brown**
**211 Sutton Hill Road**
**North Andover, MA 01845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $53.00 |
|---|---|---|---|

**Joseph Cornace**
**403 Gulf**
**Lamar, MO 64759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document   Page 167 of 439

| 3.106 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42.00 |
|---|---|---|---|

**Joseph De La Torre**
**232 W Wedgewood Ave.**
**San Gabriel, CA 91776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41.00 |
|---|---|---|---|

**Joseph De La Torre**
**232 W Wedgewood Ave.**
**San Gabriel, CA 91776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $526.00 |
|---|---|---|---|

**Joseph De La Torre**
**232 W Wedgewood Ave.**
**San Gabriel, CA 91776-1322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117.00 |
|---|---|---|---|

**Joseph De La Torre**
**232 W Wedgewood Ave.**
**San Gabriel, CA 91776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34.00 |
|---|---|---|---|

**Joseph Edholm**
**994 Costa Mesa Ln**
**Kissimmee, FL 34744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $227.00 |
|---|---|---|---|

**Joseph Esposito**
**26 Canterbury Ave**
**Staten Island, NY 10314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Joseph Glover**
**302 Lincoln Ave.**
**Troy, OH 45373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$27.00** |

**Joseph Guitron**
968 Kumara St.
Manteca, CA 95337

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$49.00** |

**Joseph Hardman**
168 Fairway Rd N, Unit 30
Kitchener, ON, CA N2A 2N6

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$41.00** |

**Joseph Lapegna**
2249 Solara Lane
Vista, CA 92081

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$127.00** |

**Joseph Mahoney**
759 Avington Lane Northeast
Leland, NC 28451

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200.00** |

**Joseph Marquez**
28882 Waterford St.
Menifee, CA 92584

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200.00** |

**Joseph Marquez**
28882 Waterford St.
Menifee, CA 92584

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200.00** |

**Joseph Marquez**
28882 Waterford St.
Menifee, CA 92584

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document   Page 169 of 439

| 3.108 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$132.00** |

**Joseph Martinez**
**41117 Oak Creek Road**
**Murrieta, CA 92562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$82.00** |

**Joseph McInnis**
**6259 Vineland Ave**
**Apt 1**
**North Hollywood, CA 91606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$31.00** |

**Joseph Mercier**
**353 Lionel Allen Way**
**Madison, AL 35757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$155.00** |

**Joseph Ricciardi**
**370 Herricks Rd**
**Mineola, NY 11501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$56.00** |

**Joseph Sambrano**
**3003 Jadewood Court**
**B**
**Austin, TX 78748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$150.00** |

**Joseph Timpani**
**10 High Street**
**Ashaway, RI 02804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$125.00** |

**Joseph Todaro**
**10619 John Ayres Dr.**
**Fairfax, VA 22032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.109 0**

**Nonpriority creditor's name and mailing address**

**Joseph Wedel**
**904 West 17th St.**
**Newton, KS 67114**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$38.00**

---

**3.109 1**

**Nonpriority creditor's name and mailing address**

**Josh Berenbach**
**144 Bicentennial Way**
**Cameron, NC 28326**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.109 2**

**Nonpriority creditor's name and mailing address**

**Josh Geth**
**1015 Wanderer Drive**
**Deltona, FL 32738**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$95.00**

---

**3.109 3**

**Nonpriority creditor's name and mailing address**

**Josh Hardin**
**6312 Chief Tucker Ave**
**Riverbank, CA 95367**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$272.00**

---

**3.109 4**

**Nonpriority creditor's name and mailing address**

**Josh Morrison**
**138 Augustine Ct.**
**Kearneysville, WV 25430**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

**3.109 5**

**Nonpriority creditor's name and mailing address**

**Josh Mundy**
**1617 W. Culver St.**
**Phoenix, AZ 85007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$27.00**

---

**3.109 6**

**Nonpriority creditor's name and mailing address**

**Josh Patterson**
**721 E Turner Rd**
**Windsor, KY 42565**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document     Page 171 of 439

| 3.109 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190.00 |
|---|---|---|---|

**Josh T Smith**
**7007 Stanwood Drive**
**Columbia, MO 65203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34.00 |
|---|---|---|---|

**Joshua Cacciatore**
**5031 Wieber Ct.**
**Fort Mill, SC 29715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $226.00 |
|---|---|---|---|

**Joshua Cole**
**3705 Gamble Lane**
**Lafayette, IN 47909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53.00 |
|---|---|---|---|

**Joshua Decker**
**9802 Laurandrew Ct**
**Henrico, VA 23228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108.00 |
|---|---|---|---|

**Joshua Gano**
**9025 NW 82nd St**
**Yukon, OK 73099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Joshua Gegen**
**14843 Meadows Way**
**Corona, CA 92880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68.00 |
|---|---|---|---|

**Joshua Gomes**
**16 Turano Ave**
**Westerly, RI 02891-1614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **DORKSIDETOYS INC** | Case number (if known) | |
|--------|---------------------|------------------------|--|
| | Name | | |

---

**Nonpriority creditor's name and mailing address**

**Joshua Hammontree**
**5917 Loice Lane**
**Knoxville, TN 37924**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$275.00**

---

**Nonpriority creditor's name and mailing address**

**Joshua Hogan**
**9757 Stafford Centre Dr**
**Stafford, TX 77477-5030**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$81.00**

---

**Nonpriority creditor's name and mailing address**

**Joshua Hudson**
**205A Edgewood Ave**
**Methuen, MA 01844**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$56.00**

---

**Nonpriority creditor's name and mailing address**

**Joshua Oliver**
**2633 Fremont Ave.**
**Minneapolis, MN 55411**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$32.00**

---

**Nonpriority creditor's name and mailing address**

**Joshua Oliver**
**2633 Fremont Ave.**
**Minneapolis, MN 55411**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$32.00**

---

**Nonpriority creditor's name and mailing address**

**Joshua Searls**
**3554 Alder Place**
**Chino Hills, CA 91709**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$103.00**

---

**Nonpriority creditor's name and mailing address**

**Joshua Tenhet**
**4020 Clinton Lane**
**Spring Hill, TN 37174**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$140.00**

---

| 3.111 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $30.00 |
|---|---|---|---|

**Joshua Whyte**
**825 Clocks Blvd**
**Massapequa, NY 11758**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $89.00 |
|---|---|---|---|

**Journey Goff**
**5236 N Britton Rd**
**Union Grove, WI 53182-9596**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $40.00 |
|---|---|---|---|

**JP Dillingham**
**637 34th Ave Ct W**
**Milan, IL 61264**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $27.00 |
|---|---|---|---|

**JP Monroy**
**743 Las Palmas Dr.**
**Vista, CA 92081**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $34.99 |
|---|---|---|---|

**Juan Barba**
**29164 Jamesonite Cir**
**Menifee, CA 95284**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $43.00 |
|---|---|---|---|

**Juan Castillo**
**80 Ledyard St.**
**Apt. 2**
**New London, CT 06320**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $35.00 |
|---|---|---|---|

**Juan Chavira**
**540 Woodberry Circle**
**Raeford, NC 28376**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document        Page 174 of 439

| 3.111 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26.00 |

**Juletta Herrold**
59 Townsend Rd.
Mc Arthur, OH 45651

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36.00 |

**Julian Ambrose**
3400 Lefringhouse Lane
New Bern, NC 28562

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48.00 |

**Julian Cerda**
873 Whitestone Drive
Valparaiso, IN 46383

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21.00 |

**Juliana Marcelli**
2122 70th St
Brooklyn, NY 11204

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $78.00 |

**Julianna Liew**
1 Katoomba Road
Beaumont, Austrailia 5066

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56.00 |

**Justin Colburn**
1305 9th Avenue
Jasper, AL 35501

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27.00 |

**Justin Donley**
121 beechwood blvd
Steubenville, OH 43953

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.112 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $21.00 |

**Justin Freed**
**600 Mine Street**
**Pottsville, PA 17901**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $31.00 |

**Justin Freed**
**600 Mine Street**
**Pottsville, PA 17901**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $121.00 |

**Justin Fruehauf**
**2069 New Castle Rd**
**C/O Tate-Jones Inc**
**Portersville, PA 16051**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $43.00 |

**Justin Gonzalez**
**40 Dutchess St**
**Roosevelt, NY 11575**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $47.00 |

**Justin Halley**
**2014 W San Antonio St**
**Lockhart, TX 78644**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $45.00 |

**Justin Halley**
**2014 W San Antonio St**
**Lockhart, TX 78644**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $101.00 |

**Jérôme Lambert**
**216bis rue nationale**
**La Châtre, FR 36400**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document   Page 176 of 439

| 3.113 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$64,692.00** |
|---|---|---|---|

**Kabbage**
**730 Peachtree St NE**
**#1100**
**Atlanta, GA 30308**

Date(s) debt was incurred _

Last 4 digits of account number **unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$134.00** |
|---|---|---|---|

**Kamada Toshikazu**
**Midoridaiminanmi, 3-11-15**
**Chitose, JP-01 066-0084**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32.00** |
|---|---|---|---|

**Karen Schleuder**
**911 Northeast Dogwood Lane**
**Topeka, KS 66617**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$225.00** |
|---|---|---|---|

**Karim Dhupalia**
**320 Dixon Rd 2011**
**Toronto, CA M9R 1S8**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$93.00** |
|---|---|---|---|

**Karim Dhupalia**
**320 Dixon Rd, 2011**
**Toronto, CA MJR 1S8**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$84.00** |
|---|---|---|---|

**Karl Bielman**
**439 West Tenth**
**Traverse City, MI 49684**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$117.00** |
|---|---|---|---|

**Karl Guiler**
**262 S Madison Ave**
**Louisville, CO 80027**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.113<br>9 | **Nonpriority creditor's name and mailing address** |

**Karl Schmidt**
**4711 St Joseph Creek 3H**
**Lisle, IL 60532**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$61.00**

---

| | |
|---|---|
| 3.114<br>0 | **Nonpriority creditor's name and mailing address** |

**Karla Pena**
**12759 Meadbury Drive**
**Moreno Valley, CA 92553**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

| | |
|---|---|
| 3.114<br>1 | **Nonpriority creditor's name and mailing address** |

**Kasey Moore**
**411 S Douglas Ave**
**Mount Prospect, IL 60056-2853**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$67.00**

---

| | |
|---|---|
| 3.114<br>2 | **Nonpriority creditor's name and mailing address** |

**Kasey Moore**
**411 S Douglas Ave**
**Mount Prospect, IL 60056-2853**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$46.00**

---

| | |
|---|---|
| 3.114<br>3 | **Nonpriority creditor's name and mailing address** |

**Kasey Moore**
**411 S Douglas Ave**
**Mount Prospect, IL 60056-2853**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$31.00**

---

| | |
|---|---|
| 3.114<br>4 | **Nonpriority creditor's name and mailing address** |

**Kasey Moore**
**411 S Douglas Ave**
**Mount Prospect, IL 60056-2853**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$99.00**

---

| | |
|---|---|
| 3.114<br>5 | **Nonpriority creditor's name and mailing address** |

**Kathleen Perez**
**1170 SE 11th Ave**
**Canby, OR 97013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$61.00**

---

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document      Page 178 of 439

| 3.114 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63.00 |
|---|---|---|---|

**Kathrin Probst**
**Sachsenring 155**
**Essen, DE 45279**
  **OH**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63.00 |
|---|---|---|---|

**Kathrin Probst**
**Sachsenring 155**
**Essen, DE 45279**
  **OH**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87.00 |
|---|---|---|---|

**Kathryn Pingol-Jackson**
**5026 SW 122nd Ter**
**Cooper City, FL 33330**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38.00 |
|---|---|---|---|

**Kathy Duda**
**525 Texas Road**
**Easton, PA 18042**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58.00 |
|---|---|---|---|

**Keefer Kopco**
**607 Millers Lane**
**Pittsburgh, PA 15239**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118.00 |
|---|---|---|---|

**Keith Ojeda**
**1008 Johnson St**
**Fort Worth, TX 76126**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |
|---|---|---|---|

**Kelly Greathouse**
**88 Scarlet Drive**
**Poca, WV 25159-7574**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document      Page 179 of 439

| Debtor | **DORKSIDETOYS INC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.115 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$131.00** |
|---|---|---|---|

**Kenneth Davis**
**316 Willow Grove Church Rd.**
**Seminary, MS 39479**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$283.00** |
|---|---|---|---|

**Kenneth Davis**
**316 Willow Grove Church Rd.**
**Seminary, MS 39479**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$31.00** |
|---|---|---|---|

**Kenneth Dutko**
**2021 Felicia Avenue**
**Youngstown, OH 44504**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$40.00** |
|---|---|---|---|

**Kent Matzinger**
**1712 Dallas Ave**
**Charlotte, NC 28205**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$40.00** |
|---|---|---|---|

**Kent Ray**
**1616 Cherry Lane**
**Shelbyville, KY 40065**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$56.00** |
|---|---|---|---|

**Kent Ray**
**1616 Cherry Lane**
**Shelbyville, KY 40065**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$62.00** |
|---|---|---|---|

**Kevan Koopaei**
**1114 Bunton St**
**Houston, TX 77009-4917**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.116 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $67.00 |
|---|---|---|---|

**Kevin Collier**
**108 Roscommon Dr**
**Bristol, TN 37620**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $56.00 |
|---|---|---|---|

**Kevin Cornell**
**2018 N 81st Court**
**Omaha, NE 68134**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $81.00 |
|---|---|---|---|

**Kevin Davidson**
**10007 Kent Towne Lane**
**Sugar Land, TX 77498**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $250.00 |
|---|---|---|---|

**Kevin Lecomte**
**Rue Des Trieux, 2**
**Quaregnon, BE 7390**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $33.00 |
|---|---|---|---|

**Kevin Long**
**3527 29th Ct S**
**La Crosse, WI 54601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $41.00 |
|---|---|---|---|

**Kevin Lytle**
**27590 Plymouth**
**Livonia, MI 48150**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $62.00 |
|---|---|---|---|

**Kevin Martinez**
**9200 SW 22nd Terrace**
**Miami, FL 33165**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68.00 |

**Kevin McCarthy**
**800 Somerset Ct**
**Trenton, OH 45067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $174.00 |

**Kevin McCarthy**
**800 Somerset Ct**
**Trenton, OH 45067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96.00 |

**Kevin McCarthy**
**800 Somerset Ct**
**Trenton, OH 45067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |

**Kevin Molina**
**900 Blackson Ave, #16666**
**Austin, TX 78752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38.00 |

**Kevin Moua**
**601 Greg Thatch Circle**
**Sacramento, CA 95835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84.00 |

**Kevin Wong**
**88 E Bay State Street**
**Alhambra, CA 91801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.00 |

**Khalil Bagley**
**316 Grandview Ave**
**Staten Island, NY 10303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **DORKSIDETOYS INC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.117 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**Khay Truong**
**6419 Avon Rd**
**Norfolk, VA 23513**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $189.00 |
|---|---|---|---|

**Khay Truong**
**6419 Avon Rd**
**Norfolk, VA 23513**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $65.00 |
|---|---|---|---|

**Kim McBride**
**26457 Legion Rd**
**Sunman, IN 47041**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $119.00 |
|---|---|---|---|

**Kimberly MacIsaac**
**1297 County Line Road**
**Kinkora, PE, CA C0B 1N0**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $27.00 |
|---|---|---|---|

**Kingman Tsang**
**1408 Shefford Rd**
**Baltimore, MD 21239-1434**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $27.00 |
|---|---|---|---|

**Kirk Cothern**
**11440 Blankenbaker Access Drive, 603**
**Louisville, KY 40299**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $63.00 |
|---|---|---|---|

**Klarissa Souza**
**16259 Stage Rd**
**Forest Ranch, CA 95942**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:23-bk-01270　Doc 1　Filed 04/07/23　Entered 04/07/23 10:46:55　Desc Main
Document　Page 183 of 439

| Debtor | **DORKSIDETOYS INC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.118 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$128.00** |
|---|---|---|---|

**Kodi Gagliardi**
**777 Cleveland St**
**Trinidad, CO 81082**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$116.00** |
|---|---|---|---|

**Kongkitti Siripraiwan**
**200/306 Pattanakarn Rd**
**Bangkok, TH 10250**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |
|---|---|---|---|

**Kory Wise**
**300 South Township Rd 113**
**Tiffin, OH 44883**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$52.00** |
|---|---|---|---|

**Kristen DeMeza**
**750 N King Rd, Apt 104**
**San Jose, CA 95133**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$43.00** |
|---|---|---|---|

**Kristian Kenyon**
**25022 NW 2nd Ave**
**Newberry, FL 32669**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$31.00** |
|---|---|---|---|

**Kurt Walrath**
**430 Crosby Road**
**Catonsville, MD 21228**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$380.00** |
|---|---|---|---|

**Kyle A Ferro**
**5706 Emerald Brook Ln**
**League City, TX 77573-1899**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document     Page 184 of 439

| 3.118 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Kyle Bradley**
**6654 Owl Ct**
**Riverside, CA 92509-0433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |
|---|---|---|---|

**Kyle D Worthington**
**11801 E 48th St**
**Kansas City, MO 64133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136.00 |
|---|---|---|---|

**Kyle Edwards**
**5301 Linder McCurdy Rd.**
**Appling, GA 30802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46.00 |
|---|---|---|---|

**Kyle Glaser**
**104 Waldorf Street**
**Pittsburgh, PA 15214-1924**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43.00 |
|---|---|---|---|

**Kyle Glaser**
**104 Waldorf Street**
**Pittsburgh, PA 15214-1924**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74.00 |
|---|---|---|---|

**Kyle Glaser**
**104 Waldorf Street**
**Pittsburgh, PA 15214-1924**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $91.00 |
|---|---|---|---|

**Kyle Koza**
**94-302 Paiwa St. Ste. 1210**
**Waipahu, HI 96797**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.119 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $77.00 |
|---|---|---|---|

**Kyle Pettit**
**1306 Dalton Drive**
**Normal, IL 61761-1810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $29.00 |
|---|---|---|---|

**Kyle Sessoms**
**5212 Oakbrook Drive**
**Plainfield, IL 60586**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $46.00 |
|---|---|---|---|

**Kyle Skinner**
**2808 Sierra Ave**
**Plainfield, IL 60586**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $27.00 |
|---|---|---|---|

**Kyle Skinner**
**2808 Sierra Ave**
**Plainfield, IL 60586**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $146.00 |
|---|---|---|---|

**Kyle Sugg**
**700 Chicago St**
**DeWitt, IL 61735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $33.00 |
|---|---|---|---|

**Kyle Vinton**
**325 Oakhurst Drive**
**Murphy, TX 75094-4479**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $46.00 |
|---|---|---|---|

**Kyle Wilson**
**5 Roosevelt Place**
**Apt. 4-H**
**Montclair, NJ 07042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $50.00 |
|---------|--------------------------------------------------------|-----------------------------------------------------------------------|--------|

**Kyle Worthington**
**11801 E. 48th St.**
**Kansas City, MO 64133**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $68.00 |
|---------|--------------------------------------------------------|-----------------------------------------------------------------------|--------|

**Lane Frost**
**2409 Mallard Lane**
**Apt 7**
**Dayton, OH 45431**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $35.00 |
|---------|--------------------------------------------------------|-----------------------------------------------------------------------|--------|

**Laramie Dean**
**10525 Edison Way**
**North Hollywood, CA 91606**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $377.00 |
|---------|--------------------------------------------------------|-----------------------------------------------------------------------|---------|

**Larone Thompson**
**2410 Palm Grove Ave**
**Los Angeles, CA 90016**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $63.00 |
|---------|--------------------------------------------------------|-----------------------------------------------------------------------|--------|

**Larry Smith**
**4903 Catalpa Drive**
**Saint Cloud, FL 34772-7503**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $190.00 |
|---------|--------------------------------------------------------|-----------------------------------------------------------------------|---------|

**Larry Smith**
**4903 Catalpa Drive**
**Saint Cloud, FL 34772-7503**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $95.00 |
|---------|--------------------------------------------------------|-----------------------------------------------------------------------|--------|

**Larry Smith**
**4903 Catalpa Drive**
**Saint Cloud, FL 34772-7503**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $61.00 |
|---|---|---|---|

**Lauren Orozco**
**23130 Barrington Bluff Trail**
**Spring, TX 77373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $156.00 |
|---|---|---|---|

**Lawrence Gallagher**
**80 Lee Ave.**
**Hawthorne, NJ 07506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $85.00 |
|---|---|---|---|

**Lee Stuart**
**5509 Viney Creek Ln**
**Jonesboro, AR 72404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $250.00 |
|---|---|---|---|

**Lee Sugrue**
**7585 Thornlee Dr**
**Lake Worth, FL 33467-7855**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $57.00 |
|---|---|---|---|

**Lee Williams**
**13123 S 91st E Ave**
**Bixby, OK 74008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $63.00 |
|---|---|---|---|

**Leonard Teague**
**14244 E. Idaha Dr.**
**Aurora, CO 80012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $69.00 |
|---|---|---|---|

**Leslie Yukuno**
**122 Dalgoner Lane**
**Temple, TX 76502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$83.00** |
|---|---|---|---|

**Lim Zheng Yi**
**Higashigotanda 4-11-10-504**
**Shinagawa-ku, JP 141-0022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$31.00** |
|---|---|---|---|

**Linda Stratton**
**2034 Osprey Cove**
**Shelbyville, KY 40065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$145.00** |
|---|---|---|---|

**Lindsey Dias**
**24 Southview Dr**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$40.00** |
|---|---|---|---|

**Linsey Taylor**
**1695 Mullins Rd.**
**Russellville, TN 37860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$35.00** |
|---|---|---|---|

**Lisandro Lejano**
**3047 Blackberry Ave**
**San Ramon, CA 94582-6015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$68.00** |
|---|---|---|---|

**Liv Kunze**
**2914 Lupine**
**Lake Forest, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$70.00** |
|---|---|---|---|

**Logan Round**
**404 6th Ave NW**
**Dodge Center, MN 55927**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27.00 |

**Lori Mediate**
8701 E. Fairview Ave.
San Gabriel, CA 91775

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108.00 |

**Louis Ross**
9090 Skillman Street, Ste 182-A #201
Dallas, TX 75243

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84.00 |

**Low Wei**
523 Jurong West Street 52 #08-233
Singapore 640523

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.00 |

**Luca Menta**
820 Shadeland Ave
Drexel Hill, PA 19026

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.00 |

**Lucio Gomez**
244 W Harder Rd
Hayward, CA 94544-2744

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34.00 |

**Luis Bernabe**
4027 Arborcrest Dr.
Indianapolis, IN 46226

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $132.00 |

**Luis Castaneda**
145 N Almont Drive
#2
Beverly Hills, CA 90211

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84.00 |
|---|---|---|---|

**Luis Godoy**
**2200 NW 129th Ave, Suite 108**
**Miami, FL 33182-2485**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68.00 |
|---|---|---|---|

**Luis Gomez**
**14752 Doncaster Rd.**
**Irvine, CA 92604**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27.00 |
|---|---|---|---|

**Luis Hernandez**
**4491 Harris Ln**
**Austell, GA 30106**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46.00 |
|---|---|---|---|

**Luis Jimenez**
**257 Meyer Street**
**Sierra Vista, AZ 85613**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38.00 |
|---|---|---|---|

**Luis Macias**
**676 Sacramento Ct**
**Elgin, IL 60123**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81.00 |
|---|---|---|---|

**Luis Rios**
**925 Austin St**
**Madera, CA 93638**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**Luis Rivera**
**13321 SW 142nd Ter**
**Miami, FL 33186**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.123 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $33.00 |
|---|---|---|---|

**Luke Desilets**
**3872 Jane Court**
**Collegeville, PA 19426**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $75.00 |
|---|---|---|---|

**Luke Fontana**
**1265 N. Sweetzer Ave.**
**Apt. 4**
**West Hollywood, CA 90069**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $146.00 |
|---|---|---|---|

**Lynn Osborne**
**20 Washington St**
**BB**
**Clark, NJ 07066**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,120.00 |
|---|---|---|---|

**Madiam Miranda**
**9585 Plaza Circle**
**El Paso, TX 79927**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $40.00 |
|---|---|---|---|

**Madlo Highsmith**
**23 Pumpkin Hill Rdg**
**Clayton, NC 27520**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $70.00 |
|---|---|---|---|

**Madlo Highsmith**
**23 Pumpkin Hill Rdg**
**Clayton, NC 27520**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $57.00 |
|---|---|---|---|

**Madlo Highsmith**
**23 Pumpkin Hill Rdg**
**Clayton, NC 27520**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.00 |
|---|---|---|---|

**Madlo Highsmith**
**23 Pumpkin Hill Rdg**
**Clayton, NC 27520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41.00 |
|---|---|---|---|

**Makia Ramsey**
**44 Morning Ln**
**Hendersonville, NC 28792**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $93.00 |
|---|---|---|---|

**Malcolm Graves**
**P. O. Box 3756**
**San Leandro, CA 94578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82.00 |
|---|---|---|---|

**Malcolm Graves**
**P. O. Box 3756**
**San Leandro, CA 94578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $93.00 |
|---|---|---|---|

**Malcolm Graves**
**P. O. Box 3756**
**San Leandro, CA 94578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.00 |
|---|---|---|---|

**Mandy Serlo**
**121 Heather Ridge Dr.**
**Pelham, AL 35124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51.00 |
|---|---|---|---|

**Manny Guevara**
**9147 NW 173 Terr**
**Hialeah, FL 33018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.125 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$220.00** |
|---|---|---|---|

**Manny Trelles**
**1102 Timberline Lane**
**Santa Ana, CA 92705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$118.00** |
|---|---|---|---|

**Manuel Cruz**
**2715 Corybrooke Ln**
**Kissimmee, FL 34744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$35.00** |
|---|---|---|---|

**Manuel Miranda**
**2104 Woolard Dr**
**Bakersfield, CA 93304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$588.00** |
|---|---|---|---|

**Manuel Trelles**
**1102 Timberline Eln**
**Santa Ana, CA 92705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$68.00** |
|---|---|---|---|

**Manuel Trelles**
**1102 Timberline Eln**
**Santa Ana, CA 92705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$185.00** |
|---|---|---|---|

**Manuel Zuno**
**30692 E Loma Linda Rd**
**Temecula, CA 92592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$40.00** |
|---|---|---|---|

**Marc Jouan**
**21 Candate Ct.**
**Newark, DE 19711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.125 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$208.00** |
|---|---|---|---|

**Marc Teshic**
**131 Cook Ave**
**Middlesex, NJ 08846**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28.00** |
|---|---|---|---|

**Marcelo Rodrigues Da Silva**
**2844 S 1030 W Suite 277649**
**Durham, NC 27703**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$341.00** |
|---|---|---|---|

**Marcini Ramilo**
**1 Cassidy St**
**Kingston, NY 12401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$71.00** |
|---|---|---|---|

**Marcus Allen**
**2489 Perring Manor Rd**
**Parkville, MD 21234-7311**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$185.00** |
|---|---|---|---|

**Marcus Comfort**
**5209 Cedar Haven Road**
**Richmond, VA 23223**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$111.00** |
|---|---|---|---|

**Marcus Farrington**
**5161 Rice Rd, Apt 10**
**Antioch, TN 37013**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$35.00** |
|---|---|---|---|

**Marcus Ramos**
**1525 Mayo Drive**
**Defiance, OH 43512-3319**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.126 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $157.00 |
|---|---|---|---|

**Mario Miguel Bayona**
**Valle 1347**
**Van Nuys, CA 91406**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $56.00 |
|---|---|---|---|

**Mark Ciambella**
**38 Windsor Blvd.**
**Londonderry, NH 03053**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $174.00 |
|---|---|---|---|

**Mark Ciambella**
**38 Windsor Blvd.**
**Londonderry, NH 03053**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $32.00 |
|---|---|---|---|

**Mark Fujimoto**
**117 Bernal Road**
**#70-186**
**San Jose, CA 95119**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $36.00 |
|---|---|---|---|

**Mark Grace**
**5282 SE 137th Pl**
**Summerfield, FL 34491**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $96.00 |
|---|---|---|---|

**Mark Hall**
**3663 Buckeye Ln**
**Hayes, VA 23072-2919**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 |
|---|---|---|---|

**Mark Johnson**
**5841 E Charleston Blvd, Ste 230 #175**
**Las Vegas, NV 89142**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:23-bk-01270    Doc 1    Filed 04/07/23    Entered 04/07/23 10:46:55    Desc Main
Document    Page 196 of 439

| Debtor | **DORKSIDETOYS INC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.127 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|---|---|---|---|

**Mark Manson**
**110 Walter Way Unit 1722**
**Stockbridge, GA 30281-9517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $89.00 |
|---|---|---|---|

**Mark Thambiah**
**No. 6 Jalan Pokok Serunai**
**Singapore 468143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $138.00 |
|---|---|---|---|

**Mark Tribble**
**3919 Skyland Dr.**
**Kingsport, TN 37664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $68.00 |
|---|---|---|---|

**Mark Tribble**
**3919 Skyland Dr.**
**Kingsport, TN 37664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $105.00 |
|---|---|---|---|

**Mark Villareal**
**19 High Street**
**Stillwater, NY 12170-1240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $89.00 |
|---|---|---|---|

**Mark Willits**
**6285 Hawk Ridge Place**
**San Miguel, CA 93451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Marshall Staples**
**213 Spanish Oak Drive**
**Georgetown, TX 78628-2627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **DORKSIDETOYS INC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.127 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $92.00 |
|---|---|---|---|

**Martin Anderson**
**PO Box 315**
**Mason City, IA 50402**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $21.00 |
|---|---|---|---|

**Martin Velazquez**
**14157 Gold Bridge Dr.**
**Orlando, FL 32824**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $21.00 |
|---|---|---|---|

**Martin Velazquez**
**14157 Gold Bridge Dr.**
**Orlando, FL 32824**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $61.00 |
|---|---|---|---|

**Mason Smith**
**6865 Prairie Rd**
**Sabina, OH 45169**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $115.00 |
|---|---|---|---|

**Mathias Andel**
**2601 Bliss Spillar**
**Manchaca, TX 78652**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $89.00 |
|---|---|---|---|

**Matt Beagan**
**2309 Pine Ave**
**Ronkonkoma, NY 11779-6590**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $33.00 |
|---|---|---|---|

**Matt Beagan**
**2309 Pine Ave**
**Ronkonkoma, NY 11779-6590**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

---

| 3.128 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$97.00** |
|---|---|---|---|

**Matt Dahlstrom**
**276 Fieldboro Drive**
**Lawrence Township, NJ 08648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$61.00** |
|---|---|---|---|

**Matt Kershner**
**1815 31st St**
**Moline, IL 61265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$143.00** |
|---|---|---|---|

**Matt Maples**
**2816 Sugartree**
**Maryland Heights, MO 63043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$79.00** |
|---|---|---|---|

**Matt Maples**
**2816 Sugartree**
**Maryland Heights, MO 63043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$77.00** |
|---|---|---|---|

**Matt Michel**
**3303 Stone Heather Ct.**
**Herndon, VA 20171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$41.00** |
|---|---|---|---|

**Matt Nielsen**
**2199 S. Morgan Rd.**
**Saratoga Springs, UT 84045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$89.00** |
|---|---|---|---|

**Matt Walters**
**52812 Hill Trail**
**South Bend, IN 46628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Matt Young**
503 West Chatham St. A9
Apex, NC 27502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $185.00 |
|---|---|---|---|

**Matthew Bostwick**
3118 SE 29th Ln
Gainesville, FL 32641-9343

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.00 |
|---|---|---|---|

**Matthew Brenton**
7328 31st Ave SW
Seattle, WA 98126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33.00 |
|---|---|---|---|

**Matthew Burning**
1106 Eisenhower Drive, Apt A
Pekin, IL 61554

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.00 |
|---|---|---|---|

**Matthew Fallon**
4 Dana Drive
Sewell, NJ 08080

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41.00 |
|---|---|---|---|

**Matthew Garrido**
1193 Heatherview Dr.
Oak Park, CA 91377

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Matthew Garrido**
1193 Heatherview Dr.
Oak Park, CA 91377

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document   Page 200 of 439

| Debtor | **DORKSIDETOYS INC** | Case number (if known) _____ |
|---|---|---|
| | Name | |

---

**3.130 0**

**Nonpriority creditor's name and mailing address**

**Matthew Garrido**
**1193 Heatherview Dr.**
**Oak Park, CA 91377**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$64.00

---

**3.130 1**

**Nonpriority creditor's name and mailing address**

**Matthew Gullige**
**6608 Bayboro Court**
**Orlando, FL 32829**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$34.00

---

**3.130 2**

**Nonpriority creditor's name and mailing address**

**Matthew Hart**
**124 Bold Venture Dr**
**Danville, KY 40422**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$31.00

---

**3.130 3**

**Nonpriority creditor's name and mailing address**

**Matthew Isaacs**
**2456 S County Road 750 E**
**Seymour, IN 47274-9227**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$65.00

---

**3.130 4**

**Nonpriority creditor's name and mailing address**

**Matthew Kennedy**
**718 South Lansing Street**
**Saint Johns, MI 48879**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$85.00

---

**3.130 5**

**Nonpriority creditor's name and mailing address**

**Matthew Kennedy**
**718 South Lansing Street**
**Saint Johns, MI 48879**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$47.00

---

**3.130 6**

**Nonpriority creditor's name and mailing address**

**Matthew Manock**
**8317 East VA-a de Sereno**
**Scottsdale, AZ 85258**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$66.00

---

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document   Page 201 of 439

| Debtor | **DORKSIDETOYS INC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.130 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $66.00 |
|---|---|---|---|

**Matthew Mitchell**
**1248 Wyndham Pine Drive**
**Apopka, FL 32712-2343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|---|---|---|---|

**Matthew Passiglia**
**4017 A Jewell Street**
**San Diego, CA 92109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $46.00 |
|---|---|---|---|

**Matthew S LaVergne**
**11222 Port Hudson Pride Road**
**Zachary, LA 70791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $71.00 |
|---|---|---|---|

**Matthew S LaVergne**
**11222 Port Hudson Pride Road**
**Zachary, LA 70791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**Matthew Salvador**
**34 Medford Road**
**Staten Island, NY 10304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $210.00 |
|---|---|---|---|

**Matthew Salvador**
**209 Midland Ave.**
**Staten Island, NY 10306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $56.00 |
|---|---|---|---|

**Matthew Seelbach**
**190 Creekside Dr.**
**Tonawanda, NY 14150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.131 4**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$122.00** |

**Matthew Seelbach**
**190 Creekside Dr.**
**Tonawanda, NY 14150**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131 5**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$106.00** |

**Matthew Wilkie**
**500 S. Buena Vista St., MC 3301**
**Burbank, CA 91505**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131 6**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$34.00** |

**Matthey Myers**
**171 Queens Lane**
**East Hampton, NY 11937**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131 7**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$123.00** |

**Maurice Fraga**
**PO Box 1733**
**Winchester, VA 22604-8233**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131 8**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$62.00** |

**Mauricio Cervantes**
**PO Box 185**
**Port Isabel, TX 78578**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131 9**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$482.00** |

**Mauricio Valdovinos**
**6324 Riverside Ave**
**Bell Gardens, CA 90201-1523**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132 0**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$224.00** |

**Max Chavarria**
**1021 Reece Ridge Drive**
**Columbus, OH 43230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132 1**

**Nonpriority creditor's name and mailing address**

**Max Perwich**
**2849 Payton Oaks Dr NE**
**Atlanta, GA 30345**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$31.00**

---

**3.132 2**

**Nonpriority creditor's name and mailing address**

**Maxwell Michaels**
**113 Bay Shore DR**
**Belmont, NC 28012**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

**3.132 3**

**Nonpriority creditor's name and mailing address**

**McKayla M**
**2820 County Road 289**
**Georgetown, TX 78633**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$31.00**

---

**3.132 4**

**Nonpriority creditor's name and mailing address**

**Melanie Jordan**
**205 Granite Way**
**Newnan, GA 30265**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$41.00**

---

**3.132 5**

**Nonpriority creditor's name and mailing address**

**Melanie Robinson**
**9415 Guthrie Rd**
**Calhan, CO 80808**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$144.00**

---

**3.132 6**

**Nonpriority creditor's name and mailing address**

**Michael A Kording**
**2012 Sherman Creek Rd**
**Eau Claire, WI 54703**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$21.00**

---

**3.132 7**

**Nonpriority creditor's name and mailing address**

**Michael Amore**
**227 Main Street, Apt. 3**
**Plaistow, NH 03865**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

| Debtor | **DORKSIDETOYS INC** | Case number _(if known)_ | |
|---|---|---|---|
| | Name | | |

---

**3.132 8**

**Nonpriority creditor's name and mailing address**

**Michael Amore**
**227 Main Street, Apt. 3**
**Plaistow, NH 03865**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

**3.132 9**

**Nonpriority creditor's name and mailing address**

**Michael Balgemann**
**385 Secretariat Place**
**Mt Zion, IL 62549**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$61.00**

---

**3.133 0**

**Nonpriority creditor's name and mailing address**

**Michael Bartholomew**
**PO Box 333**
**Gouverneur, NY 13642**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$77.00**

---

**3.133 1**

**Nonpriority creditor's name and mailing address**

**Michael Baysinger**
**5246 W Bryants Creek Rd**
**Martinsville, IN 46151**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$63.00**

---

**3.133 2**

**Nonpriority creditor's name and mailing address**

**Michael Benitez**
**642 Wickham Drive**
**Graniteville, SC 29829**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$82.00**

---

**3.133 3**

**Nonpriority creditor's name and mailing address**

**Michael Boudreau**
**1316 Wallace Rd, 28**
**Salem, OR 97304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$102.00**

---

**3.133 4**

**Nonpriority creditor's name and mailing address**

**Michael Castillo**
**14913 Potomac Drive**
**Sterling Heights, MI 48313**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$31.00**

---

Name

---

**3.133 5**

**Nonpriority creditor's name and mailing address**

**Michael Chiovari**
**807 Alberosky Way**
**Batavia, IL 60510-2889**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$439.00**

---

**3.133 6**

**Nonpriority creditor's name and mailing address**

**Michael Day**
**148 Hickory Meadows Dr.**
**Richmond, KY 40475**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$56.00**

---

**3.133 7**

**Nonpriority creditor's name and mailing address**

**Michael Day**
**148 Hickory Meadows Dr.**
**Richmond, KY 40475**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$389.00**

---

**3.133 8**

**Nonpriority creditor's name and mailing address**

**Michael de la Rosa**
**1433 1/2 Verd Oaks Dr.**
**Glendale, CA 91205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$49.00**

---

**3.133 9**

**Nonpriority creditor's name and mailing address**

**Michael de la Rosa**
**1433 1/2 Verd Oaks Dr.**
**Glendale, CA 91205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$91.00**

---

**3.134 0**

**Nonpriority creditor's name and mailing address**

**Michael de la Rosa**
**1433 1/2 Verd Oaks Dr.**
**Glendale, CA 91205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$128.00**

---

**3.134 1**

**Nonpriority creditor's name and mailing address**

**Michael De La Torre**
**6631 E Monlaco Rd**
**Long Beach, CA 90808**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

| 3.134 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $33.00 |
|---|---|---|---|

**Michael Diamond**
**2409 W Harbourside Drive**
**Fort Wayne, IN 46814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $134.00 |
|---|---|---|---|

**Michael Digiacomo**
**118 Norwich Rd**
**Brockton, MA 02302-2266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $146.00 |
|---|---|---|---|

**Michael Easley**
**3212 W Floradora**
**Fresno, CA 93722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $52.00 |
|---|---|---|---|

**Michael Easter**
**2937 Mountain Trail Rd**
**Kingman, AZ 86401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $82.00 |
|---|---|---|---|

**Michael Ely**
**2161 Raleigh Rd**
**Hummelstown, PA 17036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $31.00 |
|---|---|---|---|

**Michael Holt**
**17702 Vergus Ave**
**Jordan, MN 55352**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $160.00 |
|---|---|---|---|

**Michael Homomichl**
**3005 E 22nd St**
**Sioux Falls, SD 57103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number _(if known)_ |
|---|---|---|
| | Name | |

| 3.134 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $80.00 |
|---|---|---|---|
| | **Michael Ingignoli** | ☐ Contingent | |
| | **354 Washington Street** | ☐ Unliquidated | |
| | **Troy, NY 12180** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.135 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $206.00 |
|---|---|---|---|
| | **Michael Jason Sullivan** | ☐ Contingent | |
| | **16 Elm Street** | ☐ Unliquidated | |
| | **Aragon, GA 30104** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.135 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $31.00 |
|---|---|---|---|
| | **Michael Jason Sullivan** | ☐ Contingent | |
| | **16 Elm Street** | ☐ Unliquidated | |
| | **Aragon, GA 30104** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.135 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $31.00 |
|---|---|---|---|
| | **Michael Jason Sullivan** | ☐ Contingent | |
| | **16 Elm Street** | ☐ Unliquidated | |
| | **Aragon, GA 30104** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.135 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $41.00 |
|---|---|---|---|
| | **Michael Kellermann** | ☐ Contingent | |
| | **P. O. Box 470** | ☐ Unliquidated | |
| | **New Vienna, OH 45159** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.135 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $41.00 |
|---|---|---|---|
| | **Michael Kellermann** | ☐ Contingent | |
| | **P. O. Box 470** | ☐ Unliquidated | |
| | **New Vienna, OH 45159** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.135 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $113.00 |
|---|---|---|---|
| | **Michael Knapp** | ☐ Contingent | |
| | **1615 Iron Wolf Pass** | ☐ Unliquidated | |
| | **San Antonio, TX 78245** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.135 6 | | | |
|---------|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Lacey**
**39 Boone Lacey Lane**
**Maylene, AL 35114**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

| 3.135 7 | | | |
|---------|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Landry**
**59 Townsend Rd.**
**Shirley, MA 01464**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$56.00**

---

| 3.135 8 | | | |
|---------|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Leonard**
**12024 Hidden Nest Ct**
**Midlothian, VA 23112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$65.00**

---

| 3.135 9 | | | |
|---------|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Leonard**
**12024 Hidden Nest Ct**
**Midlothian, VA 23112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$46.00**

---

| 3.136 0 | | | |
|---------|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Leonard**
**12024 Hidden Nest Ct**
**Midlothian, VA 23112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$149.00**

---

| 3.136 1 | | | |
|---------|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Lin**
**246-18 51st Ave**
**Douglaston, NY 11362**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$44.00**

---

| 3.136 2 | | | |
|---------|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Llanes**
**354 Arboretum Drive**
**Apt 307**
**Wilmington, NC 28405**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$46.00**

---

| 3.136 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$34.00** |
|---|---|---|---|

**Michael McHugh**
**6841 Forkmead Ln**
**Port Orange, FL 32128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$81.00** |
|---|---|---|---|

**Michael Melvin**
**7042 Rackham Way**
**Hanover, MD 21076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$36.00** |
|---|---|---|---|

**Michael Oliver**
**977 Osceola Trail**
**Casselberry, FL 32707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$62.00** |
|---|---|---|---|

**Michael Partridge**
**1420 Guthrie Lane**
**Allen, TX 75013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$84.00** |
|---|---|---|---|

**Michael Proffitt**
**2020 E. 23rd Terrace**
**Lawrence, KS 66044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$107.00** |
|---|---|---|---|

**Michael Rizzo**
**701 Queen St.**
**Honolulu, HI 96813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$46.00** |
|---|---|---|---|

**Michael Robinson**
**4587 Kentfield Dr.**
**Dayton, OH 45426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **DORKSIDETOYS INC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.137 0**

**Nonpriority creditor's name and mailing address**

**Michael Rodriguez**
**825 Walden Ct**
**Fairfield, CA 94533**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$82.00**

---

**3.137 1**

**Nonpriority creditor's name and mailing address**

**Michael Roldan**
**265 Martina Dr**
**Chambersburg, PA 17201-8253**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$94.00**

---

**3.137 2**

**Nonpriority creditor's name and mailing address**

**Michael Sakacsi**
**4000 Grand Avenue**
**Middletown, OH 45044**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$27.00**

---

**3.137 3**

**Nonpriority creditor's name and mailing address**

**Michael Slaten**
**1907 Copper Knoll Ct, 405**
**Houston, TX 77089**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$34.00**

---

**3.137 4**

**Nonpriority creditor's name and mailing address**

**Michael Solis**
**2238 Valley Drive**
**Apopka, FL 32703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$190.00**

---

**3.137 5**

**Nonpriority creditor's name and mailing address**

**Michael Stahl**
**7709 Newmarket Dr.**
**Bethesda, MD 20817**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$36.00**

---

**3.137 6**

**Nonpriority creditor's name and mailing address**

**Michael Starkey**
**77 Hartford Rd**
**Sewell, NJ 08080**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$202.00**

---

| 3.137 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $191.00 |
|---|---|---|---|

**Michael Tacey**
**1230 S Ellington Pkwy, 2413**
**Lewisburg, TN 37091**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $82.00 |

**Michael Tracey**
**1230 S. Ellington Parkway**
**Lewisburg, TN 37091**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $89.00 |

**Michael Tracey**
**1230 S. Ellington Pkwy**
**Lewisburg, TN 37091**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**Michael Trainham**
**4210 Arlington Pl**
**Portsmouth, VA 23707**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43.00 |

**Michael Vordtriede**
**319 Quiet Country Drive**
**Saint Peters, MO 63376**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |

**Michael Willoughby**
**318 Bettie Ln**
**Brunswick, OH 44212**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68.00 |

**Michael Wong**
**1650 Jackson St. #509**
**San Francisco, CA 94109**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.138 4**

**Nonpriority creditor's name and mailing address**

**Michael Wong**
**1650 Jackson St. #509**
**San Francisco, CA 94109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$112.00

---

**3.138 5**

**Nonpriority creditor's name and mailing address**

**Michael Wong**
**1650 Jackson St. #509**
**San Francisco, CA 94109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$120.00

---

**3.138 6**

**Nonpriority creditor's name and mailing address**

**Michaela Moore**
**121 Stillwater Trail**
**Hendersonville, TN 37075**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$44.00

---

**3.138 7**

**Nonpriority creditor's name and mailing address**

**Michaelangelo Muniz**
**26 Country Lane**
**Staten Island, NY 10312**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$49.00

---

**3.138 8**

**Nonpriority creditor's name and mailing address**

**Miguel Aviles**
**240 N Encinal Ave**
**Ojai, CA 93023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$78.00

---

**3.138 9**

**Nonpriority creditor's name and mailing address**

**Miguel Aviles**
**240 N Encinal Ave**
**Ojai, CA 93023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$49.00

---

**3.139 0**

**Nonpriority creditor's name and mailing address**

**Miguel Castellano**
**2327 Brickell Pl**
**Oviedo, FL 32765**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$31.00

---

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document    Page 213 of 439

| 3.139 | | | |
|---|---|---|---|
| 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47.00** |
| | **Miguel Garcia** | ☐ Contingent | |
| | **9519 Majestic Lane** | ☐ Unliquidated | |
| | **Stockton, CA 95209** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 | | | |
|---|---|---|---|
| 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51.00** |
| | **Mike Downey** | ☐ Contingent | |
| | **1609 Redmond Dr** | ☐ Unliquidated | |
| | **Rocklin, CA 95765** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 | | | |
|---|---|---|---|
| 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$63.00** |
| | **Mike Nichols** | ☐ Contingent | |
| | **3285 Canyon Dr.** | ☐ Unliquidated | |
| | **Billings, MT 59102** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 | | | |
|---|---|---|---|
| 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
| | **Mike O'Brien** | ☐ Contingent | |
| | **310 Shelley Ct.** | ☐ Unliquidated | |
| | **Schenectady, NY 12306** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 | | | |
|---|---|---|---|
| 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$224.00** |
| | **Mike Robertson** | ☐ Contingent | |
| | **3274 Grey Owl Crescent** | ☐ Unliquidated | |
| | **Prince Albert, SK, CA S6V 6X7** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 | | | |
|---|---|---|---|
| 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$174.00** |
| | **Mike Trainham** | ☐ Contingent | |
| | **4210 Arlington Pl** | ☐ Unliquidated | |
| | **Portsmouth, VA 23707** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 | | | |
|---|---|---|---|
| 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
| | **Miller Danielle** | ☐ Contingent | |
| | **84 Mountainview Rd** | ☐ Unliquidated | |
| | **Ewing, NJ 08628-1806** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document   Page 214 of 439

| 3.1398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74.00 |

**Milton Batista**
**1150 Henry Terrace**
**Lawrenceville, GA 30046**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62.00 |

**Montrell Jordan**
**609 Hutchins Street**
**2W**
**Joliet, IL 60435**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34.00 |

**Montrell Jordan**
**609 Hutchins Street**
**Joliet, IL 60435**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $133.00 |

**Mrkobrada Nick**
**6679 Shelter Bay Rd. Unit 43**
**Mississau L5N2A2 Ontario**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34.00 |

**Muzammil Brohi**
**5418 Yonge St, Unit  1805**
**Toronto, Canada  M2N 6X4**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27.00 |

**Nadir Qazi**
**217 Compass, California**
**Irvine, CA 92618**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.00 |

**Nash Conrad**
**500 Gilbertsville Rd.**
**Gilbertsville, PA 19525**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $204.00 |
|---|---|---|---|

**Nash Conrad**
**500 Gilbertsville Rd.**
**Gilbertsville, PA 19525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $62.00 |
|---|---|---|---|

**Natalie Marquez**
**10 East Ontario Street, Apt. 4801**
**Chicago, IL 60611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $35.00 |
|---|---|---|---|

**Nate Greenhill**
**71 Hudson St**
**South Glens Falls, NY 12803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $84.00 |
|---|---|---|---|

**Nate Martinez**
**1813 Northwest 22nd St**
**Lawton, OK 73505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $33.00 |
|---|---|---|---|

**Nathan Brown**
**1 Signature Point Drive**
**League City, TX 77573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $105.00 |
|---|---|---|---|

**Nathan Carpenter**
**14413 Cardwell Hill Lane**
**Charlotte, NC 28278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $56.00 |
|---|---|---|---|

**Nathan Finkbone**
**6371 Springwood Rd**
**Parma Heights, OH 44130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.141 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$84.00** |
|---|---|---|---|

**Nathan Fore**
**22119 Timber Lane**
**Morton, IL 61550**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$122.00** |
|---|---|---|---|

**Nathan Haskell**
**5700 Venice Blvd**
**Los Angeles, CA 90019**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$126.00** |
|---|---|---|---|

**Nathan Huskey**
**52 SW Pleasant View Ave**
**Gresham, OR 97030**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60.00** |
|---|---|---|---|

**Nathan Lilla**
**6600 Kingsview Dr**
**Mt Pleasant, WI 53406**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$81.00** |
|---|---|---|---|

**Nathan Scoville**
**1409 E. 46th St.**
**Minneapolis, MN 55407**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$76,761.00** |
|---|---|---|---|

**NECA**
**CIT 201 S Tryon Street**
**Ste 300**
**Charlotte, NC 28202**

Date(s) debt was incurred _

Last 4 digits of account number  **4283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$35.00** |
|---|---|---|---|

**Neil Bindrich**
**2409 Valley View Drive**
**Kewaskum, WI 53040**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$20.00** |
| **Neil Hall** | ☐ Contingent | | |
| **3535 Hidden Fawn Dr** | ☐ Unliquidated | | |
| **Elgin, IL 60124** | ☐ Disputed | | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.142 0 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$20.00** |
| **Neil Lowery** | ☐ Contingent | | |
| **587 Hacienda Dr.** | ☐ Unliquidated | | |
| **Oakley, CA 94561** | ☐ Disputed | | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.142 1 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$186.00** |
| **Neil Lowery** | ☐ Contingent | | |
| **587 Hacienda Dr.** | ☐ Unliquidated | | |
| **Oakley, CA 94561** | ☐ Disputed | | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.142 2 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$166.00** |
| **Neil Lowery** | ☐ Contingent | | |
| **587 Hacienda Dr.** | ☐ Unliquidated | | |
| **Oakley, CA 94561** | ☐ Disputed | | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.142 3 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$57.00** |
| **Neil Sinclair** | ☐ Contingent | | |
| **500 Murray Ross Pkwy, Apt 1703** | ☐ Unliquidated | | |
| **Toronto, ON, CA M3J 2Z3** | ☐ Disputed | | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.142 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$41.00** |
| **Nerdy Heart** | ☐ Contingent | | |
| **62 Britton St.** | ☐ Unliquidated | | |
| **Staten Island, NY 10310** | ☐ Disputed | | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.142 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$75.00** |
| **Nestor Pagan** | ☐ Contingent | | |
| **5003 Westfields Blvd #231503** | ☐ Unliquidated | | |
| **Centreville, VA 20120** | ☐ Disputed | | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | | |

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document      Page 218 of 439

| 3.142 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $57.00 |
|---|---|---|---|

**Nestor Valentin**
**804 Dewberry Dr**
**Cedar Park, TX 78613**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $54.00 |
|---|---|---|---|

**Nicholas Brown**
**32 Tyler Street**
**Medway, ME 04460**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $49.00 |
|---|---|---|---|

**Nicholas Friesen**
**342 Niagara St**
**Winnipeg, MB, CA R3N 0V4**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $57.00 |
|---|---|---|---|

**Nicholas Guzman**
**9676 Follett Dr.**
**Santee, CA 92071**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $158.00 |
|---|---|---|---|

**Nicholas Guzman**
**9676 Follett Dr.**
**Santee, CA 92071**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $93.00 |
|---|---|---|---|

**Nicholas Kaufer**
**123b Hemlock Hill**
**1348**
**Montague, NJ 07827**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $145.00 |
|---|---|---|---|

**Nicholas Verola**
**4840 Lafayette Place**
**Vero Beach, FL 32966**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Name

| | |
|---|---|
| 3.143 3 | **$27.00** |

**Nonpriority creditor's name and mailing address**
**Nick Heeb**
**100 Marilyn Drive**
**Des Moines, IA 50327**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.143 4 | **$27.00** |

**Nonpriority creditor's name and mailing address**
**Nick Krofchalk**
**4408 Emerald Forest Dr., Apt E**
**Durham, NC 27713**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.143 5 | **$78.00** |

**Nonpriority creditor's name and mailing address**
**Nick Mannino**
**610 Riverside Dr., Apt 51**
**New York, NY 10031-7631**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.143 6 | **$35.00** |

**Nonpriority creditor's name and mailing address**
**Nick Romero**
**11445 West Bowles Place**
**Apt 102**
**Littleton, CO 80127**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.143 7 | **$107.00** |

**Nonpriority creditor's name and mailing address**
**Nick Soper**
**121 Recklesstown Way**
**Chesterfield, NJ 08515**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.143 8 | **$31.00** |

**Nonpriority creditor's name and mailing address**
**Nick Zehner**
**4241 Howard Ave.**
**Western Springs, IL 60558**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.143 9 | **$264.00** |

**Nonpriority creditor's name and mailing address**
**Nick Zehner**
**4430 Cherry Road**
**Sturgeon Bay, WI 54235**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.144 0 | **Nonpriority creditor's name and mailing address**<br>**Nick Zehner**<br>**4241 Howard Ave.**<br>**Western Springs, IL 60558**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$200.00** |

| | | |
|---|---|---|
| 3.144 1 | **Nonpriority creditor's name and mailing address**<br>**Nick Zehner**<br>**4241 Howard Ave.**<br>**Western Springs, IL 60558**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$100.00** |

| | | |
|---|---|---|
| 3.144 2 | **Nonpriority creditor's name and mailing address**<br>**Nick Zehner**<br>**4241 Howard Ave.**<br>**Western Springs, IL 60558**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$202.00** |

| | | |
|---|---|---|
| 3.144 3 | **Nonpriority creditor's name and mailing address**<br>**Nico Thaxton**<br>**148 Regent Place**<br>**Woodstock, GA 30188**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$36.00** |

| | | |
|---|---|---|
| 3.144 4 | **Nonpriority creditor's name and mailing address**<br>**Noel Perez**<br>**316 17th St**<br>**Union City, NJ 07087**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$57.00** |

| | | |
|---|---|---|
| 3.144 5 | **Nonpriority creditor's name and mailing address**<br>**Nolan Vaughn**<br>**4072 County Road 235**<br>**Harwood, TX 78632**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$66.00** |

| | | |
|---|---|---|
| 3.144 6 | **Nonpriority creditor's name and mailing address**<br>**Nora Kohl**<br>**6000 Creek Rd**<br>**Cincinnati, OH 45242**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$35.00** |

| 3.144 7 | **Nonpriority creditor's name and mailing address** **Nora Koll** **6000 Creek Rd.** **Cincinnati, OH 45242** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$32.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.144 8 | **Nonpriority creditor's name and mailing address** **Oleksiy Marchenko** **3721 Arthur Ave** **Brookfield, IL 60513** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$58.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.144 9 | **Nonpriority creditor's name and mailing address** **Omar Medina** **1010 East Yorba Linda Blvd** **Apt 1108** **Placentia, CA 92870** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$35.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 0 | **Nonpriority creditor's name and mailing address** **Omar Tarek** **4289 Express Ln Suite 7873-397** **Sarasota, FL 34249** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$27.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 1 | **Nonpriority creditor's name and mailing address** **Orlando Cisneros III** **4727 Berkley Ave** **Hemet, CA 92544** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$42.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 2 | **Nonpriority creditor's name and mailing address** **Oscar Meladine** **219 Alpha Street** **Belle Chasse, LA 70037** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$35.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 3 | **Nonpriority creditor's name and mailing address** **Oscar Trevino** **2804 W Ramona Rd, D** **Alhambra, CA 91803** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$42.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document      Page 222 of 439

| 3.145 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $48.00 |

**Osvaldo Pina Calderon**
**3316 19th Ave**
**Sacramento, CA 95820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $35.00 |

**Osvaldo Pina Calderon**
**3316 19th Ave.**
**Sacramento, CA 95820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $31.00 |

**Othmell Rodriguez**
**8450 NW 70th Street FB3191**
**Miami, FL 33166-2687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $84.00 |

**Pat Spica**
**11 West Street**
**Whitesboro, NY 13492-1919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $150.00 |

**Pat Spica**
**11 West Street**
**Whitesboro, NY 13492-1919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $56.00 |

**Pat Spica**
**11 West Street**
**Whitesboro, NY 13492-1919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $95.00 |

**Pat Spica**
**11 West Street**
**Whitesboro, NY 13492-1919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number *(if known)* | |
|--------|----------------------|--------------------------|--|
| | Name | | |

---

**3.146**
**1**

**Nonpriority creditor's name and mailing address**

**Patrick Dandeneau**
**3 Jordan Lane**
**Portland, CT 06480**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$159.00**

---

**3.146**
**2**

**Nonpriority creditor's name and mailing address**

**Patrick Kampe**
**Oberland 39**
**Warmsdorf, DE 39439**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$63.00**

---

**3.146**
**3**

**Nonpriority creditor's name and mailing address**

**Patrick Tong**
**14024 4th Pl W**
**Everett, WA 98208**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$124.00**

---

**3.146**
**4**

**Nonpriority creditor's name and mailing address**

**Patrick Tong**
**14024 4th Pl W**
**Everett, WA 98208**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$155.00**

---

**3.146**
**5**

**Nonpriority creditor's name and mailing address**

**Patrick Youkers**
**771 W. Old Route 422**
**Butler, PA 16001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

**3.146**
**6**

**Nonpriority creditor's name and mailing address**

**Paul Abney**
**10615 Eureka Rd**
**Spring Valley, CA 91978**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$31.98**

---

**3.146**
**7**

**Nonpriority creditor's name and mailing address**

**Paul Abney**
**10615 Eureka Rd.**
**Spring Valley, CA 91978**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$41.00**

---

| Debtor | **DORKSIDETOYS INC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.1468 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $57.00 |
|---|---|---|---|

**Paul Abney**
**10615 Eureka Rd**
**Spring Valley, CA 91978**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1469 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $34.00 |
|---|---|---|---|

**Paul Benjamin Whisnant**
**215 Arnold Drive**
**Morganton, NC 28655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1470 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $74.00 |
|---|---|---|---|

**Paul Cochran**
**2804 Darwin Street**
**Kilgore, TX 75662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1471 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $35.00 |
|---|---|---|---|

**Paul Doberstyn**
**996 W Briarcliff Road**
**Bolingbrook, IL 60440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1472 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $48.00 |
|---|---|---|---|

**Paul Flores**
**5933 W. Washington Ave.**
**Fresno, CA 93727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1473 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Paul Giacomantonio**
**20066 Sagebrush Dr**
**Brownstown Twp, MI 48183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1474 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $81.00 |
|---|---|---|---|

**Paul Havens**
**223 Moss Hill Rd.**
**Irving, TX 75063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.147
5**

**Nonpriority creditor's name and mailing address**

**Paul Koberstein**
**600 10th Ave SW**
**Austin, MN 55912-2771**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$29.00

---

**3.147
6**

**Nonpriority creditor's name and mailing address**

**Paul MacIntosh**
**6151 Macon Rd**
**Memphis, TN 38134**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$167.00

---

**3.147
7**

**Nonpriority creditor's name and mailing address**

**Paul Mattson**
**2030 W 6th Street**
**Port Angeles, WA 98363**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$35.00

---

**3.147
8**

**Nonpriority creditor's name and mailing address**

**Paul S Peterson**
**42 Molly Pitcher Drive**
**Englishtown, NJ 07726**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$36.00

---

**3.147
9**

**Nonpriority creditor's name and mailing address**

**Paul Wolf**
**8399 Old Dexter Rd**
**Memphis, TN 38016**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$63.00

---

**3.148
0**

**Nonpriority creditor's name and mailing address**

**Paypal**
**2211 N. 1st Street**
**San Jose, CA 95131**

**Date(s) debt was incurred** _

**Last 4 digits of account number** __unknown__

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __CC__

Is the claim subject to offset? ■ No ☐ Yes

$77,173.00

---

**3.148
1**

**Nonpriority creditor's name and mailing address**

**Percival Romero**
**91770 Oneula Place**
**Ewa Beach, HI 96706**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$69.00

---

| Debtor | **DORKSIDETOYS INC** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**3.148 2**

**Nonpriority creditor's name and mailing address**
**Perry Fortier**
**18 Western Ave., Apt. #3**
**Biddeford, ME 04005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$34.00

---

**3.148 3**

**Nonpriority creditor's name and mailing address**
**Pete Leisen**
**11643 100th Pl N**
**Maple Grove, MN 55369-3213**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$56.00

---

**3.148 4**

**Nonpriority creditor's name and mailing address**
**Pete Leisen**
**11643 100th Pl N**
**Maple Grove, MN 55369-3213**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$81.00

---

**3.148 5**

**Nonpriority creditor's name and mailing address**
**Pete Leisen**
**11643 100th Pl N**
**Maple Grove, MN 55369-3213**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$33.00

---

**3.148 6**

**Nonpriority creditor's name and mailing address**
**Peteer Smith**
**7862 W. Irlo Bronson Memorial Hwy, Ste.**
**Kissimmee, FL 34747**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$40.00

---

**3.148 7**

**Nonpriority creditor's name and mailing address**
**Peter Brown**
**10535 Mills Road, Unit 6D**
**Houston, TX 77070**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.148 8**

**Nonpriority creditor's name and mailing address**
**Peter Kollydas**
**28 Coleridge Drive**
**Marlboro, NJ 07746**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$27.00

---

| Debtor | **DORKSIDETOYS INC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.148 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Peter Oltean**
**1181 Los Molinos Way**
**Sacramento, CA 95864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112.00 |
|---|---|---|---|

**Peter Oltean**
**1181 Los Molinos Way**
**Sacramento, CA 95864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $156.00 |
|---|---|---|---|

**Peter Oltean**
**1181 Los Molinos Way**
**Sacramento, CA 95864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Peter Varkey**
**6551 Northwest 141st Terrace, Apt. 301**
**Hialeah, FL 33016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135.00 |
|---|---|---|---|

**Peter Zimowski**
**79760 Birmingham Dr.**
**Indio, CA 92203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.00 |
|---|---|---|---|

**Phil Gaswirth**
**938 Elmwood Ave**
**West Chester, PA 19380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39.00 |
|---|---|---|---|

**Phillip Applequist**
**909 Lindsay Dr.**
**Modesto, CA 95356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document      Page 228 of 439

| 3.149 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $337.00 |
|---|---|---|---|

**Phillip Santos**
205 Homestead St, Unit B-4
Manchester, CT 06042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $43.00 |
|---|---|---|---|

**Phillip Scargill**
1015 W Valley Hill Road
Malvern, PA 19355

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $24,511.00 |
|---|---|---|---|

**Pitney Bowes**
235 Peachtree St
Atlanta, GA 30303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  7905

**Basis for the claim:**  business line of credit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $115.00 |
|---|---|---|---|

**Polarick Young**
2051 Poinsettia St
San Ramon, CA 94582

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $241.00 |
|---|---|---|---|

**Polarick Young**
2051 Poinsettia St
San Ramon, CA 94582

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $29.00 |
|---|---|---|---|

**Preben Hashti**
DirektÃ¸rhaugesvei 7
StrÃ¸mmen, NO 2010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $31.00 |
|---|---|---|---|

**Quentin Campbell**
164 Small Rd
Sellers, SC 29592

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $36.00 |
|---|---|---|---|

**Quinton Bedwell**
**1214 Tres Rios Dr**
**San Angelo, TX 76903-7627**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00 |
|---|---|---|---|

**Qwann Wood**
**121 Southridge Dr**
**Madison, AL 35757**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $40.00 |
|---|---|---|---|

**Qwann Wood**
**121 Southridge Dr**
**Madison, AL 35757**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $65.00 |
|---|---|---|---|

**Rafael Martinez**
**1878 Ardley Road**
**North Palm Beach, FL 33408**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $65.00 |
|---|---|---|---|

**Rafael Martinez**
**1878 Ardley Road**
**North Palm Beach, FL 33408**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $68.00 |
|---|---|---|---|

**Rajeev Chopra**
**153 7th Ave.**
**San Francisco, CA 94118**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $526.00 |
|---|---|---|---|

**Rajeev Chopra**
**153 7th Ave.**
**San Francisco, CA 94118**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $35.00 |
|---|---|---|---|

**Ralph Ochoa**
**1316 Acres Way**
**Hanford, CA 93230-7693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $76.00 |
|---|---|---|---|

**Ramon Ayala**
**1731 Green St.**
**Saginaw, MI 48602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $27.00 |
|---|---|---|---|

**Ramzi Bivens**
**4089 Edgewater Ct**
**Lewis Center, OH 43035**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $99.96 |
|---|---|---|---|

**Randall Black**
**120 45th Street**
**Huntington, WV 25702**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $34.00 |
|---|---|---|---|

**Randall Black**
**120 45th Street**
**Huntington, WV 25702**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $269.00 |
|---|---|---|---|

**Randall Frey**
**1250 Parkview Lane**
**Broadview Heights, OH 44147**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $475.00 |
|---|---|---|---|

**Randall Frey**
**1250 Parkview Lane**
**Broadview Heights, OH 44147**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68.00 |
|---|---|---|---|

**Randall Guzk**
**3732 Normando Dr.**
**Bullhead City, AZ 86442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.151 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $298.00 |
|---|---|---|---|

**Randall Rayborn**
**105 Mariners Point**
**Kingston, TN 37763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.151 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.00 |
|---|---|---|---|

**Randall Vasquez**
**13580 NW Apt. 107**
**Hollywood, FL 33028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.152 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151.00 |
|---|---|---|---|

**Randolph Glusac**
**187 Liverpool St, Apt 1009**
**Sydney, AU 2000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.152 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59.00 |
|---|---|---|---|

**Randolph Glusac**
**187 Liverpool St, Apt 1009**
**Sydney, AU 2000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.152 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56.00 |
|---|---|---|---|

**Randy Books**
**408 W Superior St**
**Osceola, IN 46561-2654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.152 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59.00 |
|---|---|---|---|

**Randy Books**
**408 W Superior St**
**Osceola, IN 46561-2654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case 3:23-bk-01270    Doc 1    Filed 04/07/23    Entered 04/07/23 10:46:55    Desc Main
Document    Page 232 of 439

| 3.152 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $153.00 |
|---|---|---|---|

**Randy Books**
**408 W Superior St**
**Osceola, IN 46561-2654**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.00 |
|---|---|---|---|

**Ranganathan Rajaram**
**6142 Lakefront Street**
**Durham, NC 27703**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41.00 |
|---|---|---|---|

**Raul Flores Jr.**
**2220 Mortimer Ave.**
**Huntington Park, CA 90255**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112.00 |
|---|---|---|---|

**Raul Hernandez Rosales**
**6571 Rome Circle**
**Huntington Beach, CA 92647**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |
|---|---|---|---|

**Raul Martinez**
**8031 Pantano Place**
**Alexandria, VA 22309**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $93.00 |
|---|---|---|---|

**Raul Martinez**
**8031 Pantano Place**
**Alexandria, VA 22309**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78.00 |
|---|---|---|---|

**Raymond Ashton**
**2705 W Tregallas Rd**
**Antioch, CA 94509-4911**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 1 | Nonpriority creditor's name and mailing address<br>**Raymond Burkhart**<br>**356 Crystal Ridge Way**<br>**Lake Mary, FL 32746** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $69.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.153 2 | Nonpriority creditor's name and mailing address<br>**Razmin Riahi**<br>**7526 Tantara Ct**<br>**San Antonio, TX 78249** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $27.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.153 3 | Nonpriority creditor's name and mailing address<br>**Regions LOC**<br>**1800 Memorial Blvd**<br>**Murfreesboro, TN 37129** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $100,000.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **3786** | Basis for the claim:  **business line of credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.153 4 | Nonpriority creditor's name and mailing address<br>**Reid Camero II**<br>**6817 8th Ave. N.**<br>**Saint Petersburg, FL 33710** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $111.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.153 5 | Nonpriority creditor's name and mailing address<br>**Rellie Arendala**<br>**2317 Magnolia Way**<br>**National City, CA 91950** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $124.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.153 6 | Nonpriority creditor's name and mailing address<br>**Ren Gardner**<br>**6404 Shelton Cir., Unit 312**<br>**Crestwood, KY 40014** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $100.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.153 7 | Nonpriority creditor's name and mailing address<br>**Rian Dooley**<br>**5428 Harrisburg Rd**<br>**Jonesboro, AR 72404** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $57.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.153<br>8 | Nonpriority creditor's name and mailing address<br>**Ricardo Aceves**<br>**5208 S Mobile Ave**<br>**Chicago, IL 60638**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$36.00** |
|---|---|---|---|

| 3.153<br>9 | Nonpriority creditor's name and mailing address<br>**Ricardo Gonzalez**<br>**15401 South Menlo Ave**<br>**Gardena, CA 90247**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$125.00** |

| 3.154<br>0 | Nonpriority creditor's name and mailing address<br>**Ricardo Gonzalez**<br>**15401 South Menlo Ave**<br>**Gardena, CA 90247**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$112.00** |

| 3.154<br>1 | Nonpriority creditor's name and mailing address<br>**Ricardo Hernandez**<br>**119 Westridge Drive**<br>**Clinton, OK 73601**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$155.00** |

| 3.154<br>2 | Nonpriority creditor's name and mailing address<br>**Ricardo Ortiz**<br>**7664 Vandalay Drive**<br>**Jacksonville, FL 32244**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$89.00** |

| 3.154<br>3 | Nonpriority creditor's name and mailing address<br>**Ricardo Sanchez**<br>**308 S Iowa Ave**<br>**Addison, IL 60101**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$35.00** |

| 3.154<br>4 | Nonpriority creditor's name and mailing address<br>**Ricardo Sanchez**<br>**308 S Iowa Ave**<br>**Addison, IL 60101**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$137.00** |

| 3.154 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $174.00 |
|---|---|---|---|

**Richard O'Callaghan**
9730 S 52nd Ave
Oak Lawn, IL 60453-3059

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34.00 |
|---|---|---|---|

**Richard Borges**
66 Reservoir
Jamestown, RI 02835

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31.00 |
|---|---|---|---|

**Richard Cruz**
10 Sampson Ave
Troy, NY 12180

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36.00 |
|---|---|---|---|

**Richard Dengler**
746 S 3rd St
Philadelphia, PA 19147-3321

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $158.00 |
|---|---|---|---|

**Richard Dunn**
14025 NE Eugene Ct.
Portland, OR 97230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56.00 |
|---|---|---|---|

**Richard Knepp**
5171 College Street
Unit 1799
Young Harris, GA 30582

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $71.00 |
|---|---|---|---|

**Richard McKenion**
4014 Concord St
Harrisburg, PA 17109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number (if known) | |
|--------|----------------------|------------------------|--|
| | Name | | |

---

<table>
<tr><td>3.155<br>2</td><td><b>Nonpriority creditor's name and mailing address</b><br><b>Richard Meisenheimer</b><br><b>795 Robert Treat Dr</b><br><b>Orange, CT 06477-1616</b></td><td><b>As of the petition filing date, the claim is:</b> <i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed</td><td align="right"><b>$102.00</b></td></tr>
</table>

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

<table>
<tr><td>3.155<br>3</td><td><b>Nonpriority creditor's name and mailing address</b><br><b>Richard Miske</b><br><b>3206 Old Warson Rd.</b><br><b>Champaign, IL 61822</b></td><td><b>As of the petition filing date, the claim is:</b> <i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed</td><td align="right"><b>$32.00</b></td></tr>
</table>

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

<table>
<tr><td>3.155<br>4</td><td><b>Nonpriority creditor's name and mailing address</b><br><b>Richard Nigg</b><br><b>4022 Posey Ct.</b><br><b>Waldorf, MD 20602</b></td><td><b>As of the petition filing date, the claim is:</b> <i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed</td><td align="right"><b>$74.00</b></td></tr>
</table>

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

<table>
<tr><td>3.155<br>5</td><td><b>Nonpriority creditor's name and mailing address</b><br><b>Richard Nuhfer</b><br><b>5005 Zuck Rd., Lot 28</b><br><b>Erie, PA 16506</b></td><td><b>As of the petition filing date, the claim is:</b> <i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed</td><td align="right"><b>$49.00</b></td></tr>
</table>

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

<table>
<tr><td>3.155<br>6</td><td><b>Nonpriority creditor's name and mailing address</b><br><b>Richard Rutkowski</b><br><b>13515 Treshill Ct</b><br><b>Houston, TX 77049</b></td><td><b>As of the petition filing date, the claim is:</b> <i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed</td><td align="right"><b>$100.00</b></td></tr>
</table>

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

<table>
<tr><td>3.155<br>7</td><td><b>Nonpriority creditor's name and mailing address</b><br><b>Richard Sooley</b><br><b>2516 Hatton Terrace Lane</b><br><b>Houston, TX 77089</b></td><td><b>As of the petition filing date, the claim is:</b> <i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed</td><td align="right"><b>$57.00</b></td></tr>
</table>

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

<table>
<tr><td>3.155<br>8</td><td><b>Nonpriority creditor's name and mailing address</b><br><b>Richard Werre</b><br><b>8869 Bigham Rd</b><br><b>Troy, TX 76579</b></td><td><b>As of the petition filing date, the claim is:</b> <i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed</td><td align="right"><b>$70.00</b></td></tr>
</table>

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number *(if known)* | |
|--------|-----------------------|--------------------------|--|
| | Name | | |

---

**3.155
9**

**Nonpriority creditor's name and mailing address**
**Rick Figueroa**
**9414 Maverick Pass**
**San Antonio, TX 78240**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$550.00**

---

**3.156
0**

**Nonpriority creditor's name and mailing address**
**Rick Figueroa**
**9414 Maverick Pass**
**San Antonio, TX 78240**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$31.00**

---

**3.156
1**

**Nonpriority creditor's name and mailing address**
**Rick Figueroa**
**9414 Maverick Pass**
**San Antonio, TX 78240**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$40.00**

---

**3.156
2**

**Nonpriority creditor's name and mailing address**
**Rick Figueroa**
**9414 Maverick Pass**
**San Antonio, TX 78240**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$261.00**

---

**3.156
3**

**Nonpriority creditor's name and mailing address**
**Rick Figueroa**
**9414 Maverick Pass**
**San Antonio, TX 78240**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$154.00**

---

**3.156
4**

**Nonpriority creditor's name and mailing address**
**Rick Figueroa**
**9414 Maverick Pass**
**San Antonio, TX 78240**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$232.00**

---

**3.156
5**

**Nonpriority creditor's name and mailing address**
**Rick Figueroa**
**9414 Maverick Pass**
**San Antonio, TX 78240**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$105.00**

---

| 3.156 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $116.00 |

**Rick Harmon**
**878 Elgin Ave**
**Salt Lake City, UT 84106-1604**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27.00 |

**Ricky Ibarra**
**28221 War Admiral Street**
**Moreno Valley, CA 92555-6015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |

**Rob Carlson**
**2211 Bradburn Dr**
**Sacramento, CA 95835**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.00 |

**Rob Gauthier**
**Harbour View Suites 451 9th Ave, 306**
**Campbell River, BC, Canada V9W 5T2**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84.00 |

**Robert Beck**
**305 N Sycamore Street**
**Altoona, PA 16602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.00 |

**Robert Britton**
**831 Halescrest Dr.**
**Chula Vista, CA 91910**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |

**Robert DeRegge**
**10014 Newcombe Dr**
**Dallas, TX 75228**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $183.00 |

**Robert Farmartino**
330 Rexford Drive
Apt 19
Hermitage, PA 16148

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36.00 |

**Robert Froelich**
1109 Ambrose Dr.
Rolesville, NC 27571

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34.00 |

**Robert Froelich**
1109 Ambrose Dr.
Rolesville, NC 27571

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.00 |

**Robert George**
18731 Juniper Springs Drive
Canyon Country, CA 91387

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $206.00 |

**Robert George**
18731 Juniper Springs Drive
Canyon Country, CA 91387

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |

**Robert Gilbert**
958 Heather St
Burleson, TX 76028

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33.00 |

**Robert Gonzalez**
71 Arbor Street
Lunenburg, MA 01462

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.158 0 | **Nonpriority creditor's name and mailing address** **Robert Gudmestad** 19603 Greenwood Pl. N. Seattle, WA 98133 Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$22.00** |
| 3.158 1 | **Nonpriority creditor's name and mailing address** **Robert Hawes** 120 John Street Tewksbury, MA 01876 Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$69.00** |
| 3.158 2 | **Nonpriority creditor's name and mailing address** **Robert Hawes** 120 John Street Tewksbury, MA 01876 Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$101.00** |
| 3.158 3 | **Nonpriority creditor's name and mailing address** **Robert Horn** 795 Sedge Garden Rd Kernersville, NC 27284 Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$31.00** |
| 3.158 4 | **Nonpriority creditor's name and mailing address** **Robert Johnson** 9218 Balcones Club Dr Apt 1421 Austin, TX 78750 Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$32.00** |
| 3.158 5 | **Nonpriority creditor's name and mailing address** **Robert Laureano** 98 Olympia Blvd Staten Island, NY 10305 Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$62.00** |
| 3.158 6 | **Nonpriority creditor's name and mailing address** **Robert McCracken** 706 Center St McKeesport, PA 15132-6603 Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$118.00** |

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document   Page 241 of 439

| 3.158 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $133.00 |
|---|---|---|---|

**Robert Metcalf**
**5550 Suffield Ct**
**Columbia, MD 21044**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $104.00 |
|---|---|---|---|

**Robert Moscoso**
**7801 NW 37st St**
**Section 010292**
**Doral, FL 33195-6503**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45.00 |
|---|---|---|---|

**Robert Owsinski**
**209 Center St**
**Ellenville, NY 12428**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27.00 |
|---|---|---|---|

**Robert Page**
**10875 Lindemann Rd**
**Bartlett, TX 76511-4037**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41.00 |
|---|---|---|---|

**Robert Perez**
**6242 S Kilbourn Ave**
**Chicago, IL 60629-5218**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60.00 |
|---|---|---|---|

**Robert Polacios**
**8647 Big Knife Street**
**San Antonio, TX 78242**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 |
|---|---|---|---|

**Robert Raczylca**
**409 Flock Ave.**
**Naperville, IL 60565**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.159<br>4 | **Nonpriority creditor's name and mailing address**<br>**Robert Roth**<br>**308 S Virginia Ave**<br>**Burbank, CA 91506**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $50.00 |

| 3.159<br>5 | **Nonpriority creditor's name and mailing address**<br>**Robert Stovall**<br>**8355 Harwood Rd, 1625**<br>**North Richland Hills, TX 76180**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $35.00 |

| 3.159<br>6 | **Nonpriority creditor's name and mailing address**<br>**Robert Wall**<br>**9014 Hauser Street**<br>**Lenexa, KS 66215**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $65.00 |

| 3.159<br>7 | **Nonpriority creditor's name and mailing address**<br>**Robert Wall**<br>**9014 Hauser St.**<br>**Lenexa, KS 66215**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $100.00 |

| 3.159<br>8 | **Nonpriority creditor's name and mailing address**<br>**Robert Wall**<br>**9014 Hauser Street**<br>**Lenexa, KS 66215**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $90.00 |

| 3.159<br>9 | **Nonpriority creditor's name and mailing address**<br>**Robert Wall**<br>**9014 Hauser Street**<br>**Lenexa, KS 66215**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $174.00 |

| 3.160<br>0 | **Nonpriority creditor's name and mailing address**<br>**Roberta Ryan**<br>**310 139th Ave NW**<br>**Andover, MN 55304**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $31.00 |

| Debtor | **DORKSIDETOYS INC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.160<br>1 | **Nonpriority creditor's name and mailing address**<br>**Roberto Brana**<br>**1445 E Madison St, Suite 231**<br>**Brownsville, TX 78520** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$27.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.160<br>2 | **Nonpriority creditor's name and mailing address**<br>**Roberto Mancha**<br>**2954 Rosita Valley Road**<br>**Eagle Pass, TX 78852** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$40.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.160<br>3 | **Nonpriority creditor's name and mailing address**<br>**Roberto Moscoso**<br>**7801 N.W. 37th Street**<br>**Doral, FL 33195-6503** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$56.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.160<br>4 | **Nonpriority creditor's name and mailing address**<br>**Roberto Reynoso**<br>**30-24 33rd St, Apt. 3F**<br>**Astoria, NY 11102** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$27.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.160<br>5 | **Nonpriority creditor's name and mailing address**<br>**Robin Barnhill**<br>**6426 S. Clematis Way**<br>**West Jordan, UT 84081** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$63.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.160<br>6 | **Nonpriority creditor's name and mailing address**<br>**Robin Campanile**<br>**443 Alfred Road**<br>**Toms River, NJ 08757** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$31.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.160<br>7 | **Nonpriority creditor's name and mailing address**<br>**Robyn Campanile**<br>**443 Alfred Rd**<br>**Toms River, NJ 08757** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$31.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **DORKSIDETOYS INC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.160 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $123.00 |
|---|---|---|---|

**Robyn Nelson**
**1223 Anthony Lane**
**Mason, OH 45040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $66.00 |
|---|---|---|---|

**Rocky Ponti**
**77 Delp Road**
**Lancaster, PA 17601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $134.00 |
|---|---|---|---|

**Rocky Ponti**
**77 Delp Road**
**Lancaster, PA 17601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Rod M Biejo**
**1958 Season St**
**Simi Valley, CA 93065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $84.00 |
|---|---|---|---|

**Rodger Allen**
**1005 Berry Ridge Ct**
**Saint Augustine, FL 32092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $84.00 |
|---|---|---|---|

**Rodger Allen**
**1005 Berry Ridge Ct**
**Saint Augustine, FL 32092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $32.00 |
|---|---|---|---|

**Rodrigo Acevedo**
**3690 McKenzie St**
**Riverside, CA 92503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$27.00** |
|---|---|---|---|

**Rogelio Robles**
**834 W Brockton Ave**
**Redlands, CA 92374**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$62.00** |
|---|---|---|---|

**Roger Burris**
**3007 S Fern Ave**
**Wichita, KS 67217-2427**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$40.00** |
|---|---|---|---|

**Roger McKinney**
**6814 Riggs Drive**
**Louisville, KY 40291**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$96.00** |
|---|---|---|---|

**Roland King**
**PO Box 298**
**Nocona, TX 76255**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$120.00** |
|---|---|---|---|

**Ron Camp**
**952 Ridge Rd**
**Dunlap, TN 37327**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$174.00** |
|---|---|---|---|

**Ron Henderson**
**230 Beaver Falls Pl SW**
**Atlanta, GA 30331**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$68.00** |
|---|---|---|---|

**Ron Smith**
**2 Kent Rd.**
**Valley Stream, NY 11580**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | DORKSIDETOYS INC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.162 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58.00 |
|---|---|---|---|

**Ron Smith**
**2 Kent Rd.**
**Valley Stream, NY 11580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $244.00 |
|---|---|---|---|

**Ron Smith**
**2 Kent Rd.**
**Valley Stream, NY 11580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.00 |
|---|---|---|---|

**Ronald Armstead**
**1027 Cambridge Street**
**Philadelphia, PA 19123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $141.00 |
|---|---|---|---|

**Ronald Ford**
**1850 Sandy Knoll Cir N.**
**Lakeland, FL 33813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.00 |
|---|---|---|---|

**Ronald Parker**
**114 Naumee St**
**Tecumseh, MI 49286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66.00 |
|---|---|---|---|

**Rony Melara**
**1201 Stonington Ave**
**San Pablo, CA 94806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47.00 |
|---|---|---|---|

**Rony Melara**
**1201 Stonington Ave**
**San Pablo, CA 94806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.162 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44.00 |
|---|---|---|---|

**Rony Melara**
**1201 Stonington Ave**
**San Pablo, CA 94806**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52.00 |
|---|---|---|---|

**Rony Melara**
**1201 Stonington Ave**
**San Pablo, CA 94806**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52.00 |
|---|---|---|---|

**Rony Melara**
**1201 Stonington Ave**
**San Pablo, CA 94806**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Rony Melara**
**1201 Stonington Ave**
**San Pablo, CA 94806**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Roy Lockhart**
**228 Viking Dr.**
**El Paso, TX 79912**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118.00 |
|---|---|---|---|

**Roy Sexton**
**372 Crestway Ct**
**Saline, MI 48176**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.00 |
|---|---|---|---|

**Royce Mcwee**
**109 Broad St.**
**Augusta, GA 30901**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:23-bk-01270　Doc 1　Filed 04/07/23　Entered 04/07/23 10:46:55　Desc Main
Document　　Page 248 of 439

| Debtor | **DORKSIDETOYS INC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.163 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$51.00** |
|---|---|---|---|

**Rummel Mendoza**
**24 Mackenzie Ct**
**Freehold, NJ 07728**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$92.00** |
|---|---|---|---|

**Ruoyo Chen**
**6860 W Mercer Way**
**Mercer Island, WA 98040**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$41.00** |
|---|---|---|---|

**Russ Turk**
**1666 Watchung Ave.**
**Plainfield, NJ 07060**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$44.00** |
|---|---|---|---|

**Russell Storm**
**3670 S Fox St, Apt A**
**Englewood, CO 80110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$146.00** |
|---|---|---|---|

**Russell Storm**
**3670 S Fox St, Apt A**
**Englewood, CO 80110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$86.00** |
|---|---|---|---|

**Russell Storm**
**3670 S Fox St, Apt A**
**Englewood, CO 80110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$40.00** |
|---|---|---|---|

**Ryan Bonk**
**4620 Kaelin Ave NE**
**Saint Michael, MN 55376**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.164 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$105.00** |
| | **Ryan Carper** **3412 Chesterfield Ave, Apt 2** **Charleston, WV 25304-2655** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.164 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31.00** |
| | **Ryan Casper** **3502 4th Ave** **South Milwaukee, WI 53172** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.164 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40.00** |
| | **Ryan Daubenspeck** **252 E. Broad St.** **Newton Falls, OH 44444** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.164 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$122.00** |
| | **Ryan Daubenspeck** **252 E. Broad St.** **Newton Falls, OH 44444** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.164 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33.00** |
| | **Ryan Denny** **1165 N 300 W Tooele** **Tooele, UT 84074** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.164 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33.00** |
| | **Ryan Denny** **1165 N 300 W Tooele** **Tooele, UT 84074** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.164 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40.00** |
| | **Ryan Durand** **6556 Johnson Dr** **Mission, KS 66202-2615** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.165 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32.00** |
| **Ryan Jurgens** | ☐ Contingent | |
| **1133 Grant St.** | ☐ Unliquidated | |
| **Longmont, CO 80501** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.165 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$124.00** |
| **Ryan Kreymborg** | ☐ Contingent | |
| **5410 Rhyolite Way** | ☐ Unliquidated | |
| **Parker, CO 80134** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.165 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$108.00** |
| **Ryan Kreymborg** | ☐ Contingent | |
| **5410 Rhyolite Way** | ☐ Unliquidated | |
| **Parker, CO 80134** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.165 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27.00** |
| **Ryan Lloyd** | ☐ Contingent | |
| **153 Meadows E Court** | ☐ Unliquidated | |
| **Marion, IN 46953** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.165 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$337.00** |
| **Ryan Lyman** | ☐ Contingent | |
| **8501 Rothman Rd** | ☐ Unliquidated | |
| **Fort Wayne, IN 46835** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.165 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$90.00** |
| **Ryan McCabe** | ☐ Contingent | |
| **885 Eastern Ave** | ☐ Unliquidated | |
| **Augusta, ME 04330** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.165 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37.00** |
| **Ryan Mesman** | ☐ Contingent | |
| **3145 Crocker Dr.** | ☐ Unliquidated | |
| **Sacramento, CA 95818** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.165 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |
|---|---|---|---|

**Ryan Mesman**
**3145 Crocker Dr.**
**Sacramento, CA 95818**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$137.00** |
|---|---|---|---|

**Ryan Metz**
**4513 Cupid Drive**
**El Paso, TX 79924**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$45.00** |
|---|---|---|---|

**Ryan Perara**
**170 Point Breeze Drive**
**Hewitt, NJ 07421-1811**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$45.00** |
|---|---|---|---|

**Ryan Perara**
**170 Point Breeze Drive**
**Hewitt, NJ 07421-1811**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$119.00** |
|---|---|---|---|

**Ryan Perara**
**170 Point Breeze Drive**
**Hewitt, NJ 07421-1811**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22.00** |
|---|---|---|---|

**Ryan Phillips**
**6216 Belmont Downs Ct.**
**Salt Lake City, UT 84128**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22.00** |
|---|---|---|---|

**Ryan Phillips**
**6216 Belmont Downs Ct.**
**Salt Lake City, UT 84128**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$174.00** |

**Ryan Smith**
**11307 Lady Fern Place**
**Riverview, FL 33569**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$41.00** |

**Ryan Woo**
**2050 Fair Park Ave**
**Apt 302**
**Los Angeles, CA 90041**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$56.00** |

**Ryan Wood**
**5 Village Grn**
**Apt M**
**Budd Lake, NJ 07828**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$61.00** |

**Sadiel Ruiz**
**5301 White Cliff Ln, 4**
**Orlando, FL 32812**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$208.00** |

**Salvatore J. Lee**
**495 Stanton Ter**
**Poughkeepsie, NY 12603**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18.00** |

**Samantha Cavorti**
**6 Barberry Ln**
**Middle Island, NY 11953**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$80.00** |

**Samantha Velez**
**10232 Fulton Street**
**Houston, TX 77076**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.167 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $187.00 |

**Samir Wallace**
**16 Barber Ave**
**Warwick, RI 02886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 |

**Sammy Farias**
**13307 Rivercrest Dr**
**Waterford, CA 95386-8876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46.00 |

**Sammy Masoud**
**85 Wilbur Street**
**Plantsville, CT 06479-1635**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $84.00 |

**Sammy Masoud**
**85 Wilbur Street**
**Plantsville, CT 06479-1635**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41.00 |

**Samuel Avila**
**3317 Carlyle Street**
**Los Angeles, CA 90065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177.00 |

**Samuel Ayala**
**2117 N Leonard Rd**
**Saint Joseph, MO 64506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $836.00 |

**Samuel Carradine**
**617 Willett Place Blvd**
**Monroe, LA 71203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number (if known) |
|--------|----------------------|------------------------|
|        | Name |  |

---

**3.167
8**

**Nonpriority creditor's name and mailing address**

**Samuel De La Rosa
48522 Park Ave.
Morongo Valley, CA 92256**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$121.00**

---

**3.167
9**

**Nonpriority creditor's name and mailing address**

**Samuel Edwards
22 Sunset Drive
Canton, NC 28716**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

**3.168
0**

**Nonpriority creditor's name and mailing address**

**Samuel Negrich
134 North Road
Greenville, NY 12083**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$41.00**

---

**3.168
1**

**Nonpriority creditor's name and mailing address**

**Santiago IbaAtez
3513 NW 82nd Ave.
Miami, FL 33122**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.168
2**

**Nonpriority creditor's name and mailing address**

**Santiago IbaAtez
3513 NW 82nd Ave.
Miami, FL 33122**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.168
3**

**Nonpriority creditor's name and mailing address**

**Santiago IbaAtez
3513 NW 82nd Ave.
Miami, FL 33122**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

**3.168
4**

**Nonpriority creditor's name and mailing address**

**Santiago Salomon
7519 Andrews Hwy Suite B
Odessa, TX 79765**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$83.00**

---

Case 3:23-bk-01270　　Doc 1　　Filed 04/07/23　　Entered 04/07/23 10:46:55　　Desc Main
Document　　Page 255 of 439

| Debtor | **DORKSIDETOYS INC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.168 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$74.00** |
|---|---|---|---|

**Santiago Sanchez**
**Stadlohnweg 33, 45**
**Manster, DE 48161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$70.00** |
|---|---|---|---|

**Sara Perugini**
**127 Monmouth Ave**
**Waterbury, CT 06704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$57.00** |
|---|---|---|---|

**Sarah Jo Tucker**
**2163 Quail Hollow Drive**
**Mechanicsburg, PA 17055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$108.00** |
|---|---|---|---|

**Sasha Root**
**34744 Redding Ln**
**Zephyrhills, FL 33541-2188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$41.00** |
|---|---|---|---|

**Scott Akers**
**8414 Comet St.**
**Rancho Cucamonga, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$40.00** |
|---|---|---|---|

**Scott Bankes**
**11267 Thornwood Road**
**Shippensburg, PA 17257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Scott Belling**
**2930 Pine Spring Rd**
**Falls Church, VA 22042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _70_

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:23-bk-01270　　Doc 1　　Filed 04/07/23　　Entered 04/07/23 10:46:55　　Desc Main
Document　　Page 256 of 439

| Debtor | **DORKSIDETOYS INC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.169 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $156.00 |
|---|---|---|---|

**Scott Daniels**
**1349 Hawthorne Ave.**
**Ypsilanti, MI 48198**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Scott Francisco**
**3073 Honolulu Ave**
**La Crescenta, CA 91214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $34.00 |
|---|---|---|---|

**Scott Lee**
**9330 Guenevere Place**
**Mechanicsville, VA 23116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $27.00 |
|---|---|---|---|

**Scott Metzger**
**712 Largo Way**
**Daytona Beach, FL 32119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $41.00 |
|---|---|---|---|

**Scott Nance**
**3401 Brook View Drive**
**Des Moines, IA 50317-4971**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $187.00 |
|---|---|---|---|

**Scott Pearson**
**575 290th Street**
**West Branch, IA 52358**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Scott Pearson**
**575 290th St.**
**West Branch, IA 52358**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Name

| 3.169 9 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$134.00** |
| | **Scott Pearson** **575 290th Street** **West Branch, IA 52358** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.170 0 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$134.00** |
| | **Scott Pearson** **575 290th Street** **West Branch, IA 52358** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.170 1 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$124.00** |
| | **Scott Pearson** **575 290th Street** **West Branch, IA 52358** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.170 2 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36.00** |
| | **Scott Searcy** **1609 Claiborne St** **Richmond, VA 23220** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.170 3 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31.00** |
| | **Scott Showalter** **911 S Main Street** **New Castle, IN 47362** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.170 4 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$71.00** |
| | **Scott Tafoya** **4707 Clippert** **Dearborn Heights, MI 48125** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.170 5 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90.00** |
| | **Scott Thigpen** **2214 Robert Browning Street** **Austin, TX 78723** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.170 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89.00 |

**Scott Torigiani**
**526 South Oxford Ave.**
**Los Angeles, CA 90020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.00 |

**Sean McAnany**
**3 Fairchild Street**
**Sloatsburg, NY 10974**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $270.00 |

**Sean Morgan**
**641 NW Norwood Street**
**Camas, WA 98607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $132.00 |

**Sean Morgan**
**641 NW Norwood Street**
**Camas, WA 98607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68.00 |

**Sean Tillman**
**10803 Jimson St.**
**Prospect, KY 40059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107.00 |

**Sean Tillman**
**10803 Jimson St.**
**Prospect, KY 40059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.00 |

**Sebastian Gonzalez**
**4015 Guadalajara**
**Laredo, TX 78046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$87.00** |
|---|---|---|---|

**Seth McCorkle**
**9545 Greenleaf Ct**
**Reno, NV 89506**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$175.00** |
|---|---|---|---|

**Seth McCorkle**
**9545 Greenleaf Ct**
**Reno, NV 89506**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$40.00** |
|---|---|---|---|

**Seth Stanley**
**9262 Nobles Road**
**Orange, TX 77630**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$32.00** |
|---|---|---|---|

**Shamar Bailey**
**2211 Judson Street**
**aPT 11C**
**San Diego, CA 92111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$31.00** |
|---|---|---|---|

**Shane Chaney**
**250 Ludford Street**
**Covington, KY 41016**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$97.00** |
|---|---|---|---|

**Shane Ramsey**
**21736 E Domingo Rd**
**Queen Creek, AZ 85142**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$40.00** |
|---|---|---|---|

**Shaun Jones**
**6973 Bradbury Circle**
**Wesley Chapel, FL 33545**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document    Page 260 of 439

| 3.172 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**Shaun Jones**
**6973 Bradbury Cir**
**Wesley Chapel, FL 33545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41.00 |

**Shawn Byrd**
**1043 E. Highland Ave. Unit 8**
**Phoenix, AZ 85014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $82.00 |

**Shawn Chappelle**
**10361 Troutman Rd**
**Midland, NC 28107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70.00 |

**Shawn Dubin**
**1815 Magazine St**
**New Orleans, LA 70130-5013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39.98 |

**Shawn James**
**2160 E. Tremont Ave.**
**Apt. 1E**
**Bronx, NY 10462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 |

**Shawn Linkous**
**8566 Brubaker Dr.**
**Roanoke, VA 24019-1833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |

**Shawn Manion**
**4100 Country Club Ln, B-4**
**Kearney, NE 68845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.172 7**

**Nonpriority creditor's name and mailing address**

**Shawn Matlock**
**632 Elm Street**
**Hurst, TX 76053**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$65.00

---

**3.172 8**

**Nonpriority creditor's name and mailing address**

**Shawn Reiss**
**5659 Sanchez Court**
**Milton, FL 32583**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$56.00

---

**3.172 9**

**Nonpriority creditor's name and mailing address**

**Shawn Will**
**403 W Wilson St**
**Hebron, IN 46341**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$103.00

---

**3.173 0**

**Nonpriority creditor's name and mailing address**

**Shea Lambert**
**508 E McClellan St, Apt A**
**Athens, AL 35611**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

**3.173 1**

**Nonpriority creditor's name and mailing address**

**Shea Lambert**
**508 E McClellan St, Apt A**
**Athens, AL 35611**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$43.00

---

**3.173 2**

**Nonpriority creditor's name and mailing address**

**Sheila Baranoski**
**1327 Redwood Ave**
**Grants Pass, OR 97527**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$132.00

---

**3.173 3**

**Nonpriority creditor's name and mailing address**

**Shemesh Clark**
**3607 Cedardale Rd**
**Baltimore, MD 21215**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$31.00

---

| 3.173 4 | **Nonpriority creditor's name and mailing address**<br>**Sherrye Olney**<br>**168 Old Webster Rd**<br>**Oxford, MA 01540**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$141.00** |

| 3.173 5 | **Nonpriority creditor's name and mailing address**<br>**Shimon Croxton**<br>**6757 99th Place, Unit Ee**<br>**Pleasant Prairie, WI 53158**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$54.00** |

| 3.173 6 | **Nonpriority creditor's name and mailing address**<br>**Shmuel Lamm**<br>**1315 Elm Ave**<br>**Brooklyn, NY 11230**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$31.00** |

| 3.173 7 | **Nonpriority creditor's name and mailing address**<br>**Shopify Caspital Inc.**<br>**4701 Cox Road, Suite 285**<br>**Glen Allen, VA 23060**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  3717 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  business inventory<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$84,315.00** |

| 3.173 8 | **Nonpriority creditor's name and mailing address**<br>**Simon & Schuster**<br>**PO Box 70660**<br>**Chicago, IL 60673-0660**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  8984 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  business inventory<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$246.00** |

| 3.173 9 | **Nonpriority creditor's name and mailing address**<br>**Simon Tatom**<br>**2360 NW Rolling Green Dr**<br>**#77**<br>**Corvallis, OR 97330**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$400.00** |

| 3.174 0 | **Nonpriority creditor's name and mailing address**<br>**Simon Tatom**<br>**2360 NW Rolling Green Dr**<br>**#77**<br>**Corvallis, OR 97330**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$479.00** |

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document      Page 263 of 439

| Debtor | **DORKSIDETOYS INC** | Case number (if known) | |
|--------|---------------------|------------------------|---|
| | Name | | |

| 3.174 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $42.00 |
|---|---|---|---|

**Skot G Krusinski**
**1700 Edgewater Dr**
**Morris, IL 60450-2478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.174 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |
|---|---|---|---|

**Sonja Samhaber**
**BÃ¤ckerstraÃŸe 22, StraÃŸham**
**Alkoven, AT 4072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.174 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $95.00 |
|---|---|---|---|

**Sonmez Murat**
**193 allee des saules**
**Montluel, FR 01120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.174 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $68.00 |
|---|---|---|---|

**Spero Mehallis**
**8206 Adrina Shores Way**
**Boynton Beach, FL 33473**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.174 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |
|---|---|---|---|

**Stacy Cacciatore**
**5031 Weber Court**
**Fort Mill, SC 29715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.174 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |
|---|---|---|---|

**Stacy Cacciatore**
**5031 Weber Court**
**Fort Mill, SC 29715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.174 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $57.00 |
|---|---|---|---|

**Stefan Rupp**
**81220 Palm Meadow Dr.**
**Indio, CA 92201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.174 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $91.00 |
| --- | --- | --- | --- |
| | **Stephane Dube**<br>**13360 Keppel Rd**<br>**Prince George, ON, CA V2M 7B9** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.174 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $146.00 |
| --- | --- | --- | --- |
| | **Stephanie Ritchot**<br>**436 Crois Boyer**<br>**L'ÃŽle-Bizard, QC, CA H9C 2S1** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.175 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $41.00 |
| --- | --- | --- | --- |
| | **Stephen Ciser**<br>**14155 Magnolia Blvd.**<br>**Sherman Oaks, CA 91423** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.175 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $61.00 |
| --- | --- | --- | --- |
| | **Stephen Clyde**<br>**330 N Val Vista Drive**<br>**Salinas, CA 93906** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.175 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 |
| --- | --- | --- | --- |
| | **Stephen Glosson**<br>**14 Wentworth Pl NW**<br>**Rome, GA 30165-1036** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.175 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $279.00 |
| --- | --- | --- | --- |
| | **Stephen Johnson**<br>**2358 N 400 West**<br>**Sunset, UT 84015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.175 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $53.00 |
| --- | --- | --- | --- |
| | **Stephen Morrison**<br>**2214 Woodbine Ave**<br>**Portage, MI 49002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 3:23-bk-01270    Doc 1    Filed 04/07/23    Entered 04/07/23 10:46:55    Desc Main
Document    Page 265 of 439

| 3.175 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.00 |
|---|---|---|---|

**Stephen Shinn**
**125 Laurel Oak Ln**
**Irmo, SC 29063-9411**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $147.00 |
|---|---|---|---|

**Stephen Wells**
**44 Binswood Ave**
**Toronto, CA M4C 3N5**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44.00 |
|---|---|---|---|

**Stephen Young**
**106 Raymond Ave**
**San Francisco, CA 94134**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |
|---|---|---|---|

**Steve Borron**
**1595 Church St NE**
**Salem, OR 97301**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84.00 |
|---|---|---|---|

**Steve Hatziegeorgiou**
**4213 Antiquity Way**
**Modesto, CA 95356**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |
|---|---|---|---|

**Steve Koleff**
**40400 W Helen Ct**
**Maricopa, AZ 85138**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41.00 |
|---|---|---|---|

**Steve Valline**
**2632 W 237TH Street**
**Anaheim, CA 90505**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document    Page 266 of 439

| 3.176<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$82.00** |

**Steve Valline**
**2632 W 237TH Street**
**Anaheim, CA 90505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$102.00** |

**Steve Valline**
**2632 W 237TH Street**
**Torrance, CA 90505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$83.00** |

**Steve Vivier**
**19779 Rosin Dr**
**Clinton Township, MI 48038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$90.00** |

**Steven Borron**
**1595 Church St. NE**
**Salem, OR 97301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$61.00** |

**Steven Farris**
**1711 Dorchester Drive**
**Oklahoma City, OK 73120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$214.00** |

**Steven Morales DPAD**
**227 Wells Ave S**
**Renton, WA 98057-2131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$58.00** |

**Steven Parker**
**1104 Rossifer Ct**
**Gallatin, TN 37066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document      Page 267 of 439

---

**3.176 9**

Nonpriority creditor's name and mailing address
**Steven Rogers**
**3070 Fox Ridge Ct**
**Flatwoods, KY 41139-2313**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$121.00

---

**3.177 0**

Nonpriority creditor's name and mailing address
**Steven White**
**7898 W 2985 S**
**Magna, UT 84044**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$52.00

---

**3.177 1**

Nonpriority creditor's name and mailing address
**Stripe**
**920 5th Avenue**
**Seattle, WA 98104**

Date(s) debt was incurred _

Last 4 digits of account number  **unknown**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business loan**

Is the claim subject to offset? ■ No ☐ Yes

$91,224.00

---

**3.177 2**

Nonpriority creditor's name and mailing address
**Stuart Tullis**
**403 Santolina Rd**
**Dothan, AL 36303-2521**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$83.00

---

**3.177 3**

Nonpriority creditor's name and mailing address
**Stuart Tullis**
**403 Santolina Rd**
**Dothan, AL 36303-2521**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$228.00

---

**3.177 4**

Nonpriority creditor's name and mailing address
**Sungmin Kim**
**5510 NE Courier Court STE 100**
**Attn: FSE858**
**Portland, OR 97218-6803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$60.00

---

**3.177 5**

Nonpriority creditor's name and mailing address
**Suzuki Kazuto**
**Hanamigawa Ward Asahigaoka, 2-3-6-505**
**Chiba, JP 262-0019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$213.00

---

**3.177 6**

**Nonpriority creditor's name and mailing address**
**Sven Straatveit**
**3225 Rio Vista Drive**
**Apt 136**
**Laughlin, NV 89029**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$32.00**

---

**3.177 7**

**Nonpriority creditor's name and mailing address**
**Sydney Fox**
**442 Newt Good Rd.**
**Limestone, TN 37681**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$38.00**

---

**3.177 8**

**Nonpriority creditor's name and mailing address**
**Sydney Humphreys**
**9851 Sunset Bay Way**
**Orlando, FL 32821-8870**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$65.00**

---

**3.177 9**

**Nonpriority creditor's name and mailing address**
**Sylvain Clemenz**
**10 allÃ©e de l'ermitage**
**les clayes sous bois, FR 78340**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$96.00**

---

**3.178 0**

**Nonpriority creditor's name and mailing address**
**Tabitha Rangel**
**830 W 132nd Ave**
**Lot 303**
**Denver, CO 80234**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$63.00**

---

**3.178 1**

**Nonpriority creditor's name and mailing address**
**Takahiro Takahashi**
**Yawata, shinade29-14**
**Yawata City, JP 914-8001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$153.00**

---

**3.178 2**

**Nonpriority creditor's name and mailing address**
**Takuya Tohara**
**4291 Express Lane, Suite 8658-439**
**Sarasota, FL 34249**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$80.00**

---

| 3.178 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47.00 |
|---|---|---|---|

**Taylor Flamm**
**6022 Leona Street, Apt A**
**Saint Louis, MO 63116**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.00 |
|---|---|---|---|

**Taylor Flamm**
**6022 Leona Street, A - Right Door**
**Saint Louis, MO 63116-2921**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.00 |
|---|---|---|---|

**Terence Bush**
**7740 Pipers View Street**
**San Antonio, TX 78251**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36.00 |
|---|---|---|---|

**Terrence Rorie**
**437 Knell Ridge Dr**
**Chesapeake, VA 23320**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118.00 |
|---|---|---|---|

**Terry Curtis**
**3 Langhan St**
**Southern River, AU 6110**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Texas Comptroller of Public Accounts**
**PO Box 149348**
**Austin, TX 78714-9348**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |
|---|---|---|---|

**Theaotis McDaniel**
**43891 W Elizabeth Ave**
**Maricopa, AZ 85138**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document     Page 270 of 439

| 3.179 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68.00 |

**Theron Hudgins Rock City Comics**
1034 Trojan Run Drive
Soddy Daisy, TN 37379

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.00 |

**Thomas Aiello**
35344 Stonecrop Ct.
Murrieta, CA 92563

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |

**Thomas Bivalacqua**
815 Avenue F
Westwego, LA 70094

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.00 |

**Thomas Derrick**
611 Bell Fork Rd
Jacksonville, NC 28540-6315

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.00 |

**Thomas Finkel**
14193 Potomac Drive
Sterling Heights, MI 48313

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61.00 |

**Thomas Finkel**
14193 Potomac Drive
Sterling Heights, MI 48313

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41.00 |

**Thomas Finkel**
14193 Potomac Drive
Sterling Heights, MI 48313

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.179 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Thomas Finkel**
**14193 Potomac Drive**
**Sterling Heights, MI 48313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $174.00 |
|---|---|---|---|

**Thomas Finkel**
**14193 Potomac Drive**
**Sterling Heights, MI 48313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117.00 |
|---|---|---|---|

**Thomas Finkel**
**14193 Potomac Drive**
**Sterling Heights, MI 48313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $127.00 |
|---|---|---|---|

**Thomas Kalinowski**
**342 Almond Ln**
**Simi Valley, CA 93065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Thomas Kurtz**
**942 Unionbranch Rd**
**Corapeake, NC 27926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.00 |
|---|---|---|---|

**Thomas Morris**
**6771 Lee Avenue**
**Radford, VA 24141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112.00 |
|---|---|---|---|

**Thomas Schnellman**
**5596 29th Ave SE**
**Baudette, MN 56623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.180
4**

**Nonpriority creditor's name and mailing address**

**Thomas Tribbett**
**172 Columbus Avenue**
**Galesburg, IL 61401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

**3.180
5**

**Nonpriority creditor's name and mailing address**

**Thomas Wanderer**
**4283 Express Lane, Suite 3367-316**
**Sarasota, FL 34249**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$95.00**

---

**3.180
6**

**Nonpriority creditor's name and mailing address**

**Thor Eisenberg**
**133 W. Allen St.**
**Tekonsha, MI 49092**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$31.00**

---

**3.180
7**

**Nonpriority creditor's name and mailing address**

**Tim Scott**
**4301 Willow View Ct**
**Howell, MI 48843**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$33.00**

---

**3.180
8**

**Nonpriority creditor's name and mailing address**

**Tim Simon**
**1020 Longfellow Drive**
**Salinas, CA 93906**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

**3.180
9**

**Nonpriority creditor's name and mailing address**

**Tim Simon**
**1020 Longfellow Drive**
**Salinas, CA 93906**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.181
0**

**Nonpriority creditor's name and mailing address**

**Timothy Cheng**
**123 Dapple Ct, 201**
**Wilmington, NC 28403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

| 3.181 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $27.00 |
|---|---|---|---|

**Timothy Egelston**
**8580 Kingston Dr**
**Franklin, OH 45005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $27.00 |
|---|---|---|---|

**Timothy Hammack**
**12985 Fishers Island Rd.**
**Peyton, CO 80831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $81.00 |
|---|---|---|---|

**Timothy Peach**
**129 Lansdowne Dr.**
**Nicholasville, KY 40356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $27.00 |
|---|---|---|---|

**Timothy Peach**
**129 Lansdowne Dr.**
**Nicholasville, KY 40356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $62.00 |
|---|---|---|---|

**Timothy Peach**
**129 Lansdowne Dr.**
**Nicholasville, KY 40356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $83.00 |
|---|---|---|---|

**Timothy Peach**
**129 Lansdowne Dr.**
**Nicholasville, KY 40356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $148.00 |
|---|---|---|---|

**Timothy Peach**
**129 Lansdowne Dr.**
**Nicholasville, KY 40356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.181 8**

**Nonpriority creditor's name and mailing address**

**Timothy Peach**
**129 Lansdowne Dr.**
**Nicholasville, KY 40356**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$57.00**

---

**3.181 9**

**Nonpriority creditor's name and mailing address**

**Timothy Tamminga**
**421 24th Street**
**#305**
**Oakland, CA 94612**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$32.00**

---

**3.182 0**

**Nonpriority creditor's name and mailing address**

**Timothy Toth**
**638 Brookwood Ct.**
**Northfield, OH 44067**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$26.00**

---

**3.182 1**

**Nonpriority creditor's name and mailing address**

**TJ Jacobsen**
**25300 Presidential Ave**
**Plainfield, IL 60544**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$89.00**

---

**3.182 2**

**Nonpriority creditor's name and mailing address**

**Toby Watters**
**705 Gregorys Way**
**Newport News, VA 23601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

**3.182 3**

**Nonpriority creditor's name and mailing address**

**Toby Watters**
**705 Gregorys Way**
**Newport News, VA 23601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$31.00**

---

**3.182 4**

**Nonpriority creditor's name and mailing address**

**Todd Daman**
**1097 Tramore Ct.**
**Marion, IA 52302**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$132.00**

---

| 3.182 5 | **Nonpriority creditor's name and mailing address** **Tom Lordi** **742 N Broad St** **Newville, AL 36353** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$92.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 6 | **Nonpriority creditor's name and mailing address** **Tomas Robledo** **2916 Redtip Dr** **Cibolo, TX 78108-3442** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$112.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 7 | **Nonpriority creditor's name and mailing address** **Tony DiMarcantonio** **45 South Garfield Ave.** **Mundelein, IL 60060** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$63.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 8 | **Nonpriority creditor's name and mailing address** **Trace Baird** **11200 Foster Redman Rd** **London, OH 43140** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$36.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 9 | **Nonpriority creditor's name and mailing address** **Travis Funk** **1860 Marvy Ln NE** **Palmyra, IN 47164-8333** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$68.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 0 | **Nonpriority creditor's name and mailing address** **Travis Gardner** **113 S Riverview St** **Haverhill, MA 01835** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$53.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 1 | **Nonpriority creditor's name and mailing address** **Trent Broderius** **1207 Birchwood Drive** **Proctor, MN 55810** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$101.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25.00 |
| --- | --- | --- | --- |
| | **Tricia DeRose** <br> **123 Old Road** <br> **Monroe Township, NJ 08831** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.183 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $179.00 |
| --- | --- | --- | --- |
| | **Tristan Salvanera** <br> **1235 Moss Springs Rd** <br> **Albemarle, NC 28001** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.183 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $75.00 |
| --- | --- | --- | --- |
| | **Troy Dodson III** <br> **377 Southeast Claire St.** <br> **Roseburg, OR 97470** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.183 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $46.00 |
| --- | --- | --- | --- |
| | **Troy Heckman** <br> **641 5th St NE** <br> **Minneapolis, MN 55413-2123** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.183 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $200.00 |
| --- | --- | --- | --- |
| | **Troye Jenkins** <br> **3653 Hughes Ave** <br> **Los Angeles, CA 90034** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.183 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $57.00 |
| --- | --- | --- | --- |
| | **Troye Jenkins** <br> **3653 Hughes Ave** <br> **Apt 205** <br> **Los Angeles, CA 90034** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.183 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $77.00 |
| --- | --- | --- | --- |
| | **Tye Williams** <br> **2905 Hamstead Cove** <br> **Memphis, TN 38128** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document    Page 277 of 439

| 3.183 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.00 |

__Tye Williams__
__2905 Hamstead Cove__
__Memphis, TN 38128__

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49.00 |

__Tyler Page__
__3255 W Leland Ave__
__Unit G__
__Chicago, IL 60625-4414__

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59.00 |

__Tyler Smith__
__2710 Maplewood Ave__
__Ann Arbor, MI 48104__

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.00 |

__Tyler Wyma__
__1557 Whiting St SW__
__Wyoming, MI 49509__

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.00 |

__Tyler Wyma__
__1557 Whiting St SW__
__Wyoming, MI 49509__

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $156.00 |

__Van Pham__
__811 W Camino Real Ave__
__Arcadia, CA 91007__

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |

__Vanessa Pereida__
__1931 Balboa Ave.__
__Las Vegas, NV 89169__

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:23-bk-01270    Doc 1    Filed 04/07/23    Entered 04/07/23 10:46:55    Desc Main
Document      Page 278 of 439

| 3.184 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $165.00 |
|---|---|---|---|

**Vanson Truong**
**531 Derbyshire**
**Houston, TX 77034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Vanson Truong**
**531 Derbyshire**
**Houston, TX 77034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $92.00 |
|---|---|---|---|

**Vanson Truong**
**531 Derbyshire**
**Houston, TX 77034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151.00 |
|---|---|---|---|

**Varun Rai**
**1703 Candelero Ct**
**Walnut Creek, CA 94598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $252.00 |
|---|---|---|---|

**Vasilis Makris**
**54 Pinewood Drive**
**Mount Waverley, AU 3149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $102.00 |
|---|---|---|---|

**Vegard Holm**
**Greveveien 9 B**
**Larvik, Norway 3257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **foreign creditor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28.00 |
|---|---|---|---|

**Victor Pirsoul**
**1531 S 8TH St, Unit 227**
**Saint Louis, MO 63104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $339.00 |
|---|---|---|---|

**Victor Trinidad**
**16707 Sayley Dr.**
**Chesterfield, VA 23832**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.00 |
|---|---|---|---|

**Victor Vang**
**2289 6th Street N**
**Saint Paul, MN 55109**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106.00 |
|---|---|---|---|

**Victoria Anderson**
**7 Boston St**
**Middleton, MA 01949**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $174.00 |
|---|---|---|---|

**Vikas Bector**
**12001 Market Street, 417**
**Reston, VA 20190**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.00 |
|---|---|---|---|

**Vincent Arroyo**
**10111 Falling Leaf Drive NW**
**Concord, NC 28027**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81.00 |
|---|---|---|---|

**Vincent Collier**
**108 Bradford Dr. SE**
**Calhoun, GA 30701**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Vincent Collier**
**108 Bradford Dr. SE**
**Calhoun, GA 30701**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number *(if known)* | |
|--------|----------------------|--------------------------|---|
| | Name | | |

| 3.186 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$31.00** |
|---------|-----------------------------------------------------|--------------------------------------------------------------------------|------------|

**Vincent Lelio**
**7 Sutton Place**
**Verona, NJ 07044**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.186 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$32.00** |
|---------|-----------------------------------------------------|--------------------------------------------------------------------------|------------|

**Vincent Paul Gacad**
**419 Olive Street**
**Vallejo, CA 94591**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.186 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$27.00** |
|---------|-----------------------------------------------------|--------------------------------------------------------------------------|------------|

**Vincent Pittman**
**1895 Burning Tree Dr**
**Titusville, FL 32780**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.186 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$123.00** |
|---------|-----------------------------------------------------|--------------------------------------------------------------------------|-------------|

**W Johnston**
**1471 Providence Blvd**
**Aubrey, TX 76227-5494**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.186 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$37.00** |
|---------|-----------------------------------------------------|--------------------------------------------------------------------------|------------|

**Waldir Rojas**
**1848 So. 41st Street**
**Citra, FL 32113**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.186 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$57.00** |
|---------|-----------------------------------------------------|--------------------------------------------------------------------------|------------|

**Warren Qu**
**22444 133rd Ave. SE**
**Kent, WA 98042**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.186 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$38.00** |
|---------|-----------------------------------------------------|--------------------------------------------------------------------------|------------|

**Warren Qu**
**22444 133rd Ave. SE**
**Kent, WA 98042**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.186 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$64.00** |
|---|---|---|---|

**Warren Qu**
**22444 133rd Ave. SE**
**Kent, WA 98042**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$103.00** |
|---|---|---|---|

**Warren Qu**
**22444 133rd Ave. SE**
**Kent, WA 98042**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$64.00** |
|---|---|---|---|

**Warren Qu**
**22444 133rd Ave. SE**
**Kent, WA 98042**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$81.00** |
|---|---|---|---|

**Washington Vinitmilla**
**211 Fairview Blvd**
**Hempstead, NY 11550**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$105.00** |
|---|---|---|---|

**Wayman Bernard**
**232 Florida Willow Ave**
**Debary, FL 32713**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$67.00** |
|---|---|---|---|

**Wendy Darling**
**4517 Plantation Crest Road**
**Valdosta, GA 31602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$171.00** |
|---|---|---|---|

**Wessel Bos**
**465 Ridge Trail**
**Woodstock, GA 30188**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $256.00 |

**Wessel Bos**
465 Ridge Trail
Woodstock, GA 30188

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145.00 |

**Wilbert Land**
1245 NE 2nd St
Crystal River, FL 34429

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $224.00 |

**Wilfredo Diaz**
425 West 25th Street, Apt #19D
New York, NY 10001

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.00 |

**William Basurto**
112 Alla Breve Ave
Henderson, NV 89011

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.00 |

**William Cates**
868 E Grouse Dr
Meridian, ID 83646

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44.00 |

**William Douglas**
431 Lenox Place
Gallatin, TN 37066

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.00 |

**William Douglas**
431 Lenox Place
Gallatin, TN 37066

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document      Page 283 of 439

| Debtor | **DORKSIDETOYS INC** | Case number *(if known)* | |
|--------|----------------------|--------------------------|--|
| | Name | | |

| 3.188 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$177.00** |
|---------|-----------------------------------------------------|-------------------------------------------------------------------------|-------------|

**William Douglas**
**431 Lenox Place**
**Gallatin, TN 37066**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$205.00** |
|---------|-----------------------------------------------------|-------------------------------------------------------------------------|-------------|

**William Douglas**
**431 Lenox Place**
**Gallatin, TN 37066**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$95.00** |
|---------|-----------------------------------------------------|-------------------------------------------------------------------------|-------------|

**William Hayes**
**11416 Chase Meadows Dr N**
**Jacksonville, FL 32256-4645**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$32.00** |
|---------|-----------------------------------------------------|-------------------------------------------------------------------------|-------------|

**William McCartney**
**26001 Bellemore Dr.**
**Ramona, CA 92065**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$103.00** |
|---------|-----------------------------------------------------|-------------------------------------------------------------------------|-------------|

**William McCartney**
**26001 Bellemore Dr.**
**Ramona, CA 92065**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$81.00** |
|---------|-----------------------------------------------------|-------------------------------------------------------------------------|-------------|

**William Moldenhauer**
**2027 E Branch Hollow Drive**
**Carrollton, TX 75007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$36.00** |
|---------|-----------------------------------------------------|-------------------------------------------------------------------------|-------------|

**William Robinson**
**251 Lakeside Drive**
**Forest City, NC 28043**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document     Page 284 of 439

| 3.188 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
| --- | --- | --- | --- |

**William Tapp**
**6536 Grays Mill Rd.**
**Clarksburg, MD 20871**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $81.00 |
| --- | --- | --- | --- |

**William Taylor**
**P. O. Box 392**
**West Rutland, VT 05777**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 |
| --- | --- | --- | --- |

**William Thuller**
**3062 Riverside Dr., F-4**
**Coral Springs, FL 33065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36.00 |
| --- | --- | --- | --- |

**Winston Darling**
**824 Burr Oak Circle**
**Cary, IL 60013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
| --- | --- | --- | --- |

**Wrath Chan**
**3 Durant St.**
**Lowell, MA 01850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
| --- | --- | --- | --- |

**Wyatt Henry**
**13064 E Tijuana St**
**Dewey, AZ 86327-7201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33.00 |
| --- | --- | --- | --- |

**Xavier Deguzman**
**6675 Mesa Ridge Road**
**San Diego, CA 92121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DORKSIDETOYS INC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.189 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27.00 |

**Ying Lee**
**7800 Guildberry Ct, 101**
**Gaithersburg, MD 20879-5364**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31.00 |

**Yoonsang Cho**
**24 E. Fort Lee Road,  EB25845**
**Bogota, NJ 07603**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31.00 |

**Yoonsang Cho**
**24 E. Fort EB25845**
**Bogota, NJ 07603**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**Yoshitaka Kiyota**
**4283 Express Lane**
**Ste. 098-735, Sarasota #115**
**Sarasota, FL 34249**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41.00 |

**Zach Leavy**
**206 Church Street**
**Brooklyn, WI 53521**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57.00 |

**Zachary De Leon**
**7300 Lankershim Blvd**
**Apt 205**
**North Hollywood, CA 91605**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $251.00 |

**Zachary McGeehon**
**1898 Gragg Street**
**Centralia, IL 62801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:23-bk-01270   Doc 1   Filed 04/07/23   Entered 04/07/23 10:46:55   Desc Main
Document      Page 286 of 439

| 3.190 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $132.00 |

**Zachary Salinas**
**2370 Viewcrest Rd**
**Henderson, NV 89014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62.00 |

**Zachary Swee**
**5381 Florence Harbor Drive**
**Orlando, FL 32829**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57.00 |

**Zachary Van Dyke**
**23205 SE Black Nugget Rd**
**Apt. M8**
**Issaquah, WA 98029-7390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $104.00 |

**Zack Denny**
**1165 North 300 W**
**Tooele, UT 84074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.00 |

**Zackery McAndrew**
**17 Zipp Rd**
**Hillsboro, MO 63050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |

**Zosanga Sailo**
**5112 Parklawn Ter, 301**
**Rockville, MD 20852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31.00 |

**Zydrunas Butkus**
**1535 S 3000E**
**Kankakee, IL 60901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.190 9 | |
|---|---|

**Nonpriority creditor's name and mailing address**

é‡œ ç "ä‹
æ—¥æœ¬å ¤2ä¸ç›®36-12, Ritz Minowa103
å'æ±åŒº, JP 111-0021

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.                    **$113.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Big V Property Group** **176 North Main Street, Ste. 210** **Florida, NY 10921** | Line **3.200** ☐ Not listed. Explain ____ | _ |
| 4.2 | **Funding Circle** **PO Box 1719** **Portland, OR 97207** | Line **3.727** ☐ Not listed. Explain ____ | _ |
| 4.3 | **Funding Circle USA** **PO Box 206536** **Dallas, TX 75320-6536** | Line **3.727** ☐ Not listed. Explain ____ | _ |
| 4.4 | **Pitney Bowes** **2225 American Drive** **Neenah, WI 54956-1005** | Line **3.1498** ☐ Not listed. Explain ____ | _ |
| 4.5 | **Rutherford County General Sessions** **Room 101 Judicial Bldg.** **Murfreesboro, TN 37130** | Line **3.149** ☐ Not listed. Explain ____ | _ |
| 4.6 | **Southern Hobby- Nashville** **1922 Old Murfreesboro Pike, Suit 640** **Nashville, TN 37217** | Line **3.697** ☐ Not listed. Explain ____ | **1642** |
| 4.7 | **The Cit Group/Commercial Services** **PO Box 1036** **Charlotte, NC 28201** | Line **3.1417** ☐ Not listed. Explain ____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **2,821,528.69** |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ | **2,821,528.69** |

---

Fill in this information to identify the case:

Debtor name **DORKSIDETOYS INC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **3 year lease of warehouse 3325 Mayoral Ct., Murfreesboro, TN 37127.  Warehouse space Suites B, C, and D for inventory and online operations and office (Suite E).** | |
| State the term remaining | **expires 11/2023** | **Anthony Lowe** |
| List the contract number of any government contract | | **c/o John B. Ingleson, Attorney 410 N. Front Street Murfreesboro, TN 37130** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **5 year term; started 11/1/2021; Retail Outlet Store; 2615 Medical Center Pkwy # 1525, Murfreesboro, TN 37129;  premiees vacated Jan. 2023.** | |
| State the term remaining | **through 11/1/2026** | **Big V Properties (Retail Lease)** |
| List the contract number of any government contract | | **2151 Volunteer Parkway Bristol, TN 37620** |

Fill in this information to identify the case:

Debtor name    **DORKSIDETOYS INC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Eddie Campbell** | **170 E. Main St. Suite D #107 Hendersonville, TN 37075** | **Anthony Lowe** | ☐ D _____ <br> ■ E/F __3.149__ <br> ☐ G _____ |
| 2.2 | **Eddie Campbell** | **170 E. Main St. Suite D #107 Hendersonville, TN 37075** | **Big V Properties** | ☐ D _____ <br> ■ E/F __3.200__ <br> ☐ G _____ |
| 2.3 | **Eddie Campbell** | **170 E. Main St. Suite D #107 Hendersonville, TN 37075** | **Funding Circle** | ☐ D _____ <br> ■ E/F __3.727__ <br> ☐ G _____ |
| 2.4 | **Eddie Campbell** | **170 E. Main St. Suite D #107 Hendersonville, TN 37075** | **Kabbage** | ☐ D _____ <br> ■ E/F __3.1132__ <br> ☐ G _____ |

| Debtor | **DORKSIDETOYS INC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

| 2.5 | **Eddie Campbell** | **170 E. Main St.**<br>**Suite D #107**<br>**Hendersonville, TN 37075** | **Paypal** | ☐ D _____<br>■ E/F ___3.1480___<br>☐ G _____ |
| 2.6 | **Eddie Campbell** | **170 E. Main St.**<br>**Suite D #107**<br>**Hendersonville, TN 37075** | **Big V Properties**<br>**(Retail Lease)** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.2___ |

Fill in this information to identify the case:

Debtor name     **DORKSIDETOYS INC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known)

☐ Check if this is an
  amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue
Check all that apply | Gross revenue
(before deductions and exclusions) |
|---|---|---|
| **For prior year:**
From  **1/01/2022** to **12/31/2022** | ■ Operating a business
☐ Other _____ | **$4,814,164.01** |
| **For year before that:**
From  **1/01/2021** to **12/31/2021** | ■ Operating a business
☐ Other _____ | **$6,348,517.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source
(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer
*Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Tesla Financial, Inc.**<br>**4180 El Camino Real**<br>**Palo Alto, CA 94306**<br>**Vehicle Finanance Creditor for**<br>**Manager and Equity Owner** | **Compensatio**<br>**n to Mr.**<br>**Campbell for**<br>**Tesla car**<br>**payments:**<br>**$8,196.54;**<br>**See also,**<br>**response to**<br>**no. 30**<br>**(insider**<br>**compensatio**<br>**n), infra.** | $8,196.54 | compensation |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Anthony Lowe v. Eddie**<br>**Campbell d/b/a Dorkside Toys**<br>**332455** | **civil**<br>**warrant/eviction** | **Rutherford County General**<br>**Sessions**<br>**Room 101 Judicial Bldg.**<br>**Murfreesboro, TN 37130** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |
|---|---|

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

11.  **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?  Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Office of Eric K. Fox 103 Hazel Path Court, Whitehall Building Suite 6 Hendersonville, TN 37075** | **Attorney Fees** | | **$8,000.00** |
| | Email or website address **eric@ericfoxlegal.com** | | | |
| | Who made the payment, if not debtor? | | | |

12.  **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13.  **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |

---

**Part 7:** Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **2270 Southgate Blvd. Suite A<br>Murfreesboro, TN 37128-5513** | **October of 2015 to October 2021** |

---

**Part 8:** Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

---

**Part 9:** Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and<br>Address | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Go Store It**<br>**393 E. Main St., Suite 19**<br>**Hendersonville, TN 37075** | **Eddie Campbell (case mailing address)** | **See inventory Schedule A/B** | ☐ No<br>■ Yes |

---

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **B & T Services Inc.**<br>**885 Conference Drive, Ste. 200**<br>**Goodlettsville, TN 37072** | **2021, 2022** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **B & T Services Inc.**<br>**885 Conference Drive, Ste. 200**<br>**Goodlettsville, TN 37072** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Eddie Campbell** | **170 E. Main St. Suite D #107 Hendersonville, TN 37075** | **Manager and Equity Owner** | **100% (100 Shares)** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | **Eddie Campbell 170 E. Main St. Suite D #107 Hendersonville, TN 37075** | **Compensation to Mr. Campbell for Geico (vehicle) Insurance: $4,854.02. Compensation to Mr. Campbell for Tesla car payments: $8,196.54. Compensation to Mr. Campbell under Payroll: $56,200.**<br><br>**Total compensation to Mr. Campbell for via payroll, car insurance, and car payments in last year of $69,250.56.** | **Geico payments FBO Eddie Cambell (EC) debited from 4/21/2022 - 12/21/2022. Tesla payment FBO EC debited from: 4/18/2022 - 1/18/2023. EC Payroll payments made: 4/7/2022 - 12/16/2022.** | **Compensation to employee/principal** |
| | **Relationship to debtor Principal** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April  7, 2023** _____

**/s/ Eddie Campbell** _____          **Eddie Campbell** _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Manager** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Tennessee

In re   **DORKSIDETOYS INC**

Case No. _____

Debtor(s)                                        Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **8,000.00** |
| Prior to the filing of this statement I have received | $ | **8,000.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor     □ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor     □ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **All services since 10/17/22 to filing date (discussions with creditors, petition prep, consulation with client, document review, etc.) Represenation at MOC; standard corporate disclosures.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **2004 exams, disclosures and discussions with counsel and parties post petition beyond that contemplated above in the included section, and beyond 3 hours (accumulative) attorney time equivalent.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April  7, 2023** _____

*Date*

/s/ Eric K. Fox _____

**Eric K. Fox 022087**
*Signature of Attorney*
**Law Office of Eric K. Fox**
**103 Hazel Path Court, Whitehall Building**
**Suite 6**
**Hendersonville, TN 37075**
**615-264-5695  Fax: 615-264-5655**
**eric@ericfoxlegal.com**
*Name of law firm*

# United States Bankruptcy Court
## Middle District of Tennessee

In re    **DORKSIDETOYS INC**

Debtor(s)

Case No.

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **April 7, 2023**

**/s/ Eddie Campbell**

**Eddie Campbell/Manager**
Signer/Title

.

DORKSIDETOYS INC
170 E. MAIN ST.
SUITE D #107
HENDERSONVILLE TN 37075


ERIC K. FOX
LAW OFFICE OF ERIC K. FOX
103 HAZEL PATH COURT, WHITEHALL BUILDING
SUITE 6
HENDERSONVILLE, TN 37075


A NELSON
1524 CHARTER CIRCLE UNIT A
ANCHORAGE AK 99508


AARON BARNUM
14 TURNBERRY COURT
CARTERSVILLE GA 30120


AARON BARNUM
1937 TOMLINSON AVE.
BRONX NY 10461


AARON CANTU
307 FETICK AVE
TAFT TX 78390


AARON CARRICO
368B GLENROSE AVE
NASHVILLE TN 37210


AARON JONES
1000 NORTH 1ST STREET, APT. #1
ALHAMBRA CA 91801


AARON KAWAKAMI
73 NORTH OREM BLVD
B-201
OREM UT 84057


AARON MILLER
3622 MONTICELLO COMMONS
NORCROSS GA 30092

DORKSIDETOYS INC -

AARON MORALES
15803 S AVENUE 2 1/2 EAST
YUMA AZ 85365

AARON MORSE
110 GROVE STREET
LINCOLN RI 02865-1946

AARON PECK
111 ENGLEWOOD RD
SPRINGFIELD OH 45504

AARON SPEED JR
1313 HOLLAND RD
SUFFOLK VA 23434

AARON WOODY
1937 TOMLINSON AVENUE
BRONX NY 10461

AARON WOZNAK
304 CARLISLE AVE
PITTSBURGH PA 15229

AARON WOZNAK
304 CARLISLE AVE.
PITTSBURGH PA 15229

ADAM BAZINI
902 HAMILTON PLACE LANE
LAKELAND FL 33813

ADAM BROMBEREK
3510 S 111TH ST
MILWAUKEE WI 53228-1104

ADAM BUKACEK
PO BOX 435
LAHOMA OK 73754

ADAM CARLL
77 WALNUT ST
BRAINTREE MA 02184

DORKSIDETOYS INC -

ADAM COSTE
137 NW 93RD AVE
HOLLYWOOD FL 33024

ADAM FARGO
33 HIGH ST
MOIRA NY 12957

ADAM FREEMAN
605 WAYMARKET DR.
ANN ARBOR MI 48103

ADAM HOLLY
18906 SOUTH LANE
MINNETONKA MN 55345

ADAM HOWARD
389 CHERRY STREET NW
HARTSELLE AL 35640

ADAM JOSLIN
1802 HUMMINGBIRD ST
PRINCETON TX 75407

ADAM SAUNDERS
1421 E REDWOOD DRIVE
CHANDLER AZ 85286

ADAM SCHUMACHER
2 WANDER LANE
WANTAGH NY 11793-1303

ADAM VALDIVIA
845 CAMBON AVE
WALNUT CA 91789

ADAMS FARGO
33 HIGH ST.
MOIRA NY 12957

ADRIAN BRIZUELA
1107 FAIR OAKS AVE., #889
SOUTH PASADENA CA 91030

DORKSIDETOYS INC -

ADRIAN LOPEZ
330 BUCKSKIN RANCH
IMPERIAL CA 92251

ADRIAN MARIN
1625 SOUTHWEST 122ND AVENUE, UNIT 5
MIAMI FL 33175

ADRIAN MENDOZA
2221 ORANGE AVE
FRESNO CA 93725-1011

ADRIAN TRETO
16820 CHATSWORTH STREET
GRANADA HILLS CA 91344

ADRIAN TRETO
16820 CHATSWORTH STREET
117
GRANADA HILLS CA 91344

ADRIANNA REDHAIR
521 SEMINARY ROW, APT 43
NEW YORK NY 10027

AGUSTIN RIOS
1368 HELEN DR.
LOS ANGELES CA 90063

AHMED ABDULMALEK
2410 CRUZEN ST, SUITE W435
NASHVILLE TN 37211

AL FRANZEN
8694 KINCAID LN
FRISCO TX 75036

ALAYNA RUGGIERO
4916 KEENELAND CIR
ORLANDO FL 32819

ALBERT BUENSALIDA
2928 INSPIRATION DRIVE
FAIRFIELD CA 94533

DORKSIDETOYS INC -

ALDEN BARNARD
2005 CALHOUN STREET
BELLEVUE NE 68005

ALDO BORRERO
4283 EXPRESS LANE, SUITE 5433-823
SARASOTA FL 34249

ALEJANDRO MARTINEZ
7827 CANAL ST.
HOUSTON TX 77012

ALEJANDRO ORTEGA
701 N INTERNATIONAL BLVD, STE 123-576
HIDALGO TX 78557

ALEX BRANCH
2375 55TH STREET
VALLEY AL 36854

ALEX CHURCHWARD
44 I STREET
SALT LAKE CITY UT 84103

ALEX HUFFMAN
221 OAKLAND AVE.
FINDLAY OH 45840

ALEX LANGENFIELD
1244 S DUNSMUIR AVE
APT 2
LOS ANGELES CA 90019

ALEX SCHLARMANN
2053 MATHER WAY, APT B
ELKINS PARK PA 19027

ALEX THORNE
1841 SW SAGE CANYON
LEES SUMMIT MO 64082

ALEX TRAMMELL
4836 LAKE PARK TERRACE
ACWORTH GA 30101

DORKSIDETOYS INC -

ALEX WEEMS
2 BLUEGRASS CT
JONESBOROUGH TN 37659

ALEXA FRENCH
2896 LEE LYNN CT
POLAND OH 44514

ALEXANDER BERMUDEZ
12811 BRITTANY RD
DESERT HOT SPRINGS CA 92240

ALEXANDER HANKINS
2143 E POPPY STREET
LONG BEACH CA 90805-3222

ALEXANDER KAYS
6518 CREEK BAY DRIVE, APT. B
INDIANAPOLIS IN 46217

ALEXANDER W COLLERY
 14507 GOVERNOR SPRIGG PLACE
UPPER MARLBORO MD 20772

ALFONSO R TAPIA
24945 CALLE EL ROSARIO
SALINAS CA 93908

ALFONSO TAPIA
24945 CALLE EL ROSARIO
SALINAS CA 93908

ALFRED COYLE
1309 CLINCH VIEW CIRCLE
JEFFERSON CITY TN 37760

ALFRED GALLARDO
2823 SALADO STREET
AUSTIN TX 78705

ALISON YUSI
127 STARBURST STREET
STEPHENSON VA 22656

DORKSIDETOYS INC -

ALLEN AMYERICH
2128 E VIRGINIA AVE
ANAHEIM CA 92806

ALLEN HANSARD
4043 EULA CIRCLE
DORAVILLE GA 30360

ALVARO SAUZA
8011 MERAZ AVE.
EL PASO TX 79907

ALVIN BRANDT
212 WEST VIRGINIA BLVD
BROWNS MILLS NJ 08015

ALYSSA PENCE
1436 BURNLEY SQ N
COLUMBUS OH 43229

AMANDA ACKLEY
21 SAM CHIKAN RD.
JEWETT CITY CT 06351

AMANDA HORNSBY
8412 STANSBURY LAKE DRIVE
DUNDALK MD 21222

AMANDA SLOVAK
1412 IMOGENE STREET
PHILADELPHIA PA 19124

AMERICAN CORADIUS INTERNATIONAL LLC
2420 SWEET HOME ROAD, STE 150
BUFFALO NY 14228-2244

AMERICAN EXPRESS
WORLD FINANCIAL CENTER
200 VESEY ST
NEW YORK NY 10285

AMR GAMAL ELDIN
12402 JERSEY MEADOW DR
STAFFORD TX 77477

DORKSIDETOYS INC -

AMY CARTER
8623 BARING AVE
MUNSTER IN 46321

ANDRE BELL
1735 LATHERS ST.
GARDEN CITY MI 48135

ANDRE SHELL
400 E RANDOLPH AVE
UNIT 31
MINE HILL NJ 07803

ANDRE SMITH
36 BRAMBLEWOOD LN
PUEBLO CO 81005

ANDRES FELIPE SANCHEZ
13365 SW 42ND ST
MIAMI FL 33175

ANDREW ASHBROOK
12730 E BIRCHWOOD DR
WICHITA KS 67206-3619

ANDREW BERNSTEIN
21 WAYNE PLACE
COMMACK NY 11725

ANDREW CHAMBERLAIN
203 MCKINLEY CT
MAHOMET IL 61853

ANDREW CHEPIL
11825 S KI RD
PHOENIX AZ 85044-2326

ANDREW FORBES IV
3959 MONROE ST.
WILLIAMSTOWN NJ 08094

ANDREW GAY
1615 PINE VALLEY RD
MILLEDGEVILLE GA 31061-2456

DORKSIDETOYS INC -

ANDREW GEDEON
1599 TRAFALGAR LN
C
NAPLES FL 34116

ANDREW GRABOWSKI
1243 W SEASCAPE DRIVE
GILBERT AZ 85233-5629

ANDREW HERNDON
734 OVERLOOK PARK LANE
LAWRENCEVILLE GA 30043

ANDREW JAMES
120 BOYLSTON ST
BOSTON MA 02116

ANDREW LOUIE
6856 RUTHLEE AVE.
SAN GABRIEL CA 91775

ANDREW LOUIE
6856 RUTHLEE AVE
SAN GABRIEL CA 91775-1012

ANDREW PLOUFF
1890 PRINCETON ROAD
BERKLEY MI 48072

ANDREW PONCE
11345 GERTRUDE DRIVE
LYNWOOD CA 90262

ANDREW RIVERA
4 DARTMOUTH STREET
WORCESTER MA 01604

ANDREW ROSS
1965 KIMBERLY DRIVE
CHARLOTTE MI 48813

ANDREW VAUGHAN
11020 THOMPSON AVE.
REISTERSTOWN MD 21136

DORKSIDETOYS INC -

ANDREW YEO
540 DARRELL RD
HILLSBOROUGH CA 94010-6712

ANDY ISOM
1015 S. DONAGHEY AVE.
CONWAY AR 72034

ANDY SOROKA
1323 SOUTH ST, APT 3
UTICA NY 13501

ANGEL AGUILAR
226 PULASKI STREET, APT 5
BROOKLYN NY 11206

ANGEL LUNA
3750 SW 108TH AVE, APT 32
BEAVERTON OR 97005

ANGELO ACUNA
143 CHESTER STREET
DALY CITY CA 94014

ANGELO ZANOTO
641 MAPLE OAKS CT.
SALINE MI 48176

ANGIE NUEBER
406 KAY LAYNE DRIVE
PAWNEE IL 62558

ANIMESH SARAF
17939 KIETH HARROW BLVD, SUITE 106
HOUSTON TX 77084

ANJOLIE COLON
7 GROSVENOR MEWS
MIDDLETOWN NY 10940

ANTHONY ALONZO
455 KRISTA CT
CHULA VISTA CA 91910-8501

DORKSIDETOYS INC -

ANTHONY CESTARO
2629 BELTAGH AVE
BELLMORE NY 11710

ANTHONY CONRAD
1412 S NARCISSUS AVE
BROKEN ARROW OK 74012

ANTHONY DAMORE
914 WOODLAND PKWY
WAYNESBORO PA 17268

ANTHONY GONZALEZ
9932 ROSE ST
BELLFLOWER CA 90706

ANTHONY HEFLIN
462 AIRPORT ROAD
OXFORD AL 36203

ANTHONY IBARRA
9338 MALHEUR WAY
ELK GROVE CA 95758

ANTHONY J FARINACCI
1516 LYNDHURST RD
LYNDHURST OH 44124

ANTHONY JOHNSON
2704 AVE G, 507
BIRMINGHAM AL 35218

ANTHONY JUAREZ
2754 SATURN AVE
APT D
HUNTINGTON PARK CA 90255

ANTHONY LOWE
C/O JOHN B. INGLESON, ATTORNEY
410 N. FRONT STREET
MURFREESBORO TN 37130

ANTHONY MAURER
12 LEXINGTON RD
TAPPAN NY 10983

DORKSIDETOYS INC -

ANTHONY NOWINSKI
1849 FALLOWFIELD AVE.
PITTSBURGH PA 15216

ANTHONY POTTS
10016 S HOXIE
CHICAGO IL 60617

ANTHONY QUARM
4219 OAK MOUNT DR
CARROLLTON TX 75010

ANTHONY SNUKIS
7980 CROSS CREEK DRIVE
GLEN BURNIE MD 21061

ANTHONY TILTON
3120 44TH ST S
APT 314
FARGO ND 58104

ANTONIO TORIBIO
211 HOOVER RD
YONKERS NY 10710

ANTWAN TRAVIS
1202 CUTTER AVE.
JOLIET IL 60432

APRIL COBIAN
34402 BRINVILLE RD
ACTON CA 95310-1206

ARESNIO SUDARIA
3075 TELEQUANA DR APARTMENT 7
ANCHORAGE AK 99517

ARIEL CILENTO
7130 NORTHWEST 109TH CT
DORAL FL 33178

ARMANDO DARDON
2200 NW 129 AVE
SUITE 108
MIAMI FL 33182-2489

DORKSIDETOYS INC -

ARTURO MEDINA
15118 WESTERN SKIES DRIVE
HOUSTON TX 77086

ASHLEY DESANDIS
139 BROADHEAD ST
OLD FORGE PA 18518

ATC-MARIO BAYONA
3750 NW 114TH AVENUE- UNIDAD #4
MIAMI FL 33178-4341

AURA DUARTE LL
105 WESTCHEST AVE
ESTHER BEAUTY SALON
PORT CHESTER NY 10573

AUSTIN BELL
7710 S SHERIDAN CT
LITTLETON CO 80128

AUSTIN DANIELSON
2822 WATER VIEW DR
ABERDEEN SD 57401

AUSTIN HALL
3713 CLAREDON DRIVE
LEXINGTON KY 40517

AYRTON MACEDO ED 42619
5060 E WOODCUTTER DR.
BOISE ID 83716

BAILEY BROSSART
PO BOX 302
SALIDA CO 81201-0302

BARRY MCCOLLOM
1275 BLOOD RIVER RD
NEW CONCORD KY 42076-9578

BECKY OREMUS
6428 AMUNDSON RD
NORTH RICHLAND HILLS TX 76182

DORKSIDETOYS INC -

BEKAH KNOCK
23473 163RD ST. NW
BIG LAKE MN 55309

BEN SCOTT
44 PILOT HILL DR.
SAINT PETERS MO 63376

BEN SOLIZ
413 SWENSON FARMS BOULEVARD, APT 1113
PFLUGERVILLE TX 78660

BEN SOTO
31702 TREVOR AVE
HAYWARD CA 94544

BEN SULEWSKI
60 BURNHAM STREET
ENFIELD CT 06082

BENJAMIN HALLOWELL
26875 WILDFLOWER ST
MENIFEE CA 92584

BENJAMIN KOHL
4148 JANET DR.
DORR MI 49323

BENJAMIN SETO
31702 TREVOR AVE
HAYWARD CA 94544

BENJAMIN TITUS
5885 LIBERTY ROAD
SOLON OH 44139

BETTINA MAGNUSEN
25 TYLER COURT
SPRINGBORO OH 45066

BIG V PROPERTIES
2151 VOLUNTEER PARKWAY
BRISTOL TN 37620

DORKSIDETOYS INC -

BIG V PROPERTIES (RETAIL LEASE)
2151 VOLUNTEER PARKWAY
BRISTOL TN 37620

BIG V PROPERTY GROUP
176 NORTH MAIN STREET, STE. 210
FLORIDA NY 10921

BILL FRANCIOSE
207 LYON STREET
CINCINNATI OH 45219

BILL FRIEDL
1109 SCOTT ALAN CIR.
BLACKSBURG VA 24060

BILL ROGERS
29249 CHAPEL PARK DRIVE
WESLEY CHAPEL FL 33543

BILLIE GILLMAN
175 E BROAD STREET, 993
PATASKALA OH 43062

BJ CHARITY
1603 HARRISON POND DRIVE
NEW ALBANY OH 43054

BLAKE MCMANUS
611 136 LN NE
ANDOVER MN 55304

BLAKE MCMANUS
12854 194TH LANE NW
ELK RIVER MN 55330

BLAKE MCMANUS
611 136TH LN NE
ANDOVER MN 55304

BLAKE MCMANUS
611 136 LN NE
HAM LAKE MN 55304

DORKSIDETOYS INC -

BLAKE SEXTON
6 RANDALL RD
MONTAGUE MA 01351

BO DUGGER
2409 E. LAKEVIEW DR.
JOHNSON CITY TN 37601

BOBBY COLLINS
60 UNAKA DR.
MOSHEIM TN 37818

BOBBY YARBROUGH
600 BARWOOD PARK, APT. 1938
AUSTIN TX 78753

BONNIE SANTOS
4922 CEDAR GLEN DR
DURHAM NC 27713

BOWMAN WOODS
371 OLGELBAY DRIVE
WESTERVILLE OH 43082

BRAD BERGESON
126 CRAMER HOLLOW ROAD
NELSON MO 65347-2212

BRAD SASSER
12062 VETERANS MEMORIAL PKWY
LAFAYETTE AL 36862

BRAD VASIL
24733 W DOVE PEAK
BUCKEYE AZ 85326

BRAD VASIL
24733 W. DOVE PEAK
BUCKEYE AZ 85326

BRADLEY GOODWIN
2119 N BEACHWOOD DRIVE
APT 8
LOS ANGELES CA 90068

DORKSIDETOYS INC -

BRADY HALES
1137 N CENTRAL AVE
GLENDALE CA 91202-3680

BRADY LAUGHTON
5650 S. HURON RD.
PINCONNING MI 48650

BRANDON ALEXANDER
106-47 96 STREET
OZONE PARK NY 11417

BRANDON BORREGO
935 CHALCEDONY ST.
SAN DIEGO CA 92109

BRANDON CARPENTER
6836 LAGRANGE PINES ROAD
CORDOVA TN 38018

BRANDON HARTSWORM
161 6TH ST
ALBANY MN 56307

BRANDON HIGHTOWER
1016 N. MONTCLAIR AVE.
DALLAS TX 75208

BRANDON HITT
3051 TEXAS AVENUE
SIMI VALLEY CA 93063

BRANDON HUGHES
6141 KILCHURN DR.
FORT MILL SC 29707

BRANDON LEWIS
1998 28TH AVE S, APT 3
GRAND FORKS ND 58201

BRANDON MARGICIN
714 E 26TH ST
VANCOUVER WA 98663

DORKSIDETOYS INC -

BRANDON MUELLER
2113 THOMAS AVE
APT B
ALAMOSA CO 81101

BRANDON TEMPLETON
503 NORTH HANLON ST.
WESTLAND MI 48185

BRANT SPRAGGINS
821 AUSTIN LANE
MCKINNEY TX 75071

BRENDA MEASE
644 NORTH SHORE RD.
ABSECON NJ 08201

BRENDA NELSON
1633 N HANCOCK ST
FREMONT NE 68025-3213

BRENT SINGLETON
1919 MAGNOLIA ESTATES DR.
SPRING TX 77386-2752

BRETT FARLEY
713 SCENIC VIEW CT
MODESTO CA 95354-1762

BRETT FOWLER
10221 GLOUCESTER RD
STREETSBORO OH 44241

BRETT KURZMAN
615 WILLOW AVE APT. 5S
HOBOKEN NJ 07030

BRIAN BAKER
5509 PALM VALLEY DRIVE N
HARLINGEN TX 78552

BRIAN CAMP
7060 OLD MILL TRACE
PINSON AL 35126

DORKSIDETOYS INC -

BRIAN CELLERI
10 SAINT MARYS PL
FREEPORT NY 11520-4614

BRIAN CHILES
13506 HERITAGE DR.
BONNER SPRINGS KS 66012

BRIAN COLOMBAN
7714 78TH STREET
GLENDALE NY 11385

BRIAN CUNNINGHAM
4174 JORDAN ROAD
GREER SC 29651

BRIAN FREY
805 WISDOM CT
NORCROSS GA 30093

BRIAN GILLMAN
175 E BROAD STREET #933
PATASKALA OH 43062

BRIAN HESS
33 AUDIE LANE
HARPERS FERRY WV 25425

BRIAN HORTSMAN
2726 RENICK STREET
SAINT JOSEPH MO 64507

BRIAN JONES
504 S MAIN ST
JONESBORO IL 62952-1306

BRIAN KENNEDY
215 UNIVERSITY PARKWAY
JOHNSON CITY TN 37604

BRIAN LANDERS
140 ARISTOCRAT CT
FAYETTEVILLE GA 30215

DORKSIDETOYS INC -


BRIAN MYERS
25 CHESTNUT STREET
SCHUYLERVILLE NY 12871


BRIAN ORTIZ
90 JOHNSON AVE
1ST FLOOR
HACKENSACK NJ 07601


BRIAN PLESCIA
18 CERCADO CT
NAPA CA 94559


BRIAN PUCKETT
14 REDWING DRIVE
WINCHESTER KY 40391


BRIAN TRLAK
1210 BRANDON LAKES AVE
VALRICO FL 33594


BRIAN VRCHOTA
2440 BRISTOL CT.
AURORA IL 60504


BRIAN WEAVER
1085 MERRITT DRIVE
EL CAJON CA 92020


BRIAN WINGLER
5117 CHIPPENDALE DRIVE
MURFREESBORO TN 37129


BRIEN FREY
805 WISDOM COURT
NORCROSS GA 30093


BRIGID MASAIRE
2680 SW PICKFORD ST.
CORVALLIS OR 97333


BROOKS FRANCIOTTI
16311 SHADY ELMS DRIVE
HOUSTON TX 77059

DORKSIDETOYS INC -

BROOKS MAGNUSON
3906 SOUTHWEST PORTLAND ST.
SEATTLE WA 98136

BRYAN COOK
2309 LIBERTY BELL LN
LINCOLN NE 68521

BRYAN CORONADO
802 MINNESOTA
SOUTH HOUSTON TX 77587

BRYAN DIEHL
12809 N 15TH AVE
PHOENIX AZ 85029-2820

BRYAN KELLER
8528 HAWKS NEST DR.
FORT WORTH TX 76131

BRYAN MANZEY
418 5TH STREET SW
PIPESTONE MN 56164

BRYAN NICOLLS
373 NEVADA AVE
ELY NV 89301

BRYAN OAKES
89 SOUTHWOOD ST
WEST FORK AR 72774-2614

BRYAN OAKES
89 SOUTHWOOD
WEST FORK AR 72774-2614

BRYAN SECREST - TEBOW
23314 SAWMILL CROSS LN
SPRING TX 77373

BRYAN SEGAL
750 BEECHWOOD DRIVE
LAKE ZURICH IL 60047

DORKSIDETOYS INC -


BRYAN SHORT
1113 VALLEY TRL
WARRIOR AL 35180-5215


BRYAN SMITH
305 E POPLAR ST
SHELTON WA 98584


BRYAN THERIOT
13935 CYPRESSWOOD CROSSING BLVD
HOUSTON TX 77070


BRYAN VIGIL
601 PELTIER ST
MARSHALL MN 56258


BRYANT GUERRA
1502 FOOTHILL BLVD.
STE. 103-429
LA VERNE CA 91750


BRYCE FOWLER
1004 CORR CIRCLE
WAVELAND MS 39576


BRYSON MCHARDY
2708 SE 97TH STREET
OKLAHOMA CITY OK 73160


BYRON HO
3150 HARTSLOCK WOODS DR
WEST BLOOMFIELD MI 48322


BYRON SHAFFNER
1534 RUSSELL GLEN LN
DALLAS TX 75232


CALEB KEBEDE
4004 AMICK AVE
DES MOINES IA 50310


CALEB MIKENAS
229 E PROSPECT ST
KEWANEE IL 61443

DORKSIDETOYS INC -

CALEB ROWE
1760 UPPER BELLBROOK RD
XENIA OH 45385

CAMERON HODGES
307 E FRANKLIN
SHAWNEE OK 74804

CAMERON LEWIS
7248 MOHAWK
WESTLAND MI 48185

CAMILO TORRENTES
17100 NW 42ND CT
MIAMI GARDENS FL 33055-4413

CARIN MILEY
128 PINEWOOD DRIVE
WEST WARWICK RI 02893

CARL BUETTGEN
555 TIMBER TRAIL
RIVERWOODS IL 60015

CARLITO FLORES
13627 W MARSHALL AVE
LITCHFIELD PARK AZ 85340

CARLO BRUNO
1601 ARGONNE PL NW APT 111
WASHINGTON DC 20009

CARLO VELAZQUEZ
14005 SE RIVER ROAD
PORTLAND OR 97267

CARLOS CHAVEZ
320 W. PARK AVE.
WATSEKA IL 60970

CARLOS GONZALEZ
14038 GLENGYLE STREET
WHITTIER CA 90604-2433

DORKSIDETOYS INC -

CARLOS ORTIZ III
1290 PROVIDENCE BLVD
AUBREY TX 76227


CARLOS ROBINSON
2010 CASTLE ROYALE DRIVE
LAWRENCEVILLE GA 30043


CASEY LEMAIRE
9901 LEWIS RD.
DERIDDER LA 70634


CATHY CONWAY
6170 NE 141ST TERRACE
WILLISTON FL 32696


CESAR ALISTE
10150 DEBRA AVE
LOS ANGELES CA 91343


CESAR HERNANDEZ
819 MARAVAL CT
LONGWOOD FL 32750


CHAD BUCK
900 CLEVELAND AVENUE SW
APT 2
HUTCHINSON MN 55350


CHAD CONNER
220 CONRAD CIR
LEWISVILLE NC 27023


CHAD HILL
2601 NORTHWEST 191ST ST
EDMOND OK 73012


CHAD MOSES
9311A ANDREW CALHOUN CIRCLE
MOUNTAIN HOME A F B ID 83648


CHAN TERN
1220 S STOCKTON ST
APT 8
LODI CA 95240

DORKSIDETOYS INC -

CHANDLER MINNICH
10124B CORDOBA CT
WACO TX 76708-5982

CHANDLER PARKS
113 KILLIAN LOOP
HUTTO TX 78634

CHARLES BARNARD
6946 SHOREVIEW DR
GRAND PRAIRIE TX 75054

CHARLES THOMPSON
11 GOETZ DRIVE
COLD SPRING KY 41076

CHARLES WORSTELL
2227 DERBY DR.
MARYSVILLE OH 43040

CHARLES ZIMMEL
2060 E PLANK RD
UNIT 1
APPLETON WI 54915

CHAUNCEY PORTER
4607 MEADOW CLIFF DR
MEMPHIS TN 38125

CHEOLHO MINALE
11062 BARMAN AVE
CULVER CITY CA 90230

CHET KRUPOWSKI
2 CORNELIUS WAY
CAMBRIDGE MA 02141-1438

CHRIS BOUTWELL
48 REBECCA AVE
HUDSON MA 01749-1913

CHRIS COLEMAN
215 HILL ST
RICHLANDS VA 24641

DORKSIDETOYS INC -

CHRIS ENNIS
3717 MONTERRA WAY
BAKERSFIELD CA 93314

CHRIS FERRELL
2515 NORTHEAST EXPRESSWAY
V-11
ATLANTA GA 30345-2501

CHRIS FLYNN
15 WINTHROP ST.
MALDEN MA 02148

CHRIS HUMPHREYS
1461 SOUTH 4TH STREET
LOUISVILLE KY 40208

CHRIS MALONE
1150 SANFORD ST
COOS BAY OR 97420

CHRIS MORRETT
1800 S PACIFIC COAST HWY 79
REDONDO BEACH CA 90277

CHRIS NICHOLSON
2600 VESTAVIA FOREST PLACE
BIRMINGHAM AL 35216-2722

CHRIS OLIVER
1713 S. 55TH ST.
OMAHA NE 68106

CHRIS RAMIREZ
6243 E 46TH LN
YUMA AZ 85365

CHRIS RICHARDSON
127 JORDAN DRIVE
CHATTANOOGA TN 37421

CHRIS SEEGER
2001 RED BANK RD
LOT 510
DOVER PA 17315

DORKSIDETOYS INC -

CHRIS SHERIDAN
836 BURNTWOOD WAY
WESTFIELD IN 46074

CHRIS SHERRILL
419 N RIVER OAKS DRIVE
BURNET TX 78611-5547

CHRIS STODDARD
409 LOST CREEK DR
COLUMBIA SC 29212-2464

CHRIS THOMPSON
61 COUNTRY ROAD 3100
CLARKSVILLE TX 75426

CHRIS THORNTON
8835 SALT GRASS DR.
PENSACOLA FL 32526

CHRIST THORNTON
8835 SALT GRASS DR
PENSACOLA FL 32526-3263

CHRISTIAN PILHOFER
4835 W WARNER AVE
CHICAGO IL 60641

CHRISTIAN ROBINSON
8441 CENTRAL ST
KANSAS CITY MO 64114

CHRISTOPHER BROTHERS
25 LIVINGSTON PLACE
LOCKPORT NY 14094

CHRISTOPHER BUDIMAN
LAUBENHOF 32
BRAUNSCHWEIG DE 38104

CHRISTOPHER CALHOUN
2518 CAMPUS WAY N
BOWIE MD 20721

CHRISTOPHER GALVAN
2726 N. 52ND ST.
KANSAS CITY KS 66104

CHRISTOPHER GUECIA
102 FRANKLIN DRIVE
MULLICA HILL NJ 08062-9314

CHRISTOPHER HUBBARD
4623 DETROIT ST.
DEARBORN HEIGHTS MI 48125

CHRISTOPHER HUCKABAY
3400 E. RIVER VALLEY ST.
APT.
MERIDIAN ID 83646

CHRISTOPHER HUCKABAY
3400 E. RIVER VALLEY ST.
APT. B405
MERIDIAN ID 83646

CHRISTOPHER INGAR ALVAREZ
990 N.W. 14TH STREET
STE. 110
DORAL FL 33192

CHRISTOPHER KING
1075 ALDER ST
QUINCY WA 98848-1913

CHRISTOPHER LABB
1317 REED ST.
PHILADELPHIA PA 19147

CHRISTOPHER LYONS
21401 WHITE OAK DRIVE
REHOBOTH BEACH DE 19971

CHRISTOPHER OBLINGER
1429 WESTLAWN
MOUNT CLEMENS MI 48043

DORKSIDETOYS INC -


CHRISTOPHER RIBOT
19 ASPEN PL, APT 4-C
PASSAIC NJ 07055


CHRISTOPHER RICHARD
300 ONEIL BLVD., APT. 11
ATTLEBORO MA 02703


CHRISTOPHER RICHARD
300 ONEIL, APT. 11
ATTLEBORO MA 02703


CHRISTOPHER SANCHEZ
1418 CHESTNUT ST
4
EVERETT WA 98201


CHRISTOPHER SWATY
23100 WYLDWOOD DRIVE
LITTLE ROCK AR 72210


CHRISTOPHER THOMPSON
6714 RAYMOND AVENUE
SAINT LOUIS MO 63133


CHRISTOPHER WARD
7143 MINOT LANE
COLORADO SPRINGS CO 80916


CINDY MARTINEZ
1434 77TH STREET
LUBBOCK TX 79423


CLARENCE ER
4283 EXPRESS LANE
SUITE 7266-666
SARASOTA FL 34249-2602


CODY ALIDON
8105 228TH ST CT E
GRAHAM WA 98338-8029


CODY BROWN
1527 SE MAIN ST, UNIT 3
PORTLAND OR 97214

CODY CAMERON
2317 I ST
APT 1
SACRAMENTO CA 95816

CODY EDWARDS
2102 WEAVER RD.
HERRIN IL 62948

CODY GLAZE
532 EAVES ROAD
WHITMIRE SC 29178

CODY NILGES
114 WEATHERMAN DRIVE
WENTZVILLE MO 63385

COLE DAVIDHEISER
131 BRIDGE STREET, APT 2229
PHOENIXVILLE PA 19460

COLE WATSON
4277 RUDISILL ST
MONTCLAIR CA 91763

COLE WILLIAMS
116 FULWOOD DRIVE
FRANKLIN TN 37067

COLTON COMBS
2887 KENTUCKY 206
DUNNVILLE KY 42528

CONNER JOHNSON
615 N 6TH ST
CAMBRIDGE OH 43725-1409

CONNOR YOUNG
1401 LAKE POINTE WAY
APT 2
CENTERVILLE OH 45459-5825

COOPER NORTH
10814 LINDBROOK DRIVE
LOS ANGELES CA 90024-3007

COREY GARZA
908 KENT ST.
SWEENY TX 77480

COREY MARCOUREK
431 BROADWAY
TACOMA WA 98402

CORTNEY WELLS
7571 ELPINE GRAY DR
ARLINGTON TN 38002

CORY PRUNEAU
4660 WILCOX AVE.
SAINT LOUIS MO 63116

CORY SIMMONS
1921 WEST FULTON ST
CHICAGO IL 60612

COTY DEHERRERA
16294 WEST DURANGO STREET
GOODYEAR AZ 85338

CRAIG BOOTH
1861 SAN FILIPPO DR SE
PALM BAY FL 32909

CRAIG BRABANT
2718 CHAMBERLAIN AVE
MADISON WI 53705-3720

CRAIG HILTON
1138 PEMBROKE ST
UNIONDALE NY 11553

CRAIG RUSSELL
2060 WATERFORD
CASPER WY 82609

CRISTIANE COLLAZO
1103 NORTH 13TH STREET
READING PA 19604

DORKSIDETOYS INC -

CRISTINA ZAMUDIO
2655 TARPON DRIVE
MIRAMAR FL 33023-4570

CRISTO SILVA
602 S MANCOS PL
ANAHEIM CA 92806

CURT DEHART
302 1ST ST NW
FORT DODGE IA 50501

CURTIS DAVIS
601 N CONEFLOWER
ATHENS IL 62613

DADEN WENZL
1115 SW MEDFORD AVE
TOPEKA KS 66604

DAIVENY MONTE
7701 NW 15TH ST.
STE. CW281923
MIAMI FL 33106

DAKOTA BATCHLER
1937 SOUTH 31ST STREET
TERRE HAUTE IN 47803

DAMARIS BAILON VILLEGAS
10055 SOUTHWEST GARRETT STREET, APT. 10
PORTLAND OR 97223

DAMIEN DRAYTON
2589 CHALMETTE CT
UNIT 9
ROCKLIN CA 95677-3722

DAMON CHAN
348A DOUGLASS ST 3RD FLOOR
BROOKLYN NY 11217

DAMON CHIK
14 PROSPECT PLACE
BELLAIRE TX 77401

DORKSIDETOYS INC -


DAMON WHITAKER
4568 BANCROFT ST
SAN DIEGO CA 92116


DAN GRUMERETZ
15806 N. 36TH AVE.
PHOENIX AZ 85053


DAN KING
2719 HARVARD DRIVE
JANESVILLE WI 53548


DAN TRUJILLO JR.
11701 OXFORD AVE
HAWTHORNE CA 90250


DANIEL ANGUINO
1360 MARJORIE ST
HAMMOND WI 54015


DANIEL BEIN
1414 PREINTISS STREET
CAYCE SC 29033


DANIEL BERGMAN
3023 S RIDGE RD
NEWTON KS 67114


DANIEL BODON
5516 SPILLMAN AVE
SACRAMENTO CA 95819


DANIEL COFFIELD
5 MAYFIELD AVE
AKRON OH 44313


DANIEL CORONADO
34407 HARRIS HAWK LANE
MURRIETA CA 92563


DANIEL COTTAM
8811 COLESVILLE RD. APT. 8
SILVER SPRING MD 20910

DORKSIDETOYS INC -

DANIEL FANNIN
8510 S 143RD AVE
OMAHA NE 68138-3570

DANIEL FRANCE
3643 MANCHESTER DRIVE
BETTENDORF IA 52722

DANIEL JACOBVITZ
89 MAOLIS AVE
WEST BRIDGEWATER MA 02379

DANIEL JARROUS
40612 WINDSOR ROAD
TEMECULA CA 92591

DANIEL JONES
17147 GRAND VALLEY COURT
ROUND HILL VA 20141

DANIEL LOMAGNO
8355 LEFFERTS BLVD, APT 3A
KEW GARDENS NY 11415

DANIEL MCCLUNG
508 HACKNEY DR
SMYRNA TN 37167

DANIEL OMALLEY
45 DAVIS ROAD
SPARTA NJ 07871-3302

DANIEL QUINTERO
9103 BURKE ST
PICO RIVERA CA 90660

DANIEL REED
412 VANHORN ROAD
HOLTS SUMMIT MO 65043

DANIEL RODRIGUEZ
3905 DESERT NOMAD
EL PASO TX 79938

DORKSIDETOYS INC -

DANIEL RUBINTON
260 MAIN STREET
UNIT B
FRANKLIN MA 02038

DANIEL SOKULSKI
2498 HEATHER RIDGE DRIVE
NORMAL IL 61761

DANIEL TRUJILLO
11701 OXFORD AVE
UNIT D
HAWTHORNE CA 90250

DANIEL WOO
195 TALLOW WOOD DR
CLIFTON PARK NY 12065

DANIELA KIM FRAMIL
705 E 10TH ST
NEWTON KS 67114-2323

DANIELA ROSADO
2157 HARRISON AVE
SAN DIEGO CA 92113

DANIELLE ALVARADO
11830 BERTHA STREET
CERRITOS CA 90703

DANIELLE C
3918 HIGH POINT LN
HOUSTON TX 77053-1427

DANIELLE JOHNSON
203 SCARLET OAK DR
MONROE OH 45050

DANNY CARBAJAL
13424 RIDGEWAY MEADOWS DR
BAKERSFIELD CA 93314-9833

DANNY ZIMMERMAN
1015 11TH STREET WEST
WEST FARGO ND 58078

DORKSIDETOYS INC -

DARAIS PRINCE
119-49 UNION TURNPIKE , UNIT 9D
FOREST HILLS NY 11375

DARBY FRICKS
604 SAN SALVADOR DR
NORTH AUGUSTA SC 29841

DARIAN KOVACH
8233 CREEKSTONE LANE
BLACKLICK OH 43004

DARIN GREENE
3120 OLD CROW COURT
LEXINGTON KY 40502

DARRELL ARMENTROUT
104 COOPER DRIVE
SUMMERVILLE SC 29483

DARRELL WILDT
4843 LITTLETON WAY
SALIDA CA 95368

DARREN LAMBERT
142 N. CHURCH ST.
HAMDEN OH 45634

DARREN MURNELL
266 HARTLAND RD.
SAINT ALBANS ME 04971

DARRIN WELLS
29 SAGAMORE AVE.
WINTHROP MA 02152-1031

DAVE TEODORO
948 CHERRY GLEN TER
FREMONT CA 94536

DAVID ACKELS
3717 WAYNE AVE.
DAYTON OH 45420

DORKSIDETOYS INC -

DAVID ARCENEAUX
28 E. WINGED FOOT RD
PHOENIX AZ 85022

DAVID BRINKMAN
1036 OAKLEY AVE
DEERFIELD IL 60015-2904

DAVID CASTREJON
3613 DOVEWOOD ST.
BAKERSFIELD CA 93309

DAVID CASTROVINCI
20222 CHAPARRAL CIRCLE
PENN VALLEY CA 95946

DAVID COSGRAY
119 COUNTY ROAD 1078
OXFORD MS 38655

DAVID COYNE
7209 HARBOR BLUE PLACE
PICKERINGTON OH 43147

DAVID DANIELS IV
154 E. 29TH ST., APT. 17
NEW YORK NY 10016

DAVID ECKARD
831 1ST STREET SOUTHEAST
HICKORY NC 28602

DAVID FELIX
2425 S 17TH STREET
MILWAUKEE WI 53215

DAVID FERNANDEZ
6100 HAMPTON LEAS LN
COLUMBIA SC 29209

DAVID HANEY
5501 W 86TH CT
CROWN POINT IN 46307-1508

DORKSIDETOYS INC -

DAVID JOENS
15418 SOUTH 18TH PLACE
PHOENIX AZ 85048

DAVID LAPETINO
4316 CHAMPION RD
NAPERVILLE IL 60564

DAVID LUO
8218 GOLD TREE DR
HOUSTON TX 77036

DAVID MILLER
644 RURAL AVE S
SALEM OR 97302

DAVID MONTELLANO
670 NW 85TH PLACE, APT 108
MIAMI FL 33126

DAVID QUINN
236 JOHNSTON STREET, 4
ANNANDALE, AU 2038

DAVID ROBINSON JR
2708 WEBSTER ST, APT 2
MOUNT RAINIER MD 20712

DAVID ROJAS
11461 SPICER DR.
PLYMOUTH MI 48170

DAVID SCOTT
308 MARYLAND AVE
FAIRMONT WV 26554

DAVID STAGGS
2838 MADISON STREET NORTHEAST
ALBUQUERQUE NM 87110

DAVID TIMMER
1420 MORNINGSIDE DRIVE
BURBANK CA 91506

DORKSIDETOYS INC -

DAVID TOY
800 OAKLAND RD NE
CEDAR RAPIDS IA 52402

DAVID VALDEZ
7199 QUANTICO LANE N
OSSEO MN 55311

DAVID WHITTY
1338 MARENGO AVENUE
FOREST PARK IL 60130

DAVID WOROBEC
8 MAYO ST.
PORTLAND ME 04101

DAVID YOST
16907 THACKERY AVE
OAK FOREST IL 60452

DAVID YOST
16907 THACKERY STREET
OAK FOREST IL 60452

DAVIDSON ABRANTES
2844 SOUTH 1030 WEST
SUITE 148978
SALT LAKE CITY UT 84119

DAX TORRES
2768 W. HAYLEY CT.
WAUKEGAN IL 60085

DAYMEIN GREGORIO
4044 FORT CAMPBELL BLVD #215
HOPKINSVILLE KY 42240

DELBERT PARKS
3177 HIDDEN RIDGE TERRACE
ABINGDON MD 21009

DENNIS GRAHAM
72 AUDREY PL
DOVER NJ 07801

DORKSIDETOYS INC -

DENNIS LEE
317 SCARLET CT.
TOMS RIVER NJ 08753

DEREK BRODEUR
14 GOLDMINE RD
ASHBURNHAM MA 01430-1070

DEREK GREEN
182 ROSEDALE ST.
LEWISTON ME 04240

DEREK MOLINA
4201 NORTH 20TH STREET, UNIT 125
PHOENIX AZ 85016

DEREK SCHNEIDER
11437 SOUTH KI ROAD
PHOENIX AZ 85044

DEREK TREVINO
9323 SOMERSET ROAD
APT. 9308
SAN ANTONIO TX 78211

DEREK TREVINO
9323 SOMERSET RD. APT. 9308 BUILDING 9
SAN ANTONIO TX 78211

DEREK VERLANIC
2 PIO PICO WAY
PACIFICA CA 94044

DERIC COOK
6545 N SCOTTSVILLE ST
PARK CITY KS 67219

DERRICK VANWIE
136 FULLER ROAD, UNIT E
ALBANY NY 12205

DESMOND WASHINGTON
4145 UNION SQUARE BLVD
DUBLIN OH 43016

DEVIN BROOKS
2717B 5TH ST. NW, APT. 202
MINOT ND 58703


DEXTER MILLS
9277 GARRETT CREEK DR
MIDLAND GA 31820


DEXTER MILLS
390 17TH ST NW, UNIT 5066
ATLANTA GA 30363


DEYSI QUINONES ROLON
2633 GRIFFIN AVE.
LOS ANGELES CA 90031


DIAMOND
10150 YORK ROAD
STE 300
HUNT VALLEY MD 21030


DICK WONG
42356 SUNNYSLOPE DR
LANCASTER CA 93536


DICKSON KONG
9926 BROADWAY
TEMPLE CITY CA 91780


DIEGO SANCHEZ
3132 WEST IRIS AVE
VISALIA CA 93277


DINO A. FUNARI
17 HILLSIDE ROAD
HULL MA 02045


DINO FUNARI
17 HILLSIDE ROAD
HULL MA 02045


DION LEWIS
16 KATHY CT.
SAINT PETERS MO 63376

DORKSIDETOYS INC -


DOLF DODGE
3953 PEGG AVE
COLUMBUS OH 43214


DOMINIC TRUJILLO
967 WELCH CT
GOLDEN CO 80401


DON DEHAMER
14302 E HAWTHORNE ST
WICHITA KS 67230


DON DERMER
10320 SPENCER TRAIL PLACE
ASHLAND VA 23005-7475


DON HOUF
440 SKYLINE LANE
PICKERINGTON OH 43147


DON SAWYER
441 S CRAWFORD RD
HUMMELSTOWN PA 17103-6000


DONALD DAY
200 HEDGECOCK CT
SATELLITE BEACH FL 32937


DONALD GEORGE
155 OAK ST.
LILLY PA 15938


DONALD KEOHANE
16103 85TH STREET
HOWARD BEACH NY 11414


DONNIE KEENE
9111 FOX HILL RACE CT
MECHANICSVILLE VA 23116-3179


DONOVAN SNIDER
3775 FLORA VISTA AVE
APT 507
SANTA CLARA CA 95051

DORKSIDETOYS INC -

DORENE VIGLIONE
1737 BELMONT CIR SW
VERO BEACH FL 32968-6714

DOUG DALTON
620 GLENVIEW CIR
PLAINWELL MI 49080-1365

DOUG MALISZEWSKI
21756 GREEN STABLE SQUARE, APT 310
ASHBURN VA 20147

DOUG MCDANIEL
6160 E OAKWOOD DR.
DES MOINES IA 50327

DOUGLAS IMHOFF JR.
116 DRY HILL RD
NORWALK CT 06851

DRU TISCHER
1509 N MINNESOTA AVE
SHAWNEE OK 74804

DUSTIN CALAMIA
6700 GAMAY CIRCLE
FRISCO TX 75035-8019

DUSTIN COLLINS
425 BENJAMIN PLACE
MOUNT WASHINGTON KY 40047

DUSTIN DOWNEY
1223 E. SOPHOMORE CIR
SALT LAKE CITY UT 84117

DUSTIN EVANS
6611 MORGAN ROAD
EVERETT WA 98203

DUSTIN HORNER
1421 S WALNUT ST
SPRINGFIELD IL 62704

DORKSIDETOYS INC -

DUSTIN LINGENFELTER
250 HOLLY ST., APT. 102
NORTHERN CAMBRIA PA 15714

DUSTIN WENGER
1837 E TULANE DR
TEMPE AZ 85283

DWAYNE SMALLWOOD
353 CAMPBELL ST
STAUNTON VA 24401

DYLAN BRAME
50 WOODHAVEN DRIVE
ODESSA TX 79762

DYLAN DORN
705 NE 116TH CT
PORTLAND OR 97220

DYLAN MARTINUSEN
1550 SPRINGFIELD DRIVE
APT 59
CHICO CA 95928

DYLAN MAYER
4822 S SANDY CT
BROOKLINE MO 65619

ECLIPSE STRASSER
3672 NW TALAMORE TERRACE
PORTLAND OR 97229

EDDIE CAMPBELL
170 E. MAIN ST.
SUITE D #107
HENDERSONVILLE TN 37075

EDDY ROJAS
7000 WATER MEADOWS DR
FORT WORTH TX 76123-2979

EDWARD AGIN
7400 DUNFIELD AVE
LOS ANGELES CA 90045

DORKSIDETOYS INC -

EDWARD AGIN
7400 DUNFIELD AVE.
LOS ANGELES CA 90045

EDWARD ARENT
67 GARDEN RD.
ROCKY POINT NY 11778

EDWARD BROUSSARD
1008 LARCH LANE
DENTON TX 76209-1605

EDWARD DINKEL
929 LINDSAY LN
LANCASTER PA 17601

EDWARD KING
40 PAERDEGAT 7TH STREET
BROOKLYN NY 11236

EDWARD LIAN
7038 NW 50 STREET
MIAMI FL 33166

EDWARD NEPOMUCENO
4273 YARROW ST
WHEAT RIDGE CO 80033

EDWARD RAAB
1408 W. WARNER AVE. APT. 1W
CHICAGO IL 60613

EDWARD RAMIREZ
3349 LEXINGTON AVE, APT 3 REAR COTTAGE
MOHEGAN LAKE NY 10547

EDWARD WELLNER
38355 BURKLAND CT.
WESTLAND MI 48185

ELAINE FRAUSTO
6118 W NORWICH AVE
FRESNO CA 93723-8193

DORKSIDETOYS INC -

ELI WARD
2748 ROUTE 4
STAUNTON IL 62088

ELIANA CHAVEZ
8429 NW 68TH STREET
MIAMI FL 33166-2658

ELIZABETH ALAGIANNIS
540 WIER RD, APT 205
SAN BERNARDINO CA 92408

ELIZABETH MARTINEZ
975 NW 165 AVE.
HOLLYWOOD FL 33028

ELLA CARLETON
4210 UPSON RD
CARPINTERIA CA 93013

ELLIOT HUGLEN
5395 172ND STREET W
FARMINGTON MN 55024

ELLIOT NIKITIN
6731 GATE HILL CIRCLE
HUNTINGTON BEACH CA 92648

ELLIOT VASQUEZ
1505 BROADWAY STREET
APT 1R
BROOKLYN NY 11221

ELLIOT VAZQUEZ
205 ALBANY AVE, APT 6E
BROOKLYN NY 11213-2122

ELTHON CRUZ
893 S 2100 W
OREM UT 84059

ELVIN KUMAR
365TH STREET
#8868
BLAINE WA 98230

DORKSIDETOYS INC -

ELVIN KUMAR
5871, 130TH ST
SURREY, BC, CA V3X 0C4

EMILIO LOPEZ
2223 FLOREY LN
APT E11
ABINGTON PA 19001

EMMA CUMMINGS
3684 SOUTH LENOX STREET
MILWAUKEE WI 53207

EMMANUEL RIOS
396 W BASELINE
RUPERT ID 83350

EMMANUELLE J PEREZ
365 PEPPERMILL DRIVE
ROCK HILL SC 29732

ERIC BALTZ
6415 MOONGLOW DR
LAS VEGAS NV 89156

ERIC BAUER
902 NW 16TH ST
GUYMON OK 73942

ERIC BLAKE
3942F GARDENSPOT RD
LOON LAKE WA 99148

ERIC BOWLES
13722 W 158TH ST
OLATHE KS 66062

ERIC BRUCE
8 PERIMETER CENTER E #2112
ATLANTA GA 30346

ERIC EELLS
48 KILBRIDE LANE
MARTINSBURG WV 25403

ERIC FISHER
56582 859TH RD.
CARROLL NE 68723

ERIC GOLDSBY
3413 ABLIENE CIRCLE
NORMAN OK 73072

ERIC LIZARRAGA
323 BUENA VISTA ST.
GRASS VALLEY CA 95945

ERIC LYNNES
1431 WEST ECHO DRIVE
WHITE CLOUD MI 49349

ERIC MASON
3415 HIGHLAND AVE
DREXEL HILL PA 19026

ERIC MENDOZA
20 W. CHURCH ST. APT. 10
BERGENFIELD NJ 07621

ERIC MIRELES
9036 MILLERGROVE DR.
SANTA FE SPRINGS CA 90670

ERIC NAUMAN
902 THOMPSON ST
MARTINSBURG WV 25401

ERIC PLUMMER
204 ALTA VISTA DRIVE
WINCHESTER VA 22602

ERIC RAMIREZ
3755 MOUNT PISGAH RD
VIENNA IL 62995

ERIC TON
1045 MONTECITO DRIVE
SAN GABRIEL CA 91776

DORKSIDETOYS INC -

ERIC VELASCO
849 N 21ST ST
PHILADELPHIA PA 19130

ERICK GOMEZ
206 E RAYMOND ST
COMPTON CA 90220

ERIK AMELUNG
137 OXFORD RD
LEXINGTON OH 44904

ERIK WINATA
PO BOX 52692
IRVINE CA 92619-2692

ERNEST JACKSON
3481 MARCIA LOUISE DRIVE
SOUTHAVEN MS 38672

ERNESTO DELGADO JR
663 ESCUELA ST
SAN DIEGO CA 92102

ESTEBAN PINALES
3922 GENINE DRIVE
OCEANSIDE CA 92056

ESTELITO SANTOS
P.O. BOX 16816
CHESAPEAKE VA 23328

ESTELITO SANTOS
P. O. BOX 16816
CHESAPEAKE VA 23328

ETHAN SHREWSBURY
28641 PENDLETON ROAD
TRABUCO CANYON CA 92679

ETHAN SOUTHWELL
225 ELK CITY RD.
P. O. BOX 241
TOLEDO OR 97391

DORKSIDETOYS INC -


ETHAN SOUTHWELL
225 ELK CIT
P. O. BOX 241
TOLEDO OR 97391


ETHAN SOUTHWELL
225 ELK CITY RD
P. O. BOX 241
TOLEDO OR 97391-9542


EULER HERMES COLLECTIONS NORTH AMERICA
800 RED BROOK BLVD., STE. 400C
OWINGS MILLS MD 21117


EUSEBIO CHUELA
439 WEST ELM ST.
COMPTON CA 90220


EVAN GOMEZ
10009 BRANWOOD DRIVE
RIVERVIEW FL 33578


EVAN KWAK
2014 DEERFIELD DRIVE
BENSALEM PA 19020


EVIN GREEN
803 HEMPHILL RD
YPSILANTI MI 48198


EZEGUIEL MEDINA
228 WILLIS AVE, 2N
BRONX NY 10454


FAUSTO MATUTE
2 S GATE
SPRINGFIELD NJ 07081-2448


FEDEX
3965 AIRWAYS BLVD.
MODULE G, 4TH FLOOR
MEMPHIS TN 38116

DORKSIDETOYS INC -

FELIX SANCHE DE LA VEGA
45 RIDGE AVE.
PASSAIC NJ 07055

FERNANDO DIAZ CIRIN
10850 NW 21ST ST., STE. 100
ICC22987
MIAMI FL 33172

FERNANDO DIAZ CIRIN
10850 NW/ICC22987
MIAMI FL 33172

FERNANDO RUIZ
168 DEGRAY ST
HALEDON NJ 07508

FERNANDO RUIZ
168 DEGRAY STREET
HALEDON NJ 07508

FIRST HORIZON LOC
808 S CHURCH ST
MURFREESBORO TN 37130

FRANCIS LARSEN
8079 CLAY STREET
WESTMINSTER CO 80031

FRANK CLARK
805 REYNOLDS ROAD
STATESVILLE NC 28677

FRANK GAGLIANO
10410 S 111TH AVE
PAPILLION NE 68046

FRANK LLANTADA
8255 BARNWOOD LANE
RIVERSIDE CA 95208

FRANK OSWALD
3015 INGLESIDE DR.
CLEVELAND OH 44134

DORKSIDETOYS INC -


FRANK SCANDARIATO
2056 ARSDALE ROAD
WAXHAW NC 28173


FRED RABANAL
340 W TEAGUE AVE
FRESNO CA 93711


FRED SAULO
577 COTTAGE PARK DR
HAYWARD CA 94544-3508


FREDDY MARTINEZ JR.
15943 BROMAR ST.
LA PUENTE CA 91744


FUNDING CIRCLE
707 17TH STREET
SUITE 2200
DENVER CO 80202


FUNDING CIRCLE
PO BOX 1719
PORTLAND OR 97207


FUNDING CIRCLE USA
PO BOX 206536
DALLAS TX 75320-6536


GABRIEL CERVANTES
1159 PRUSSO STREET
LIVINGSTON CA 95334


GABRIEL MARTIN
20628 CHASE ST
LOWELL IN 46356


GABRIEL MCCREA
407 SNOW CREST TRAIL, APT. 407
DURHAM NC 27707


GABRIEL OSINAGA
8013 SLEEPY VIEW LN
SPRINGFIELD VA 22153

GABRIEL TONE
4395 70TH STREET
#27
LA MESA CA 91942

GABRIEL VILLANUEVA
5816 S AUSTIN AVE
CHICAGO IL 60638

GABRIELLA TEDROW
1541 S 13TH STREET
NEBRASKA CITY NE 68410

GARY GULTZ
10780 ESTUARY DR.
POMPANO BEACH FL 33076

GARY LYNN
8399 ALTON STREET
CANTON MI 48187

GAVIN ELKINS
12502 COLDWATER DRIVE
EVANSVILLE IN 47725

GEOFF NAVAJA
517 N 170TH CT
SHORELINE WA 98133

GEOFFREY MOTLUCK
11 COOPER TER
SICKLERVILLE NJ 08081

GEORGE ALEXANDER
8981 RAYMOND STREET
DETROIT MI 48213

GEORGE HERNANDEZ
993 ADAMS AVE
FRANKLIN SQUARE NY 11010

GEORGE O'CONNOR
441 PUTNAM AVENUE
BROOKLYN NY 11221

DORKSIDETOYS INC -


GEORGE RIVERA
6916 CORAL REEF WAY 2
ARVERNE NY 11692


GEORGE RIVERA
6916 CORAL REEF WAY #2
ARVERNE NY 11692


GEORGE THORNE
6245 GOODWIN DR.
COLUMBUS GA 31909


GEORGIA BROOKE GUINA
81 FORT VAN TYLE RD
PORT JERVIS NY 12771-3542


GIAMARCO ROJAS MORENO
1800 NW 133RD AVE, STE 100, DOOR 2
MIAMI FL 33182-2292


GIANNI TABIGNE
91-1841 KEAUNUI DRIVE
UNIT 607
EWA BEACH HI 96706


GILES GIFFORD
41 ACADEMY ST.
HALLOWELL ME 04347


GILL WICHI
1102 COYOTE RD
SAN JOSE CA 95111-1824


GLEN GONZALES
24035 FARM HILL RD
SPRING TX 77373


GLENDON BILL
54 CLAY LUCAS DRIVE
LONDON KY 40744


GLENN ALMANZAN
7961 PEBBLE BROOK CT.
SPRINGFIELD VA 22153

DORKSIDETOYS INC -

GLENN SLOCUM
14 FIFTH AVE
TOMS RIVER NJ 08757

GLENN WINKLER
5100 OLD BIRMINGHAM HWY, APT 201
TUSCALOOSA AL 35404

GRACE COMBS
87 BOTANY DRIVE
ASHEVILLE NC 28805

GRAHAM BLACKHURST
227 BRIARCLIFF DRIVE
SAINT CHARLES MO 63301

GREG BAYLESS
7400 BRUNSWICK
SAINT LOUIS MO 63119

GREG SLAVIK
11921 XEON ST NW
MINNEAPOLIS MN 55448

GREGORY CALDWELL
696 LAUREL AVE
DES PLAINES IL 60016

GREGORY SWANK
932 W. MACARTHUR AVE.
BLOOMINGTON IL 61701

GREIG FALLON
4 DANA DRIVE
SEWELL NJ 08080

GREY DAMON
4311 BEEMAN AVE
STUDIO CITY CA 91604

GUILLERMO DE ALBA
5802 BOB BULLOCK C1-6101
LAREDO TX 78041

DORKSIDETOYS INC -

GUILLERMO GORRIO
1815 GROSS LANE
CONCORD CA 94519


GUSTAVO FREITAS
653 RAINTREE CT.
BUFFALO GROVE IL 60089


HADDATH GOMEZ
3700 BEACON AVE, APT 134
FREMONT CA 94538


HAMLET ORLOSKI
3135 LARCHMONT LANE
SAN PABLO CA 94806


HANSRYAN HILTL
509 LONGFELLOW DRIVE
O FALLON IL 62269


HASBRO
ONE HASBRO PL
PROVIDENCE RI 02903


HEATHER LOUDENSLAGER
168 MEADOW RIDGE COURT
POWELL OH 43065


HECTOR LOMELI
7111 ALMERIA AVE
FONTANA CA 92336


HENRY THANG
5721 IMMERSION LOOP
SAN JOSE CA 95119


HERMES QUEZADA
1637 S. CANDLESTICK WAY
WAUKEGAN IL 60085


HERMINIE GOUDEAU
2 RUE PAUL VAILLANT COUTURIER, WEBEDIA
LEVALLOIS-PERRET, FR 92300

DORKSIDETOYS INC -


HOLLY DAHM
1729 34TH ST SW
WYOMING MI 49519


HOWARD STORIE
14941 SUNNYCREST LANE
HUNTINGTON BEACH CA 92647


HUGO VILLALOBOS
207 S. WESTCOTT AVE
LOS ANGELES CA 90022


HUMBERTO CORTES
4793 FALCONVIEW CT.
FONTANA CA 92336


HUNTER GREGORY
238 PHEASANT RUN DR.
BLACKSBURG VA 24060


IAN KEUSINK
436 S. WYNOOSKI ST.
` OR 97132


IAN MANZANO
68 SCOTTS VLY
HERCULES CA 94547


IAN O'REILLY
43774 DORISA CT
NORTHVILLE MI 48167


IAN ROBERTS
111 TWINFLOWER DRIVE
TAYLORS SC 29687


IAN TUDOR
1121 NORTH LA CIENEGA BOULEVARD, 207
WEST HOLLYWOOD CA 90069


ISA GOODEN
1172 WHITEHALL HILL RD
YORK SC 29745

ISHA WRIGHT
4000 WATONGA BLVD, APT 1809
HOUSTON TX 77092

ISHWAR HASSAMAL
2709 GLASSMAN LN
RALEIGH NC 27606-8805

ISRAEL MATIAS
1102 15TH ST. SW
ZONES INC. STE. 102
AUBURN WA 98001

ISRAEL TONCHE
9635 COAHUILA ST.
HOUSTON TX 77013

J MILLER
73 BUFFALO AVE
EAST ATLANTIC BEACH NY 11561

J TAMAS
139 N SUNSET DR
ITHACA NY 14850

J VAN DYKE
2246 CALVERT
DETROIT MI 48206

JACK DUPLESSIS
6 GREENBRIER COURTS
NEW ORLEANS LA 70131

JACOB IACOBUCCI
33 DANYA DR.
WEST GREENWICH RI 02817

JACOB MURRAY
5749 CORENTINE CIR
KEANRS UT 84118

JACOB NIXON
2134 MADISON AVE
KANSAS CITY MO 64108

DORKSIDETOYS INC -

JACOB NUNN
432 SUTTER HOLLOW RD.
GOODMAN MO 64843

JACQUELINE CARDENA
3736 HUNTERS ISLE DRIVE
ORLANDO FL 32837

JACSON MILLARD
1915 6TH STREET SOUTHWEST
ALTOONA IA 50009

JAKE COX
303 S PARK ST
SAINT AUGUSTINE FL 32092

JAKE PRICE
5706 CATSKILL CT.
DURHAM NC 27713

JAMES BERBERT
20504 ANNDYKE WAY
GERMANTOWN MD 20874

JAMES BURTON
17922 S MILLER RD
BELTON MO 64012

JAMES CHEUVRONT
4491 VETO RD
VINCENT OH 45784-5127

JAMES DALTON
177 SHADOW LAKE DR.
MASON OH 45040

JAMES DALY
3719 W EL CAMINO DR
PHOENIX AZ 85051

JAMES DIAZ
582 AVENUE E
BAYONNE NJ 07002

DORKSIDETOYS INC -

JAMES FRAZIER
117 DERBY LN
WEST PALM BEACH FL 33411

JAMES GEISDORF
777 S CAMINO REAL
APT. 5
PALM SPRINGS CA 92264

JAMES GEISDORF
777 S. CAMINO REAL, APT. 5
PALM SPRINGS CA 92264

JAMES KAISER II
6355 BADNUR DRIVE
JACKSONVILLE FL 32210-3873

JAMES KIDD
41365 HOLIDAY CT
LEONARDTOWN MD 20650

JAMES LEONHARD
103 S PETERS AVE
FOND DU LAC WI 54935

JAMES MYERS
502 SOUTH PARK LANE
DEXTER MO 63841

JAMES NEWSOME
2607 BENT OAKS DR
COLONIAL HEIGHTS VA 23834-1702

JAMES O NORMAN
2209 OLD UNIONVILLE RD
SHELBYVILLE TN 37160

JAMES PARKINSON
1920 W RUSSET CT
APT 7
APPLETON WI 54914

JAMES RUSSELL
8018 BRIGGLE AVE SW
EAST SPARTA OH 44626

DORKSIDETOYS INC -

JAMES RYAN
16645 SUNSET BLVD
PACIFIC PALISADES CA 90272

JAMES SOLBAKKEN
6622 PINE RIDGE DRIVE
DENVER NC 28037

JAMES TRAMEL
506 MILLER ROAD
SMITHVILLE TN 37166

JAMES WILSON
968 DAVIS HILL RD.
IRONTON OH 45638

JAMISON PARKER
3845 E WHIPPOORWILL LANE
BYRON IL 61010

JAN YUEN
7003 15TH AVE, 1ST FLOOR
BROOKLYN NY 11228

JARED HUGHES
407 PONTIAC STREET
JOLIET IL 60432

JARED LASHLEY
2915 SAINT REGIS RD
GREENSBORO NC 27408

JARED MEZA
7414 LUXOR STREET
DOWNEY CA 90241

JARED PACE
814 NORTH B STREET
OSKALOOSA IA 52577

JAROD PAYNE
13560 E BAKERVILLE RD
MOUNT VERNON IL 62864-6448

DORKSIDETOYS INC -

JARRETT HOLDER
470 THRASHER CT
WILMINGTON NC 28403

JARROD HUMPHRIES
2065 SARAGOSSA ROAD
NAUVOO AL 35578

JARVIS WRIGHT
28 CHALMERS STREET
MANCHESTER CT 06040-6421

JARYD ZAPATKA
19025 129 ST. E
BONNEY LAKE WA 98391

JASON BOYD
74 MISTY PINE RD
FAIRPORT NY 14450

JASON EARL
32 SEQUOIA DRIVE
HUNTINGTON WV 25705

JASON FASENMYER
2208 BOULEVARD RD SE
OLYMPIA WA 98501

JASON GABER
28102 142ND PL SE
KENT WA 98042

JASON GEYER
1604 MARSHAD DRIVE
ALLEN TX 75002

JASON GREEN
111 BALSAM LN
TOBYHANNA PA 18466

JASON HOUSIANITIS
2461 HUNTING HORN WAY
VIRGINIA BEACH VA 23456

DORKSIDETOYS INC -

JASON KING
PO BOX 645
EAST WAREHAM MA 02538

JASON LAJTER
6014 UNION RIDGE DR.
HOKAH MN 55941

JASON LEIBA
9174 PRISTINE CIR
ORLANDO FL 32818

JASON NAZAROF
6941 N KENNETH AVE
LINCOLNWOOD IL 60712

JASON PAYNE
8612 S FORK CT
FREDERICKSBURG VA 22407

JASON PORTER
6781 NORTH SHORE TRAIL
FOREST LAKE MN 55025

JASON POULIN
2177 WHITE PINE CIRCLE, APT B
WEST PALM BEACH FL 33415

JASON REGINA
6042 KENNEDY AVE
EXPORT PA 15632

JASON REYES
8737 MILBANKE DR SE
OLYMPIA WA 98513

JASON SALINAS
11402 COMANCHE TRAIL
SAN ANTONIO TX 78245

JASON SLAUGHTER
2308 LONDON LANE
CEDAR PARK TX 78613

DORKSIDETOYS INC -

JASON SOLOMON
1953 NORTH RD.
CORNISH ME 04020

JASON SULLIVAN
16 ELM STREET
ARAGON GA 30104

JASON TORNIN
2 HAZEN PLAZA #10F
NEW YORK NY 10009

JASON TRAN
22810 CYPRESS DR.
CARSON CA 90745

JASON WARDELL
449 DELLE DR 3206
CRESTLINE CA 92325-9617

JASON WATTS
313 AUTUMNWOOD LANE
RAINBOW CITY AL 35906

JAVIER GONZALEZ
2517 STRIVENS AVE
MODESTO CA 95350

JAYCE GARCIA
503 SOUTH TREMONT STREET
KEWANEE IL 61443

JEAN BONILLA
1810 MARLANDWOOD ROAD
APT 6201
TEMPLE TX 76502

JEFF DAW
15631 ASH WAY APT B503
LYNNWOOD WA 98087

JEFF JOHNSON
1989 QUILL CT
KANNAPOLIS NC 28083-6999

DORKSIDETOYS INC -

JEFF LASSITER
2608 WEST 34TH ST
DAVENPORT IA 52806

JEFF MARSHE
135 BREMER STREET
MANCHESTER NH 03102

JEFF WINTERS
1110 WHIRLWIND ROAD
GREENEVILLE TN 37743

JEFFERSON LOPEZ
6203 PERMA DRIVE
LOUISVILLE KY 40218

JEFFREY E. DANIEL
6120 DEANSBORO DR.
WESTERVILLE OH 43081

JEFFREY FAIR
4212 74TH AVE CT NW
GIG HARBOR WA 98335

JEFFREY LASLETT
16848 BRADY
REDFORD MI 48240

JEFFREY MAUER
672 JEFFERSON HEIGHTS AVE.
NEW ORLEANS LA 70121

JEFFREY PINEDA-HERNANDEZ
4605 S. PRIEST DR.
LOT 273
TEMPE AZ 85282

JEFFREY REYES
2 ELMWOOD PK DRIVE, 313
STATEN ISLAND NY 10314

JEFFREY WEAVER
4520 SHERWOOD FOREST BLVD BOX 140
SUITE 104
BATON ROUGE LA 70816

DORKSIDETOYS INC -

JEFFREY WINN
68300 RODEO RD
CATHEDRAL CITY CA 92234

JENA SKARDA
1912 SUZANNE DRIVE
WEATHERFORD OK 73096-2327

JENNIFER MCDONOUGH
81 JUNIPER DR
NORWOOD MA 02062

JEREMIAH BINNING
714 NW 3RD ST.
MINOT ND 58703

JEREMIAH NESTER
522 HUNTINGTON RD.
ATHENS GA 30606

JEREMY BIVINS
184 PINE ST.
DUNMOR KY 42339

JEREMY COLLINS
1426 PARISH RD.
KAWKAWLIN MI 48631

JEREMY CURNEAL
6117 TOPHER TRAIL
MULBERRY FL 33860

JEREMY HUCK
4246 S 84TH ST
GREENFIELD WI 53228

JEREMY MCMILLION
3221 W RALEIGH HL
PEORIA IL 61604

JEREMY OLIVERA
129 WHITE OAK DRIVE
LAKE JACKSON TX 77566

DORKSIDETOYS INC -

JEREMY RACICOT
1468 ALETHA DRIVE
JACKSONVILLE FL 32211

JEREMY SHEELEY
903 S LYNN STREET
CHAMPAIGN IL 61820

JEREMY SMITH
330 YELLOW CREEK ROAD
JAMESTOWN TN 38556

JEREMY ZERINGUE
701 BROADMOOR AVE
HOUMA LA 70364

JERETT PRICE
13004 23RD AVE NE
SEATTLE WA 98125

JEROME GRADY
105 CHURCH ST
BROOKLYN MD 21225

JERRELL RAY
1326 RESCUE ST
PITTSBURGH PA 15212

JERRY CAPITO
4202 CURLIFF DR.
LOUISVILLE KY 40218

JERRY STEPHENS
6034 TYLER POINT DRIVE
HAMILTON OH 45011

JERRY STEPHENS
6034 TYLER POINT DR.
HAMILTON OH 45011

JESSE BRIDGES
190 CLEARVIEW RD.
TRAVELERS REST SC 29690

DORKSIDETOYS INC -

JESSE MERSIER
2501 VETERANS MEMORIAL PKW., 821, 821
TUSCALOOSA AL 35404

JESSE NORIEGA
3522 CREEKSIDE CT.
BEDFORD TX 76021

JESSE SINGER
4863 CYPRESS ST
ALLENTOWN PA 18106

JESUS JUAREZ
2052 N REDDA RD
FRESNO CA 93737

JESUS MARIN
511 E. CLIFF DR.
EL PASO TX 79902

JESUS MERCADO
14437 MCNAIR ST.
HOUSTON TX 77015

JESUS RODRIGUEZ
855 NORTH CICERO AVE.
CHICAGO IL 60651

JHENSEN SANTIAGO
223 RYAN WAY
GOLDSBORO NC 27534

JILL EASTLUND
1491 CREST DRIVE
CHASKA MN 55318

JIM GURKA
111 TROXELL VALLEY RD
ANDREAS PA 18211

JIM HESTON
724 FIELDSTONE DR
HEWITT TX 76643-3989

JIM LONG
8423 NW 68TH ST
G106158
MIAMI FL 33166


JIM LONG
8423 NW 68TH ST. G106158
MIAMI FL 33166


JIMMY FELIX
1142 W 14TH ST
LOS ANGELES CA 90044


JOE DENTON
159 GREEN ST
HUDSON NY 12534-2330


JOE DEPASQUALE
7618 GRASSY BANK STREET
LAS VEGAS NV 89139


JOE GILK
149 COUNTRY GREEN DR.
YOUNGSTOWN OH 44515


JOE KAUFFMAN
3015 W. HOYEM LANE
EAU CLAIRE WI 54703


JOE MURPHY
6230 BELMORE ST. SW
OLYMPIA WA 98512


JOE PONCE
11601 W. HWY 290
STE A101-348
AUSTIN TX 78737


JOE SELLERS
105 LAKEWOOD DRIVE
MONETA VA 24121-2904


JOEL ACKLEN
1807 BAYLOR DRIVE
ARLINGTON TX 76010

DORKSIDETOYS INC -

JOEL CORCINO
440 CALLE VIENTO
MORGAN HILL CA 95037

JOEL DAVIS
115 HARVARD DRIVE
SPARTANBURG SC 29306

JOEL DIAZ
640 MARION PLACE
GLENDORA CA 91740

JOEL THOMPSON
7676 STOW ACRES PL
PICKERINGTON OH 43147

JOEY PINTO
64 TALCOTT ROAD
PORT CHESTER NY 10573

JOEY PINTO
64 TALCOTT RD.
PORT CHESTER NY 10573

JOHAN JEAN
28 BURDETTE STREET
GREENVILLE SC 29611-4749

JOHAN MARTINEZ
4724 GOYA PARKWAY
SACRAMENTO CA 95823

JOHN BAMBAUER
1 S PARK LN
NANUET NY 10954

JOHN BERGSTROM
1019 BRYNHILL DRIVE
OREGON WI 53575-3895

JOHN BERNARDINI
8643 READ RD
PO BOX 233
EAST PEMBROKE NY 14056

DORKSIDETOYS INC -

JOHN BOGLEY
1104 RIVERBOAT CT
ANNAPOLIS MD 21409

JOHN BOGLEY
1104 RIVERBOAT CT.
ANNAPOLIS MD 21409

JOHN CHAVEZ
14417 HORST AVE
NORWALK CA 90650

JOHN CUBITO
20 BRIGHTON DR
UNIT 2303
NEWBURGH NY 12550

JOHN FOUNTAIN JR.
1115 KENNESAW RIDGE RD, #203
COLUMBIA MO 65202

JOHN GARZILLO
235 DARLINGTON AVE.
RAMSEY NJ 07446

JOHN GERMANY
5406 MANDEL STREET
SACRAMENTO CA 95835

JOHN GOMEZ
346 CADY MOUNTAIN RD.
P. O. BOX 2692
FRIDAY HARBOR WA 98250

JOHN KERE LAMPHEAR
4748 OLD BENT TREE LN, #401
DALLAS TX 75287

JOHN KROPOSKY
214 VOSBURG RD
TUNKHANNOCK PA 18567-6714

JOHN LOBO
55 DICKINSON AVE.
PROVIDENCE RI 02904

DORKSIDETOYS INC -

JOHN LOPEZ
1115 EVERGREEN OAKWAY
DACULA GA 30019-3137

JOHN MAFI
4281 EXPRESS LANE, SUITE L8168
SARASOTA FL 34239

JOHN MATA
7308 CAPISTRANO AVE
WEST HILLS CA 91307

JOHN MILLER
114 COMMERCIAL BLVD
MARTINEZ GA 30907

JOHN MORRIS
5713 WHITMAN TERRACE
MERCHANTVILLE NJ 08109

JOHN PERDUE
6509 WINDMILL DR.
COLLEGE GROVE TN 37046

JOHN PETROSKI
184 FERGUSON AVE
SHAVERTOWN PA 18708-1115

JOHN SANTORA
39 WOLVERINE STREET
STATEN ISLAND NY 10306

JOHN SIMONSON
265 JONES ROAD
MATHIS TX 78368

JOHN SMART
1071 RECKINGER RD
AURORA IL 60505

JOHN SPARKS
320 EVERETT ST
CALDWELL ID 83605

DORKSIDETOYS INC -


JOHN STRAND
69 GRAND AVE
HARTFORD WI 53027


JOHN VAUGHN
911 GEORGE AVE
ESSEX MD 21221


JOHN WHEELER
2712 CREEKSTONE CIRCLE
LA GRANGE KY 40031-9301


JOHN WILKERSON
5716 MAPLE BROOK DRIVE
MIDLOTHIAN VA 23112


JOHN WILLIAMS
754 N GROVETON AVE
SAN DIMAS CA 91773-1716


JOHNNY AND KIM SMITH
138 MAPLE HILL RD.
PENROSE NC 28766


JOHNNY BRULL
24722 SAN VINCENT LANE
MISSION VIEJO CA 92691


JOHNNY REYNOLDS
11523 EXETER AVE. NORTHEAST
SEATTLE WA 98125


JOHNSON KWOK
2322 TULIP RD.
SAN JOSE CA 95128


JON KINNAIRD
420 SOUTH ARLINGTON AVE
SPRINGFIELD OH 45505


JON LAHTI
28 TREMONT AVE.
BUFFALO NY 14217

DORKSIDETOYS INC -

JON NEWMAN
220 GREENBRIER
CAPE GIRARDEAU MO 63701

JON WESTERINEN
6405 OLD OAKEN PL.
ORANGEVALE CA 95662

JONAH HARRIS
106 ARCADE STREET
GADSDEN AL 35903

JONATHAN ARMITAGE
49 SALISBURY ST.
REHOBOTH MA 02769

JONATHAN CARDOSO
4283 EXPRESS LANE, SUITE 6460-360
SARASOTA FL 34249

JONATHAN CREWS
7425 CORPORATE BLVD.
STE. 800
BATON ROUGE LA 70809

JONATHAN ECKEL
12454 MARVA AVE
GRANADA HILLS CA 91344

JONATHAN HUMISTON
75 RUE DU CHATEAU
ALISO VIEJO CA 92656

JONATHAN POROTOSKY
1435 AMBERWOOD LN
PAINESVILLE OH 44077

JONATHAN SELLERS
192 N. 6TH ST. #3
BROOKLYN NY 11211

JONATHAN THOMAS
999 FOX TRACE CT
PORT ORANGE FL 32127

DORKSIDETOYS INC -


JONATHAN WIGAL
1555 COALESWAY DR.
MOBILE AL 36693


JONATHAN ZARAGOZA
8121 ALLENGROVE ST.
DOWNEY CA 90240


JONATHON NORDYKE
208 OLIVE MILL LANE
OJAI CA 93023-3363


JORDAN DEAN
1200 COLLEGE PKWY
APT 213
LEWISVILLE TX 75077-4101


JORDAN FRASER
5638 CHIPPENHAM CT SW
LILBURN GA 30047


JORDAN HAUN
704 TRINITY CIR
APT 1002
ARLINGTON TX 76006-2182


JORGE L ORTIZ
11751 SW 254TH ST
HOMESTEAD FL 33032-5775


JORGE PEREZ
4201 COLLINS AVE., APT. 1203
MIAMI BEACH FL 33140


JORGE SUAREZ
8510 COSTA VERDE BLVD, APT 2432
SAN DIEGO CA 92122


JOSE ALMONTE
25A IRVING PLACE
DANBURY CT 06810


JOSE AMAYA
2255 COTTAGE WAY
VISTA CA 92081

DORKSIDETOYS INC -

JOSE CORRETJER
6060 TOWER COURT, 1006
ALEXANDRIA VA 22304

JOSE GARCIA
1015 CABANA AVE.
LA PUENTE CA 91744

JOSE HERNANDEZ
5247 SW 92ND AVE
MIAMI FL 33165

JOSE ROCHA
5009 S LECLAIRE AVE
CHICAGO IL 60638

JOSEPH ASTON
7401 SUNGOLD MEADOW CT
APOLLO BEACH FL 33572

JOSEPH BRADFORD
1208 GLENN AVE.
LEWISBURG TN 37091

JOSEPH BROWN
211 SUTTON HILL ROAD
NORTH ANDOVER MA 01845

JOSEPH CORNACE
403 GULF
LAMAR MO 64759

JOSEPH DE LA TORRE
232 W WEDGEWOOD AVE.
SAN GABRIEL CA 91776

JOSEPH DE LA TORRE
232 W WEDGEWOOD AVE.
SAN GABRIEL CA 91776-1322

JOSEPH EDHOLM
994 COSTA MESA LN
KISSIMMEE FL 34744

JOSEPH ESPOSITO
26 CANTERBURY AVE
STATEN ISLAND NY 10314

JOSEPH GLOVER
302 LINCOLN AVE.
TROY OH 45373

JOSEPH GUITRON
968 KUMARA ST.
MANTECA CA 95337

JOSEPH LAPEGNA
2249 SOLARA LANE
VISTA CA 92081

JOSEPH MAHONEY
759 AVINGTON LANE NORTHEAST
LELAND NC 28451

JOSEPH MARQUEZ
28882 WATERFORD ST.
MENIFEE CA 92584

JOSEPH MARTINEZ
41117 OAK CREEK ROAD
MURRIETA CA 92562

JOSEPH MCINNIS
6259 VINELAND AVE
APT 1
NORTH HOLLYWOOD CA 91606

JOSEPH MERCIER
353 LIONEL ALLEN WAY
MADISON AL 35757

JOSEPH RICCIARDI
370 HERRICKS RD
MINEOLA NY 11501

JOSEPH SAMBRANO
3003 JADEWOOD COURT
B
AUSTIN TX 78748

DORKSIDETOYS INC -

JOSEPH TIMPANI
10 HIGH STREET
ASHAWAY RI 02804

JOSEPH TODARO
10619 JOHN AYRES DR.
FAIRFAX VA 22032

JOSEPH WEDEL
904 WEST 17TH ST.
NEWTON KS 67114

JOSH BERENBACH
144 BICENTENNIAL WAY
CAMERON NC 28326

JOSH GETH
1015 WANDERER DRIVE
DELTONA FL 32738

JOSH HARDIN
6312 CHIEF TUCKER AVE
RIVERBANK CA 95367

JOSH MORRISON
138 AUGUSTINE CT.
KEARNEYSVILLE WV 25430

JOSH MUNDY
1617 W. CULVER ST.
PHOENIX AZ 85007

JOSH PATTERSON
721 E TURNER RD
WINDSOR KY 42565

JOSH T SMITH
7007 STANWOOD DRIVE
COLUMBIA MO 65203

JOSHUA CACCIATORE
5031 WIEBER CT.
FORT MILL SC 29715

JOSHUA COLE
3705 GAMBLE LANE
LAFAYETTE IN 47909


JOSHUA DECKER
9802 LAURANDREW CT
HENRICO VA 23228


JOSHUA GANO
9025 NW 82ND ST
YUKON OK 73099


JOSHUA GEGEN
14843 MEADOWS WAY
CORONA CA 92880


JOSHUA GOMES
16 TURANO AVE
WESTERLY RI 02891-1614


JOSHUA HAMMONTREE
5917 LOICE LANE
KNOXVILLE TN 37924


JOSHUA HOGAN
9757 STAFFORD CENTRE DR
STAFFORD TX 77477-5030


JOSHUA HUDSON
205A EDGEWOOD AVE
METHUEN MA 01844


JOSHUA OLIVER
2633 FREMONT AVE.
MINNEAPOLIS MN 55411


JOSHUA SEARLS
3554 ALDER PLACE
CHINO HILLS CA 91709


JOSHUA TENHET
4020 CLINTON LANE
SPRING HILL TN 37174

DORKSIDETOYS INC -

JOSHUA WHYTE
825 CLOCKS BLVD
MASSAPEQUA NY 11758

JOURNEY GOFF
5236 N BRITTON RD
UNION GROVE WI 53182-9596

JP DILLINGHAM
637 34TH AVE CT W
MILAN IL 61264

JP MONROY
743 LAS PALMAS DR.
VISTA CA 92081

JUAN BARBA
29164 JAMESONITE CIR
MENIFEE CA 95284

JUAN CASTILLO
80 LEDYARD ST.
APT. 2
NEW LONDON CT 06320

JUAN CHAVIRA
540 WOODBERRY CIRCLE
RAEFORD NC 28376

JULETTA HERROLD
59 TOWNSEND RD.
MC ARTHUR OH 45651

JULIAN AMBROSE
3400 LEFRINGHOUSE LANE
NEW BERN NC 28562

JULIAN CERDA
873 WHITESTONE DRIVE
VALPARAISO IN 46383

JULIANA MARCELLI
2122 70TH ST
BROOKLYN NY 11204

DORKSIDETOYS INC -

JUSTIN COLBURN
1305 9TH AVENUE
JASPER AL 35501

JUSTIN DONLEY
121 BEECHWOOD BLVD
STEUBENVILLE OH 43953

JUSTIN FREED
600 MINE STREET
POTTSVILLE PA 17901

JUSTIN FRUEHAUF
2069 NEW CASTLE RD
C/O TATE-JONES INC
PORTERSVILLE PA 16051

JUSTIN GONZALEZ
40 DUTCHESS ST
ROOSEVELT NY 11575

JUSTIN HALLEY
2014 W SAN ANTONIO ST
LOCKHART TX 78644

KABBAGE
730 PEACHTREE ST NE
#1100
ATLANTA GA 30308

KAREN SCHLEUDER
911 NORTHEAST DOGWOOD LANE
TOPEKA KS 66617

KARL BIELMAN
439 WEST TENTH
TRAVERSE CITY MI 49684

KARL GUILER
262 S MADISON AVE
LOUISVILLE CO 80027

KARL SCHMIDT
4711 ST JOSEPH CREEK 3H
LISLE IL 60532

DORKSIDETOYS INC -

KARLA PENA
12759 MEADBURY DRIVE
MORENO VALLEY CA 92553

KASEY MOORE
411 S DOUGLAS AVE
MOUNT PROSPECT IL 60056-2853

KATHLEEN PEREZ
1170 SE 11TH AVE
CANBY OR 97013

KATHRYN PINGOL-JACKSON
5026 SW 122ND TER
COOPER CITY FL 33330

KATHY DUDA
525 TEXAS ROAD
EASTON PA 18042

KEEFER KOPCO
607 MILLERS LANE
PITTSBURGH PA 15239

KEITH OJEDA
1008 JOHNSON ST
FORT WORTH TX 76126

KELLY GREATHOUSE
88 SCARLET DRIVE
POCA WV 25159-7574

KENNETH DAVIS
316 WILLOW GROVE CHURCH RD.
SEMINARY MS 39479

KENNETH DUTKO
2021 FELICIA AVENUE
YOUNGSTOWN OH 44504

KENT MATZINGER
1712 DALLAS AVE
CHARLOTTE NC 28205

DORKSIDETOYS INC -

KENT RAY
1616 CHERRY LANE
SHELBYVILLE KY 40065

KEVAN KOOPAEI
1114 BUNTON ST
HOUSTON TX 77009-4917

KEVIN COLLIER
108 ROSCOMMON DR
BRISTOL TN 37620

KEVIN CORNELL
2018 N 81ST COURT
OMAHA NE 68134

KEVIN DAVIDSON
10007 KENT TOWNE LANE
SUGAR LAND TX 77498

KEVIN LONG
3527 29TH CT S
LA CROSSE WI 54601

KEVIN LYTLE
27590 PLYMOUTH
LIVONIA MI 48150

KEVIN MARTINEZ
9200 SW 22ND TERRACE
MIAMI FL 33165

KEVIN MCCARTHY
800 SOMERSET CT
TRENTON OH 45067

KEVIN MOLINA
900 BLACKSON AVE, #16666
AUSTIN TX 78752

KEVIN MOUA
601 GREG THATCH CIRCLE
SACRAMENTO CA 95835

DORKSIDETOYS INC -

KEVIN WONG
88 E BAY STATE STREET
ALHAMBRA CA 91801

KHALIL BAGLEY
316 GRANDVIEW AVE
STATEN ISLAND NY 10303

KHAY TRUONG
6419 AVON RD
NORFOLK VA 23513

KIM MCBRIDE
26457 LEGION RD
SUNMAN IN 47041

KINGMAN TSANG
1408 SHEFFORD RD
BALTIMORE MD 21239-1434

KIRK COTHERN
11440 BLANKENBAKER ACCESS DRIVE, 603
LOUISVILLE KY 40299

KLARISSA SOUZA
16259 STAGE RD
FOREST RANCH CA 95942

KODI GAGLIARDI
777 CLEVELAND ST
TRINIDAD CO 81082

KORY WISE
300 SOUTH TOWNSHIP RD 113
TIFFIN OH 44883

KRISTEN DEMEZA
750 N KING RD, APT 104
SAN JOSE CA 95133

KRISTIAN KENYON
25022 NW 2ND AVE
NEWBERRY FL 32669

KURT WALRATH
430 CROSBY ROAD
CATONSVILLE MD 21228

KYLE A FERRO
5706 EMERALD BROOK LN
LEAGUE CITY TX 77573-1899

KYLE BRADLEY
6654 OWL CT
RIVERSIDE CA 92509-0433

KYLE D WORTHINGTON
11801 E 48TH ST
KANSAS CITY MO 64133

KYLE EDWARDS
5301 LINDER MCCURDY RD.
APPLING GA 30802

KYLE GLASER
104 WALDORF STREET
PITTSBURGH PA 15214-1924

KYLE KOZA
94-302 PAIWA ST. STE. 1210
WAIPAHU HI 96797

KYLE PETTIT
1306 DALTON DRIVE
NORMAL IL 61761-1810

KYLE SESSOMS
5212 OAKBROOK DRIVE
PLAINFIELD IL 60586

KYLE SKINNER
2808 SIERRA AVE
PLAINFIELD IL 60586

KYLE SUGG
700 CHICAGO ST
DEWITT IL 61735

DORKSIDETOYS INC -


KYLE VINTON
325 OAKHURST DRIVE
MURPHY TX 75094-4479


KYLE WILSON
5 ROOSEVELT PLACE
APT. 4-H
MONTCLAIR NJ 07042


KYLE WORTHINGTON
11801 E. 48TH ST.
KANSAS CITY MO 64133


LANE FROST
2409 MALLARD LANE
APT 7
DAYTON OH 45431


LARAMIE DEAN
10525 EDISON WAY
NORTH HOLLYWOOD CA 91606


LARONE THOMPSON
2410 PALM GROVE AVE
LOS ANGELES CA 90016


LARRY SMITH
4903 CATALPA DRIVE
SAINT CLOUD FL 34772-7503


LAUREN OROZCO
23130 BARRINGTON BLUFF TRAIL
SPRING TX 77373


LAWRENCE GALLAGHER
80 LEE AVE.
HAWTHORNE NJ 07506


LEE STUART
5509 VINEY CREEK LN
JONESBORO AR 72404


LEE SUGRUE
7585 THORNLEE DR
LAKE WORTH FL 33467-7855

DORKSIDETOYS INC -


LEE WILLIAMS
13123 S 91ST E AVE
BIXBY OK 74008


LEONARD TEAGUE
14244 E. IDAHA DR.
AURORA CO 80012


LESLIE YUKUNO
122 DALGONER LANE
TEMPLE TX 76502


LINDA STRATTON
2034 OSPREY COVE
SHELBYVILLE KY 40065


LINDSEY DIAS
24 SOUTHVIEW DR
ATTLEBORO MA 02703


LINSEY TAYLOR
1695 MULLINS RD.
RUSSELLVILLE TN 37860


LISANDRO LEJANO
3047 BLACKBERRY AVE
SAN RAMON CA 94582-6015


LIV KUNZE
2914 LUPINE
LAKE FOREST CA 92630


LOGAN ROUND
404 6TH AVE NW
DODGE CENTER MN 55927


LORI MEDIATE
8701 E. FAIRVIEW AVE.
SAN GABRIEL CA 91775


LOUIS ROSS
9090 SKILLMAN STREET, STE 182-A #201
DALLAS TX 75243

DORKSIDETOYS INC -

LUCA MENTA
820 SHADELAND AVE
DREXEL HILL PA 19026

LUCIO GOMEZ
244 W HARDER RD
HAYWARD CA 94544-2744

LUIS BERNABE
4027 ARBORCREST DR.
INDIANAPOLIS IN 46226

LUIS CASTANEDA
145 N ALMONT DRIVE
#2
BEVERLY HILLS CA 90211

LUIS GODOY
2200 NW 129TH AVE, SUITE 108
MIAMI FL 33182-2485

LUIS GOMEZ
14752 DONCASTER RD.
IRVINE CA 92604

LUIS HERNANDEZ
4491 HARRIS LN
AUSTELL GA 30106

LUIS JIMENEZ
257 MEYER STREET
SIERRA VISTA AZ 85613

LUIS MACIAS
676 SACRAMENTO CT
ELGIN IL 60123

LUIS RIOS
925 AUSTIN ST
MADERA CA 93638

LUIS RIVERA
13321 SW 142ND TER
MIAMI FL 33186

DORKSIDETOYS INC -

LUKE DESILETS
3872 JANE COURT
COLLEGEVILLE PA 19426

LUKE FONTANA
1265 N. SWEETZER AVE.
APT. 4
WEST HOLLYWOOD CA 90069

LYNN OSBORNE
20 WASHINGTON ST
BB
CLARK NJ 07066

MADIAM MIRANDA
9585 PLAZA CIRCLE
EL PASO TX 79927

MADLO HIGHSMITH
23 PUMPKIN HILL RDG
CLAYTON NC 27520

MAKIA RAMSEY
44 MORNING LN
HENDERSONVILLE NC 28792

MALCOLM GRAVES
P. O. BOX 3756
SAN LEANDRO CA 94578

MANDY SERLO
121 HEATHER RIDGE DR.
PELHAM AL 35124

MANNY GUEVARA
9147 NW 173 TERR
HIALEAH FL 33018

MANNY TRELLES
1102 TIMBERLINE LANE
SANTA ANA CA 92705

MANUEL CRUZ
2715 CORYBROOKE LN
KISSIMMEE FL 34744

DORKSIDETOYS INC -

MANUEL MIRANDA
2104 WOOLARD DR
BAKERSFIELD CA 93304

MANUEL TRELLES
1102 TIMBERLINE ELN
SANTA ANA CA 92705

MANUEL ZUNO
30692 E LOMA LINDA RD
TEMECULA CA 92592

MARC JOUAN
21 CANDATE CT.
NEWARK DE 19711

MARC TESHIC
131 COOK AVE
MIDDLESEX NJ 08846

MARCELO RODRIGUES DA SILVA
2844 S 1030 W SUITE 277649
DURHAM NC 27703

MARCINI RAMILO
1 CASSIDY ST
KINGSTON NY 12401

MARCUS ALLEN
2489 PERRING MANOR RD
PARKVILLE MD 21234-7311

MARCUS COMFORT
5209 CEDAR HAVEN ROAD
RICHMOND VA 23223

MARCUS FARRINGTON
5161 RICE RD, APT 10
ANTIOCH TN 37013

MARCUS RAMOS
1525 MAYO DRIVE
DEFIANCE OH 43512-3319

MARIO MIGUEL BAYONA
VALLE 1347
VAN NUYS CA 91406


MARK CIAMBELLA
38 WINDSOR BLVD.
LONDONDERRY NH 03053


MARK FUJIMOTO
117 BERNAL ROAD
#70-186
SAN JOSE CA 95119


MARK GRACE
5282 SE 137TH PL
SUMMERFIELD FL 34491


MARK HALL
3663 BUCKEYE LN
HAYES VA 23072-2919


MARK JOHNSON
5841 E CHARLESTON BLVD, STE 230 #175
LAS VEGAS NV 89142


MARK MANSON
110 WALTER WAY UNIT 1722
STOCKBRIDGE GA 30281-9517


MARK TRIBBLE
3919 SKYLAND DR.
KINGSPORT TN 37664


MARK VILLAREAL
19 HIGH STREET
STILLWATER NY 12170-1240


MARK WILLITS
6285 HAWK RIDGE PLACE
SAN MIGUEL CA 93451


MARSHALL STAPLES
213 SPANISH OAK DRIVE
GEORGETOWN TX 78628-2627

DORKSIDETOYS INC -

MARTIN ANDERSON
PO BOX 315
MASON CITY IA 50402


MARTIN VELAZQUEZ
14157 GOLD BRIDGE DR.
ORLANDO FL 32824


MASON SMITH
6865 PRAIRIE RD
SABINA OH 45169


MATHIAS ANDEL
2601 BLISS SPILLAR
MANCHACA TX 78652


MATT BEAGAN
2309 PINE AVE
RONKONKOMA NY 11779-6590


MATT DAHLSTROM
276 FIELDBORO DRIVE
LAWRENCE TOWNSHIP NJ 08648


MATT KERSHNER
1815 31ST ST
MOLINE IL 61265


MATT MAPLES
2816 SUGARTREE
MARYLAND HEIGHTS MO 63043


MATT MICHEL
3303 STONE HEATHER CT.
HERNDON VA 20171


MATT NIELSEN
2199 S. MORGAN RD.
SARATOGA SPRINGS UT 84045


MATT WALTERS
52812 HILL TRAIL
SOUTH BEND IN 46628

DORKSIDETOYS INC -

MATT YOUNG
503 WEST CHATHAM ST. A9
APEX NC 27502

MATTHEW BOSTWICK
3118 SE 29TH LN
GAINESVILLE FL 32641-9343

MATTHEW BRENTON
7328 31ST AVE SW
SEATTLE WA 98126

MATTHEW BURNING
1106 EISENHOWER DRIVE, APT A
PEKIN IL 61554

MATTHEW FALLON
4 DANA DRIVE
SEWELL NJ 08080

MATTHEW GARRIDO
1193 HEATHERVIEW DR.
OAK PARK CA 91377

MATTHEW GULLIGE
6608 BAYBORO COURT
ORLANDO FL 32829

MATTHEW HART
124 BOLD VENTURE DR
DANVILLE KY 40422

MATTHEW ISAACS
2456 S COUNTY ROAD 750 E
SEYMOUR IN 47274-9227

MATTHEW KENNEDY
718 SOUTH LANSING STREET
SAINT JOHNS MI 48879

MATTHEW MANOCK
8317 EAST VA-A DE SERENO
SCOTTSDALE AZ 85258

DORKSIDETOYS INC -

MATTHEW MITCHELL
1248 WYNDHAM PINE DRIVE
APOPKA FL 32712-2343

MATTHEW PASSIGLIA
4017 A JEWELL STREET
SAN DIEGO CA 92109

MATTHEW S LAVERGNE
11222 PORT HUDSON PRIDE ROAD
ZACHARY LA 70791

MATTHEW SALVADOR
34 MEDFORD ROAD
STATEN ISLAND NY 10304

MATTHEW SALVADOR
209 MIDLAND AVE.
STATEN ISLAND NY 10306

MATTHEW SEELBACH
190 CREEKSIDE DR.
TONAWANDA NY 14150

MATTHEW WILKIE
500 S. BUENA VISTA ST., MC 3301
BURBANK CA 91505

MATTHEY MYERS
171 QUEENS LANE
EAST HAMPTON NY 11937

MAURICE FRAGA
PO BOX 1733
WINCHESTER VA 22604-8233

MAURICIO CERVANTES
PO BOX 185
PORT ISABEL TX 78578

MAURICIO VALDOVINOS
6324 RIVERSIDE AVE
BELL GARDENS CA 90201-1523

DORKSIDETOYS INC -

MAX CHAVARRIA
1021 REECE RIDGE DRIVE
COLUMBUS OH 43230

MAX PERWICH
2849 PAYTON OAKS DR NE
ATLANTA GA 30345

MAXWELL MICHAELS
113 BAY SHORE DR
BELMONT NC 28012

MCKAYLA M
2820 COUNTY ROAD 289
GEORGETOWN TX 78633

MELANIE JORDAN
205 GRANITE WAY
NEWNAN GA 30265

MELANIE ROBINSON
9415 GUTHRIE RD
CALHAN CO 80808

MICHAEL A KORDING
2012 SHERMAN CREEK RD
EAU CLAIRE WI 54703

MICHAEL AMORE
227 MAIN STREET, APT. 3
PLAISTOW NH 03865

MICHAEL BALGEMANN
385 SECRETARIAT PLACE
MT ZION IL 62549

MICHAEL BARTHOLOMEW
PO BOX 333
GOUVERNEUR NY 13642

MICHAEL BAYSINGER
5246 W BRYANTS CREEK RD
MARTINSVILLE IN 46151

DORKSIDETOYS INC -

MICHAEL BENITEZ
642 WICKHAM DRIVE
GRANITEVILLE SC 29829

MICHAEL BOUDREAU
1316 WALLACE RD, 28
SALEM OR 97304

MICHAEL CASTILLO
14913 POTOMAC DRIVE
STERLING HEIGHTS MI 48313

MICHAEL CHIOVARI
807 ALBEROSKY WAY
BATAVIA IL 60510-2889

MICHAEL DAY
148 HICKORY MEADOWS DR.
RICHMOND KY 40475

MICHAEL DE LA ROSA
1433 1/2 VERD OAKS DR.
GLENDALE CA 91205

MICHAEL DE LA TORRE
6631 E MONLACO RD
LONG BEACH CA 90808

MICHAEL DIAMOND
2409 W HARBOURSIDE DRIVE
FORT WAYNE IN 46814

MICHAEL DIGIACOMO
118 NORWICH RD
BROCKTON MA 02302-2266

MICHAEL EASLEY
3212 W FLORADORA
FRESNO CA 93722

MICHAEL EASTER
2937 MOUNTAIN TRAIL RD
KINGMAN AZ 86401

DORKSIDETOYS INC -

MICHAEL ELY
2161 RALEIGH RD
HUMMELSTOWN PA 17036

MICHAEL HOLT
17702 VERGUS AVE
JORDAN MN 55352

MICHAEL HOMOMICHL
3005 E 22ND ST
SIOUX FALLS SD 57103

MICHAEL INGIGNOLI
354 WASHINGTON STREET
TROY NY 12180

MICHAEL JASON SULLIVAN
16 ELM STREET
ARAGON GA 30104

MICHAEL KELLERMANN
P. O. BOX 470
NEW VIENNA OH 45159

MICHAEL KNAPP
1615 IRON WOLF PASS
SAN ANTONIO TX 78245

MICHAEL LACEY
39 BOONE LACEY LANE
MAYLENE AL 35114

MICHAEL LANDRY
59 TOWNSEND RD.
SHIRLEY MA 01464

MICHAEL LEONARD
12024 HIDDEN NEST CT
MIDLOTHIAN VA 23112

MICHAEL LIN
246-18 51ST AVE
DOUGLASTON NY 11362

DORKSIDETOYS INC -

MICHAEL LLANES
354 ARBORETUM DRIVE
APT 307
WILMINGTON NC 28405

MICHAEL MCHUGH
6841 FORKMEAD LN
PORT ORANGE FL 32128

MICHAEL MELVIN
7042 RACKHAM WAY
HANOVER MD 21076

MICHAEL OLIVER
977 OSCEOLA TRAIL
CASSELBERRY FL 32707

MICHAEL PARTRIDGE
1420 GUTHRIE LANE
ALLEN TX 75013

MICHAEL PROFFITT
2020 E. 23RD TERRACE
LAWRENCE KS 66044

MICHAEL RIZZO
701 QUEEN ST.
HONOLULU HI 96813

MICHAEL ROBINSON
4587 KENTFIELD DR.
DAYTON OH 45426

MICHAEL RODRIGUEZ
825 WALDEN CT
FAIRFIELD CA 94533

MICHAEL ROLDAN
265 MARTINA DR
CHAMBERSBURG PA 17201-8253

MICHAEL SAKACSI
4000 GRAND AVENUE
MIDDLETOWN OH 45044

DORKSIDETOYS INC -

MICHAEL SLATEN
1907 COPPER KNOLL CT, 405
HOUSTON TX 77089

MICHAEL SOLIS
2238 VALLEY DRIVE
APOPKA FL 32703

MICHAEL STAHL
7709 NEWMARKET DR.
BETHESDA MD 20817

MICHAEL STARKEY
77 HARTFORD RD
SEWELL NJ 08080

MICHAEL TACEY
1230 S ELLINGTON PKWY, 2413
LEWISBURG TN 37091

MICHAEL TRACEY
1230 S. ELLINGTON PARKWAY
LEWISBURG TN 37091

MICHAEL TRACEY
1230 S. ELLINGSTON PKWY
LEWISBURG TN 37091

MICHAEL TRAINHAM
4210 ARLINGTON PL
PORTSMOUTH VA 23707

MICHAEL VORDTRIEDE
319 QUIET COUNTRY DRIVE
SAINT PETERS MO 63376

MICHAEL WILLOUGHBY
318 BETTIE LN
BRUNSWICK OH 44212

MICHAEL WONG
1650 JACKSON ST. #509
SAN FRANCISCO CA 94109

DORKSIDETOYS INC -

MICHAELA MOORE
121 STILLWATER TRAIL
HENDERSONVILLE TN 37075

MICHAELANGELO MUNIZ
26 COUNTRY LANE
STATEN ISLAND NY 10312

MIGUEL AVILES
240 N ENCINAL AVE
OJAI CA 93023

MIGUEL CASTELLANO
2327 BRICKELL PL
OVIEDO FL 32765

MIGUEL GARCIA
9519 MAJESTIC LANE
STOCKTON CA 95209

MIKE DOWNEY
1609 REDMOND DR
ROCKLIN CA 95765

MIKE NICHOLS
3285 CANYON DR.
BILLINGS MT 59102

MIKE O'BRIEN
310 SHELLEY CT.
SCHENECTADY NY 12306

MIKE TRAINHAM
4210 ARLINGTON PL
PORTSMOUTH VA 23707

MILLER DANIELLE
84 MOUNTAINVIEW RD
EWING NJ 08628-1806

MILTON BATISTA
1150 HENRY TERRACE
LAWRENCEVILLE GA 30046

MONTRELL JORDAN
609 HUTCHINS STREET
2W
JOLIET IL 60435

MONTRELL JORDAN
609 HUTCHINS STREET
JOLIET IL 60435

NADIR QAZI
217 COMPASS, CALIFORNIA
IRVINE CA 92618

NASH CONRAD
500 GILBERTSVILLE RD.
GILBERTSVILLE PA 19525

NATALIE MARQUEZ
10 EAST ONTARIO STREET, APT. 4801
CHICAGO IL 60611

NATE GREENHILL
71 HUDSON ST
SOUTH GLENS FALLS NY 12803

NATE MARTINEZ
1813 NORTHWEST 22ND ST
LAWTON OK 73505

NATHAN BROWN
1 SIGNATURE POINT DRIVE
LEAGUE CITY TX 77573

NATHAN CARPENTER
14413 CARDWELL HILL LANE
CHARLOTTE NC 28278

NATHAN FINKBONE
6371 SPRINGWOOD RD
PARMA HEIGHTS OH 44130

NATHAN FORE
22119 TIMBER LANE
MORTON IL 61550

DORKSIDETOYS INC -


NATHAN HASKELL
5700 VENICE BLVD
LOS ANGELES CA 90019


NATHAN HUSKEY
52 SW PLEASANT VIEW AVE
GRESHAM OR 97030


NATHAN LILLA
6600 KINGSVIEW DR
MT PLEASANT WI 53406


NATHAN SCOVILLE
1409 E. 46TH ST.
MINNEAPOLIS MN 55407


NECA
CIT 201 S TRYON STREET
STE 300
CHARLOTTE NC 28202


NEIL BINDRICH
2409 VALLEY VIEW DRIVE
KEWASKUM WI 53040


NEIL HALL
3535 HIDDEN FAWN DR
ELGIN IL 60124


NEIL LOWERY
587 HACIENDA DR.
OAKLEY CA 94561


NERDY HEART
62 BRITTON ST.
STATEN ISLAND NY 10310


NESTOR PAGAN
5003 WESTFIELDS BLVD #231503
CENTREVILLE VA 20120


NESTOR VALENTIN
804 DEWBERRY DR
CEDAR PARK TX 78613

DORKSIDETOYS INC -

NICHOLAS BROWN
32 TYLER STREET
MEDWAY ME 04460

NICHOLAS GUZMAN
9676 FOLLETT DR.
SANTEE CA 92071

NICHOLAS KAUFER
123B HEMLOCK HILL
1348
MONTAGUE NJ 07827

NICHOLAS VEROLA
4840 LAFAYETTE PLACE
VERO BEACH FL 32966

NICK HEEB
100 MARILYN DRIVE
DES MOINES IA 50327

NICK KROFCHALK
4408 EMERALD FOREST DR., APT E
DURHAM NC 27713

NICK MANNINO
610 RIVERSIDE DR., APT 51
NEW YORK NY 10031-7631

NICK ROMERO
11445 WEST BOWLES PLACE
APT 102
LITTLETON CO 80127

NICK SOPER
121 RECKLESSTOWN WAY
CHESTERFIELD NJ 08515

NICK ZEHNER
4241 HOWARD AVE.
WESTERN SPRINGS IL 60558

NICK ZEHNER
4430 CHERRY ROAD
STURGEON BAY WI 54235

DORKSIDETOYS INC -

NICO THAXTON
148 REGENT PLACE
WOODSTOCK GA 30188

NOEL PEREZ
316 17TH ST
UNION CITY NJ 07087

NOLAN VAUGHN
4072 COUNTY ROAD 235
HARWOOD TX 78632

NORA KOHL
6000 CREEK RD
CINCINNATI OH 45242

NORA KOLL
6000 CREEK RD.
CINCINNATI OH 45242

OLEKSIY MARCHENKO
3721 ARTHUR AVE
BROOKFIELD IL 60513

OMAR MEDINA
1010 EAST YORBA LINDA BLVD
APT 1108
PLACENTIA CA 92870

OMAR TAREK
4289 EXPRESS LN SUITE 7873-397
SARASOTA FL 34249

ORLANDO CISNEROS III
4727 BERKLEY AVE
HEMET CA 92544

OSCAR MELADINE
219 ALPHA STREET
BELLE CHASSE LA 70037

OSCAR TREVINO
2804 W RAMONA RD, D
ALHAMBRA CA 91803

DORKSIDETOYS INC -

OSVALDO PINA CALDERON
3316 19TH AVE
SACRAMENTO CA 95820

OSVALDO PINA CALDERON
3316 19TH AVE.
SACRAMENTO CA 95820

OTHMELL RODRIGUEZ
8450 NW 70TH STREET FB3191
MIAMI FL 33166-2687

PAT SPICA
11 WEST STREET
WHITESBORO NY 13492-1919

PATRICK DANDENEAU
3 JORDAN LANE
PORTLAND CT 06480

PATRICK KAMPE
OBERLAND 39
WARMSDORF, DE 39439

PATRICK TONG
14024 4TH PL W
EVERETT WA 98208

PATRICK YOUKERS
771 W. OLD ROUTE 422
BUTLER PA 16001

PAUL ABNEY
10615 EUREKA RD
SPRING VALLEY CA 91978

PAUL ABNEY
10615 EUREKA RD.
SPRING VALLEY CA 91978

PAUL BENJAMIN WHISNANT
215 ARNOLD DRIVE
MORGANTON NC 28655

DORKSIDETOYS INC -

PAUL COCHRAN
2804 DARWIN STREET
KILGORE TX 75662

PAUL DOBERSTYN
996 W BRIARCLIFF ROAD
BOLINGBROOK IL 60440

PAUL FLORES
5933 W. WASHINGTON AVE.
FRESNO CA 93727

PAUL GIACOMANTONIO
20066 SAGEBRUSH DR
BROWNSTOWN TWP MI 48183

PAUL HAVENS
223 MOSS HILL RD.
IRVING TX 75063

PAUL KOBERSTEIN
600 10TH AVE SW
AUSTIN MN 55912-2771

PAUL MACINTOSH
6151 MACON RD
MEMPHIS TN 38134

PAUL MATTSON
2030 W 6TH STREET
PORT ANGELES WA 98363

PAUL S PETERSON
42 MOLLY PITCHER DRIVE
ENGLISHTOWN NJ 07726

PAUL WOLF
8399 OLD DEXTER RD
MEMPHIS TN 38016

PAYPAL
2211 N. 1ST STREET
SAN JOSE CA 95131

DORKSIDETOYS INC -


PERCIVAL ROMERO
91770 ONEULA PLACE
EWA BEACH HI 96706


PERRY FORTIER
18 WESTERN AVE., APT. #3
BIDDEFORD ME 04005


PETE LEISEN
11643 100TH PL N
MAPLE GROVE MN 55369-3213


PETEER SMITH
7862 W. IRLO BRONSON MEMORIAL HWY, STE.
KISSIMMEE FL 34747


PETER BROWN
10535 MILLS ROAD, UNIT 6D
HOUSTON TX 77070


PETER KOLLYDAS
28 COLERIDGE DRIVE
MARLBORO NJ 07746


PETER OLTEAN
1181 LOS MOLINOS WAY
SACRAMENTO CA 95864


PETER VARKEY
6551 NORTHWEST 141ST TERRACE, APT. 301
HIALEAH FL 33016


PETER ZIMOWSKI
79760 BIRMINGHAM DR.
INDIO CA 92203


PHIL GASWIRTH
938 ELMWOOD AVE
WEST CHESTER PA 19380


PHILLIP APPLEQUIST
909 LINDSAY DR.
MODESTO CA 95356

DORKSIDETOYS INC -

PHILLIP SANTOS
205 HOMESTEAD ST, UNIT B-4
MANCHESTER CT 06042

PHILLIP SCARGILL
1015 W VALLEY HILL ROAD
MALVERN PA 19355

PITNEY BOWES
235 PEACHTREE ST
ATLANTA GA 30303

PITNEY BOWES
2225 AMERICAN DRIVE
NEENAH WI 54956-1005

POLARICK YOUNG
2051 POINSETTIA ST
SAN RAMON CA 94582

QUENTIN CAMPBELL
164 SMALL RD
SELLERS SC 29592

QUINTON BEDWELL
1214 TRES RIOS DR
SAN ANGELO TX 76903-7627

QWANN WOOD
121 SOUTHRIDGE DR
MADISON AL 35757

RAFAEL MARTINEZ
1878 ARDLEY ROAD
NORTH PALM BEACH FL 33408

RAJEEV CHOPRA
153 7TH AVE.
SAN FRANCISCO CA 94118

RALPH OCHOA
1316 ACRES WAY
HANFORD CA 93230-7693

DORKSIDETOYS INC -

RAMON AYALA
1731 GREEN ST.
SAGINAW MI 48602

RAMZI BIVENS
4089 EDGEWATER CT
LEWIS CENTER OH 43035

RANDALL BLACK
120 45TH STREET
HUNTINGTON WV 25702

RANDALL FREY
1250 PARKVIEW LANE
BROADVIEW HEIGHTS OH 44147

RANDALL GUZK
3732 NORMANDO DR.
BULLHEAD CITY AZ 86442

RANDALL RAYBORN
105 MARINERS POINT
KINGSTON TN 37763

RANDALL VASQUEZ
13580 NW APT. 107
HOLLYWOOD FL 33028

RANDY BOOKS
408 W SUPERIOR ST
OSCEOLA IN 46561-2654

RANGANATHAN RAJARAM
6142 LAKEFRONT STREET
DURHAM NC 27703

RAUL FLORES JR.
2220 MORTIMER AVE.
HUNTINGTON PARK CA 90255

RAUL HERNANDEZ ROSALES
6571 ROME CIRCLE
HUNTINGTON BEACH CA 92647

DORKSIDETOYS INC -

RAUL MARTINEZ
8031 PANTANO PLACE
ALEXANDRIA VA 22309

RAYMOND ASHTON
2705 W TREGALLAS RD
ANTIOCH CA 94509-4911

RAYMOND BURKHART
356 CRYSTAL RIDGE WAY
LAKE MARY FL 32746

RAZMIN RIAHI
7526 TANTARA CT
SAN ANTONIO TX 78249

REGIONS LOC
1800 MEMORIAL BLVD
MURFREESBORO TN 37129

REID CAMERO II
6817 8TH AVE. N.
SAINT PETERSBURG FL 33710

RELLIE ARENDALA
2317 MAGNOLIA WAY
NATIONAL CITY CA 91950

REN GARDNER
6404 SHELTON CIR., UNIT 312
CRESTWOOD KY 40014

RIAN DOOLEY
5428 HARRISBURG RD
JONESBORO AR 72404

RICARDO ACEVES
5208 S MOBILE AVE
CHICAGO IL 60638

RICARDO GONZALEZ
15401 SOUTH MENLO AVE
GARDENA CA 90247

DORKSIDETOYS INC -

RICARDO HERNANDEZ
119 WESTRIDGE DRIVE
CLINTON OK 73601

RICARDO ORTIZ
7664 VANDALAY DRIVE
JACKSONVILLE FL 32244

RICARDO SANCHEZ
308 S IOWA AVE
ADDISON IL 60101

RICHARD O'CALLAGHAN
9730 S 52ND AVE
OAK LAWN IL 60453-3059

RICHARD BORGES
66 RESERVOIR
JAMESTOWN RI 02835

RICHARD CRUZ
10 SAMPSON AVE
TROY NY 12180

RICHARD DENGLER
746 S 3RD ST
PHILADELPHIA PA 19147-3321

RICHARD DUNN
14025 NE EUGENE CT.
PORTLAND OR 97230

RICHARD KNEPP
5171 COLLEGE STREET
UNIT 1799
YOUNG HARRIS GA 30582

RICHARD MCKENION
4014 CONCORD ST
HARRISBURG PA 17109

RICHARD MEISENHEIMER
795 ROBERT TREAT DR
ORANGE CT 06477-1616

DORKSIDETOYS INC -


RICHARD MISKE
3206 OLD WARSON RD.
CHAMPAIGN IL 61822


RICHARD NIGG
4022 POSEY CT.
WALDORF MD 20602


RICHARD NUHFER
5005 ZUCK RD., LOT 28
ERIE PA 16506


RICHARD RUTKOWSKI
13515 TRESHILL CT
HOUSTON TX 77049


RICHARD SOOLEY
2516 HATTON TERRACE LANE
HOUSTON TX 77089


RICHARD WERRE
8869 BIGHAM RD
TROY TX 76579


RICK FIGUEROA
9414 MAVERICK PASS
SAN ANTONIO TX 78240


RICK HARMON
878 ELGIN AVE
SALT LAKE CITY UT 84106-1604


RICKY IBARRA
28221 WAR ADMIRAL STREET
MORENO VALLEY CA 92555-6015


ROB CARLSON
2211 BRADBURN DR
SACRAMENTO CA 95835


ROBERT BECK
305 N SYCAMORE STREET
ALTOONA PA 16602

DORKSIDETOYS INC -

ROBERT BRITTON
831 HALESCREST DR.
CHULA VISTA CA 91910


ROBERT DEREGGE
10014 NEWCOMBE DR
DALLAS TX 75228


ROBERT FARMARTINO
330 REXFORD DRIVE
APT 19
HERMITAGE PA 16148


ROBERT FROELICH
1109 AMBROSE DR.
ROLESVILLE NC 27571


ROBERT GEORGE
18731 JUNIPER SPRINGS DRIVE
CANYON COUNTRY CA 91387


ROBERT GILBERT
958 HEATHER ST
BURLESON TX 76028


ROBERT GONZALEZ
71 ARBOR STREET
LUNENBURG MA 01462


ROBERT GUDMESTAD
19603 GREENWOOD PL. N.
SEATTLE WA 98133


ROBERT HAWES
120 JOHN STREET
TEWKSBURY MA 01876


ROBERT HORN
795 SEDGE GARDEN RD
KERNERSVILLE NC 27284


ROBERT JOHNSON
9218 BALCONES CLUB DR
APT 1421
AUSTIN TX 78750

DORKSIDETOYS INC -

ROBERT LAUREANO
98 OLYMPIA BLVD
STATEN ISLAND NY 10305

ROBERT MCCRACKEN
706 CENTER ST
MCKEESPORT PA 15132-6603

ROBERT METCALF
5550 SUFFIELD CT
COLUMBIA MD 21044

ROBERT MOSCOSO
7801 NW 37ST ST
SECTION 010292
DORAL FL 33195-6503

ROBERT OWSINSKI
209 CENTER ST
ELLENVILLE NY 12428

ROBERT PAGE
10875 LINDEMANN RD
BARTLETT TX 76511-4037

ROBERT PEREZ
6242 S KILBOURN AVE
CHICAGO IL 60629-5218

ROBERT POLACIOS
8647 BIG KNIFE STREET
SAN ANTONIO TX 78242

ROBERT RACZYLCA
409 FLOCK AVE.
NAPERVILLE IL 60565

ROBERT ROTH
308 S VIRGINIA AVE
BURBANK CA 91506

ROBERT STOVALL
8355 HARWOOD RD, 1625
NORTH RICHLAND HILLS TX 76180

ROBERT WALL
9014 HAUSER STREET
LENEXA KS 66215

ROBERT WALL
9014 HAUSER ST.
LENEXA KS 66215

ROBERTA RYAN
310 139TH AVE NW
ANDOVER MN 55304

ROBERTO BRANA
1445 E MADISON ST, SUITE 231
BROWNSVILLE TX 78520

ROBERTO MANCHA
2954 ROSITA VALLEY ROAD
EAGLE PASS TX 78852

ROBERTO MOSCOSO
7801 N.W. 37TH STREET
DORAL FL 33195-6503

ROBERTO REYNOSO
30-24 33RD ST, APT. 3F
ASTORIA NY 11102

ROBIN BARNHILL
6426 S. CLEMATIS WAY
WEST JORDAN UT 84081

ROBIN CAMPANILE
443 ALFRED ROAD
TOMS RIVER NJ 08757

ROBYN CAMPANILE
443 ALFRED RD
TOMS RIVER NJ 08757

ROBYN NELSON
1223 ANTHONY LANE
MASON OH 45040

DORKSIDETOYS INC -


ROCKY PONTI
77 DELP ROAD
LANCASTER PA 17601


ROD M BIEJO
1958 SEASON ST
SIMI VALLEY CA 93065


RODGER ALLEN
1005 BERRY RIDGE CT
SAINT AUGUSTINE FL 32092


RODRIGO ACEVEDO
3690 MCKENZIE ST
RIVERSIDE CA 92503


ROGELIO ROBLES
834 W BROCKTON AVE
REDLANDS CA 92374


ROGER BURRIS
3007 S FERN AVE
WICHITA KS 67217-2427


ROGER MCKINNEY
6814 RIGGS DRIVE
LOUISVILLE KY 40291


ROLAND KING
PO BOX 298
NOCONA TX 76255


RON CAMP
952 RIDGE RD
DUNLAP TN 37327


RON HENDERSON
230 BEAVER FALLS PL SW
ATLANTA GA 30331


RON SMITH
2 KENT RD.
VALLEY STREAM NY 11580

DORKSIDETOYS INC -

RONALD ARMSTEAD
1027 CAMBRIDGE STREET
PHILADELPHIA PA 19123

RONALD FORD
1850 SANDY KNOLL CIR N.
LAKELAND FL 33813

RONALD PARKER
114 NAUMEE ST
TECUMSEH MI 49286

RONY MELARA
1201 STONINGTON AVE
SAN PABLO CA 94806

ROY LOCKHART
228 VIKING DR.
EL PASO TX 79912

ROY SEXTON
372 CRESTWAY CT
SALINE MI 48176

ROYCE MCWEE
109 BROAD ST.
AUGUSTA GA 30901

RUMMEL MENDOZA
24 MACKENZIE CT
FREEHOLD NJ 07728

RUOYO CHEN
6860 W MERCER WAY
MERCER ISLAND WA 98040

RUSS TURK
1666 WATCHUNG AVE.
PLAINFIELD NJ 07060

RUSSELL STORM
3670 S FOX ST, APT A
ENGLEWOOD CO 80110

DORKSIDETOYS INC -


RUTHERFORD COUNTY GENERAL SESSIONS
ROOM 101 JUDICIAL BLDG.
MURFREESBORO TN 37130


RYAN BONK
4620 KAELIN AVE NE
SAINT MICHAEL MN 55376


RYAN CARPER
3412 CHESTERFIELD AVE, APT 2
CHARLESTON WV 25304-2655


RYAN CASPER
3502 4TH AVE
SOUTH MILWAUKEE WI 53172


RYAN DAUBENSPECK
252 E. BROAD ST.
NEWTON FALLS OH 44444


RYAN DENNY
1165 N 300 W TOOELE
TOOELE UT 84074


RYAN DURAND
6556 JOHNSON DR
MISSION KS 66202-2615


RYAN JURGENS
1133 GRANT ST.
LONGMONT CO 80501


RYAN KREYMBORG
5410 RHYOLITE WAY
PARKER CO 80134


RYAN LLOYD
153 MEADOWS E COURT
MARION IN 46953


RYAN LYMAN
8501 ROTHMAN RD
FORT WAYNE IN 46835

DORKSIDETOYS INC -

RYAN MCCABE
885 EASTERN AVE
AUGUSTA ME 04330

RYAN MESMAN
3145 CROCKER DR.
SACRAMENTO CA 95818

RYAN METZ
4513 CUPID DRIVE
EL PASO TX 79924

RYAN PERARA
170 POINT BREEZE DRIVE
HEWITT NJ 07421-1811

RYAN PHILLIPS
6216 BELMONT DOWNS CT.
SALT LAKE CITY UT 84128

RYAN SMITH
11307 LADY FERN PLACE
RIVERVIEW FL 33569

RYAN WOO
2050 FAIR PARK AVE
APT 302
LOS ANGELES CA 90041

RYAN WOOD
5 VILLAGE GRN
APT M
BUDD LAKE NJ 07828

SADIEL RUIZ
5301 WHITE CLIFF LN, 4
ORLANDO FL 32812

SALVATORE J. LEE
495 STANTON TER
POUGHKEEPSIE NY 12603

SAMANTHA CAVORTI
6 BARBERRY LN
MIDDLE ISLAND NY 11953

DORKSIDETOYS INC -

SAMANTHA VELEZ
10232 FULTON STREET
HOUSTON TX 77076

SAMIR WALLACE
16 BARBER AVE
WARWICK RI 02886

SAMMY FARIAS
13307 RIVERCREST DR
WATERFORD CA 95386-8876

SAMMY MASOUD
85 WILBUR STREET
PLANTSVILLE CT 06479-1635

SAMUEL AVILA
3317 CARLYLE STREET
LOS ANGELES CA 90065

SAMUEL AYALA
2117 N LEONARD RD
SAINT JOSEPH MO 64506

SAMUEL CARRADINE
617 WILLETT PLACE BLVD
MONROE LA 71203

SAMUEL DE LA ROSA
48522 PARK AVE.
MORONGO VALLEY CA 92256

SAMUEL EDWARDS
22 SUNSET DRIVE
CANTON NC 28716

SAMUEL NEGRICH
134 NORTH ROAD
GREENVILLE NY 12083

SANTIAGO IBAATEZ
3513 NW 82ND AVE.
MIAMI FL 33122

DORKSIDETOYS INC -


SANTIAGO SALOMON
7519 ANDREWS HWY SUITE B
ODESSA TX 79765


SARA PERUGINI
127 MONMOUTH AVE
WATERBURY CT 06704


SARAH JO TUCKER
2163 QUAIL HOLLOW DRIVE
MECHANICSBURG PA 17055


SASHA ROOT
34744 REDDING LN
ZEPHYRHILLS FL 33541-2188


SCOTT AKERS
8414 COMET ST.
RANCHO CUCAMONGA CA 91730


SCOTT BANKES
11267 THORNWOOD ROAD
SHIPPENSBURG PA 17257


SCOTT BELLING
2930 PINE SPRING RD
FALLS CHURCH VA 22042


SCOTT DANIELS
1349 HAWTHORNE AVE.
YPSILANTI MI 48198


SCOTT FRANCISCO
3073 HONOLULU AVE
LA CRESCENTA CA 91214


SCOTT LEE
9330 GUENEVERE PLACE
MECHANICSVILLE VA 23116


SCOTT METZGER
712 LARGO WAY
DAYTONA BEACH FL 32119

DORKSIDETOYS INC -

SCOTT NANCE
3401 BROOK VIEW DRIVE
DES MOINES IA 50317-4971

SCOTT PEARSON
575 290TH STREET
WEST BRANCH IA 52358

SCOTT PEARSON
575 290TH ST.
WEST BRANCH IA 52358

SCOTT SEARCY
1609 CLAIBORNE ST
RICHMOND VA 23220

SCOTT SHOWALTER
911 S MAIN STREET
NEW CASTLE IN 47362

SCOTT TAFOYA
4707 CLIPPERT
DEARBORN HEIGHTS MI 48125

SCOTT THIGPEN
2214 ROBERT BROWNING STREET
AUSTIN TX 78723

SCOTT TORIGIANI
526 SOUTH OXFORD AVE.
LOS ANGELES CA 90020

SEAN MCANANY
3 FAIRCHILD STREET
SLOATSBURG NY 10974

SEAN MORGAN
641 NW NORWOOD STREET
CAMAS WA 98607

SEAN TILLMAN
10803 JIMSON ST.
PROSPECT KY 40059

SEBASTIAN GONZALEZ
4015 GUADALAJARA
LAREDO TX 78046


SETH MCCORKLE
9545 GREENLEAF CT
RENO NV 89506


SETH STANLEY
9262 NOBLES ROAD
ORANGE TX 77630


SHAMAR BAILEY
2211 JUDSON STREET
APT 11C
SAN DIEGO CA 92111


SHANE CHANEY
250 LUDFORD STREET
COVINGTON KY 41016


SHANE RAMSEY
21736 E DOMINGO RD
QUEEN CREEK AZ 85142


SHAUN JONES
6973 BRADBURY CIRCLE
WESLEY CHAPEL FL 33545


SHAUN JONES
6973 BRADBURY CIR
WESLEY CHAPEL FL 33545


SHAWN BYRD
1043 E. HIGHLAND AVE. UNIT 8
PHOENIX AZ 85014


SHAWN CHAPPELLE
10361 TROUTMAN RD
MIDLAND NC 28107


SHAWN DUBIN
1815 MAGAZINE ST
NEW ORLEANS LA 70130-5013

DORKSIDETOYS INC -

SHAWN JAMES
2160 E. TREMONT AVE.
APT. 1E
BRONX NY 10462

SHAWN LINKOUS
8566 BRUBAKER DR.
ROANOKE VA 24019-1833

SHAWN MANION
4100 COUNTRY CLUB LN, B-4
KEARNEY NE 68845

SHAWN MATLOCK
632 ELM STREET
HURST TX 76053

SHAWN REISS
5659 SANCHEZ COURT
MILTON FL 32583

SHAWN WILL
403 W WILSON ST
HEBRON IN 46341

SHEA LAMBERT
508 E MCCLELLAN ST, APT A
ATHENS AL 35611

SHEILA BARANOSKI
1327 REDWOOD AVE
GRANTS PASS OR 97527

SHEMESH CLARK
3607 CEDARDALE RD
BALTIMORE MD 21215

SHERRYE OLNEY
168 OLD WEBSTER RD
OXFORD MA 01540

SHIMON CROXTON
6757 99TH PLACE, UNIT EE
PLEASANT PRAIRIE WI 53158

DORKSIDETOYS INC -

SHMUEL LAMM
1315 ELM AVE
BROOKLYN NY 11230

SHOPIFY CASPITAL INC.
4701 COX ROAD, SUITE 285
GLEN ALLEN VA 23060

SIMON & SCHUSTER
PO BOX 70660
CHICAGO IL 60673-0660

SIMON TATOM
2360 NW ROLLING GREEN DR
#77
CORVALLIS OR 97330

SKOT G KRUSINSKI
1700 EDGEWATER DR
MORRIS IL 60450-2478

SOUTHERN HOBBY- NASHVILLE
1922 OLD MURFREESBORO PIKE, SUIT 640
NASHVILLE TN 37217

SPERO MEHALLIS
8206 ADRINA SHORES WAY
BOYNTON BEACH FL 33473

STACY CACCIATORE
5031 WEBER COURT
FORT MILL SC 29715

STEFAN RUPP
81220 PALM MEADOW DR.
INDIO CA 92201

STEPHEN CISER
14155 MAGNOLIA BLVD.
SHERMAN OAKS CA 91423

STEPHEN CLYDE
330 N VAL VISTA DRIVE
SALINAS CA 93906

DORKSIDETOYS INC -


STEPHEN GLOSSON
14 WENTWORTH PL NW
ROME GA 30165-1036


STEPHEN JOHNSON
2358 N 400 WEST
SUNSET UT 84015


STEPHEN MORRISON
2214 WOODBINE AVE
PORTAGE MI 49002


STEPHEN SHINN
125 LAUREL OAK LN
IRMO SC 29063-9411


STEPHEN YOUNG
106 RAYMOND AVE
SAN FRANCISCO CA 94134


STEVE BORRON
1595 CHURCH ST NE
SALEM OR 97301


STEVE HATZIEGEORGIOU
4213 ANTIQUITY WAY
MODESTO CA 95356


STEVE KOLEFF
40400 W HELEN CT
MARICOPA AZ 85138


STEVE VALLINE
2632 W 237TH STREET
ANAHEIM CA 90505


STEVE VALLINE
2632 W 237TH STREET
TORRANCE CA 90505


STEVE VIVIER
19779 ROSIN DR
CLINTON TOWNSHIP MI 48038

DORKSIDETOYS INC -

STEVEN BORRON
1595 CHURCH ST. NE
SALEM OR 97301

STEVEN FARRIS
1711 DORCHESTER DRIVE
OKLAHOMA CITY OK 73120

STEVEN MORALES DPAD
227 WELLS AVE S
RENTON WA 98057-2131

STEVEN PARKER
1104 ROSSIFER CT
GALLATIN TN 37066

STEVEN ROGERS
3070 FOX RIDGE CT
FLATWOODS KY 41139-2313

STEVEN WHITE
7898 W 2985 S
MAGNA UT 84044

STRIPE
920 5TH AVENUE
SEATTLE WA 98104

STUART TULLIS
403 SANTOLINA RD
DOTHAN AL 36303-2521

SUNGMIN KIM
5510 NE COURIER COURT STE 100
ATTN: FSE858
PORTLAND OR 97218-6803

SVEN STRAATVEIT
3225 RIO VISTA DRIVE
APT 136
LAUGHLIN NV 89029

SYDNEY FOX
442 NEWT GOOD RD.
LIMESTONE TN 37681

DORKSIDETOYS INC -

SYDNEY HUMPHREYS
9851 SUNSET BAY WAY
ORLANDO FL 32821-8870

TABITHA RANGEL
830 W 132ND AVE
LOT 303
DENVER CO 80234

TAKAHIRO TAKAHASHI
YAWATA, SHINADE29-14
YAWATA CITY, JP 914-8001

TAKUYA TOHARA
4291 EXPRESS LANE, SUITE 8658-439
SARASOTA FL 34249

TAYLOR FLAMM
6022 LEONA STREET, APT A
SAINT LOUIS MO 63116

TAYLOR FLAMM
6022 LEONA STREET, A - RIGHT DOOR
SAINT LOUIS MO 63116-2921

TERENCE BUSH
7740 PIPERS VIEW STREET
SAN ANTONIO TX 78251

TERRENCE RORIE
437 KNELL RIDGE DR
CHESAPEAKE VA 23320

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
PO BOX 149348
AUSTIN TX 78714-9348

THE CIT GROUP/COMMERCIAL SERVICES
PO BOX 1036
CHARLOTTE NC 28201

THEAOTIS MCDANIEL
43891 W ELIZABETH AVE
MARICOPA AZ 85138

DORKSIDETOYS INC -

THERON HUDGINS ROCK CITY COMICS
1034 TROJAN RUN DRIVE
SODDY DAISY TN 37379

THOMAS AIELLO
35344 STONECROP CT.
MURRIETA CA 92563

THOMAS BIVALACQUA
815 AVENUE F
WESTWEGO LA 70094

THOMAS DERRICK
611 BELL FORK RD
JACKSONVILLE NC 28540-6315

THOMAS FINKEL
14193 POTOMAC DRIVE
STERLING HEIGHTS MI 48313

THOMAS KALINOWSKI
342 ALMOND LN
SIMI VALLEY CA 93065

THOMAS KURTZ
942 UNIONBRANCH RD
CORAPEAKE NC 27926

THOMAS MORRIS
6771 LEE AVENUE
RADFORD VA 24141

THOMAS SCHNELLMAN
5596 29TH AVE SE
BAUDETTE MN 56623

THOMAS TRIBBETT
172 COLUMBUS AVENUE
GALESBURG IL 61401

THOMAS WANDERER
4283 EXPRESS LANE, SUITE 3367-316
SARASOTA FL 34249

THOR EISENBERG
133 W. ALLEN ST.
TEKONSHA MI 49092

TIM SCOTT
4301 WILLOW VIEW CT
HOWELL MI 48843

TIM SIMON
1020 LONGFELLOW DRIVE
SALINAS CA 93906

TIMOTHY CHENG
123 DAPPLE CT, 201
WILMINGTON NC 28403

TIMOTHY EGELSTON
8580 KINGSTON DR
FRANKLIN OH 45005

TIMOTHY HAMMACK
12985 FISHERS ISLAND RD.
PEYTON CO 80831

TIMOTHY PEACH
129 LANSDOWNE DR.
NICHOLASVILLE KY 40356

TIMOTHY TAMMINGA
421 24TH STREET
#305
OAKLAND CA 94612

TIMOTHY TOTH
638 BROOKWOOD CT.
NORTHFIELD OH 44067

TJ JACOBSEN
25300 PRESIDENTIAL AVE
PLAINFIELD IL 60544

TOBY WATTERS
705 GREGORYS WAY
NEWPORT NEWS VA 23601

DORKSIDETOYS INC -

TODD DAMAN
1097 TRAMORE CT.
MARION IA 52302

TOM LORDI
742 N BROAD ST
NEWVILLE AL 36353

TOMAS ROBLEDO
2916 REDTIP DR
CIBOLO TX 78108-3442

TONY DIMARCANTONIO
45 SOUTH GARFIELD AVE.
MUNDELEIN IL 60060

TRACE BAIRD
11200 FOSTER REDMAN RD
LONDON OH 43140

TRAVIS FUNK
1860 MARVY LN NE
PALMYRA IN 47164-8333

TRAVIS GARDNER
113 S RIVERVIEW ST
HAVERHILL MA 01835

TRENT BRODERIUS
1207 BIRCHWOOD DRIVE
PROCTOR MN 55810

TRICIA DEROSE
123 OLD ROAD
MONROE TOWNSHIP NJ 08831

TRISTAN SALVANERA
1235 MOSS SPRINGS RD
ALBEMARLE NC 28001

TROY DODSON III
377 SOUTHEAST CLAIRE ST.
ROSEBURG OR 97470

DORKSIDETOYS INC -

TROY HECKMAN
641 5TH ST NE
MINNEAPOLIS MN 55413-2123

TROYE JENKINS
3653 HUGHES AVE
LOS ANGELES CA 90034

TROYE JENKINS
3653 HUGHES AVE
APT 205
LOS ANGELES CA 90034

TYE WILLIAMS
2905 HAMSTEAD COVE
MEMPHIS TN 38128

TYLER PAGE
3255 W LELAND AVE
UNIT G
CHICAGO IL 60625-4414

TYLER SMITH
2710 MAPLEWOOD AVE
ANN ARBOR MI 48104

TYLER WYMA
1557 WHITING ST SW
WYOMING MI 49509

VAN PHAM
811 W CAMINO REAL AVE
ARCADIA CA 91007

VANESSA PEREIDA
1931 BALBOA AVE.
LAS VEGAS NV 89169

VANSON TRUONG
531 DERBYSHIRE
HOUSTON TX 77034

VARUN RAI
1703 CANDELERO CT
WALNUT CREEK CA 94598

VICTOR PIRSOUL
1531 S 8TH ST, UNIT 227
SAINT LOUIS MO 63104


VICTOR TRINIDAD
16707 SAYLEY DR.
CHESTERFIELD VA 23832


VICTOR VANG
2289 6TH STREET N
SAINT PAUL MN 55109


VICTORIA ANDERSON
7 BOSTON ST
MIDDLETON MA 01949


VIKAS BECTOR
12001 MARKET STREET, 417
RESTON VA 20190


VINCENT ARROYO
10111 FALLING LEAF DRIVE NW
CONCORD NC 28027


VINCENT COLLIER
108 BRADFORD DR. SE
CALHOUN GA 30701


VINCENT LELIO
7 SUTTON PLACE
VERONA NJ 07044


VINCENT PAUL GACAD
419 OLIVE STREET
VALLEJO CA 94591


VINCENT PITTMAN
1895 BURNING TREE DR
TITUSVILLE FL 32780


W JOHNSTON
1471 PROVIDENCE BLVD
AUBREY TX 76227-5494

DORKSIDETOYS INC -

WALDIR ROJAS
1848 SO. 41ST STREET
CITRA FL 32113

WARREN QU
22444 133RD AVE. SE
KENT WA 98042

WASHINGTON VINITMILLA
211 FAIRVIEW BLVD
HEMPSTEAD NY 11550

WAYMAN BERNARD
232 FLORIDA WILLOW AVE
DEBARY FL 32713

WENDY DARLING
4517 PLANTATION CREST ROAD
VALDOSTA GA 31602

WESSEL BOS
465 RIDGE TRAIL
WOODSTOCK GA 30188

WILBERT LAND
1245 NE 2ND ST
CRYSTAL RIVER FL 34429

WILFREDO DIAZ
425 WEST 25TH STREET, APT #19D
NEW YORK NY 10001

WILLIAM BASURTO
112 ALLA BREVE AVE
HENDERSON NV 89011

WILLIAM CATES
868 E GROUSE DR
MERIDIAN ID 83646

WILLIAM DOUGLAS
431 LENOX PLACE
GALLATIN TN 37066

DORKSIDETOYS INC -

WILLIAM HAYES
11416 CHASE MEADOWS DR N
JACKSONVILLE FL 32256-4645


WILLIAM MCCARTNEY
26001 BELLEMORE DR.
RAMONA CA 92065


WILLIAM MOLDENHAUER
2027 E BRANCH HOLLOW DRIVE
CARROLLTON TX 75007


WILLIAM ROBINSON
251 LAKESIDE DRIVE
FOREST CITY NC 28043


WILLIAM TAPP
6536 GRAYS MILL RD.
CLARKSBURG MD 20871


WILLIAM TAYLOR
P. O. BOX 392
WEST RUTLAND VT 05777


WILLIAM THULLER
3062 RIVERSIDE DR., F-4
CORAL SPRINGS FL 33065


WINSTON DARLING
824 BURR OAK CIRCLE
CARY IL 60013


WRATH CHAN
3 DURANT ST.
LOWELL MA 01850


WYATT HENRY
13064 E TIJUANA ST
DEWEY AZ 86327-7201


XAVIER DEGUZMAN
6675 MESA RIDGE ROAD
SAN DIEGO CA 92121

DORKSIDETOYS INC -


YING LEE
7800 GUILDBERRY CT, 101
GAITHERSBURG MD 20879-5364


YOONSANG CHO
24 E. FORT LEE ROAD, EB25845
BOGOTA NJ 07603


YOONSANG CHO
24 E. FORT EB25845
BOGOTA NJ 07603


YOSHITAKA KIYOTA
4283 EXPRESS LANE
STE. 098-735, SARASOTA #115
SARASOTA FL 34249


ZACH LEAVY
206 CHURCH STREET
BROOKLYN WI 53521


ZACHARY DE LEON
7300 LANKERSHIM BLVD
APT 205
NORTH HOLLYWOOD CA 91605


ZACHARY MCGEEHON
1898 GRAGG STREET
CENTRALIA IL 62801


ZACHARY SALINAS
2370 VIEWCREST RD
HENDERSON NV 89014


ZACHARY SWEE
5381 FLORENCE HARBOR DRIVE
ORLANDO FL 32829


ZACHARY VAN DYKE
23205 SE BLACK NUGGET RD
APT. M8
ISSAQUAH WA 98029-7390

DORKSIDETOYS INC -


ZACK DENNY
1165 NORTH 300 W
TOOELE UT 84074


ZACKERY MCANDREW
17 ZIPP RD
HILLSBORO MO 63050


ZOSANGA SAILO
5112 PARKLAWN TER, 301
ROCKVILLE MD 20852


ZYDRUNAS BUTKUS
1535 S 3000E
KANKAKEE IL 60901

# United States Bankruptcy Court
## Middle District of Tennessee

In re   **DORKSIDETOYS INC**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **DORKSIDETOYS INC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Eddie Campbell**
**170 E. Main St.**
**Suite D #107**
**Hendersonville, TN 37075**

☐ None [*Check if applicable*]

**April 7, 2023**

Date

**/s/ Eric K. Fox**

**Eric K. Fox 022087**

Signature of Attorney or Litigant
Counsel for   **DORKSIDETOYS INC**

**Law Office of Eric K. Fox**

**103 Hazel Path Court, Whitehall Building**
**Suite 6**
**Hendersonville, TN 37075**
**615-264-5695 Fax:615-264-5655**
**eric@ericfoxlegal.com**